# Robinson+Cole

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/21

Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in New York

**By ECF**

June 17, 2021

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2012
New York, New York 10007

**Re:** *Graziano v. First Unum Life Insurance Company*; Case No. 1:21-cv-2708(AJN);
    <u>JOINT MOTION FOR ADJOURNMENT OF RULE 16 CONFERENCE</u>

Dear Judge Nathan:

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(d), Plaintiff Michael J. Graziano ("Plaintiff") and Defendant First Unum Life Insurance Company ("First Unum") respectfully move for an adjournment of the Rule 16 Conference that is scheduled for July 2, 2021 (ECF Doc. No. 8). Per Your Honor's individual procedures, the Parties have conferred on mutually agreeable alternate conference dates (on Friday afternoons), and are available the afternoons of July 9, July 16 and August 13, 2021.

Good cause exists for this adjournment. The Parties have agreed that First Unum will produce the administrative record to Plaintiff by July 2, in advance of the Rule 16 Conference. The Parties believe production of the administrative record prior to the Rule 16 conference will allow the Parties to have a more meaningful meet and confer, and develop an appropriate case management plan and joint letter in advance of the Rule 16 Conference. Plaintiff consents to and joins in this motion.

Boston | Hartford | New York | Providence | Stamford | Albany | Los Angeles | Miami | New London | **rc.com**

Robinson & Cole LLP

# Robinson+Cole

Accordingly, the parties jointly and ==respectfully request a brief adjournment of the Rule 16 Conference until July 9,== July 16 or August 13, 2021.  No prior extensions have been requested in this matter.

Respectfully submitted,

 /s/ *Patrick W. Begos*
Patrick W. Begos
Robinson & Cole LLP
*Counsel for Defendant*

Respectfully submitted,

/s/ *Matthew Maddox*
Matthew Maddox
Riemer Hess LLC
*Counsel for Plaintiff*

**SO ORDERED.**

6/22/21

The conference is adjourned to July 9, 2021 at 3:45 P.M.