USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Graziano,

                    Plaintiff,

          —v—

First Unum Life Insurance Co.,

                    Defendants.

21-cv-2708 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the parties' joint letter and proposed case management plan. The Court has determined that an initial pretrial conference is not necessary and will enter the parties' proposed case management plan without a conference.

          SO ORDERED.

Dated: July 6, 2021
          New York, New York

_____
ALISON J. NATHAN
United States District Judge

1