UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Graziano,

                Plaintiff,

–v–

First Unum Life Insurance Company,

                Defendants.

21-cv-2708 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is referring this case to Magistrate Judge Freeman for discovery purposes. The post-discovery conference scheduled for November 12, 2021, is adjourned. The parties are ordered to file a status report with the Court once its discovery issues have been resolved. The Court will then set a new date for a post-discovery conference.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge