Unum


Claim Folder Contents


Claimant Name:  Michael J. Graziano
Claim Number:  15828867

This document is the property of Unum.
Unauthorized access is strictly prohibited.

PERSONAL & CONFIDENTIAL INFORMATION ENCLOSED

Print Date: 4/7/2021

Unum is a registered trademark and marketing brand of
Unum Group and its insuring subsidiaries.

--------------------------------------------------------------------------------
NaviLink Claim No.: 15828867        NaviLink Claim Status: Closed

SI Takeover Indicator: No

Claimant: Michael J. Graziano

Claim Process Stage: Claim Closed

Tax ID: 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

Dependent:

Claim Security:

Date Received: 02/14/2019        Site: Portland

Claim Owner: Katie Doherty

Base Policy Number:

Legacy Claim No.: 0105491899

Legacy Claim System: BAS        Claim Source: Telephonic

Policy No.: 405256        Policy System: Merlin

Association Policy Nos.:

Policyholder Name: SWISS RE AMERICA HOLDING CORPORATION

Coverage Type: LTD and STD

Product: Long Term Disability        Product Type: Traditional

Funding: Fully Insured

EE Form Date: 10/18/2018        ER Form Date: 10/17/2018

AP Form Date: 11/26/2018        Auth Form Date: 03/27/2019

Auth Signed Date: 03/07/2019        ER Verification Status:

Occ Type: Sedentary        Occ Title: Senior Underwriter

Primary Dx Code: M54.5 Low back pain

Secondary Dx Code:

RTW Date:        RTW Type: Unknown        CPT Code:

Projected RTW Date:        Projected RTW Type: Unknown

Illness/Injury: Illness

Triage Result: OCH        Claim Sync Status: Update Complete

Assignment Result: Amanda Larochelle        Plan Sync Status: Successful
------------------------------------------------------------------------------
Claim Folder Information

---------------------------------------------------------------------
**Multiple Claims: Yes     Integrated Coverages: Yes**

**Claim Folder Notes: Litigation pending as of 4/6/21.  Please do not perform any activities without contacting Ann Courtney in the PTLD legal department.**
**Appeal Review:  This claim file is being managed concurrently with Claim #15830044. The documentation contained in these files together should be considered the collective documentation of both claims.**
**OMC Terri Jackson x54650; pension**
**std:15334313**
**Dedicated #866-301-8181/First Unum**

```
                     Claim Profile - Claimant
--------------------------------------------------------------------------------

--------------------------- Claimant Name ----------------------------
Prefix: Mr.

First: Michael      Middle: J.     Last: Graziano

Suffix:

-------------------------- Claimant Information ----------------------
Birth Date: ████/1965   Marital Status: Divorced   Gender: Male

Health Insurance Provider:

Tax ID Type: US-SSN     Tax ID: ████████

Language Preference: English

--------------------------- Dependent Name ---------------------------
First:        Middle:        Last:

Suffix:

-------------------------- Dependent Information ----------------------
Relationship:

Tax ID Type:        Tax ID:

Birth Date:      Gender:

--------------------- Claimant Contact Information -------------------
                   --------------------- Permanent --------------------
Address 1: ███████████████
Address 2:
City: ██████████
State/Prov: ██████████      Postal Code: ██████
Country: United States

Phone Type: Business    International: No     Number: (212) 317-5034
Phone Type: Home        International: No     Number: (646)496-5176

Fax Type:          International:      Number:

Email Type: Home        Address: michaeljgraziano13@gmail.com

------------------------- Consumer Preferences -----------------------
Text Preferences: Preferences Not Set
Phone Number:
```

```
                        Claim Profile - Eligibility
--------------------------------------------------------------------------------

Policy No.: 405256

Policy Name: SWISS RE AMERICA HOLDING CORPORATION

Division: 0002

Group Rate ID (RBCN):        Individual Agreement ID:

Billing Control No. (BCN):

Class/PEG: 001      Choice:

Contract Type: CXC

Pay Group:       Report Group:      Report Location:

Last Day Worked: 10/15/2018      Disability Date: 10/16/2018

As Of Date: 10/16/2018

Hire Date: 07/12/2004      Work Status(ER Form):

Hours Worked(ER Form): 37.50

Insured Effective Date: 01/01/2015      Insured Termination Date:

Insured Reinstatement Date:

Benefit Begin Date:       Future Date Indicator: No

Certified Thru Date:

Earnings/Salary: 12750.00      Earnings Mode: Monthly

Auto Complete Responses:

Tax Withholding:       Benefit Amount:

Residence State at Time of Loss: New York

EE Contribution %:       Pre/Post Tax:

MVA: No      Work Related: No      Third Party:

Expected Delivery Date:      Actual Delivery Date:

Delivery Type:

1st Treatment Date: 10/16/2018

Surgery Date:      Surgery Type:

1st Hospital Date:

1st Hospital End Date:

Youngest Dependent Birth Date: 11/07/1998

Prior Coverage:      Prior Carrier:
```

**Sales Office:** New York

**LTD Coverage:** Yes

**Life Coverage:** Yes

**Spouse Disability:**

**Created By:** Murdoch Curry, Ray

**Created Date:** 02/14/2019        **Create Site:** Portland

--------------------------------------------------------------------------------
Policy No.: 405256

Policy Name: SWISS RE AMERICA HOLDING CORPORATION

Policy Eff Date: 01/01/2015   Policy Term Date:

Situs: New York

Product: Long Term Disability

Product Type: Traditional

Contract Series: CXC SERIES

Funding: Fully Insured

Product Desc: TRADITIONAL LTD

Division: 0002

Division Name: WESTPORT INSURANCE CORPORATION (LTD CLAIMS ONLY)

Division Eff Date: 01/01/2015   Division Term Date:

Division Status: Active

PEG: 001   PEG Desc: All regular employees in active employment in the United
States with the Employer, excluding temporary and seasonal workers, international
assignees, leased employees,

No. Of Units:

Choice:

Accounting Type: Self Accounting

Contract Notes: Yes

Sales Office: New York

Division Claim Office: Portland

Collections:

## Plan Provisions
--------------------------------------------------------------------------------
```
Provision: > ACCUM SICK        Value: YES
Provision: >EP SAL CONT        Value: YES
Provision: >EP STD BEN         Value: YES
Provision: ACCELERATED EP        Value: NO EARNINGS LOSS REQ
Provision: ACCUM EP       Value: 30 DAYS
Provision: APPLIC WAIT PER        Value: DAY AFTER
Provision: APPROVED LV ABS        Value: 60 DAYS
Provision: BEN REDUCT MO       Value: DIRECT
Provision: BOOKLET COVER        Value: 8 1/2 X 11 GENERIC
Provision: CC NOT AT WORK       Value: YES
Provision: CC PRE-EXISTING        Value: <PRIOR CAR BN/OUR BEN 60D
Provision: COST CONTAINMT        Value: YES,CNTRCT CHGS IMPL 1/96
Provision: COST LIVE FRZE        Value: COST OF LIVING
Provision: COV EXTEN PLANT        Value: 90 DAYS
Provision: COV EXTENSION        Value: 31 DAYS
```
--------------------------------------------------------------------------------

```
Provision: CPI TYPE          Value: CPI-U
Provision: CXC REV       Value: 2011 VERSION
Provision: DEF ACT EMPLOY        Value: EXCLUDE TEMP AND/OR SEAS
Provision: DEF ELIM PERIOD        Value: CONSECUTIVE DAYS
Provision: DEF EMPLOYEE        Value: WRK US
Provision: DEF GAIN NOTWRK        Value: 60%
Provision: DEF GAIN WRK        Value: 80%
Provision: DEF GRACE PER       Value: 45 DAYS
Provision: DEF MENTAL ILL        Value: DSM - DIAGNS STAT MANUAL
Provision: DEF MX CAPACITY        Value: GREATEST EXTENT
Provision: DEF REG OCC       Value: BASED ON NATIONAL ECONOMY
Provision: DEF REGLAR CARE        Value: APPROPRIATE CARE
Provision: DEPENDENT MOBN$        Value: $350
Provision: DEPENDENT MOMX$        Value: $1,000
Provision: DIS DEF MONTHLY        Value: 2 YEAR RESIDUAL
Provision: DIS DEF REQRMT        Value: REGULAR CARE
Provision: DISC AUTH TEXT        Value: NOT INCLUDED
Provision: EARN AVG PER        Value: 3 MONTHS
Provision: EARN LEVEL TD        Value: LESS THAN 20%
Provision: EARNINGS       Value: CURRENT SAL WO SHFT DIF
Provision: EARNINGS OFFSET        Value: PROPORTIONATE LOSS
Provision: EE CONTRIB        Value: NO - N/A
Provision: EE MIN # HOURS        Value: 24 HOURS
Provision: EFFECT DATE       Value: NONCONTRIB WORDING ONLY
Provision: ELIM PER MTHLY        Value: 180 DAYS
Provision: EMP ASST PROG        Value: NOT APPLICABLE TO PLAN
Provision: ERISA       Value: 2007 VERSION
Provision: FELONY EXCL        Value: ATTEMPTING TO COMMIT
Provision: FMLY LV ABS        Value: HR POL,BNL F/S/EE WCHVR >
Provision: FOREIGN RES LIM        Value: 12MIF6M/YR
Provision: FRAUD STATEMENT        Value: UNUM WILL PROSECUTE
Provision: HR COMPLIANCE        Value: YES
Provision: INIT PREM BASIS        Value: COVERED PAYROLL - FLAT
Provision: IPDE < CPI INC        Value: FULL
Provision: IPDE %       Value: 10%
Provision: IPDE # ADJ        Value: BENEFIT DURATION
Provision: IPDE WHEN ADJ        Value: BENEFIT ANNIVERSARY
Provision: LATE ENROLLEE        Value: WITHOUT E OF I
Provision: LATE PROOF        Value: REASONABLY POSSIBLE
Provision: M&N LIMIT       Value: 24 MONTHS
Provision: M&N SRPTD AD MX        Value: LIFETIME
Provision: MAX MO BEN $        Value: $15,000
Provision: MAX MO BEN PER        Value: SS ADEA
Provision: MIN CNTRB PRTCP        Value: 75%
Provision: MIN HRS PERIOD        Value: WKREGSCHED
Provision: MIN MO BEN $        Value: $100
Provision: MIN MO BEN %        Value: 10%
Provision: MODIFICTN RIGHT        Value: IF CHANGE
Provision: NEW EE WAIT        Value: 0 DAYS
Provision: NON CNTRB PRTCP        Value: 100%
Provision: NOTE RETIRE BEN        Value: YES
Provision: OIB COMPULS BEN        Value: RECEIVED AND MAY BE EST
Provision: OIB DIS RETIRE        Value: RECEIVED BASIS
Provision: OIB ER GRP PLAN        Value: RECEIVED AND MAY BE EST
Provision: OIB GOV DIS RET        Value: RECEIVED AND MAY BE EST
Provision: OIB GOV RETIRE        Value: RECEIVED BASIS
Provision: OIB JONES ACT        Value: RECEIVED BASIS
Provision: OIB NORM RETIRE        Value: RECEIVED BASIS
Provision: OIB OTHER GR IN        Value: RECEIVED AND MAY BE EST
Provision: OIB SOCIAL SEC        Value: PRIMARY & FAM
Provision: OIB SS DIS        Value: RECEIVED AND MAY BE EST
Provision: OIB SS RET        Value: RECEIVED BASIS
Provision: OIB VOL RETIRE        Value: RECEIVED BASIS
```

```
Provision: OIB WORKRS COMP        Value: RECEIVED AND MAY BE EST
Provision: PREGNANCY      Value: FULL
Provision: PREM BASIS        Value: COVERED PAYROLL - FLAT
Provision: PREMIER      Value: YES
Provision: PRESENT EE WAIT        Value: 0 DAYS
Provision: PROOF OF CLAIM        Value: SUSPEND CLAIM PAYMENTS
Provision: PRX LMT       Value: 12 MONTHS
Provision: PRX PREINS       Value: 3 MONTHS
Provision: RATE AMENDMENT        Value: INITIAL
Provision: RATE GUARANTEE        Value: 3 YEARS
Provision: RATE NOTICE       Value: 90 DAYS
Provision: RECUR DIS ER       Value: OWN EMPLOYER
Provision: RECURRENT DIS       Value: 6 MONTHS
Provision: REHAB BEN      Value: VOLUNTARY
Provision: REHAB BEN%MTHLY        Value: 10%
Provision: REHIRE PROV       Value: NONE
Provision: REQ MIN # EES        Value: 10 LIVES
Provision: RHB MO BN MX $        Value: $1,000
Provision: RHB MO EXT DUR        Value: 3 MONTHS
Provision: RIOT EXCLUSION        Value: YES
Provision: SELF INJRY EXCL        Value: YES
Provision: SELFRPTD LIMIT        Value: UNLIMITED
Provision: SURV ACCEL BEN        Value: 3 MONTHS
Provision: SURV BEN GROSS        Value: 3 MONTHS
Provision: SURV BEN PAY TO        Value: PAYABLE TO ESTATE
Provision: SURV BN QUALPER        Value: 180 DAYS
Provision: TAX CHOICE        Value: EE ELECTIVE GROSS-UP
Provision: TERM DIS BEN        Value: GREATER THAN 80%
Provision: TERM EE AGE        Value: LIFETIME
Provision: TOTAL BEN CAP        Value: 100%
Provision: TOTAL BNCAP RHB        Value: 110%
Provision: WAIVER OF PREM        Value: YES
Provision: WAR EXCLUSION        Value: YES
Provision: WHEN BEN PAID        Value: MONTHLY
Provision: WHEN BEN TERM        Value: DO NOT WORK
Provision: WHEN EE TERM        Value: IMMEDIATELY
Provision: WIB DURATION        Value: 12 MONTHS
Provision: WIB OFFSET %        Value: 100%
Provision: WKSITE MOD BEN        Value: 2 MONTHS
Provision: WORKSITE MOD $        Value: $1,000
Provision: 1ST BEN % MTHLY        Value: 60%
```

### Applicable Provisions

---

**Claim Profile - Common Coverages**
--------------------------------------------------------------------------------

Legacy Claim Number:          Claim Owner:
Product:      Product Type:   System:

Primary Dx Desc: Low back pain

Current Age: 55    Gender: Male    Height:    Weight:

Occ Title: Senior Underwriter

Occ Type: Sedentary    Last Day Worked: 10/15/2018

Disability Date: 10/16/2018

Expected Delivery Date:    Actual Delivery Date:

Surgery Date:

Definition of Disability: 2 YEAR RESIDUAL

Benefit %: 60%

Proof of Loss:

CID Date: 04/16/2021    Benefit Amount:    ERISA Indicator:

Max Date: 06/25/2032    Reservation of Rights:

--------------------------------------------------------------------------------
**Claim Overview: CAUSATION AND CLAIM OVERVIEW:** 53 yom Senior Underwriter w/ LDW
10/15/18 due to back pain with conservative treatment. EE also w/ bilateral
shoulder OA and my need shoudler replacement. EE has atty and communications are
through atty. FCE completed 10/11/18 & 10/12/18 imaged 11/26/18.

**COVERAGE/CLASS ANALYSIS**
PED: 1/1/15
List Bill or Self Accounting: Self accounting
DOH:  7/12/04
Contribution to premium Y/N:  No
Post-tax%: 100
EDOC: 1/1/15
Enrollment Received:  1/1/15 confirmed by ER
Actual Hours Worked: 37.5 per CEV
Rationale:  ER confirmed EDOC IS PED on 1/1/15

1/01/05 or after, Submit Premium Claim Review Request form if there is a greater
than 5% difference between BME and earnings reported on CME

**DISABILITY DATE ANALYSIS**
EE LDW:
ER LDW:   10/16/18 4 hours
APS DOD:  10/16/18
STD DOD:  10/16/18
Actual DOD:    10/16/18
Analysis of DOD:   Reasonable to use DOD Of 10/16/18 which is when AP took EE OOW.

**ELIMINATION PERIOD ANALYSIS**
EP Earnings Loss required?: Y/N: no
EP End Date:  4/15/19
EP Rationale:    ER confirmed ends 4/15/19, EP Extended

**POLICY ANALYSIS**
Pre-ex Type:   3/12

Pre-ex Eval needed?: No
If Y, see Pre-ex/COC tab for more information

Disability Plus Y/N: (Eval needed?):  n
Mental/Nervous Limitation:  24m  Rationale if needed:  n/a
Self-Report Limitation:  n  Rationale if Needed:
Other Exclusions:
OR definition of Disability: Y/N:  Not and OR 2year residual
Other applicable provisions/riders:

---

**FINANCIAL**
BME Finalized: Y/N:  Calc'd

COMMON CLAIMS: (folders linked?):


**OTHER**
Premium Deductions Applicability (e.g., health, dental, etc.): [Yes, Coded per CEV-
Yes, Coded per ERS-N/A]


--------------------------------------------------------------------------------

Created By: Albanese, Kathleen M.   Created Date: 02/15/2019
Create Site: Portland

Updated By: Albanese, Kathleen M.   Updated Date: 11/15/2019
Update Site: Portland

**Action Plan - Key Actions & Rationale**

--------------------------------------------------------------------------------

**File Direction:**

**Claim Management Direction:**

--------------------------------------------------------------------------------

**Created By: Albanese, Kathleen M.    Created Date: 02/15/2019**
**Create Site: Portland**

**Updated By: Albanese, Kathleen M.    Updated Date: 11/15/2019**
**Update Site: Portland**

--------------------------------------------------------------------------------

**SSDI Indicator:** Non - Presumptive

**SSDI Status:** Hearing Level Appeal

**SSDI Assist Type:** Genex

**SSDI Reason:**

**SS File Status:**

**BPO Status:** PTI 3/27/19; taj 6/6/19

**SSA Auth Status:** rec'vd 7/1/19

**SSDI Notes:** Hearing Re filed 11/15/19

**Elig Dependents:** No      **Youngest Dep. Current Age:** 22

**Spouse DOB:**      **Spouse Working:**

**Type:** Accumulated Sick Pay/Salary Cont
**Status:** Not an offset in policy
**Notes:** am 3/1/19

**Type:** MVA - Lost Wages
**Status:** Not an offset in policy
**Notes:** am 3/1/19

**Type:** Pension Retirement
**Status:** Monitoring
**Notes:** DOH 7/12/04; frozen DB plan-SH/EE has not elected- 8/21/19 ER PTI/EE put on
notice 8/21/19; taj 8/21/19

**Type:** PERS/STRS
**Status:** Not Eligible
**Notes:** am 3/1/19

**Type:** Short Term Disability
**Status:** Not Eligible
**Notes:** EP extended am 3/1/19

**Type:** Social Security Retirement
**Status:** Monitoring
**Notes:** am 3/1/19

**Type:** State Disability
**Status:** Awarded
**Notes:** Offset coded am 3/1/19

**Type:** Third Party
**Status:** Not an offset in policy
**Notes:** am 3/1/19

**Type:** Workers' Comp - Temp
**Status:** Not related to disability
**Notes:** am 3/1/19

**Type:** Other
**Status:** Not Eligible
**Notes:** FSS: no elig dep/not married -2/27/19 IL TPC; taj 6/6/19

--------------------------------------------------------------------------------

**Created By: Albanese, Kathleen M.    Created Date: 02/15/2019**
**Create Site: Portland**

**Updated By: Albanese, Kathleen M.    Updated Date: 11/15/2019**
**Update Site: Portland**

```
                        Action Plan - Pre-ex COC
--------------------------------------------------------------------------------

Pre-Ex Invest. Req'd:

Pre-Ex Start Date:          Pre-Ex End Date:

Analysis:

--------------------------------------------------------------------------------

Created By: Albanese, Kathleen M.    Created Date: 02/15/2019
Create Site: Portland

Updated By: Albanese, Kathleen M.    Updated Date: 11/15/2019
Update Site: Portland
```

```
                            Action Plan - Actions
-------------------------------------------------------------------------------

---------- Key Activities ----------

   Created Date: 03/18/2019
   Activity Type: Disability Benefits Specialist
   Activity Name: Change in Def Review 1
   Activity Subject: 6 Month CID Review
   Completed Date: 01/02/2020
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 03/18/2019
   Activity Type: Disability Benefits Specialist
   Activity Name: Change in Def Review 2
   Activity Subject: 4 Month CID Review
   Completed Date: 01/02/2020
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 03/18/2019
   Activity Type: Auto-generated
   Activity Name: Change in Definition Expired
   Activity Subject: CID Expired
   Completed Date: 01/02/2020
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 03/18/2019
   Activity Type: Management
   Activity Name: Approval
   Activity Subject: IL Approval
   Completed Date: 03/20/2019
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 03/20/2019
   Activity Type: Auto-generated
   Activity Name: Mid-Duration Evaluation
   Activity Subject: Mid-Duration Review
   Completed Date: 10/17/2019
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 05/14/2019
   Activity Type: SS Advocacy Vendor
   Activity Name: Genex
   Activity Subject: GENEX Referral
   Completed Date: 05/14/2019
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 12/27/2019
   Activity Type: CVM
   Activity Name: Written DMO Review
   Activity Subject: Written DMO Review
   Completed Date: 01/02/2020
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 07/01/2020
   Activity Type: Appeal
   Activity Name: Admin-Appeal Referral
   Activity Subject: Appeal referral
   Completed Date: 07/01/2020
   CCS Comments:
   --------------------------------------------------------------
   Created Date: 07/01/2020
   Activity Type: Appeal
```

Activity Name: Review - Appeals Staff Use Only
Activity Subject: New appeal 6/30/20 Erisa 2018 - Dual
Completed Date: 11/10/2020
CCS Comments:
--------------------------------------------------------------------
Created Date: 08/11/2020
Activity Type: Appeal
Activity Name: Extension
Activity Subject: Extension - R/R/R
Completed Date: 10/07/2020
CCS Comments:

---------- Additional Documentation ----------
 Action:
 Created Date:
 User Name:
 Comments:


-------------------------------------------------------------------------------
Created By: Albanese, Kathleen M.   Created Date: 02/15/2019
Create Site: Portland

Updated By: Albanese, Kathleen M.   Updated Date: 11/15/2019
Update Site: Portland

**Claim Action Plan –**

--------------------------------------------------------------------------------

**Claimant name: ,**

**Claim identifier:**

**Claim owner:**

**Other open claims:**

**Tax ID:**

**Agreement identifier:**

**Agreement name: SWISS RE AMERICA HOLDING CORPORATION**

**Claim status:**

**Phone:**

**Product/Type: /**

**Legacy payment system:**

**Legacy claim identifier:**

**State/Prov:**

--------------------------------------------------------------------------------

**Current Age:**

**Gender:**

**Occupational/Job title:**

**Definition of disability: 2 YEAR RESIDUAL**

**Disability date:**

**CID date:**

**Attorney represented:**

**Segment:**

**Primary Dx:**

**File direction:**

**Secondary Dx:**

**Claim management direction/ERD rationale:**

**Contractual analysis/Next steps:**
**Analysis reviewed:**

**Medical analysis/Next steps:**
**Analysis reviewed:**

**Occupational analysis/Next steps:**
**Analysis reviewed:**

**Financial analysis/Next steps:**
**Analysis reviewed:**

```
            Claim Action Plan - Contractual - General
--------------------------------------------------------------------------------

--------------------------- Status letters ------------------------------------
Letter Type:
Letter Date:
Reason:
Next Letter Due Date:
--------------------------------------------------------------------------------

Agreement situs: New York

CID date:

Contract series: CXC SERIES

Proof of loss:

Definition of disability: 2 YEAR RESIDUAL

Maximum duration date:

Material & substantial duties:

Work related:        Motor vehicle accident:

Waiver of premium date:

--------------------------- Elimination period --------------------------------
Elimination period:
Elimination period notes:
Elimination period end date:
Elimination period end date override:
Waiver for hospitalization:
--------------------------------------------------------------------------------

----------------------- Reservation of rights ---------------------------------
ROR start date:
Reservation of rights:
ROR end date:
Reservation of rights validation date:
--------------------------------------------------------------------------------
```

```
                    Claim Action Plan - Contractual - Coverage Review
--------------------------------------------------------------------------------
Analysis/Next steps:
Analysis reviewed:


------------------------- Eligible class -------------------------------
Analysis/Next steps:

Class description: All regular employees in active employment in the United States
with the Employer, excluding temporary and seasonal workers, international
assignees, leased employees,
Hours worked (ER Form):
Minimum hours: 24 HOURS
--------------------------------------------------------------------------------


----------------------- Coverage effective date ------------------------------
Analysis/Next steps:

Agreement effective date: 1/1/2015
Coverage effective date:
Agreement termination date:
EE contribution %:
Hire date:
EE pre/post-tax:
Waiting period:
Enrollment card signed date:
Evidence of insurability approved date:
--------------------------------------------------------------------------------


-------------------------- Contestability ------------------------------------
Contestability applicable:
Contestable period begin date:
Contestable period end date:
--------------------------------------------------------------------------------


-------------------------- Disability date -----------------------------------
Analysis/Next steps:

Last worked date:
Disability date:
Last worked date per employee:
Disability date per APS:
Last worked date per employer:
Disability date per STD:
1st treatment date:
--------------------------------------------------------------------------------
```

```
        Claim Action Plan - Contractual - Pre-Existing/C of C
--------------------------------------------------------------------------------

Analysis/Next steps:

Coverage effective date:

Pre-existing exclusion:

Prudent person:

Pre-existing evaluation needed (base):

Pre-existing evaluation needed (buyup):

Coverage increase effective date:

Continuity of coverage applicable:

-------------------------- Look back period ----------------------------------
Base begin date:           Base end date:
Buyup begin date:          Buyup end date:
Treatment free review period begin date:
Treatment free review period end date:
--------------------------------------------------------------------------------

----------------------- Continuity of coverage -------------------------------
Agreement effective date:
Prior carrier:
Our agreement: 1/1/2015

EE contribution %:
Prior carrier:
Our agreement:

Coverage effective date:
Prior carrier:
Our agreement:

Class description:
Prior carrier:
Our agreement: All regular employees in active employment in the United States with
the Employer, excluding temporary and seasonal workers, international assignees,
leased employees,

Look back period base begin date:
Prior carrier:
Our agreement:

Look back period base end date:
Prior carrier:
Our agreement:

Maximum duration date:
Prior carrier:
Our agreement:

Minimum hours:
Prior carrier:
Our agreement: 24 HOURS

Benefit amount:
Prior carrier:
```

**Our agreement:**
Mode:

**Pre-existing exclusion:**
Prior carrier:
Our agreement:

**Waiting period:**
Prior carrier:
Our agreement:
--------------------------------------------------------------------------

**Claim Action Plan - Contractual - Exclusions/Limitations**

------------------------------------------------------------------------

-----------------------------Limitations------------------------------------
**Provision:**
**Value:**
**Begin Date:**
**End Date:**
------------------------------------------------------------------------

---------------------------------- Exclusions ------------------------------
**Provision:**
------------------------------------------------------------------------

```
                    Claim Action Plan - Medical - General
-------------------------------------------------------------------------------

Analysis/Next steps:
Analysis reviewed:

-------------------------------- Diagnosis --------------------------------------
Primary Dx:
Secondary Dx:
Additional Dx information:
-------------------------------------------------------------------------------

Height:              Weight:

Restrictions and limitations validated:

R & L's next review date:
```

```
                 Claim Action Plan - Occupational - General
--------------------------------------------------------------------------------
Analysis/Next steps:
Analysis reviewed:

Occ title:

RTW opportunities:

Job title:

Will ER accomodate RTW:

Employment status:

Material & substantial duties:

Gainful definition:

------------------------ Actual return to work --------------------------------
Date:
Status:
Occupation:
Employer:
--------------------------------------------------------------------------------
```

```
                    Claim Action Plan - Financial - General
--------------------------------------------------------------------------------

Analysis/Next steps:
Analysis reviewed:

Earnings:

Mode:

Minimum monthly benefit: $100, 10%

BME/PMI finalized:

Maximum monthly benefit: $15,000

Benefit percentage: 60%

EE Contribution %:

Benefit level provision:

EE pre/post-tax:

Settlement:
Status:        Status date:

Non pay periods accumulated:
Months:        Days:

Payment option form status:
```

**Claim Action Plan - Financial - Social Security and Dependents**
------------------------------------------------------------------------------
------------------ Social Security Disability Income ------------------------
SSDI indicator:
SSDI assist type:
SSDI status:
SSDI status date:
SSDI reason:
SSDI Auth/File status:
SSDI hearing date:
------------------------------------------------------------------------------

------------------------ Spouse and dependents ------------------------------
Spouse birth date:
Spouse working:
Eligible Social Security dependent:
Youngest dependent birth date:
------------------------------------------------------------------------------

**Claim Action Plan – Financial – Other Income Benefits**
--------------------------------------------------------------------------------

------------------------ Other income benefits ------------------------------
**Name:**
**Status:**
**Begin Date:**          **End Date:**
--------------------------------------------------------------------------------

**Benefit integration date:**

**Analysis:**

**Other coverage:**

**Claim Action Plan – Financial – Additional Benefits**
--------------------------------------------------------------------------------

-------------------------- Additional benefits ------------------------------
**Type:**
**Begin Date:**          **End Date:**
--------------------------------------------------------------------------------

```
              Claim Action Plan - Outstanding - General
--------------------------------------------------------------------------------
---------------------------- Contractual ---------------------------------------
--------------------------------------------------------------------------------
---------------------------- Medical -------------------------------------------
--------------------------------------------------------------------------------
---------------------------- Occupational --------------------------------------
--------------------------------------------------------------------------------
---------------------------- Financial -----------------------------------------
--------------------------------------------------------------------------------
---------------------------- Notes ---------------------------------------------
--------------------------------------------------------------------------------
```

```
                      Outstanding Information
---------------------------------------------------------------------------

------------------------ Outstanding Items - Current -----------------------

------------------------ Outstanding Items - History -----------------------

Item: Medical Records - Unum Requested
Requested Date: 11/19/2019
Requested From: Opisso DC, Lawrence
Processed Date: 11/25/2019
Notes:

Item: Medical Records - Unum Requested
Requested Date: 11/18/2019
Requested From: Beer MD, Jeffry
Processed Date: 11/20/2019
Notes:

Item: Medical Records - Unum Requested
Requested Date: 6/14/2019
Requested From: Beer MD, Jeffry
Processed Date: 6/25/2019
Notes:

Item: Medical Records - Unum Requested
Requested Date: 5/14/2019
Requested From: Generations Physical Therapy
Processed Date: 5/21/2019
Notes:
```

Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator: No**

**Document ID: 2019021411360384F916**

**Entry Date: 02/14/2019 11:36:05**

**Received Date: 02/14/2019**

**Date Added to Claim: 02/14/2019**

**Primary Doc Type: Claim Form**

**Secondary Doc Type: New Claim**

**Medical Provider:**

**Document Notes: 1128**

**Work Notes: std 15334313**



Claimant: Michael J. Graziano  State/Prov: New York  Tax ID: 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  Phone: (646) 456-1176
NavLink Claim No.: 15034313  Owner: Alyssa Gurney  Legacy System: BAS  Status: Open
Policy No.: 405957  Policy Name: SWISS RE AMERICA HOL Product: Short Term Disability Prod Type: ASD

Type: General Suspense Inquire  Name: STD May (nolliser)  Status: Pended
Original Notify Date:   Notify Date: 02/14/2019  Due Date:
Subject: Set up LTD  Upon Completion Notify: Activity Creator  Claim Owner  Linked Claim Owner(s)  Mark as Priority
Activity Owner: Murdoch Curry, Ray  Action:   Create Follow Up

Request  Response

Prior Requests

Gurney, Alyssa.02/14/2019 11:28:58 AM:
thank you

Enter Request

Created By: Gurney, Alyssa  Created Date: 02/14/2019 11:28:59 AM  Create Site: Portland

Link Image  Open Audit Trail  Copy  Save  Save and Close  Cancel

```
                          Claim Document
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Type: Legacy Response

Subject: Error

Priority: Yes

Status: Completed

Notes: Transaction Error # 00016027 - E16027 You must be a valid BAS user to
perform this function.

Created By: Murdoch Curry, Ray
Created Date: 02/14/2019 - 11:37:58
Create Site: Portland

Completed By: Albanese, Kathleen
Completed Date: 02/15/2019 - 10:49:46
Complete Site: Portland
```

**Claim Document**

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Type: Reassign

Subject: Desk Reassignment

Priority: No

Status: Completed

Notes: JH

Created By: Honore, Jessica
Created Date: 02/14/2019 - 14:27:23
Create Site: Portland

Completed By: Honore, Jessica
Completed Date: 02/14/2019 - 14:27:23
Complete Site: Portland

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator: No**

**Type: Note To File**

**Subject: Coverage Search**

**Priority: No**

**Status: Completed**

**Notes: Coverage Search**
**LWOP: Yes - LWOP found and set up**
**IDI: No**


**Created By: Honore, Jessica**
**Created Date: 02/14/2019 - 14:29:02**
**Create Site: Portland**

**Completed By: Honore, Jessica**
**Completed Date: 02/14/2019 - 14:29:02**
**Complete Site: Portland**

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Type: Legacy Response

Subject: Initiate Warning

Priority: Yes

Status: Completed

Notes: Warning Error #00007453 - L7453  The "as of" date is before the employee eff
date.

Created By: Honore, Jessica
Created Date: 02/14/2019 - 14:32:26
Create Site: Portland

Completed By: Albanese, Kathleen
Completed Date: 02/15/2019 - 10:49:40
Complete Site: Portland

**Checked/Unchecked Indicator: No**

**Type: Reassign**

**Subject: Recommend New Claim Triage**

**Priority: No**

**Status: Completed**

**Notes: 53 yom Senior Underwriter w/ LDW 10/15/18 due to back pain with conservative treatment. EE also w/ bilateral shoulder OA. EE has atty and communications are through atty. FCE completed 10/11/18 & 10/12/18 imaged 11/26/18. Obtain BRI intelliscript and internet search. Conduct IL TPC w/ atty/EE if possible and bring to IFD.**

**Created By: Lord, Amanda**
**Created Date: 02/15/2019 - 09:35:37**
**Create Site: Portland**

**Completed By: Albanese, Kathleen**
**Completed Date: 02/15/2019 - 10:59:46**
**Complete Site: Portland**

### Document Detail

---------------------------------------------------------------------------------

**Checked/Unchecked Indicator: No**

**Document ID: 2019021511050511D908**

**Entry Date: 02/15/2019 11:05:10**

**Received Date: 02/15/2019**

**Date Added to Claim: 02/15/2019**

**Primary Doc Type: Policy**

**Secondary Doc Type: Contract**

**Medical Provider:**

**Document Notes: CXC**

**Work Notes:**

AMENDMENT NO. 2

This amendment forms a part of Group Policy No. 405256 001 issued to the Policyholder:

Swiss Re America Holding Corporation

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is January 1, 2016. The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at New York, New York on January 29, 2016.

First Unum Life Insurance Company

By _____

Secretary

Swiss Re America Holding Corporation

By _____
Signature and Title of Officer

C.AMEND-1             AMEND-1 (1/1/2016)



**GROUP INSURANCE POLICY**
**NON-PARTICIPATING**

# First Unum Life Insurance Company

**POLICYHOLDER:**   Swiss Re America Holding Corporation

**POLICY NUMBER:**   405256 001

**POLICY EFFECTIVE DATE:**   January 1, 2015

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**   New York

First Unum Life Insurance Company (referred to as Unum) will provide benefits under this policy.  Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions.  This policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- employees' signed applications; and
- the certificate of coverage.

This policy may be changed in whole or in part.  Only an officer or a registrar of Unum can approve a change.  The approval must be in writing and endorsed on or attached to this policy.  No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at New York, New York on the Policy Effective Date.

President                         Secretary

First Unum Life Insurance Company
666 Third Avenue
Suite 301
New York, New York 10017

C.FP-1                    C.FP-1  (1/1/2016)

# TABLE OF CONTENTS

BENEFITS AT A GLANCE ................................................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN ....................................................................................B@G-LTD-1

CLAIM INFORMATION ....................................................................................................LTD-CLM-1

LONG TERM DISABILITY..............................................................................................LTD-CLM-1

POLICYHOLDER PROVISIONS ......................................................................................EMPLOYER-1

CERTIFICATE SECTION ................................................................................................CC.FP-1

GENERAL PROVISIONS ................................................................................................EMPLOYEE-1

LONG TERM DISABILITY..............................................................................................LTD-BEN-1

BENEFIT INFORMATION ..............................................................................................LTD-BEN-1

OTHER BENEFIT FEATURES........................................................................................LTD-OTR-1

OTHER SERVICES........................................................................................................SERVICES-1

GLOSSARY....................................................................................................................GLOSSARY-1

*Claimant Name: Michael J. Graziano      Claim #:  15828867*

FUL-CL-LTD-000044

# BENEFITS AT A GLANCE

## SYNOPSIS

The insurance evidenced by this certificate provides disability income insurance only. It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Department of Financial Services.

## EXCLUSIONS

What disabilities are not covered under your plan:
See page LTD-BEN-8

## LIMITATIONS

What disabilities have a limited pay period under your plan:
See page LTD-BEN-7

What disabilities due to a pre-existing condition have limited coverage:
See Page LTD-BEN-8

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**     January 1, 2015

**POLICY NUMBER:**     405256 001

**ELIGIBLE GROUP(S):**

All regular employees in active employment in the United States with the Employer, excluding temporary and seasonal workers, international assignees, leased employees, payroll service or agency employees, interns, independent contractors, consultants and non-resident aliens.

**MINIMUM HOURS REQUIREMENT:**

Employees must be working at least 24 hours per week on a regularly scheduled basis.

**WAITING PERIOD:**

For employees in an eligible group on or before January 1, 2015: None

For employees entering an eligible group after January 1, 2015: None

**WHO PAYS FOR THE COVERAGE:**

Your Employer pays the cost of your coverage.

Your Employer allows you to elect to have the cost of your Employer-paid coverage included in your taxable income.

**ELIMINATION PERIOD:**

The later of:

- 180 days; or
- the date your accumulated sick leave, salary continuation or self-insured Short Term Disability payments end, if applicable.

B@G-LTD-1  (1/1/2016)

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

60% of monthly earnings to a maximum benefit of $15,000 per month.

Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than Age 62 | To Social Security Normal Retirement Age |
| Age 62 | 60 months |
| Age 63 | 48 months |
| Age 64 | 42 months |
| Age 65 | 36 months |
| Age 66 | 30 months |
| Age 67 | 24 months |
| Age 68 | 18 months |
| Age 69 or older | 12 months |

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or before | 65 years |
| 1938 | 65 years 2 months |
| 1939 | 65 years 4 months |
| 1940 | 65 years 6 months |
| 1941 | 65 years 8 months |
| 1942 | 65 years 10 months |
| 1943-1954 | 66 years |
| 1955 | 66 years 2 months |
| 1956 | 66 years 4 months |
| 1957 | 66 years 6 months |
| 1958 | 66 years 8 months |
| 1959 | 66 years 10 months |
| 1960 and after | 67 years |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**DEPENDENT CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain dependent care expenses limited to the following amounts:

Dependent Care Expense Benefit Amount: $350 per month, per dependent

Dependent Care Expense Maximum Benefit Amount: $1,000 per month for all eligible dependent care expenses combined

B@G-LTD-2 (1/1/2016)

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings. However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Minimum Benefit

Pre-Existing Limitation: 3/12

Survivor Benefit

**The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.**

The plan includes enrollment, risk management and other support services related to your Employer's Benefit Program.

B@G-LTD-3 (1/1/2016)

# CLAIM INFORMATION

# LONG TERM DISABILITY

***WHEN DO YOU NOTIFY UNUM OF A CLAIM? (If you are already receiving short term disability payments under your Employer's self-insured plan, and you have a claim for the same disability under this Long Term Disability plan, it is not necessary for you to submit a new claim form.)***

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Notice of claim should be sent within 20 days after the date your disability begins. In addition, you must send Unum proof of your claim no later than one year after the date your disability begins unless you prove that it was not possible to do so. Failure to furnish such proof within one year shall not invalidate or reduce any claim if it shall be shown not to have been reasonably possible to furnish such proof within such time, provided such proof was furnished as soon as reasonably possible.

You must notify us immediately when you return to work in any capacity.

## *HOW DO YOU FILE PROOF OF CLAIM?*

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

The form to use to submit your proof of claim is available from your Employer, or you can request the form from us. If you do not receive the form from Unum or your Employer within 15 days of your request, you shall be deemed to have complied with the requirement upon submitting written proof covering the occurrence, character and extent of the loss. Please send Unum proof of claim without waiting for the form.

## *WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?*

Proof of your claim, provided at your expense, must show:

- the date your disability began;
- the existence and cause of your sickness or injury;
- that your sickness or injury causes you to have limitations on your functioning and restrictions on your activities preventing you from performing the material and substantial duties of your regular occupation or of any other gainful occupation for which you are reasonably fitted by education, training, or experience;
- that you are under the **regular care of a physician;**
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians; and
- the appropriate documentation of your monthly earnings, any disability earnings, and any deductible sources of income.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. We may also require that you send us appropriate financial records, which may include income tax returns, which we believe are necessary to substantiate your income. We may request that you send

periodic proof of your claim. This proof, provided at your expense, must be received within 45 days of a request by us. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to meet with and be interviewed by an authorized Unum Representative. Unum will deny your claim, or stop sending you payments, if you fail to comply with our requests.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

### WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim;
- disability earnings; or
- deductible sources of income.

You must reimburse us in full. We will determine the method by which the repayment is to be made which may include reducing or withholding future payments including the minimum monthly payment.

Unum will not recover more money than the amount we paid you.

Any unpaid premium due for your coverage under this policy may be recovered by us by offsetting against amounts otherwise payable to you under this policy, or by other legally permitted means.

LTD-CLM-2 (1/1/2016)

# POLICYHOLDER PROVISIONS

*WHAT IS THE COST OF THIS INSURANCE?*

## <u>LONG TERM DISABILITY</u>

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

### *WAIVER OF PREMIUM*

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### *INITIAL RATE GUARANTEE AND RATE CHANGES*

Refer to the Rate Information Amendment(s).

### *WHEN IS PREMIUM DUE FOR THIS POLICY?*

Premium Due Dates: Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Policyholder** must send all premiums to Unum on or before their respective due date. The premium must be paid in United States dollars.

### *WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases which take effect during a policy month are adjusted and due on the next premium due date following the change. Changes will not be pro-rated daily.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

Unum will only adjust premium for the current policy year and the prior policy year. In the case of fraud, premium adjustments will be made for all policy years.

### *WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?*

The Policyholder must provide Unum with the following on a regular basis:

- information about employees:
  - who are eligible to become insured;
  - whose amounts of coverage change; and/or
  - whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

EMPLOYER-1 (1/1/2016)

Clerical error or omission by Unum will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

### *WHO CAN CANCEL OR MODIFY THIS POLICY OR A PLAN UNDER THIS POLICY?*

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or modify this policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide Unum with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 10 employees are insured under a plan;
- the premium is not paid in accordance with the provisions of this policy that specify whether the Policyholder, the employee, or both, pay(s) the premiums;
- the Policyholder does not promptly report to Unum the names of any employees who are added or deleted from the eligible group;
- Unum determines that there is a significant change, in the size, occupation or age of the eligible group as a result of a corporate transaction such as a merger, divestiture, acquisition, sale, or reorganization of the Policyholder and/or its employees; or
- the Policyholder fails to pay any portion of the premium within the 45 day **grace period**.

If Unum cancels or modifies this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 31 days prior to the cancellation date or modification date. The Policyholder may cancel this policy or a plan if the modifications are unacceptable.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

EMPLOYER-2 (1/1/2016)

## WHAT HAPPENS TO AN EMPLOYEE'S COVERAGE UNDER THIS POLICY WHILE HE OR SHE IS ON A FAMILY AND MEDICAL LEAVE OF ABSENCE?

We will continue the employee's coverage in accordance with the policyholder's Human Resource policy on family and medical leaves of absence if premium payments continue and the policyholder approved the employee's leave in writing.

Coverage will be continued until the end of the later of:

1. the leave period required by the federal Family and Medical Leave Act of 1993 and any amendments; or
2. the leave period required by applicable state law.

If the policyholder's Human Resource policy doesn't provide for continuation of an employee's coverage during a family and medical leave of absence, the employee's coverage will be reinstated when he or she returns to active employment.

We will not:

- apply a new waiting period;
- apply a new pre-existing condition limitation; or
- require evidence of insurability.

## DIVISIONS, SUBSIDIARIES OR AFFILIATED COMPANIES INCLUDE:

NAME/LOCATION (CITY AND STATE)

Westport Insurance Corporation
Armonk, New York

Flint Hills Insurance Agency
Armonk, New York

EMPLOYER-3 (1/1/2016)

# CERTIFICATE SECTION

First Unum Life Insurance Company (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

First Unum Life Insurance Company
666 Third Avenue
Suite 301
New York, New York 10017

CC.FP-1 (1/1/2016)

# GENERAL PROVISIONS

## WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

## WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**.

## WHEN DOES YOUR COVERAGE BEGIN?

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the date you are eligible for coverage.

## WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness or temporary leave of absence, your coverage will begin on the date you return to **active employment**.

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a **leave of absence**, and if premium is paid, you will be covered for up to 60 days following the date your leave of absence begins.

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE NOT WORKING DUE TO A PLANT CLOSING?

**Massachusetts Residents Only**
If you are not working due to a plant closing (as defined in Section 71A of Chapter 151A of the Massachusetts Insurance Statutes), and if premium is paid, you will be covered up to 90 days from the date you were no longer in active employment. If you become covered under any other group disability plan, your coverage under this policy or plan will end.

## WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage will take effect immediately if you are in active employment or if you are on a covered leave of absence. If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

EMPLOYEE-1 (1/1/2016)

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

## *WHEN DOES YOUR COVERAGE END?*

### Non-Massachusetts Residents Only
Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions; or
- the last day you are in active employment except as provided under the covered leave of absence provision.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

### Massachusetts Residents Only
Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions; or
- the last day you are in active employment except as provided under the covered leave of absence and plant closing provisions, or as noted below.

If you end employment, coverage will be extended for 31 days. But if you become eligible for any other group disability insurance or any other arrangement, this extension of coverage will end.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

## *WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?*

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the later of when original proof of your claim was first required to have been given; or your claim was denied; or your benefits were terminated, unless otherwise provided under federal law.

## *HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?*

Unum considers any statements you or your Employer make in a signed application for coverage a representation and not a warranty. If any of the statements you or your Employer make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

We will use only statements made in a signed application as a basis for doing this.

EMPLOYEE-2  (1/1/2016)

If the Employer gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

## HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

## DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of Unum.

EMPLOYEE-3 (1/1/2016)

# LONG TERM DISABILITY

# BENEFIT INFORMATION

## HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

You must be under the regular care of a physician in order to be considered disabled.

## HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is the later of:

- 180 days; or
- the date your **accumulated sick leave**, **salary continuation** or self-insured Short Term Disability payments end, if applicable.

You are not required to have a 20% or more loss in your indexed monthly earnings due to the same injury or sickness to be considered disabled during the elimination period.

## CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes. If you are working while you are disabled, the days you are disabled will count toward your elimination period.

## WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

LTD-BEN-1  (1/1/2016)

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $15,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

Your monthly payment may be reduced based on your disability earnings.

If, at any time after the elimination period, you are disabled for less than 1 month, we will send you 1/30 of your monthly payment for each day of disability and 1/30 of any additional benefits for each day of disability.

### WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings. However, if you are participating in Unum's Rehabilitation and Return to Work Assistance program, the total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 110% of your monthly earnings.

### WHAT ARE YOUR MONTHLY EARNINGS?

"Monthly Earnings" means your gross monthly income from your Employer, not including shift differential, in effect just prior to your date of disability. It includes your total income before taxes. It is prior to any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan or flexible spending account. It does not include income received from commissions, bonuses, overtime pay or any other extra compensation or income received from sources other than your Employer.

### WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LEAVE OF ABSENCE?

If you become disabled while you are on a covered leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are from 20% through 80% of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.

LTD-BEN-2 (1/1/2016)

2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings. This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

As part of your proof of disability earnings, we can require that you send us appropriate financial records, which may include income tax returns, which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

### HOW DO WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings have fluctuated from month to month, Unum may determine your benefit eligibility based on the average of your disability earnings over the most recent 3 months.

### WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1. The amount that you receive under:

   - a workers' compensation law.
   - an occupational disease law.
   - any other **act** or **law** with similar intent.

2. The amount that you receive as disability income or disability retirement payments under any:

   - state compulsory benefit **act** or **law**.
   - group plan sponsored by your Employer.
   - other group insurance plan.
   - **governmental retirement system**.

3. The amount that you, your spouse and your children receive as disability payments because of your disability under:

   - the United States Social Security Act.

LTD-BEN-3 (1/1/2016)

- the Canada Pension **Plan**.
- the Quebec Pension Plan.
- any similar plan or act.

4. The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

5. The amount that you receive as retirement payments under any governmental retirement system. Retirement payments do not include payments made at the later of age 62 or normal retirement age under your Employer's retirement plan which are attributable to contributions you made on a post tax basis to the system.

   Regardless of how retirement payments are distributed, Unum will consider payments attributable to your post tax contributions to be distributed throughout your lifetime.

   Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

6. The amount that you:

   - receive as disability payments under your Employer's **retirement plan**.
   - voluntarily elect to receive as retirement payments under your Employer's retirement plan.
   - receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

   Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

   Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

   Regardless of how the retirement funds from the retirement plan are distributed, Unum will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

   Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. Unum will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

LTD-BEN-4  (1/1/2016)

7. The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

With the exception of retirement payments, Unum will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

### WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- no fault motor vehicle plans
- **salary continuation** or **accumulated sick leave** plans

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

LTD-BEN-5  (1/1/2016)

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

## HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each month up to the **maximum period of payment**. Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than Age 62 | To Social Security Normal Retirement Age |
| Age 62 | 60 months |
| Age 63 | 48 months |
| Age 64 | 42 months |
| Age 65 | 36 months |
| Age 66 | 30 months |
| Age 67 | 24 months |
| Age 68 | 18 months |
| Age 69 or older | 12 months |

| Year of Birth | Social Security Normal Retirement Age |
|---|---|
| 1937 or before | 65 years |
| 1938 | 65 years 2 months |
| 1939 | 65 years 4 months |
| 1940 | 65 years 6 months |
| 1941 | 65 years 8 months |
| 1942 | 65 years 10 months |
| 1943-1954 | 66 years |
| 1955 | 66 years 2 months |
| 1956 | 66 years 4 months |

LTD-BEN-6  (1/1/2016)

| 1957 | 66 years 6 months |
| 1958 | 66 years 8 months |
| 1959 | 66 years 10 months |
| 1960 and after | 67 years |

## *WHEN WILL PAYMENTS STOP?*

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 24 months of payments, when you are able to work in your regular occupation on a **part-time basis** and you do not;
- after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis and you do not;
- if you are working and your monthly disability earnings exceed 80% of your indexed monthly earnings, the date your earnings exceed 80%;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- after 12 months of payments if you are considered to reside outside the United States, Canada or Mexico. You will be considered to reside outside these countries when you have been outside the United States, Canada or Mexico for a total period of 6 months or more during any 12 consecutive months of benefits;
- the date you die.

## *WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?*

The lifetime cumulative maximum benefit period for all disabilities due to **mental illness** is 24 months. Only 24 months of benefits will be paid even if the disabilities:

- are not continuous; and/or
- are not related.

However, Unum will send you payments beyond the 24 month period if you meet one of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. If you are not confined to a hospital or institution but become confined for a period of at least 14 days within 90 days after the 24 month period for which you have received payments, Unum will send payments during the length of the confinement.

LTD-BEN-7  (1/1/2016)

Under no circumstances will Unum pay beyond the maximum period of payment as indicated in the **BENEFITS AT A GLANCE** section of your policy.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

### WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- participation in a felony.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

### WHAT DISABILITIES DUE TO A PRE-EXISTING CONDITION HAVE LIMITED COVERAGE UNDER THIS PLAN?

Your plan provides limited coverage for any disability caused by, contributed to by, or resulting from a **pre-existing condition**. A pre-existing condition is one for which:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

If you have a disability caused by, contributed to by, or resulting from your pre-existing condition,

- you will not be entitled to receive benefit payments during the first 12 months after your effective date of coverage;
- benefit payments are not payable for such period and will not be paid at any time; and
- to receive benefit payments after such period you must continue to be disabled and meet all other terms and conditions under the plan.

Benefit payments for which you qualified but were not entitled to receive due to your pre-existing condition are included in calculating the number of months of benefits and number of payments you have received for all purposes under this plan.

## *WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME WITH THE POLICYHOLDER AND YOUR DISABILITY OCCURS AGAIN?*

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between the end of your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months from the end of your prior claim.

Your recurrent disability will be subject to the same terms of the plan as your prior claim and will be treated as a continuation of that disability.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions, including the elimination period.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the Unum plan.

LTD-BEN-9 (1/1/2016)

# LONG TERM DISABILITY

## OTHER BENEFIT FEATURES

### WHAT BENEFITS WILL BE PROVIDED TO YOU OR YOUR FAMILY IF YOU DIE OR ARE TERMINALLY ILL? (Survivor Benefit)

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

You may receive your 3 month survivor benefit prior to your death if you have been diagnosed as terminally ill.

We will pay you a lump sum amount equal to 3 months of your gross disability payment if:

- you have been diagnosed with a terminal illness or condition;
- your life expectancy has been reduced to less than 12 months; and
- you are receiving monthly payments.

Your right to exercise this option and receive payment is subject to the following:

- you must make this election in writing to Unum; and
- your physician must certify in writing that you have a terminal illness or condition and your life expectancy has been reduced to less than 12 months.

This benefit is available to you on a voluntary basis and will only be payable once.

If you elect to receive this benefit prior to your death, no 3 month survivor benefit will be payable upon your death.

### WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)

When the plan becomes effective, Unum will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier. Unum will reduce your payment by any amount for which your prior carrier is liable.

LTD-OTR-1  (1/1/2016)

### WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION AFTER YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM OR YOU CHANGE EMPLOYERS AND BECOME INSURED UNDER THE UNUM PLAN? (Continuity of Coverage)

Unum may send you a payment if your disability results from a pre-existing condition if you were in active employment and insured under the Unum plan on the date your disability began.

You may satisfy the pre-existing condition provision under:

1. the Unum plan, using the following rule:
   Rule: When determining if you have a pre-existing condition under the Unum plan we will credit the time you were previously covered under a group disability insurance plan or policy or employer-provided disability benefit arrangement if (a) your coverage was continuous to a date within 60 days prior to the effective date of your coverage under this plan; and (b) the prior coverage was substantially similar to this plan; or
2. the prior carrier's plan if benefits would have been paid had that policy remained in force.

We will determine your benefits according to the Unum plan.

### HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to gainful employment. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

We will make the final determination of your eligibility for participation in the program.

We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you.

The rehabilitation program may include, but is not limited to, the following services and benefits:

- coordination with your Employer to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

LTD-OTR-2 (1/1/2016)

### WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

### WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?

Benefits for the Rehabilitation and Return to Work Assistance program will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

### WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR DEPENDENT CARE EXPENSES TO ENABLE YOU TO PARTICIPATE IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, we will pay a Dependent Care Expense Benefit when you are disabled and you:

1. are incurring expenses to provide care for a child under the age of 15; and/or
2. start incurring expenses to provide care for a child age 15 or older or a family member who needs personal care assistance.

The payment of the Dependent Care Expense Benefit will begin immediately after you start Unum's Rehabilitation and Return to Work Assistance program.

Our payment of the Dependent Care Expense Benefit will:

1. be $350 per month, per **dependent**; and
2. not exceed $1,000 per month for all dependent care expenses combined.

To receive this benefit, you must provide satisfactory proof that you are incurring expenses that entitle you to the Dependent Care Expense Benefit.

LTD-OTR-3 (1/1/2016)

Dependent Care Expense Benefits will end on the earlier of the following:

1. the date you are no longer incurring expenses for your dependent;
2. the date you no longer participate in Unum's Rehabilitation and Return to Work Assistance program; or
3. any other date payments would stop in accordance with this plan.

LTD-OTR-4 (1/1/2016)

# OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

## *HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?*

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer. One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you, your Employer and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

## *HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?*

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Holidays and normal vacation is considered active employment.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive while you are disabled. This income will be subtracted from your gross disability payment.

**DEPENDENT** means:

- your child(ren) under the age of 15; and
- your child(ren) age 15 or over or a family member who requires personal care assistance.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity**.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a person who is in active employment in the United States with the Employer.

**EMPLOYER** means the Policyholder, and includes any division, subsidiary or affiliated company named in the policy.

**GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income within 12 months of your return to work, that exceeds:

80% of your indexed monthly earnings, if you are working; or
60% of your indexed monthly earnings, if you are not working.

**GOVERNMENTAL RETIREMENT SYSTEM** means a plan which is part of any federal, state, county, municipal or association retirement system, including but not limited to, a state teachers retirement system, public employees retirement system or other similar retirement system for state or local government employees providing for the payment of retirement and/or disability benefits to individuals.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-U) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-U.

Indexing is only used as a factor in the determination of the percentage of lost earnings while you are disabled and working and in the determination of gainful occupation.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

- during the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.
- beyond 24 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition classified in the Diagnostic and Statistical Manual of Mental Health Disorders (DSM), published by the American Psychiatric Association, most current as of the start of a disability. Such disorders include, but are not limited to, psychotic, emotional or behavioral disorders, or

disorders relatable to stress. If the DSM is discontinued or replaced, these disorders will be those classified in the diagnostic manual then used by the American Psychiatric Association as of the start of a disability.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from your Employer as defined in the plan.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**PART-TIME BASIS** means the ability to work and earn between 20% and 80% of your indexed monthly earnings.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Employer to whom the policy is issued.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a disability payment.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician

whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**RETIREMENT PLAN** means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan does not include any plan which is part of any governmental retirement system.

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which employees are insured under this plan.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE, US** and **OUR** means First Unum Life Insurance Company.

**YOU** means an employee who is eligible for Unum coverage.

# ERISA

## Additional Summary Plan Description Information

If the policy provides benefits under a Plan which is subject to the Employee Retirement Income Security Act of 1974 (ERISA), the following provisions apply. These provisions, together with your certificate of coverage, constitute the summary plan description. The summary plan description and the policy constitute the Plan. Benefit determinations are controlled exclusively by the policy, your certificate of coverage and the information contained in this document.

**Name of Plan:**
Swiss Re America Holding Corporation Health and Welfare Plan

**Name and Address of Employer:**
Swiss Re America Holding Corporation
175 King Street
Armonk, New York
10504

**Plan Identification Number:**
a. Employer IRS Identification #: 13-2761364
b. Plan #: 501

**Type of Welfare Plan:**
Disability Income

**Type of Administration:**
The Plan is administered by the Plan Administrator. Benefits are administered by the insurer and provided in accordance with the insurance policy issued to the Plan.

**ERISA Plan Year Ends:**
December 31

**Plan Administrator, Name,**
**Address, and Telephone Number:**
Swiss Re America Holding Corporation
175 King Street
Armonk, New York
10504
(914) 828-8000

Swiss Re America Holding Corporation is the Plan Administrator and named fiduciary of the Plan, with authority to delegate its duties. The Plan Administrator may designate Trustees of the Plan, in which case the Administrator will advise you separately of the name, title and address of each Trustee.

**Agent for Service of**
**Legal Process on the Plan:**
Swiss Re America Holding Corporation
175 King Street
Armonk, New York
10504

ADDLSUM-1 (1/1/2016)

Service of legal process may also be made upon the Plan Administrator, or a Trustee of the Plan, if any.

**Funding and Contributions:**

The Plan is funded by insurance issued by First Unum Life Insurance Company, 666 Third Avenue, Suite 301, New York, New York 10017 (hereinafter referred to as "Unum") under policy number 405256 001. Contributions to the Plan are made as stated under "WHO PAYS FOR THE COVERAGE" in the Certificate of Coverage.

## EMPLOYER'S RIGHT TO AMEND THE PLAN

The Employer reserves the right, in its sole and absolute discretion, to amend, modify, or terminate, in whole or in part, any or all of the provisions of the Plan (including any related documents and underlying policies), at any time and for any reason or no reason. Any amendment, modification, or termination must be in writing and endorsed on or attached to the Plan.

## EMPLOYER'S RIGHT TO REQUEST POLICY CHANGE

The Employer can request a policy change. Only an officer or registrar of Unum can approve a change. The change must be in writing and endorsed on or attached to the policy.

## MODIFYING OR CANCELLING THE POLICY OR A PLAN UNDER THE POLICY

The policy or a plan under the policy can be cancelled:

- by Unum; or
- by the Employer.

Unum may cancel or modify the policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for an Employer paid plan;
- the Employer does not promptly provide Unum with information that is reasonably required;
- the Employer fails to perform any of its obligations that relate to the policy;
- fewer than 10 employees are insured under a plan;
- the premium is not paid in accordance with the provisions of the policy that specify whether the Employer, the employee, or both, pay(s) the premiums;
- the Employer does not promptly report to Unum the names of any employees who are added or deleted from the eligible group;
- Unum determines that there is a significant change, in the size, occupation or age of the eligible group as a result of a corporate transaction such as a merger, divestiture, acquisition, sale, or reorganization of the Employer and/or its employees; or
- the Employer fails to pay any portion of the premium within the 45 day grace period.

ADDLSUM-2 (1/1/2016)

If Unum cancels or modifies the policy or a plan for reasons other than the Employer's failure to pay premium, a written notice will be delivered to the Employer at least 31 days prior to the cancellation date or modification date. The Employer may cancel the policy or a plan if the modifications are unacceptable.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Employer is liable for premium for coverage during the grace period. The Employer must pay Unum all premium due for the full period each plan is in force.

The Employer may cancel the policy or a plan by written notice delivered to Unum at least 31 days prior to the cancellation date. When both the Employer and Unum agree, the policy or a plan can be cancelled on an earlier date. If Unum or the Employer cancels the policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

## HOW TO FILE A CLAIM

If you wish to file a claim for benefits, you should follow the claim procedures described in your insurance certificate. To complete your claim filing, Unum must receive the claim information it requests from you (or your authorized representative), your attending physician and your Employer. If you or your authorized representative has any questions about what to do, you or your authorized representative should contact Unum directly.

## CLAIMS PROCEDURES

Unum will give you notice of the decision no later than 45 days after the claim is filed. This time period may be extended twice by 30 days if Unum both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies you of the circumstances requiring the extension of time and the date by which Unum expects to render a decision. If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days within which to provide the specified information. If you deliver the requested information within the time specified, any 30 day extension period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your claim without that information.

If your claim for benefits is wholly or partially denied, the notice of adverse benefit determination under the Plan will:

- state the specific reason(s) for the determination;

- reference specific Plan provision(s) on which the determination is based;

- describe additional material or information necessary to complete the claim and why such information is necessary;

- describe Plan procedures and time limits for appealing the determination, and your right to obtain information about those procedures and the right to bring a lawsuit

ADDLSUM-3 (1/1/2016)

under Section 502(a) of ERISA following an adverse determination from Unum on appeal; and

- disclose any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or state that such information will be provided free of charge upon request).

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

## APPEAL PROCEDURES

You have 180 days from the receipt of notice of an adverse benefit determination to file an appeal. Requests for appeals should be sent to the address specified in the claim denial. A decision on review will be made not later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the appeal period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, Unum may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, Unum will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, Unum will provide you with the names of each such expert, regardless of whether the advice was relied upon.

A notice that your request on appeal is denied will contain the following information:

- the specific reason(s) for the determination;

- a reference to the specific Plan provision(s) on which the determination is based;

ADDLSUM-4 (1/1/2016)

- a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);

- a statement describing your right to bring a lawsuit under Section 502(a) of ERISA if you disagree with the decision;

- the statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and

- the statement that "You or your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency".

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

## YOUR RIGHTS UNDER ERISA

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer or any other person, may fire you or otherwise

ADDLSUM-5 (1/1/2016)

discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

Enforce Your Rights

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, if, for example, it finds your claim is frivolous.

Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## OTHER RIGHTS

Unum, for itself and as claims fiduciary for the Plan, is entitled to legal and equitable relief to enforce its right to recover any benefit overpayments caused by your receipt of disability earnings or deductible sources of income from a third party. This right of recovery is enforceable even if the amount you receive from the third party is less than the actual loss suffered by you but will not exceed the benefits paid you under the policy. Unum and the Plan have an equitable lien over such sources of income until any benefit overpayments have been recovered in full.

ADDLSUM-6 (1/1/2016)

# Unum's Commitment to Privacy

Unum understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

## Collecting Information

We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

## Sharing Information

We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements

Unum companies, including insurers and insurance service providers, may share NPI about you with each other. The NPI might not be directly related to our transaction or experience with you. It may include financial or other personal information such as employment history. Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

## Safeguarding Information

We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

GLB-1 (1/1/2016)

## Access to Information

You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

## Correction of Information

If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

## Coverage Decisions

If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

## Contacting Us

For additional information about Unum's commitment to privacy and to view a copy of our HIPAA Privacy Notice, please visit www.unum.com/privacy or www.coloniallife.com or write to: Privacy Officer, Unum, 2211 Congress Street, C476, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

Unum is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.

Unum is a registered trademark and marketing brand of Unum Group and its insuring subsidiaries.

MK-1883 (2-11)

GLB-2 (1/1/2016)

**Bookmarks for 2019021511050511D908**

---

**Last Updated By: UP\DUK17     03/13/2019 14:30:58**
**Page: 4     Bookmark Color: Cyan**

---

**Last Updated By: UP\DUK17     03/13/2019 14:30:58**
**Page: 16     Bookmark Color: Cyan**

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator: No**
**Type: Auto-generated        Name: Service Standard 5 Day**
**Status: Cancelled**
**Original Notify Date: 02/21/2019**
**Notify Date: 02/21/2019**
**Due Date:**
**Subject: Five day Reminder**
**Upon Completion Notify Linked Claim Owner(s): No**
**Mark As Priority: No**
**Activity Owner: Albanese, Kathleen M**
**Action:**

**Request Fields**
-----------------------------------------------------------------------
**Request: Murdoch Curry, Ray 02/14/2019 11:38:54: 5 days have elapsed since claim receipt.**

**Created By: Murdoch Curry, Ray**
**Created Date: 02/14/2019 11:38:54        Create Site: Portland**

**Response Fields**
-----------------------------------------------------------------------


**Completed By: Albanese, Kathleen M**
**Completed Date: 02/15/2019 11:05:18        Complete Site: Portland**

```
                              Document Detail
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 20181017113651900TEL

Entry Date: 10/17/2018 11:36:51

Received Date: 10/17/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Claim Form

Secondary Doc Type: New Claim

Medical Provider:

Document Notes: 10/19

Work Notes:
```

# STARTING IMAGE

This is a system-generated image necessary for the creation of this electronic file.



Document Detail
--------------------------------------------------------------------------------
Checked/Unchecked Indicator: No

Document ID: 2018101711523064FA48

Entry Date: 10/17/2018 11:52:31

Received Date: 10/17/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Claim Form

Secondary Doc Type: Employer Statement

Medical Provider:

Document Notes: CEV 10-17

Work Notes:

Employee: GRAZIANO, MICHAEL J.
Birth Date: ███/1965
Tax ID: ██████
Employee ID Type: Employee ID
Employee ID: SRYMGR
Employer Name: Swiss Re America Holding Corporation
Gender: Male
Marital Status: Unknown
Occ Title: Senior Underwriter
Original Hire Date:
Hire Date: 7/12/2004
Insured Termination Date:
RTW Limitations Permitted: Yes
Hours Worked in Last 12 Months: 1250.00
Office: Swiss Re America Holding Corpo
Last Earn Change: 3/20/2017
Employment Status: Active Employee
Record Loaded: 10/12/2018 10:00:55 AM

Address ------------------------------------------------------------
Primary Residence: ██████████████████████

Business Physical: NY , US

Access ------------------------------------------------------------
Business Email: Michael_Graziano@swissre.com

Business Telephone: 2123175034

Home Telephone: 6464965176

Supervisor Office Email: Fabian_Mercado@swissre.com

Coverages ------------------------------------------------------------
Product: Short Term Disability
Product Type: DBL
Funding: Fully Insured
State Plan: Yes
Employee Coverage: Yes
Employer Coverage: Yes
Policy No.: 00405258
Division: 0002
PEG: 001
Choice: 1
Eff Date: 1/1/2015
Term Date:
Plan Earnings: 0.00
Earnings Type: Salary
Earnings Mode: Weekly
After Tax: 0.000
Report Group: 2

Product: Long Term Disability
Product Type: Traditional
Funding: Fully Insured
State Plan: No
Employee Coverage: Yes
Employer Coverage: Yes
Policy No.: 00405256
Division: 0002
PEG: 001
Choice: 1
Eff Date: 1/1/2018

Term Date:
Plan Earnings: 12750.00
Earnings Type: Salary
Earnings Mode: Monthly
After Tax: 100.000
Report Group: 2

Product: Short Term Disability
Product Type: ASO
Funding: Self Insured
State Plan: No
Employee Coverage: Yes
Employer Coverage: Yes
Policy No.: 00405257
Division: 0002
PEG: 005
Choice: 1
Eff Date: 1/1/2018
Term Date:
Plan Earnings: 0.00
Earnings Type: Salary
Earnings Mode: Weekly
After Tax: 0.000
Report Group: 2

Product: Leave Mgmt Svc
Product Type: Leave Mgmt Svc
Funding: Not Applicable
State Plan: No
Employee Coverage: Yes
Employer Coverage: Yes
Policy No.:
Division:
PEG:
Choice:
Eff Date:
Term Date:
Plan Earnings: 0.00
Earnings Type: Salary
Earnings Mode: Weekly
After Tax:
Report Group: 2

Deductions ------------------------------------------------------------------

Work Schedule ---------------------------------------------------------------
Hours Per Week: 37.50
Sick Pay Hours: 0.00
Variable Schedule: No
Sunday: No
Monday: Yes
Tuesday: Yes
Wednesday: Yes
Thursday: Yes
Friday: Yes
Saturday: No

Document Detail
---------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2018101813104341DC28

Entry Date: 10/18/2018 13:10:46

Received Date: 10/18/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Claim Form

Secondary Doc Type: Employee Statement

Medical Provider:

Document Notes: ATT CCC EE Intake Complete

Work Notes:

# TELEPHONIC INTAKE FORM

**Intake Specialist:** Adams, Melinda            **Date:** 10/18/2018 12:42:33 PM

This process takes about 10 minutes and I will need to ask you a series of questions in order to initiate your request. This call is only a request and not an approval. Once I complete the request, I will provide you information on next steps. In a few moments, I may be needing physician's information including first and last name, phone and fax number if you wish to begin gathering that information for me.

## CLAIMANT INFORMATION

NOTE: If a required (*) field is empty, the specialist needs to select the associated reason next to that field. This will automatically populate the fields with a 'N/A', '000000000', or '12/31/9999' respectively.

| | | |
|---|---|---|
| **Employer's Full Name:** | * SwissRe Corporation | Select... |
| **Policy #:** | * 405257 | Select... |
| **Type:** | * STD/FMLA | |
| **Employee's Full Name:** | * Michael Graziano | Select... |
| **SSN:** | * 000000000 | No SSN company |
| **EE ID:** | * N/A | Caller did not have information |
| **DOB:** | * ▉▉/1985 | Select... |
| **Gender:** | Male | **Marital Status:** Select... |
| **Country:** | United States | |

### * CONTACT INFORMATION

| | | | | |
|---|---|---|---|---|
| **Address 1:** | ▉▉▉▉▉▉ | | | |
| **Address 2:** | | | | |
| **City:** | ▉▉▉▉ | **State:** ▉▉ | **Zip Code:** | ▉▉▉ |

* Required fields must be completed to submit this form.

| | | |
|---|---|---|
| **Phone Number:** | | **Type of Phone:** Select... |

| | |
|---|---|
| **Best time to call?** | Select... |
| **Job Title:** | VP Production Underwriter |
| **Is the caller the employee?** | No |
| **Caller's Name:** | Kach Arabachian     **Relationship to EE?** Attorney |
| **Caller's Phone Number:** | **212-297-0700 ext 106** |

## EVENT CLAIM INFORMATION

Is claim being filed by ER/HR?                                      No

Last Day of Work (LDW):                                            * 10/15/2018

What state did you live in when your loss [occurred - disability began]    NY

Full Day Worked?                                                    Yes

Estimated RTW Date:

1st day of work missed:          10/16/2018        1st date of TX after LDW: 10/16/2018

Work or Live in Same State /      Yes
Province?

Notified ER and/or HR?:                          Yes

Do you work for any other employers?             No

If Yes, name of second Employer?

Second Employer contact phone #

Have you applied for or will you receive any of the following while out on disability?:

☐ Motor Vehicle Accident
☐ N/A
☐ Other
☐ Pension Disability (401K, state pension or any pension payments through ER)
☐ Short Term Disability
☐ Sick Pay or Salary Continuation
☐ Social Security (SSDI and/or SSR)
☐ State Disability Benefits

Condition/DX:            Severe Lumbar Disorder

Critical Illness?:       No

ICD-10 Code:             M51.36              2nd ICD-10 Code:

Event Type:              Select...

Is your claim work related?        No        Were you admitted to the hospital? No

1st Surgery/Procedure:                                    Date:

Admit Type:             Select...                         Admit Date:

| | |
|---|---|
| Discharge Date: | Type of Surgery: Select... |
| 2nd Surgery/ Procedure: | Date: |
| Admit Type: Select... | Admit Date: |
| Discharge Date: | Type of Surgery: Select... |
| 1st TX Date: | 10/16/2018 |
| Date AP indicated you were unable to work: | 10/16/2018 |
| When is your next visit? | |
| Were you treated in the Emergency Room? | Select... If Yes, Date: |

## FMLA LEAVE INFORMATION

| | |
|---|---|
| Original Requested Leave Date: 10/18/2018 | Leave Type: Full |
| | Critical Illness?: Select... |
| Last Day of Work (LDW): * 10/15/2018 | Did EE work full day on LDW?: Yes |
| Time Missed?: No | |
| Leave Start Date: 10/16/2018 | Estimated RTW Date: |
| Leave Reason: EE Health | Medical Category: Back |
| Filed Workers Comp? | No |
| SP at same ER: Select... | If Yes, SP Name: |
| Has there ever been a break in your permanent employment? | No |
| Have you served in the Military in the past 12 months? | No |
| Previous Employment as a Temp EE? | No |
| Work/ Live in Same State? Yes | Work from home? Select... |
| What State do you work in? Select... | |

Regular Scheduled Work Days: Sun: ☐ Mon: ☐ Tue: ☐ Wed: ☐ Thu: ☐ Fri: ☐ Sat: ☐

| | |
|---|---|
| # Days Worked/ Week: | Vary? Select... |
| # Hours Worked/ Week: | Vary? Select... |
| Notified ER and/ or HR?: | Yes |
| Cert Date (15 days from today) Informed? | No |
| If eligible and required, would you like the FMLA Certification paperwork faxed? | No |

---

**Would you like anyone to discuss your leave with Unum? Without your permission we cannot discuss the leave with any family or friends.**     No

## PHYSICIAN INFO

**Disabling Physician:**       Jeffry                              Beer

**Phone:**      516-393-8941                        **Fax:** 516-393-8870

**AP fax provided by:**      Caller Provided          **AU to AP:** Select...

**If AU needs to be faxed, Fax:**                    **ATTN:**

**Refax Paperwork?**       Select...

**Address:**

**City:**                                 **State:** NY      **Zip Code:**

**EE will CB with missing AP info:** ☐

## NOTES

*NOTES per Special Handling/ Additional*

**Do you have health insurance with your employer?**              Select...

**Voice authorization?**     N/A

**Notes:**            Attorney doesn't have EEID or Marital Status

Attorney adv all correspondence should be sent to:
275 Madison Ave 26th Floor, New York, NY 10016

Attorney adv all phone calls should be to firm: Riemer & Associates (Law Firm) Phone: 212-297-0700 ext 106 Fax: 212-297-0730

ERTW Unknown

Attorney doesn't know if SP @ same ER, if EE works from home, days of the week EE works, hours EE works per week

Caller not EE, did not ask fax questions, did not ask 3rd Party Auth, did not offer voice auth or Iservices

Attorney doesn't know if condition is due to accident or injury or if SX will be required, NOV w/ AP, if EE was treated in emergency room, doesn't know if EE has health insurance through ER

| | | | |
|---|---|---|---|
| **Changed Address:** | ☐ | **Special Handling Tool Reviewed:** * | ☐ |

**Preferred Language:** English

**If Other:** .............................................................

**Reason for completing Manual Claim Form:** Attn CCC EE Intake Needed

....................................................................

**iServices Email Offered:** No

**Email Address:** ...................................................................

Send

Now

Print to CCImagePrinter

Print to all claims with like received date as the STD claim. Save a claim doc into open claims. Press the "Save and Close" button. This will automatically save the form.

**ADDITIONAL NOTE:** All required fields (*) need to be completed before the **Submit** button will be active.

or

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018102009455179324A

**Entry Date:** 10/20/2018 09:46:20

**Received Date:** 10/20/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Claim Form

**Secondary Doc Type:** Authorization

**Medical Provider:**

**Document Notes:** Spec AU 10/15/18

**Work Notes:**



# RIEMER & ASSOCIATES LLC
ATTORNEYS AT LAW

275 madison avenue | 26th floor
new york, new york 10016
T 212.297.0700 | F 212.297.0730

October 17, 2018

**Via Fax and Mail**
First UNUM Life Insurance Company
The Benefit Center
PO Box 100158
Columbia, South Carolina 29202
**Fax: (800) 447-2498**

Re:     Claimant:           Michael Graziano
        Soc. Sec. No.:
        Date of Birth:          /1965
        LTD Policy No.:     405256 011
        Policy Holder:      Swiss Re America Holding Corporation

Disability Claims Department:

We represent Mr. Michael Graziano in connection with his claims for FMLA, Short-Term Disability, Long-Term Disability and waiver of premium benefits under the above-referenced policy. Proper authorizations documenting our representation are attached hereto.

Please accept this letter as Notice of Claim. Mr. Graziano has been rendered totally disabled as of October 16, 2018. At this time, we ask that you kindly provide us with the Proof of Claim/Application forms to substantiate the claim.

As we represent Mr. Graziano, we ask that you please forward all correspondence to this firm, and that you do not have any direct contact with Mr. Graziano. If you have any questions or concerns, or if you require additional information, please do not hesitate to contact me any time at (212) 279-0700 x106 or karabachian@riemerlawfirm.com.

Thank you for your cooperation and attention to this matter.

Sincerely yours,

Kach Arabachian
Paralegal

cc: Mr. Michael Graziano (via email only)

info@riemerlawfirm.com | www.riemerlawfirm.com

## AUTHORIZATION FOR THE
### RELEASE AND/OR DISCUSSION OF MEDICAL RECORDS

**Patient Information**

Patient Name:              Michael J. Graziano

Social Security Number:    xxx-xx-███████

Birth Date:                ████████ - ᴳˢ

**Authorization**

1.    I, hereby authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider.

2.    To release to: Riemer & Associates LLC, 275 Madison Avenue, 26ᵗʰ Floor, New York, New York 10016

      ☒ In emergency, release via fax              _____ 212-297-0730

      ☐ In emergency, do not release via FAX       _____

3.    The following information:

      ☒ Complete Record  ☒ Outpatient Care Record   ☒ Inpatient Care Record

      ☒ Test Results      ☒   Laboratory Results     ☒ Disability Information

4.    If my record contains the following information, it is also released if INDICATED in boxes below:

      ☒ Substance Abuse  ☒ Mental Health Treatment  ☒  HIV Testing or Treatment

5.    The Information Release is for the purpose of: My claim for long term and/or short term disability benefits.

*Claimant Name: Michael J. Graziano*        *Claim #:  15828667*

FUL-CL-LTD-000099

## Signature

☒   I have carefully read and understand the above information, and do herein consent to its disclosure. I am aware that information regarding my medical condition will be released to those persons or organizations named above. I further release the agencies and/or clinicians named above from any liability arising from the release of this information, provided the said release of information is done substantially in accordance with applicable law.

☒   I understand that this consent is subject to revocation, in writing, at any time, unless action based on it has already begun. This authorization shall remain in force for 24 months following the date of my signature below.

☒   It is understood that this information is confidential and should be treated as such by the parties herein named. I further understand that once this information is disclosed, it may no longer be protected by federal privacy rules and may be re-disclosed by the recipient.

*A copy of this authorization is as valid as the original.*

Signed:   _Michael J. Graziano_
          Michael J. Graziano

Date:    10 / 15 / 18

---

*Claimant Name: Michael J. Graziano*        *Claim #: 15828867*

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO WHOM IT MAY CONCERN:

     This will serve as authorization for you or your agents to discuss with and/or furnish to RIEMER & ASSOCIATES LLC, 275 Madison Avenue, 26th Floor, New York, New York 10016, any information they desire in connection with your employment, insurability, or representation of the undersigned.

     I hereby grant to RIEMER & ASSOCIATES LLC, authorization to represent me with respect to any and all matters arising from my application for long and/or short term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency or court.

     I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records or other information to my said attorneys. You are authorized to furnish said attorneys any documents, records or other information for which he may ask, on my behalf.

    *A copy of this authorization is as valid as the original.*

Signed: _____
       Michael J. Graziano

Date:    10 / 15 / 18

Document Detail
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2018110714151958292E

Entry Date: 11/07/2018 14:15:30

Received Date: 11/07/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Claim Form

Secondary Doc Type: Employee Statement

Medical Provider:

Document Notes: EES

Work Notes:

# FAX

## FROM

Kachatur Arabachian

## TO

Ms. Alyssa Gurney
UNUM Life Insurance

**Phone**      (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** + 18004472498

**DATE** 11/07/2018

**NOTE**

Re: Mr. Michael Graziano
Claim No : 15334313



## RIEMER & ASSOCIATES LLC
ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

November 7, 2018

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

> Re:   Michael Graziano
> Claim No.: 15334313
> <u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 1, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **STD Claim Form-EES**, dated November 7, 2018.

We will provide you with the APS Form as soon as we obtain it. We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits.

**Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

---



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843　Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

02875006985537801

---

**EMPLOYEE STATEMENT (PLEASE PRINT)** ✱ All Correspondance to Atty

**A. Information About You**

Last Name: GRAZIANO　Suffix:　First Name: MICHAEL　MI:

Date of Birth (mm/dd/yy): 65　Social Security Number:　Gender: ☒ Male ☐ Female　The state in which you work: NY

Home Address: 275 MADISON AVENUE 26TH FLOOR

City: NEW YORK　State: NY　Zip: 10016

Telephone Number where we can reach you: 2122970700　Preferred e-mail address (for confirmation purposes only): karabachian@riemerlawfirm.com

Employer Name: SWISS RE

Language Preference: ☒ English ☐ Spanish

Please check all types of coverage you have with Unum. ☒ Group Short Term Disability ☐ Individual Short Term Disability

Do you work for another employer? ☐ Yes ☒ No  If yes, employer name:　Telephone Number:

Are you currently self-employed? ☐ Yes ☒ No

---

**B. Information About Your Family**

Marital Status: ☐ Single ☐ Married ☐ Widowed ☒ Divorced ☐ Domestic Partner ☐ Separated

Spouse/Partner's Name:　Spouse/Partner's Date of Birth (mm/dd/yy):　Is he/she employed? ☐ Yes ☐ No

---

**C. Information About Your Disability**

1. For pregnancy, answer the following questions under #1, skip questions #2 and #3, then go to #4:

What is your expected delivery date?　If you have delivered, what was your delivery date? (mm/dd/yy)　What type of delivery? ☐ Vaginal ☐ C-Section

Were there any complications causing you to stop work prior to your expected delivery date? ☐ Yes ☐ No　If yes, please explain:

2. For other than pregnancy, is your disability caused by ☒ Illness or ☐ Injury?

What is the name of your medical condition(s)? Lumbar Spine Impairment; Facet Syndrome; Lumbago

Date you were first treated by a physician (mm/dd/yy): 01/26/2015 w/Dr Beer

If related to an injury, when, where and how did the injury occur?

3. Is your condition work related? ☐ Yes ☒ No  If yes, have you filed a Workers' Compensation claim? ☐ Yes ☐ No

If yes, please explain how the work related injury/illness occurred.

4. Have you been hospitalized? ☐ Yes ☒ No  If yes, date hospitalized (mm/dd/yy):　through (mm/dd/yy):

5. Last day you were at work (mm/dd/yy): 10/16/18　Number of hours worked on date last worked: 4　First date you missed work due to this medical condition (mm/dd/yy): 10/17/18

CL-1104 (08/17)

---



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

02875006985537802

| EMPLOYEE STATEMENT (Continued) |
|---|

Employee Name (Last Name, Suffix, First Name, MI)

G R A Z I A N O     M I C H A E L

Date of Birth (mm/dd/yy)
6 5

C. Have you returned to work?  ☐ Yes  ☑ No     If yes, indicate date below
Part Time (mm/dd/yy):          Part-time hours per week:          Full Time (mm/dd/yy):

If you have not returned to work, when do you expect to return?
Part Time (mm/dd/yy):          Part-time hours per week:          Full Time (mm/dd/yy):     ☑ Unknown

**D. Information About Your Medical Providers**

Please provide the following information about your current medical treatment providers (physicians, hospitals, physical therapist, etc.) If you are being treated by more than one, please share the following information for each provider on a separate sheet of paper and include it with this form.

Jeffry Beer, MD.         (516) 393-8941                (516) 393-8870
Provider Name                Telephone Number            Fax No.

01/26/2015
Date of first visit for this condition (mm/dd/yy)      Date of next visit for this condition (mm/dd/yy)

**E. Information About Income Tax Withholding.** Unum will not withhold Federal and State Income Tax if your benefits are not taxable.

TAX INFORMATION
If you do not know if you are covered under a fully-insured or self-insured plan, please contact your employer for assistance.

- For Fully-Insured Plans – If your claim is approved and your employer tells us your benefit is taxable, we are required by law to withhold FICA taxes. Do you want Unum to also withhold Federal and/or State Income Taxes from your taxable benefit checks?
  Federal Income Tax:  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)  $ _____
  (Minimum Withholding: $20/week for Short Term Disability.)
  State Income Tax:  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)  $ _____

- For Self-Insured Plans – Attach a copy of your completed W-4 for accurate calculation of Federal and State Income Taxes. Note: If not provided, we are required by law to withhold 25% of your taxable benefit for Federal Income Tax and the maximum withholding amount for State Income Tax.

- If your benefits are not taxable, Federal and State Income Taxes will not be withheld.

**Fraud Warning:** For your protection, Arizona law requires the following to appear directly above your signature:

Any person who knowingly and with the intent to injure, defraud or deceive an insurance company presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Fraud Warning:** For your protection, New York law requires the following to appear directly above your signature:

Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**F. Signature of Employee/Individual**

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the fraud notices listed on pages 2 and 3 of this form. I also acknowledge that should my claim be overpaid for any reason it is my obligation to repay any such overpayment. (Your signature is required for benefit consideration.)

X  _Michael J Graziano_                              11/07/18
Signature                                              Date
Reminder: Please sign and date the Authorization (last page of this claim form).

CL-1104 (08/17)                           2

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018101710052016291E

**Entry Date:** 10/17/2018 10:05:32

**Received Date:** 10/17/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Communication

**Secondary Doc Type:** Other

**Medical Provider:**

**Document Notes:** AU to release info to Atty

**Work Notes:**

# FAX

**FROM**                                    **TO**

Kachatur Arabachian                         The Benefit Center
                                            UNUM


**Phone**      (212) 297-0700 * 106          **Phone**
**Fax Number** (212) 297-0700                **Fax Number** +18004472498

**DATE** 10/17/2018

**NOTE**

Re: Mr. Michael Graziano
DOB █████/1965
Policy No.: 405256 011

From: Kachatur Arabachian Fax: (212) 297-0700          To:          Fax: (800) 447-2498          Page 2 of 5  10/17/2018 9:52 AM



275 madison avenue  |  26th floor

new york, new york 10016

T 212.297.0700  |  F 212.297.0730

October 17, 2018

**Via Fax and Mail**
First UNUM Life Insurance Company
The Benefit Center
PO Box 100158
Columbia, South Carolina 29202
**Fax: (800) 447-2498**

Re:      Claimant:          Michael Graziano
         Soc. Sec. No.:      ███████
         Date of Birth:      ███/1965
         LTD Policy No.:     405256 011
         Policy Holder:      Swiss Re America Holding Corporation

Disability Claims Department:

    We represent Mr. Michael Graziano in connection with his claims for FMLA, Short-Term Disability, Long Term Disability and waiver of premium benefits under the above-referenced policy. Proper authorizations documenting our representation are attached hereto.

    Please accept this letter as Notice of Claim. Mr. Graziano has been rendered totally disabled as of October 16, 2018. At this time, we ask that you kindly provide us with the Proof of Claim/Application forms to substantiate the claim.

    As we represent Mr. Graziano, we ask that you please forward all correspondence to this firm, and that you do not have any direct contact with Mr. Graziano. If you have any questions or concerns, or if you require additional information, please do not hesitate to contact me any time at (212) 279-0700 x106 or karabachian@riemerlawfirm.com.

    Thank you for your cooperation and attention to this matter.

Sincerely yours,

Kach Arabachian
Paralegal

cc: Mr. Michael Graziano (via email only)

info@riemerlawfirm.com  |  www.riemerlawfirm.com

## AUTHORIZATION FOR THE
## RELEASE AND/OR DISCUSSION OF MEDICAL RECORDS

### Patient Information

Patient Name:              Michael J. Graziano

Social Security Number:    xxx-xx-███████

Birth Date:                ███████-65

### Authorization

1.  I, hereby authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider.

2.  To release to: Riemer & Associates LLC, 275 Madison Avenue, 26ᵗʰ Floor, New York, New York 10016

    ☒ In emergency, release via fax _____ 212-297-0730

    ☐ In emergency, do not release via FAX _____

3.  The following information:

    ☒ Complete Record  ☒ Outpatient Care Record    ☒ Inpatient Care Record

    ☒ Test Results      ☒  Laboratory Results     ☒ Disability Information

4.  If my record contains the following information, it is also released if INDICATED in boxes below:

    ☒ Substance Abuse  ☒ Mental Health Treatment  ☒  HIV Testing or Treatment

5.  The Information Release is for the purpose of: My claim for long term and/or short term disability benefits.

---

*Claimant Name:  Michael J. Graziano        Claim #:   15828867*

## Signature

☒    I have carefully read and understand the above information, and do herein consent to its disclosure. I am aware that information regarding my medical condition will be released to those persons or organizations named above. I further release the agencies and/or clinicians named above from any liability arising from the release of this information, provided the said release of information is done substantially in accordance with applicable law.

☒    I understand that this consent is subject to revocation, in writing, at any time, unless action based on it has already begun. This authorization shall remain in force for 24 months following the date of my signature below.

☒    It is understood that this information is confidential and should be treated as such by the parties herein named. I further understand that once this information is disclosed, it may no longer be protected by federal privacy rules and may be re-disclosed by the recipient.

*A copy of this authorization is as valid as the original.*

Signed: _____
          Michael J. Graziano

Date:    10 / 15 / 18

---

*Claimant Name: Michael J. Graziano*    *Claim #:  15828867*

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO WHOM IT MAY CONCERN:

    This will serve as authorization for you or your agents to discuss with and/or furnish to RIEMER & ASSOCIATES LLC, 275 Madison Avenue, 26th Floor, New York, New York 10016, any information they desire in connection with your employment, insurability, or representation of the undersigned.

    I hereby grant to RIEMER & ASSOCIATES LLC, authorization to represent me with respect to any and all matters arising from my application for long and/or short term disability benefits. By this authorization I specifically include the power to appear on my behalf and to otherwise represent me in the submission and prosecution of any claim or demand for benefits, rights, damages, and causes of action before any plan administrator, trustee, claims processor, government agency or court.

    I further specifically include authorization to request, review and receive any documents, records or other information which he requests of any person, including personnel records, payroll records, annual reports, plan documents, summary plan descriptions, accounting records, any documents filed with a government agency, health care records, medical records, and insurance records. I hereby agree to hold harmless any person providing any documents, records or other information to my said attorneys. You are authorized to furnish said attorneys any documents, records or other information for which he may ask, on my behalf.

    *A copy of this authorization is as valid as the original.*

Signed: _____
               Michael J. Graziano

Date:     10 / 15 / 18

Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018111207031140324A

**Entry Date:** 11/12/2018 07:04:00

**Received Date:** 11/12/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Legal

**Secondary Doc Type:** Other

**Medical Provider:**

**Document Notes:** EES

**Work Notes:**

# RIEMER & ASSOCIATES LLC
## ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor
New York, New York 10016
**T** 212.297.0700 | **F** 212.297.0730

November 7, 2018

**RECEIVED**
NOV 13 2018
21

<u>**Via Fax (800)-447-2498 & Mail**</u>
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

Re:  Michael Graziano
Claim No.: 15334313
<u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 1, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **STD Claim Form-EES**, dated November 7, 2018.

We will provide you with the APS Form as soon as we obtain it. We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits.

**Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

---

*Claimant Name: Michael J. Graziano*    *Claim #:  15828867*



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

0287500698537801.

**EMPLOYEE STATEMENT (PLEASE PRINT)** ✗ *All Correspondance*
                                          *to Atty*

**A. Information About You**

Last Name | Suffix | First Name | MI
G R A Z I A N O | | M I C H A E L |

Date of Birth (mm/dd/yy) | Social Security Number | Gender: ☒ Male ☐ Female | The state in which you work: N Y
▮▮ 65 | ▮▮▮▮ | |

Home Address
2 7 5   M A D I S O N   A V E N U E   2 6 T H   F L O O R

City: N E W   Y O R K | State: N Y | Zip: 1 0 0 1 6

Telephone Number where we can reach you: 2 1 2 2 9 7 0 7 0 0 | Preferred e-mail address (for confirmation purposes only): k a r a b a c h i a n @ r i e m e r l a w f i r m . c o m

Employer Name
S W I S S   R E

Language Preference ☒ English ☐ Spanish
Please check all types of coverage you have with Unum: ☒ Group Short Term Disability ☐ Individual Short Term Disability
Do you work for another employer? ☐ Yes ☒ No  If yes, employer name | Telephone Number
Are you currently self-employed? ☐ Yes ☒ No

**B. Information About Your Family**

Marital Status: ☐ Single ☐ Married ☐ Widowed ☒ Divorced ☐ Domestic Partner ☐ Separated

Spouse/Partner's Name | Spouse/Partner's Date of Birth (mm/dd/yy) | Is he/she employed? ☐ Yes ☐ No

**C. Information About Your Disability**

1. For pregnancy, answer the following questions under #1, skip questions #2 and #3, then go to #4:

What is your expected delivery date? | If you have delivered, what was your delivery date? (mm/dd/yy) | What type of delivery? ☐ Vaginal ☐ C-Section

Were there any complications causing you to stop work prior to your expected delivery date? ☐ Yes ☐ No | If yes, please explain:

2. For other than pregnancy, is your disability caused by ☒ Illness or ☐ Injury?

What is the name of your medical condition(s)? | Date you were first treated by a physician (mm/dd/yy)
Lumbar Spine Impairment, Facet Syndrome, Lumbago | 01/26/2015 w/ Dr. Beer
If related to an injury, when, where and how did the injury occur?

3. Is your condition work related? ☐ Yes ☒ No  If yes, have you filed a Workers' Compensation claim? ☐ Yes ☐ No
If yes, please explain how the work related injury/illness occurred:

4. Have you been hospitalized? ☐ Yes ☒ No  If yes, date hospitalized (mm/dd/yy): | through (mm/dd/yy):

5. Last day you were at work (mm/dd/yy): 10/16/18 | Number of hours worked on date last worked: 4 | First date you missed work due to this medical condition: (mm/dd/yy) 10/17/18

CL-1104 (08/17) | 1



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

### EMPLOYEE STATEMENT (Continued)

Employee Name (Last Name, Suffix, First Name, MI)

G R A Z I A N O | M I C H A E L

Date of Birth (mm/dd/yy)
6 5

6. Have you returned to work?  ☐ Yes  ☑ No    If yes, indicate date below:
Part-Time (mm/dd/yy):          Part-time hours per week:          Full Time (mm/dd/yy):

If you have not returned to work, when do you expect to return?
Part-Time (mm/dd/yy):      Part-time hours per week:      Full Time (mm/dd/yy):      ☑ Unknown

### D. Information About Your Medical Providers

Please provide the following information about your current medical treatment providers (physicians, hospitals, physical therapist, etc.). If you are being treated by more than one, please share the following information for each provider on a separate sheet of paper and include it with this form.

Jeffrey Beer, MD                (516) 393 - 8941              (516) 393 - 8870
Provider Name                   Telephone No.                Fax No.

01/26/2015
Date of first visit for this condition (mm/dd/yy)    Date of next visit for this condition (mm/dd/yy)

### E. Information About Income Tax Withholding. Unum will not withhold Federal and State Income Tax if your benefit is not taxable.

TAX INFORMATION
If you do not know if you are covered under a fully-insured or self-insured plan, please contact your employer for assistance.

- For Fully-Insured Plans – If your claim is approved and your employer tells us your benefit is taxable, we are required by law to withhold FICA taxes. Do you want Unum to also withhold Federal and/or State income Taxes from your taxable benefit checks?
  - Federal income Tax:  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)  $_____
  - Minimum Withholding: $20/week for Short Term Disability.
  - State Income Tax:  ☐ Yes  ☐ No   If yes, how much do you want withheld from each check? (whole dollar amount)  $_____

- For Self-Insured Plans – Attach a copy of your completed W-4 for accurate calculation of Federal and State Income Taxes. Note: if not provided, we are required by law to withhold 25% of your taxable benefit for Federal Income Tax and the maximum withholding amount for State Income Tax.

- If your benefits are not taxable, Federal and State Income Taxes will not be withheld.

---

**Fraud Warning: For your protection, Arizona law requires the following to appear directly above your signature:**

Any person who knowingly and with the intent to injure, defraud or deceive an insurance company presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

---

**Fraud Warning: For your protection, New York law requires the following to appear directly above your signature:**

Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### F. Signature of Employee/Individual

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the fraud notices listed on pages 2 and 3 of this form. I also acknowledge that should my claim be overpaid for any reason it is my obligation to repay any such overpayment. (Your signature is required for benefit consideration.)

X _~Michael Graziano~_                            11/07/18
Signature                                          Date
Reminder: Please sign and date the Authorization (last page of this claim form).

CL-1104 (08/17)                          2

---

## Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018111412281017291E

**Entry Date:** 11/14/2018 12:28:14

**Received Date:** 11/14/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Legal

**Secondary Doc Type:** Attorney Representation Letter

**Medical Provider:**

**Document Notes:** LTD Attorney letter of rep

**Work Notes:**

# FAX

**FROM**　　　　　　　　　　　　　　　　**TO**

Kachatur Arabachian　　　　　　　　　　Ms. Alyssa Gurney
　　　　　　　　　　　　　　　　　　　　UNUM

**Phone**　　(212) 297-0700 * 106　　　　**Phone**
**Fax Number** (212) 297-0700　　　　　　**Fax Number** +18004472498

**DATE** 11/14/2018

**NOTE**

Re: Michael Graziano
Claim No : 15334313



### RIEMER & ASSOCIATES LLC
ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

November 14, 2018

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

Re:    Michael Graziano
        Claim No.: 15334313
        UNUM Life Insurance Company of America

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to our phone conversation with UNUM on November 14, 2018, kindly provide a letter stating that you have granted Mr. Graziano's request for extension until **November 28, 2018** to complete the Attending Physician's Statement ("APS") Form. We will provide you with the APS Form as soon as we obtain it. We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits.

**Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator: No**

**Document ID: 2018120617032656291E**

**Entry Date: 12/06/2018 17:03:32**

**Received Date: 12/06/2018**

**Date Added to Claim: 02/15/2019**

**Primary Doc Type: Legal**

**Secondary Doc Type: Attorney Representation Letter**

**Medical Provider:**

**Document Notes: ATTY letter advising still oow**

**Work Notes:**

# FAX

## FROM

Kachatur Arabachian

## TO

Ms. Alyssa Gurney
UNUM

**Phone**      (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** +18004472498

**DATE** 12/06/2018

**NOTE**

Re: Michael Graziano
Claim No : 15334313



275 Madison Avenue | 26th Floor

New York, New York 10016

**T** 212.297.0700 | **F** 212.297.0730

December 6, 2018

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

<div style="margin-left:3em">

Re: Michael Graziano
Claim No.: 15334313
<u>UNUM Life Insurance Company of America</u>

</div>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 29, 2018, and our phone conversation, dated December 4, 2018 this letter serves to notify UNUM that Mr. Graziano is still unable to return to work due to total disability.

We will provide you with medical records as soon as we obtain them. We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits.

**Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

<div style="margin-left:6em">

Sincerely yours,

Kach Arabachian
Paralegal

</div>

Enclosure(s)

---

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2018112615271245D545

Entry Date: 11/26/2018 14:46:36

Received Date: 11/26/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Medical

Secondary Doc Type: Records

Medical Provider:

Document Notes: records  FCE, APS & MR MRI

Work Notes:

# FAX

**FROM**

Kachatur Arabachian

**TO**

Ms. Alyssa Gurney
UNUM Life Insurance

**Phone**    (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** +18004472498

**DATE** 11/26/2018

**NOTE**

Re: Mr. Michael Graziano
Claim No : 15334313



**RIEMER**
**& ASSOCIATES LLC**
A T T O R N E Y S   A T   L A W

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

November 26, 2018

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

<div align="center">

Re:    Michael Graziano
Claim No.: 15334313
<u>UNUM Life Insurance Company of America</u>

</div>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 14, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Functional Capacity Evaluation Summary Report**, dated October 11 and October 12, 2018;
- **Dr. Beer – Attending Physician Statement**, dated November 23, 2018;
- **Dr. Beer – Medical Certification Statement**, dated October 16, 2018;
- **Dr. Beer – Office Visit Notes**, dated January 3, 2017; November 28, 2017; October 4, 2018; October 16, 2018; and November 9, 2018.
- **Dr. Beer – Lumbar Zygapophyseal Joint Injection**, dated January 18, 2017;
- **Dr. Beer – Lumbar Medical Branch Block**, dated December 20, 2017; and January 17, 2018;
- **Dr. Beer – Lumber Medial Branch Radiofrequency Denervation**, dated April 11, 2018;
- **MRI of the Lumbar Spine**, dated October 6, 2017; and
- **Dr. Stein – Office Visit Notes and Blood Work**, dated March 3, 2017; August 8, 2017; October 30, 2017; October 8, 2018

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)



# **BEST** Physical Therapy Associates

116 W. 23rd Street
Fifth Floor
New York, New York 10011

*Injury Management and Prevention Services*
629 Fifth Avenue
Pelham, New York 10803
(914) 708-6548
FAX (914) 738-1772

## FUNCTIONAL CAPACITY EVALUATION:
## SUMMARY REPORT

Following is a summary of the **BEST Associates Functional Capacity Evaluation**, which includes a history, physical and comprehensive functional tests.

| Name: | Michael Graziano |
|---|---|
| Date of FCE Testing: | October 11 & 12, 2018 |
| Date of Birth | ▇ 1965 |
| Dates of Injury: | • Mr. Graziano began to experience low back pain approximately eight years ago. He tried many different procedures, but nothing has helped. <br> • 2012: Right biceps tendon repair <br> • 2012: Bilateral rotator cuff tendonitis |
| Gender: | Male |
| Address: | ▇ |
| City/State/Zip: | ▇ |
| Diagnoses: | • Low back pain (right side) <br> • Diffuse degenerative disc disease with disc desiccation and osteophytes throughout the lumbar spine |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 2

|  |  |
|---|---|
|  | • Disc bulging (multiple levels)<br>• Facet arthropathy<br>• Left disc extrusion at L2-3 with mass effect on L-3 nerve root |
| **Areas of Complaint/Injury; Medical Problems:** | • Moderate to severe low back pain (right more than left).<br>• Pain is constant and ranges from dull to aching to sharp.<br>• Pain increases with sitting, walking, and being on the move.<br>• Pain is worse in the morning, with sneezing, coughing, and deep breathing.<br>• Overall pain was 6/10 at the time of the evaluation; worst pain is 10/10<br>• Muscle spasms: middle to lower back<br>• Bowel dysfunction<br>• Dizziness and lightheadedness<br>• Increased pain at night |
| **Occupation at time of illness:** | Senior Underwriter for Swiss Re |
| **Dept. of Labor Category of Work (Previous Job):** | Light (with medium components) |
| **Mechanism/Type of Injury:** | Orthopedic/Degenerative Disc Disease |
| **Previous Treatment:** | • Physical therapy<br>• Chiropractic<br>• Spinal injections (pain management)<br>• Massage therapy |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 3

|  | • Pain medication/Pain management<br>• Trigger point injections |
|---|---|
| **Pertinent Surgery/Other Clinical Tests:** | • MRI<br>• CT scan<br>• EMG<br>• X-rays |
| **Past Medical History:** | • Right shoulder biceps tendon tear/repair<br>• Severe pain and weakness at times |
| **Current Medications:** | • Quinapril<br>• Hydrocholrothiazide<br>• Metformin<br>• Rosuvastatin<br>• Fenofibric acid<br>• Ezetimibe<br>• Escitalopram |
| **Functional Status/Activity Level:** | • Light housekeeping (tidying, dishes): Independent but for short periods of time.<br><br>• Heavy house cleaning (mopping, vacuuming, bathroom cleaning, etc.): Can perform with help. Mr. Graziano cannot lift heavy loads.<br><br>• Laundry: Completely dependent on others.<br><br>• Dressing: Can perform with help. Mr. Graziano requires assistance with his belt, shoes, socks, etc. He cannot bend or twist.<br><br>• Food Shopping: Can perform with help. Mr. Graziano cannot carry heavy bags. |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 4

|  | • Community errands: Can perform with help. Mr. Graziano is able to drive short distances but he is unable to lift heavy loads.<br><br>• Computer: Can perform with help. Mr. Graziano must get up each hour to stretch.<br><br>• Sleep: Mr. Graziano's sleep is disturbed because he experiences discomfort in all positions. |
|---|---|
| **Chief Complaints/Symptoms:** | • Moderate to severe low back (lumbar) pain |
| **Return to Work Information:** | Mr. Graziano is still working. |
| **Goals:** | Mr. Graziano wants to feel better. |

**REASON FOR TESTING:** 1) Determine restrictions and limitations based on all documented illnesses and injuries; 2) Determine ability to work an 8-hour day, 5 days per week; and 3) Verify validity.

**DESCRIPTION OF TESTS DONE:** Mr. Graziano participated in a standardized 2-day Functional Capacity Evaluation. The results of this FCE have been quantified through an 11-point consistency checklist.

_____X___ Mr. Graziano gave maximum, consistent effort

_____ Mr. Graziano did not give maximum, consistent effort in all tests.

*Performed by Susan Greenberg, MS, PT, at BEST's Pelham office*

**Introduction:**

Mr. Graziano arrived promptly for his FCE appointment on both days of testing. He was neatly dressed in casual attire.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 5

## Effort and Cooperation:

Mr. Graziano demonstrated cooperative behavior in that he was willing to work to his maximum abilities for all test items throughout the FCE procedure. The FCE test duration was difficult for him due to his severe low back pain, overall weakness and deconditioning, however, he was motivated and cooperative throughout.

## Consistency of Performance:

Mr. Graziano demonstrated a consistent performance throughout all of the testing procedure as evidenced by predictable patterns of movement, including increased accessory muscle recruitment, counterbalancing, and use of momentum, as well as physiological responses such as an increased heart rate in response to even moderate efforts. Performance was consistent among FCE items in that similar items had similar performance: e.g., decreased ability to squat fully was consistent with decreased ability to lift from the floor (he required a 21" surface to lift from on both days of testing). Borderline below average to significantly below average pinch grip strength and below average to significantly below average bilateral gross/fine motor and dexterity skills during the FCE and physical assessment also affected tasks requiring strong pinch grip and/or hand coordination skills. Similarly, decreased ability to lift loads from floor to waist and to crown level, push/pull tasks, and right/left side carries scored lower on the second day of testing secondary to increased lumbar muscle spasms, trunk weakness, and decreased core stability.

Functional limitations noted are consistent with physical impairments and diagnoses: decreased AROM of the spine/core and weakness of the bilateral shoulders and bilateral lower extremities with diminished spinal (scapula and core) stabilization, and/or increased muscle spasms with tasks requiring moderate or prolonged static efforts (e.g., lifting, carrying, pushing/pulling, static sitting/standing, elevated work, sitting/standing with rotation, sitting/standing with forward bending, etc.).

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 6

The tasks listed above were also physically limited by cervical, thoracic, and low back
paraspinal muscle stiffness/ tightness (more impaired on the second day of testing), decreased
range of motion and strength of the trunk and shoulders/hips, as well as below average pinch
grip strength and hand coordination (bilateral gross/fine motor and dexterity skills).

There are 11 Consistency Checkpoints built into the BEST FCE. The following are
explanations of these, which are utilized during the test to verify consistencies. The presence of
three or more inconsistencies may indicate lack of consistent effort, which would be
confronted during testing and would appear in the report.

1. There should be a link between the physical problems identified in the preliminary
   musculoskeletal assessment and actual functional performance.
   *Decreased strength into flexion, abduction, and internal and external rotation of the
   bilateral shoulder joints during the physical assessment was also a limitation during the
   FCE subtests requiring waist to crown level lifting and/or elevated work (both modified to
   eye level). Decreased strength of the trunk, hips, knee joints, and ankles, as well as tight
   hamstrings and increased low back pain with straight leg raising, were also limitations for
   full squatting during the repetitive squat and modified surfaces of floor to waist lifting task
   tests (21" from the floor).*

2. Heart rate reflects levels of stress or the amount of effort the person is using. Heart rate
   goes up with an increase in level of effort. Increase in manual material handling weight will
   increase heart rate. Painful positions can also increase heart rate.
   *Mr. Graziano's heart rate rose whenever he exerted moderate to maximum effort.*

3. Floor to waist lift correlates with repetitive squat test.
   *Mr. Graziano was able to lift sedentary loads weighing up to 16 pounds (but not from the
   floor) on the second day of testing. The surface had to be modified (to 21" above the floor
   on both days of testing). The need to raise the lifting surface was consistent with his ability
   to only partially squat with decreased weight bearing on the right lower extremity, which
   was even more evident on the second day of testing.*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 7

4. Overhead lifting correlates with elevated work test.

   *The overhead lifting task had to be modified to waist to eye level instead. Mr. Graziano*
   *was able to lift 21 pounds at maximum on the first day of testing and 16 pounds on the*
   *second day. Weak upper back extensors and decreased strength of the scapula stabilizers*
   *and glenohumeral joints were limiting factors on both days, as well as generalized*
   *weakness, fatigue, and significant lower back pain. Similar findings were observed for*
   *elevated work, where decreased cervical, upper back, and bilateral shoulder strength were*
   *also limiting factors, resulting in only being able to achieve lifting to eye level (versus*
   *waist to crown level).*

5. Side carry correlated with hand grip measurement (hand grip should be higher).

   *The side carrying task scored 19 pounds for the bilateral upper extremities on the first day*
   *of testing. He was unable to achieve the same score on the second day of testing secondary*
   *to severely increased shoulder and lower back pain. Hand grip strength maximum was 47*
   *pounds on the right and 42 pounds on the left on the second day of testing.*

6. Pull force should be greater than push force.

   *Mr. Graziano was able to pull with 39 pounds of force and push with 50 pounds of force on*
   *the second day of testing. First day scores were slightly higher.*

7. Power leg for pushing is back leg.

   *This was not applicable as Mr. Graziano's bilateral lower extremities scored about the*
   *same in the strength tests.*

8. Low-level activities of kneeling and full squatting should be consistent with limitations in
   lower extremity strength, range of motion, and trunk flexion limitations.
   Low-level activities of kneeling and full squatting were limited as Mr. Graziano could not
   sustain the kneeling position for more than occasionally and could only partially squat for
   10 repetitions with decreased weight bearing on the right lower extremity. Decreased
   ability to squat was consistent with limitations in lower extremity strength, range of
   motion, and trunk flexion limitations.
   *Kneeling was limited to "occasionally" due to difficulty maintaining the position*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Fax to 7521609 (FISTD800) at 11/26/2018 14:09:58 from (6506556633) Req ID 20181126:4443337292E.

Page 11 of 57 (C)

Graziano, Michael
Page 8

*secondary to trunk weakness and Mr. Graziano required external support to do so. In addition, Mr. Graziano was limited in transition to low-level activity due to poor core stabilization, decreased spinal and quadriceps muscle strength, and increased trunk and bilateral lower extremity weakness and stiffness as the FCE tasks progressed. This was noted especially with repetitions of squatting as he had difficulty maintaining his balance also when ascending from the partially squatted position and needed support of an external structure to do so.*

9.  Sitting tolerance during the history and musculoskeletal assessment should be consistent with the sitting tolerance subtest in the FCE.

    *Sitting tolerance was poor and consistent throughout all of the FCE subtests and history/ musculoskeletal assessments. Mr. Graziano exhibited increased spinal stiffness and increased low back pain significantly affecting his sitting tolerance. He was noted to be physically agitated in the sitting position and very frequently stood up to change positions. This intolerance worsened as the test progressed.*

10. Hand grip subtest scores should reflect a Bell Curve if all five positions are tested.
    *The scores did reflect the expected curve on both days of testing.*

11. Performance on Day 1 should be consistent with Day 2. If there is a change, definable physical reasons for the change should be documented.

    *On the second day of testing, Mr. Graziano demonstrated increased lower back pain and stiffness, as well as decreased AROM of the trunk as compared to the first day. He was also visually observed to be more fatigued on the second day of testing and after manual material handling tasks. He scored lower on most of the retested tasks. For example, on the first day of testing, he lifted 21 pounds from a 21" surface. On the second day, he could not lift more than 16 pounds from the same 21" surface. The bilateral side carrying task scored 19 pounds on the first day of testing and 14 pounds on the second day of testing due to significantly increased lumbar muscle spasms. His heart rate was also observed to be higher on the second day of testing as compared to the heart rate on the first day for the same tasks tested. On the second day of testing, Mr. Graziano exhibited increased stiffness and lower back spasms during and after the lifting tasks were retested. This caused some*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 9

*unsteadiness and he walked at a decreased pace, leaning to the left, as compared to the*
*first day of testing, with decreased weight bearing on the right lower extremity.*

Mr. Graziano reported the following physical reactions between the first and second day of the
FCE:

- The evening of the first day of the FCE, Mr. Graziano reported that he had a flare up of
  lower back and shoulder pain. It started with low back pain and got worse as the evening
  went on. He went to sleep then woke up several hours later secondary to pain in the lower
  back and shoulders. He took pain medication to get back to sleep. He woke up
  intermittently with pain several times, tossing and turning for the rest of the night.

  Mr. Graziano reported increased overall soreness and severe stiffness, more than usual the
  morning after the first day of testing, particularly lower back pain and bilateral shoulder
  symptoms.

- He also reported an increase in lower back and bilateral shoulder pain. He had increased
  difficulty walking with exacerbated intrascapula and mid-scapula pain as compared to the
  first day of testing. He exhibited a below average walking pace for his age and gender
  secondary to increased lower back pain and "pressure building up in his back" as he kept
  walking.

  In terms of posture, his increased lordotic position and decreased weight bearing on the
  right lower extremity were much worse on the second day of testing. His pain level
  increased to 8/10 the evening of the first day then to 7/10 on the second day of testing for
  the lower back area (it was 6/10 at the onset of the test for these areas on the first day of
  testing).

- Increased fatigue was reported (Mr. Graziano reports that he wasn't able to sleep well as he
  could not get comfortable due to increased pain). He was unable to fall asleep until he took
  pain medication.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 10

The following chart reports the results of various tasks conducted on both days of testing:

| Task Tested | Day I 10/11/18 Standard Score | Day II 10/12/17 Standard Score | % Changed | Standard Score* |
|---|---|---|---|---|
| **Round Blocks (Gross Motor Skills)** | | | | |
| Right | 70 | 45 | decreased 39% | Day I: Borderline average Day II: Below average |
| Left | 55 | 45 | Decreased 18% | Day I & Day II: Below average |
| **Nuts and Bolts (Fine Motor Skills)** | | | | |
| Right | 75 | 35 | decreased 56% | Day I: Low average Day II: Below average |
| Left | 55 | 30 | decreased 45% | Day I: Below average Day II: Significantly below average |
| **Peg Board (Dexterity)** | | | | |
| Right | 85 | 55 | decreased 38% | Day I: Average Day II: Below average |
| Left | 70 | 60 | decreased 14% | Day I: Borderline average Day II: Below average |
| *Key for Standard Scores: 0-69 = below average; 70-100 = average; 100+ = above average | | | | |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 11

| Task Tested | Day I 10/11/18 Score: Pounds | Day II 10/12/18 Score: Pounds | % Decreased | Average for Age and Gender |
|---|---|---|---|---|
| Tip pinch grip (right) | 18.5 | 9.5 | decreased 50% | 11 to 24 pounds; mean = 18.3 Day I: Average Day II: Below average |
| Tip pinch grip (left) | 22.0 | 13.0 | decreased 41% | 12 to 26 pounds; mean = 17.8 Day I: Average Day II: Borderline average |
| Palmar pinch grip (right) | 21.0 | 12.5 | decreased 40% | 15 to 36 pounds; mean = 23.8 Day I: Average Day II: Below average |
| Palmar pinch grip (left) | 15.7 | 9.7 | decreased 38% | 16 to 36 pounds; mean = 24 Day I: Borderline below average Day II: Below average |
| Key pinch grip (right) | 23.0 | 9.3 | decreased 60% | 20 to 34 pounds; mean = 26.7 Day I: Average Day II: Significantly below average |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 12

| Task Tested | Day I 10/11/18 Score: Pounds | Day II 10/12/18 Score: Pounds | % Decreased | Average for Age and Gender |
|---|---|---|---|---|
| Key pinch grip (left) | 26.0 | 11.3 | decreased 57% | 20 to 34 pounds; mean = 26.1<br><br>Day I: Average Day II: Below average |
| Jamar grip test (right): Position 2 | 69.7 | 47.0 | decreased 33% | 79 to 151 pounds; mean = 113.1<br><br>Day I & Day II: Below average |
| Jamar grip test (left): Position 2 | 60.7 | 40.7 | decreased 33% | 70 to 143 pounds; mean = 101.9<br><br>Day I & Day II: Below average |
| Jamar grip test (right): Position 3 | 61.3 | 39.0 | decreased 36% | 79 to 131 pounds; mean = 113.6<br><br>Day I & Day II: Below average |
| Jamar grip test (left): Position 3 | 63.0 | 42.0 | decreased 33% | 70 to 143 pounds; mean = 101.9<br><br>Day I & Day II: Below average |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 13

| Task Tested | Day I 10/11/18 Amount (Pounds) | Day II 10/12/18 Amount (Pounds) | % Changed |
|---|---|---|---|
| Floor to waist lift (modified to 21" surface to waist lift; 21" = 10" surface + 11" distance from crate handles to floor) | 21 pounds | 16 pounds | decreased 24% |
| Lifting: waist to overhead lift (modified to waist to eye level lift) | 21 pounds | 16 pounds | decreased 24% |
| Front carry | 26 pounds | 21 pounds | decreased 19% |
| Right side carry | 19 pounds | 14 pounds | decreased 26% |
| Left side carry | 19 pounds | 14 pounds | decreased 26% |
| Pushing | 63 pounds | 50 pounds | decreased 21% |
| Pulling | 58.7 pounds | 39 pounds | decreased 34% |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 14

**Pain Behavior:**

1. Mr. Graziano demonstrated an appropriate response to effort and discomfort during the testing procedure. He attempted to work through his symptoms with maximum effort. During the test, he also frequently reported increased symptoms, specifically in the areas of the right side of his lower back. He also exhibited increased pain and stiffness in the shoulders, trunk, and bilateral lower extremities as the FCE progressed. Positional tolerance tasks, especially sitting and standing, as well as sitting and standing with forward bending or trunk rotation were limited by pain in the lower back caused by muscle tightness, trunk weakness, and poor core and scapula stabilization. Shoulder pain increased with manual material handling and overhead and reaching activities.

2. Increasing tightness/stiffness (as the test duration increased) in the trunk and lower back, as well as bilateral shoulders, right lower back, and lower extremity weakness were observed, which was part of the reason for limitations with transitional or low-level postures/positions (specifically, rising up from the floor) and forward bending. Mr. Graziano also reported feeling that his right shoulder was unstable, and he states that he felt unsteady. He also needed an external support to lean on when he ascended from the floor and had to hold onto an external support (heavily relying on his hands) to maintain the kneeling position or to perform repetitions of partial squatting.

3. Mr. Graziano's pain complaints in the lower back (right more than left), and objective signs of discomfort are consistent with the diagnoses.

4. Mr. Graziano reports extreme and constant pain in the spine. Pain was initially rated at 6/10 on the first day of testing and increased to 8/10 after the FCE then to 7/10 on the second day of testing.

5. Mr. Graziano was given three pain/functional questionnaires. The Back Index scored 66% (with 100% being the most impaired score). The DASH (Disabilities of the Arm, Shoulder, and Hand) scored 53.3% (with 100% being the most impaired). The Lower Extremity Functional Scale (LEFS) scored 19/80 (with 0/80 being the most impaired score). These tests indicate significant functional impairments in the back, upper and lower extremity areas.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 15

## Safety:

Mr. Graziano demonstrated an attempt at an overall safe performance including proper body mechanics, however pacing was hesitant and cautious. His awareness of safe techniques was generally good; however, Mr. Graziano exhibited poor core and scapula stabilization and postural deficits due to his trunk, shoulders, and lower extremity weakness, which results in a type of dysfunctional gait pattern with decreased weight bearing on the right lower extremity. He exhibited a lordotic posture and a slow pace (worse on the second day of testing). Rigidity of the lower back was also noted. His ambulation pace fell into the below average range for his age and gender based on a 6-minute timed walking test.

## Quality of Movement:

1. Due to his multiple orthopedic limitations, Mr. Graziano exhibits many compensatory postures that are potentially unsafe. However, overall, he did demonstrate some appropriate changes in body mechanics, including the use of accessory muscles, counterbalancing and momentum, as activity level increased. These changes are expected and are consistent with maximal effort.

2. Quality of movement deteriorated as Mr. Graziano began to fatigue, which occurred very quickly.

3. Mr. Graziano needed to change positions very frequently, especially from sitting to standing due to intolerance of the sitting position, increased lower back pain and fatigue, which became increasingly more intense and difficult to tolerate as the test progressed.

4. The second day FCE tasks that were performed were carried out more slowly due to increased pain in the shoulders and lower back, as well as with notably increased fatigue.

## Significant Deficits:

The following limited Mr. Graziano's functional capabilities:

1. Decreased ability to squat more than partially on an occasional basis (6% to 33% of day); holding on for support.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 16

2. Decreased ability to tolerate walking. He was able to ambulate for 6 minutes but at a below average pace for his age based on a 6-minute timed test.

3. Lifting sedentary-light loads from a 21" surface to waist and from waist to eye level.

4. Mr. Graziano is limited to 21 pounds in front carrying (on the second day of testing) due to postural back muscle weakness, especially the upper and lower back extensors, scapula and core stabilizers, as well as significant lower back pain. He was able to side carry up to 14 pounds on the second day of testing but was limited by trunk and back weakness, as well as significant lower back spasms.

5. Below average hand grip strength on both days of testing. Borderline to below average bilateral pinch grip strength on the second day of testing. Both hand and pinch grip strength scored worse on the second day of testing.

6. Weakness/stiffness of the trunk, postural muscles, scapula and core stabilizers, bilateral lower extremities, and shoulders caused a compensatory movement pattern. Decreased AROM and strength of the trunk and bilateral hips caused a dysfunctional and below average paced gait pattern.

7. Increased lower extremity stiffness and trunk weakness, as well as increased lower back pain noted with activities requiring transitioning from modified low-level positions to erect postures (partial squatting, etc.). Mr. Graziano requires external support when rising up from moderately low-level positions and to maintain the static position of kneeling.

8. Mr. Graziano is unable to tolerate forward bending in standing for more than occasional periods. He frequently shifted out of position while standing bending forward as a way of alleviating the tightness. He exhibits weakness of the trunk musculature, scapula, and core stabilizers.

9. Repetitive partial squatting is limited to occasionally (6% to 33% of day) due to decreased trunk and hip strength/flexibility and increasing paraspinal and hip muscle tightness, especially with repetition or static positions.

10. Mr. Graziano fatigues easily, especially when sitting or standing statically, and must change positions frequently (every 25 minutes for sitting at the onset of the test then every

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 17

20 minutes or less once the test progressed and on the second day of testing). Standing is
limited to approximately 25 minutes or less.

11. Mr. Graziano demonstrated increased lower back and shoulder pain, as well as decreased
core and scapula stabilization while performing the repetitive tasks of hand coordination
testing and hand grip/pinch grip testing. This resulted in rapid fatigue, as well as
significantly below average right key pinch grip, below average right tip pinch and bilateral
palmar grip, borderline average left tip pinch scores, and below average to significantly
below average hand coordination tests.

12. Decreased ability to perform the kneeling position due to difficulty descending to a low-
level surface and difficulty ascending from it. It should be noted that attempting to perform
these activities also increased his lower back pain, as well as bilateral hip symptoms.

13. Muscle and joint pain was aggravated by dysfunctional compensatory postures.

14. Mr. Graziano was unable to perform the task of stair climbing with one leg over the other
secondary to right lower extremity and trunk weakness.


**Significant Abilities:**

Mr. Graziano demonstrates:

Ability to tolerate static sitting and sitting with forward bending or rotation on an occasional
basis and must change positions frequently.


**Job Description Explored:**

Mr. Graziano was employed as Senior Property Underwriter. The critical demands of this job are
described below based upon a job description provided by Mr. Graziano:

The Senior Property Underwriter is responsible for selling insurance products or services. The
Senior Property Underwriter will reach his or her business targets through effective management
of designated territories and physical visits to broker and client sites. This individual will also
develop ongoing, profitable relationships with client and continually maintain a professional
image of the company. Travels locally and nationally to visit clients and brokers.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 18

Swiss Re Corporate Solutions provides risk transfer solutions to large and mid-sized corporations around the world. Its innovative, highly customized products and standard insurance covers help to make businesses more resilient, while its industry-leading claims service provides additional peace of mind. Swiss Re Corporate Solutions serves clients from over 50 offices worldwide and is backed by the financial strength of the Swiss Re Group.

**Job Duties:**

- Discusses and negotiates individual deals with clients and brokers.
- Analyzes and assesses technical insurability regarding exposures and coverage on new offer and renewal submissions.
- Prepares quotations, structures programs, and offers proposals in accordance with guidelines.
- Uses SR tools and systems for the development of terms and conditions.
- Enters and maintains risk information into the various information systems and administers the accounts.
- Establishes and maintains specific industry sector know-how.
- Coaching of less experienced staff.
- Represents Swiss Re in meetings with clients, brokers, and other Swiss Re Group entities.
- Regular contact with brokers and clients which require competent technical know-how, negotiation, and language skills, initiative and service orientation.
- Works effectively within client teams.

**Working Conditions:**

- Frequent travel is required, often up to several hours of driving or use of mass transit at least twice weekly (usually approximately 100 visits/year). Must bring marketing material and files, carrying files, computer, etc.
- Ability to travel to, attend, and conduct presentations.
- Manual dexterity required to use desktop computer and peripherals.
- Occasional lifting of items up to 20 lbs.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 19

- Overtime as required.

- Exposure to variable weather conditions is likely.


The following compares FCE abilities to critical work demands:

| WORK CRITICAL DEMANDS | FCE ABILITIES | JOB MATCH |
|---|---|---|
| 1. Sitting frequently to perform job duties. | 1. Mr. Graziano was able to sit on an occasional basis only due to intolerance to this position secondary to decreased core stabilization and trunk weakness (25 to 30-minute intervals). | No. |
| 2. Moving loads weighing up to 20 pounds frequently. | 2. Mr. Graziano was able to lift 16 pounds from a 21" surface to waist and from waist to eye level. | No. |
| 3. Carrying various loads ranging from light to medium. | 3. Mr. Graziano was able to front carry up to 21 pounds and right/left side carry up to 14 pounds. | No. |
| 4. Reaching overhead and at desk level to perform various job tasks. | 4. Mr. Graziano can reach to eye level and tolerate elevated work on an occasional basis. | No, for reaching overhead<br>He can reach to eye level on an occasional basis. |
| 5. Transitional postures (kneeling, squatting, and bending) to perform various job tasks). | 5. Mr. Graziano can perform all transitional postures on an occasional (kneeling) basis and forward bending on an occasional basis. | Yes, for occasional kneeling and squatting.<br>Yes, for bending forward in both sitting and standing. |
| 6. Ambulation frequently from client to client. | 6. Mr. Graziano can only ambulate on an occasional basis. | No, for frequently. |
| 7. Average hand grip strength and gross/fine motor coordination for general job duties. | 7. Mr. Graziano demonstrates below average hand grip strength and gross/fine motor and dexterity skills bilaterally. | No, for grip or gross/fine motor and dexterity skills frequently. |
| 8. Standing frequently for presentations and other related job tasks. | 8. Mr. Graziano is only able to stand on an occasional basis. | No, for frequently. |

**Conclusion:**

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Claimant Name: Michael J. Graziano          Claim #:   15828867

Graziano, Michael
Page 20

Mr. Graziano is unable to perform his former occupation of Senior Underwriter for Swiss Re due to the large discrepancy between his current functional abilities and the critical/essential job demands of his previous job. He is still suffering from the symptoms of chronic lower back pain and bilateral hip and lower extremity weakness, as well as pain in the bilateral shoulders. In addition, there is muscular weakness in the bilateral shoulders and lower extremities. This results in multiple areas of dysfunction. He experiences stiffness of the spine and bilateral shoulders, lower back, and lower extremities (as well as the aforementioned shoulder and lower extremity weakness) and a slow and dysfunctional gait pattern with decreased weight bearing on the right lower extremity and with aggravation of these symptoms in a variety of positions and tasks, especially with static sitting/standing, lifting/carrying, and walking for more than occasional periods. At times he moves with an antalgic gait pattern with decreased weight bearing on the right lower extremity and a lordotic low back posture. He ambulates with caution so as not to provoke his symptoms. He cannot sit more than occasionally due to lower back, trunk, and paraspinal muscle weakness and severe pain. He also experiences difficulty with hand and pinch gripping and gross/fine motor coordination and dexterity skills, resulting in borderline to below average to significantly below average scores, exacerbated on the second day of testing.

Mr. Graziano is also unable to function at this job even at the sedentary physical demand level due to the high level of dysfunction caused by the above described symptoms in multiple muscle groups and joints. He is not able to tolerate an 8-hour work day due to positional intolerances in sitting and standing (must change positions every 20 to 25 minutes and every 25 minutes, respectively), increased fatigue, deterioration of movements as tasks progress, and poor musculoskeletal endurance. He remains totally disabled from his occupation at this time.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

# FUNCTIONAL CAPACITIES EVALUATION
## PHYSICAL ASSESSMENT

Name: Michael Graziano

Blood pressure: 140/90          Weight: 275 lbs.

Pulse: 72 bpm                   Height: 5' 9 1/2"

Gait:

1. Decreased pace for his age and gender.

Posture:
1. Increased lumbar lordosis.
2. Decreased cervical lordosis.
3. Right side anatomical landmarks higher than left.

Coordination:
___X__ Normal
_____ Other

Movement Characteristics (speed, smoothness, posturing):
_____ Normal
___X__ Other (Slow)

| YES | NO | QUESTION |
|-----|-----|----------|
|  | X | **1. Has your doctor ever said that you have a heart condition and that you should only do physical activity recommended by a doctor?** |
|  | X | **2. Do you feel pain in your chest when you do physical activity?** |
|  | X | **3. In the past month, have you had chest pain when you weren't doing physical activity?** |
|  | X | **4. Do you lose your balance because of dizziness or do you ever lose consciousness?** |
| X* |  | **5. Do you have a bone or joint problem (for example, back, knee or hip) that could be made worse by a change in your physical activity? (BACK, KNEE, HIP)** |
| X* |  | **6. Is your doctor currently prescribing drugs (for example, water pills) for your blood pressure or heart condition?** |
|  | X | **7. Do you know of any other reason why you should not do physical activity?** |

*Yes answers explored with client and there were no contraindications to testing.*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright Act without permission of the copyright owner is unlawful.

From: Kachatur Arabachian Fax: (212) 297-0700    To:    Fax: (600) 447-2495    Page 25of 57 11/26/2018 2:09 PM

Graziano, Michael
Page 2

| NECK: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 45 | WNL | | 4+/5 | |
| Extension | 45 | 15 | | 4+/5 | |
| Lateral Flexion | 45 | 15 | 15 | 4+/5 | 4+/5 |
| Rotation | 90 | 60 | 70 | 4+/5 | 4+/5 |
| *WNL = Within normal limits* | | | | | |

| TRUNK: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 80 | 40 | | 3-/5 (upper abd.) | |
| Extension | 30 | 15 | | 3+/5 (upper trunk) 3-/5(lower trunk) | |
| Lateral flexion | 35 | 15 | 15 | N/T | N/T |
| Rotation | 45 | WNL | WNL | N/T | N/T |
| *WNL = Within normal limits* *N/T = Not tested* | | | | | |

| SHOULDER: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Forward Flexion | 180 | 115 | 140 | 3+/5 | 3+/5 |
| Extension | 60 | WNL | WNL | 3+/5 | 3+/5 |
| Abduction | 180 | 103 | 140 | 3+/5 | 3-/5 |
| Internal rotation | 70 | 20 | 40 | 3-/5 | 3-/5 |
| External rotation | 90 | 30 | 60 | 3-/5 | 3-/5 |
| *WNL = Within normal limits* | | | | | |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that  permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

Graziano, Michael
Page 3

| ELBOW: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 150 | WNL | WNL | WNL | WNL |
| Extension | 0 | WNL | WNL | WNL | WNL |
| *WNL = Within normal limits* | | | | | |

| FOREARM: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Pronation | 80 | WNL | WNL | WNL | WNL |
| Supination | 80 | WNL | WNL | WNL | WNL |
| *WNL = Within normal limits* | | | | | |

| WRIST: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 80 | WNL | WNL | WNL | WNL |
| Extension | 70 | WNL | WNL | WNL | WNL |
| Ulnar deviation | 30 | WNL | WNL | WNL | WNL |
| Radial deviation | 20 | WNL | WNL | WNL | WNL |
| *WNL = Within normal limits* | | | | | |

| GROSS MOTOR HAND STRENGTH | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|
| | RIGHT | LEFT | RIGHT | LEFT |
| Bilateral hands | WNL | WNL | WNL | WNL |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Graziano, Michael
Page 4

| HIP: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion (knee extd) | 90 | 45* | 40** | 4/5 | 3+/5 |
| Flexion(k.flex.) | 120 | 95 | 95 | 4/5 | 3+/5 |
| Abduction | 45 | WNL | 30 | 4/5 | 3+/5 |
| Adduction | 30 | WNL | 15 | 4/5 | 3+/5 |
| Extension | 30 | 15 | 15 | 4/5 | 3+/5 |
| Internal Rotation | 45 | 30 | 15 | 4/5 | 3+/5 |
| External Rotation | 45 | 40 | 20 | 4/5 | 3+/5 |

*Increased low back pain.
**Positive cross over sign.
WNL = Within normal limits

| KNEE: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 135 | WNL | WNL | 4/5 | 4/5 |
| Extension | 0 | WNL | WNL | 4/5 | 4/5 |

WNL = Within normal limits

| ANKLE: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Plantar Flexion | 50 | WNL | WNL | 4/5 | 4/5 |
| Dorsiflexion | 20 | WNL | WNL | 4/5 | 4/5 |
| Inversion | 35 | WNL | WNL | 4/5 | 4/5 |
| Eversion | 15 | WNL | WNL | 4/5 | 4/5 |

WNL = Within normal limits

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

Graziano, Michael
Page 5

Toe rises (10=WNL)    __10__ Reps Right (Holds on heavily for support)
                      __10__ Reps Left (Holds on heavily for support)

Knee Squat (20=WNL)  __10__ Reps (Holds on heavily for support)

## ATROPHY/EDEMA

- Within normal limits

## NEUROMUSCULAR SYSTEM

### Sensation/Reflex Testing:

- Sensory Testing: Tingling in bottom of right lower arm.
- Reflex Ankle Jerk: Within normal limits
- Reflex Knee Jerk: Within normal limits
- Reflex Upper Extremities: Within normal limits

## INTEGUMENTARY:

- Within normal limits

## MUSCLE TONE SPASMS:

- Paralumbar muscle tightness

| SCREENING FOR GROSS BALANCE – CTSIB | TIME(S) TRIAL I | TIME(S) TRIAL II |
|---|---|---|
| Quiet standing, eyes open | WNL | WNL |
| Quiet standing, eyes closed | WNL | WNL |
| Quiet standing on foam, eyes open | WNL | WNL |
| Quiet standing on foam, eyes closed | WNL | WNL |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

Graziano, Michael
Page 6

## FINDINGS OF PHYSICAL ASSESSMENT:

1. Decreased ambulation pace for age and gender.

2. Increased lumbar lordosis.

3. Decreased cervical lordosis.

4. Right anatomical landmarks hither than left.

5. Decreased cervical AROM and strength.

6. Decreased trunk AROM and strength.

7. Decreased glenohumeral joint AROM and strength.

8. Decreased bilateral hip AROM and strength.

9. Decreased bilateral knee and ankle strength.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that  permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

# Functional Capacity Evaluation (FCE)

This client performed a functional capacity evaluation consisting of the items listed below. It was objectively determined from this test that the client can safely perform the listed items (pounds/positions) for the indicated percentages of an eight-hour work day.

Client:    Michael Graziano

Date:    October 11 & 12, 2018

| Item | Percent of 8-hour Day | | | | | Restrictions |
|---|---|---|---|---|---|---|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| **WEIGHT CAPACITY IN LBS.** | | | | | | |
| Floor to waist lift<br><br>(Modified to 21" surface: 21" = 10" surface + 11" distance from crate handles to floor on the second day of testing) | | 16 | 4 | X | X | Decreased core stabilization; decreased upper extremity grip strength; trunk and quadriceps weakness; decreased standing tolerance |
| Waist to overhead lift<br>(modified to eye level) | | 16 | 4 | X | X | Weak back extensor muscles; diminished bilateral shoulder girdle AROM and strength; decreased bilateral hand grip strength; decreased standing tolerance |
| Push (Static) | | 50 | 15 | X | X | Decreased tolerance to wrist compression; decreased shoulder girdle strength |
| Pull (Static) | | 39 | 10 | X | X | Decreased shoulder strength; decreased low back extensor strength |
| Right carry | | 14 | 4 | X | X | Decreased trunk and right hand grip strength; right shoulder weakness; decreased counterbalancing |
| Left carry | | 14 | 4 | X | X | Decreased left hand grip strength; decreased counterbalancing |
| Front Carry | | 21 | 5 | X | X | Left paraspinal stiffness; below average pace for his age and gender; decreased grip strength; decreased walking tolerance |
| Right hand grip (Static) | | 47 | 36 | 24 | 12 | Below average hand grip strength; average range for this age and gender is 79 to 151 pounds; mean = 113.6 |
| Left hand grip (Static) | | 42 | 33 | 22 | 11 | Below average hand grip strength; average range for this age and gender is 70 to 143 pounds; mean = 101.9 |

Copyright © 1994 BEST Associates

All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Claimant Name: Michael J. Graziano    Claim #: 15828867

Fax to 752.1809 (FISTD600) at 11/26/2018 14:09:58 from (6506556633) Req ID 20181126144337292E.

From: Kachaur/Arabachian Fax: (212) 207-0700    To:    Fax: (800) 447-2498    Page 31 of 57 11/26/2018 2:09 PM    Page 31 of 57 (C)

| Item | | Percent of 8-hour Day | | | | | Restrictions |
|------|------|---|------|------|-------|--------|-------------|
| | | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| Tip Pinch | Right | | 9.5 | 7.2 | 4.8 | 2.4 | Below average tip pinch strength; average range for this age and gender is 11 to 24 pounds; mean = 18.3 |
| | Left | | 13.0 | 9.9 | 6.6 | 3.3 | Borderline average tip pinch strength; average range for this age and gender is 12 to 26 pounds; mean = 17.8 |
| Palmar pinch | Right | | 12.5 | 9.3 | 6.2 | 3.1 | Below average palmar pinch strength; average range for this age and gender is 15 to 36 pounds; mean = 23.8 |
| | Left | | 9.7 | 7.2 | 4.8 | 2.4 | Below average palmar pinch strength; average range for this age and gender is 16 to 36 pounds; mean = 24 |
| Key pinch | Right | | 9.3 | 6.9 | 4.6 | 2.3 | Significantly below average strength; average range for this age and gender is 20 to 34 pounds; mean = 26.7 |
| | Left | | 11.3 | 8.4 | 5.6 | 2.8 | Below average strength; average range for this age and gender is 20 to 34 pounds; mean = 26.1 |
| FLEXIBILITY/POSITIONAL | | | | | | | |
| Elevated work (modified to eye level) (includes reaching to eye level) | | | | X | | | Decreased shoulder girdle strength; scapula weakness; decreased AROM of the glenohumeral joint when reaching to eye level; increased lumbar lordosis secondary to upper extremity weakness. |
| Forward bending / sitting (includes reaching below waist level) | | | | X | | | Trunk weakness |
| Forward bending / standing (includes reaching below waist level) | | | | X | | | Decreased core stabilization; some increase of low back pain observed |
| Rotation sitting (includes reaching across mid-line) | | | | X | | | Increased symptoms of low back and shoulder pain noted, especially when rotating right to left; decreased shoulder AROM and strength for reaching |
| Rotation standing (includes reaching across mid-line) | | | | X | | | Increased symptoms of low back and shoulder pain noted, especially when rotating right to left; decreased shoulder AROM and strength for reaching |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Back to Employment Safety Trained

Claimant Name: Michael J. Graziano    Claim #: 15828867

From: Kachalur Arabachian Fax: (212) 297-0700    Fax to 7521800 (FISTD6800) at 11/26/2018 14:09:58 from (6506556633) Req ID 201811261444337292E.    To:    Fax: (800) 447-2498    Page 32 of 57 11/26/2018 2:09 PM    Page 32 of 57 (C)

| Item | Percent of 8-hour Day | | | | | Restrictions |
|------|---|-----|------|-------|--------|-------------|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| Crawl | | | | | | This task omitted by therapist for safety reasons |
| Kneel | | | X | | | Difficulty with ascent from the floor and descent to the floor |
| Crouch-deep static | | | | | | This task omitted by therapist for safety reasons |
| Repetitive squat (partial) | | | X | | | Quadriceps muscle weakness; decreased hip and knee flexibility; must hold on for support |
| STATIC WORK | | | | | | |
| Sitting tolerance | | | X | | | Intolerance to this position for more than 25 to 30-minute intervals |
| Standing tolerance | | | X | | | Increased symptoms after more than 25 to 30-minute intervals; decreased standing tolerance |
| AMBULATION | | | | | | |
| Walking | | | X | | | Left paraspinal muscle tightness; decreased endurance and pace for his age and gender |
| Stair climbing | | | X | | | Cannot stair climb when fatigued; "marks time" ascending with right leg, descending with left leg; does not stair climb one leg over the other |
| Stepladder climbing | | | | | | This task omitted by therapist for safety reasons |
| Balance (static) | | | X | | | Decreased standing tolerance |
| COORDINATION | | | | | | |
| R. upper extremity (includes reaching at desk level) | | | X Gross motor X* Fine motor | X Dexterity | | Below average gross/fine motor and dexterity scores |

*Low end of occasionally (6% to 15% of day)

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Back to Employment Safety Trained

Graziano, Michael
Page 4

| Item | Percent of 8-hour Day | | | | | Restrictions |
|------|---|-----|------|-------|--------|--------------|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| L. upper extremity (includes reaching at desk level) | | X<br>Fine motor | | X<br>Gross motor & dexterity | | Below average gross motor and dexterity scores; significantly below average fine motor score |

## Susan Greenberg, MS, PT

Evaluator

## October 11 & 12, 2018

Date

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Back to Employment Safety Trained

Fax to 7521809 (FISTD800) at 11/26/2018 14:09:58 from (650655633) Req ID 20181126144433772926.

To:

Fax: (800) 447-2498

Page 33 of 57 11/26/2016 2:09 PM

Page 33 of 57 (C)

From: Kachatur Arabachian Fax: (212) 297-0700



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

02875000985537702

## ATTENDING PHYSICIAN STATEMENT (Continued)

Patient Name (Last Name, First Name, MI, Suffix)          Date of Birth (mm/dd/yy)

G R A Z I A N O   |   M I C H A E L          0 6 2 0 6 5

Other Providers: Are you aware of or have you referred your patient to other treating providers? If yes, please provide complete name, contact information and specialty of any other treating physicians.

| Name | Specialty | Address | Phone # |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Have you advised the patient to return to work?  ☐ Yes  ☒ No   Expected return to work date (mm/dd/yy):  ☐ Full Time  ☐ Part Time

Part-time hours per day

### C. Functional Capacity

If your patient does *not* have physical and/or behavioral health RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do), please initial here _____ and go to *SECTION D*.

Please note: When considering a standard 8 hour workday with breaks (approximately every two hours) please quantify terms that may not be uniformly understood such as "prolonged", "repetitive", "light-duty", "heavy lifting", or "stressful situations". In addition, never means not at all, occasional means more than never but less than 33% of the time; frequent means 34-66% of the time; and constant means 67-100% of the time.

#### Restrictions and/or Limitations

If your patient has CURRENT RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

① NO LIFTING >25 lbs.

② NO PROLONGED STANDING / SITTING (>30 MINS)

③ NO STOOPING, BENDING, CLIMBING

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): 10/16/18  To (mm/dd/yy): PRESENT .

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Attending Physician portions of the claim form.

### D. Signature of Attending Physician

The above statements are true and complete to the best of my knowledge and belief.

Physician Name (Last Name, First Name, MI, Suffix) Please Print

BEER, JEFFRY R          Degree/Specialty  PMR - PAIN

Address  801 MERRICK AVE.

City  EAST MEADOW          State  NY          Zip  11554

Telephone Number     Fax Number     Physician Tax ID Number:     Are you related to this patient?  ☐ Yes  ☒ No
If yes, what is the relationship?

Signature of Physician

X _____

Date  11-23-18

CL-1104 (08/17)          2



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

02875006955537701

## ATTENDING PHYSICIAN STATEMENT (PLEASE PRINT)

TO BE COMPLETED BY PHYSICIAN OR TREATING PROVIDER

Name of Patient (Last Name, Suffix, First Name, MI)

G R A Z I A N O    M I C H A E L    J T .    | Social Security Number

Date of Birth (mm/dd/yy): 65    Patient Telephone Number: 6 4 6 4 9 6 5 1 7 6

Employer Name: S W I S S   R E

### A. Complete this section for pregnancy, then go to Section C

| Expected Delivery Date (mm/dd/yy): | Actual Delivery Date (mm/dd/yy): | Delivery Type: ☐ Vaginal ☐ C-Section | Date of first visit for this pregnancy (mm/dd/yy): | Date Hospitalized (mm/dd/yy): |
|---|---|---|---|---|
| Diagnosis: | ICD Code: | Did you advise your patient to stop working? ☐ Yes ☐ No | If yes, on what date (mm/dd/yy)? | |

Were there any complications causing your patient to stop working prior to her expected delivery date?  ☐ Yes  ☐ No
If yes, please explain:

### B. Complete this section for all conditions except pregnancy, then go to Section C

| Date of first visit for this current condition(s) (mm/dd/yy): | Date of last office visit (mm/dd/yy): | Date of next office visit (mm/dd/yy): | Did you advise your patient to stop working? ☒ Yes ☐ No  If yes, on what date (mm/dd/yy)? |
|---|---|---|---|
| 2/2014 | 11-9-2018 | 12-5-18 | 10-16-18 |

Has the patient been treated for the same/similar condition in the past?  ☐ Yes  ☐ No  ☐ Unknown

If yes, please provide treatment dates (mm/dd/yy): From _____ Through _____

Is the patient's condition work related?  ☐ Yes  ☒ No  ☐ Unknown    Patient's Height: 5'9"    Patient's Weight: 260 lbs

Primary Diagnosis: LUMBAR PAIN / RADICULOPATHY    Primary ICD Code: 724.4

Secondary Diagnosis: LUMBAR FACET PAIN    Secondary ICD Code: 721.3

Has the patient been hospitalized?  ☐ Yes  ☒ No  If yes, date hospitalized (mm/dd/yy): _____ through (mm/dd/yy): _____

Was surgery performed?  ☐ Yes  ☒ No  If yes, what procedure was performed? _____  CPT Code: _____  Date Surgery Performed (mm/dd/yy): _____

What is your treatment plan? Please include all medications.

P.T. MEDICATIONS, INJECTIONS.

CL-1104 (08/17)    1



# LONG ISLAND SPINE
## REHABILITATION MEDICINE

**Jason S. Lipetz, M.D.   Jeffry R. Beer, M.D.**
**Joseph K. Lee, M.D.   Miranda B. Smith, MD**
www.lispinemed.com

| | | | |
|---|---|---|---|
| 801 Merrick Ave. | 560 Northern Blvd. Ste. 204 | 625 Rockaway Turnpike | 1160 E. Jericho Tpk., Ste. 123 |
| East Meadow, NY 11554 | Great Neck, NY 11021 | Lawrence, NY 11559 | Huntington, NY 11743 |
| (516) 393-8941 Phone | (516) 441-5940 Phone | (516) 595-0086 Phone | (631) 449-7311 Phone |
| (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax |

Date:      10/16/2018
Patient:   Graziano, Michael
DOB:       ▆▆▆▆1965

To Whom It May Concern:

This letter is written to indicate that Michael is under my care for a lumbar spine condition. Given the nature of his job, he is unable to physically perform his normal duties as Vice President/Senior Production Underwriter at Swiss Re.

At this time, given his symptoms (lumbar pain and limited lumbar ROM along with an inability to perform prolonged walking, standing and sitting) and the nature of this disorder, I have recommended that Michael be absent from work until further notice.

He will remain under my care for this condition for the foreseeable future.

Please do not hesitate to contact a member of our team if additional questions should arise regarding this patient's course of care.

Sincerely,

Jeffry R. Beer, M.D.

**LONG ISLAND SPINE REHABILITATION MEDICINE, PC**

801 Merrick Ave

East Meadow, NY 11554-4748

Phone: 516-393-9841     Fax

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 10/4/2018 1:32:38 PM

Location: Lawrence

Insurance: Aetna

Acc No: 20770

DOB:   1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-5176

## History of Present Illness

Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

## Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
## Past Surgical History
SHOULDER

## Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

## Allergies
No Known Drug Allergies

## Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

## Family History
No Pertinent Family History

## Review of Systems
**Constitutional**: The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Hcent**: No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac**: No history of cardiac illness.
**Pulmonary**: No history of pulmonary illness.
**Digestive**: No bowel or bladder incontinence.
**Urinary**: No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal**: No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological**: No rashes, itching or other skin problems.

Page 1 / 3

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone : 516-393-0941    Fax :

Pat Name :Graziano, Michael    Acc No : 20770    Gender : MALE
Age : 51 Year(s)    DOB :████1965
Address :████    Phone : (646)496-5176
Visit Date : 1/3/2017 5:06:10 PM    Physician : Jeffry R Beer, MD
Location : Great Neck    Insurance : Aetna PPO

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: had been doing better after injections. Pain came back over the past few months.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional:** The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent:** No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac:** No history of cardiac illness.
**Pulmonary:** No history of pulmonary illness.
**Digestive:** No bowel or bladder incontinence.
**Urinary:** No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal:** No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological:** No rashes, itching or other skin problems.
**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological:** No paralysis, stroke, numbness or loss of balance.

Page 1 / 2

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC

801 Merrick Ave

**East Meadow, NY 11554-4748**

Phone : 516-393-8941          Fax :

| | | |
|---|---|---|
| Pat Name :Graziano, Michael | Acc No : 20770 | Gender : MALE |
| Age : 51 Year(s) | DOB : ███ 1965 | |
| Address : | | Phone : (646)496-5176 |
| Visit Date : 1/3/2017 5:08:10 PM | Physician : Jeffry R Beer, MD | |
| Location : Great Neck | Insurance : Aetna PPO | |

**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

### Vitals
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

### Physical Examination
**General Inspection: The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yeomans maneuver negative. **Lumbar ROM is moderately pain limited.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: **An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

### Assessment
Facet syndrome (M47.899)
Lumbago (M54.5)

### Plan
**Procedures:** Lumbar Or Sacral Singel Level Facet
**Follow Up:** 2 Week(s) 01/17/2017 - Follow up visit after initial injections: For ther right L2-3 and L3-4 injections. As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

**Goals:** No acute medical issues at this time.

Page 2 / 2

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone : 516-393-8941        Fax :

Pat Name :Graziano, Michael        Acc.No : 20770        Gender : MALE
Age : 52 Year(s)        DOB : /1965
Address :        Phone : (646)480-5170
Visit Date : 11/28/2017 3:16:32 PM        Physician : Jeffry R Beer, MD
Location : Great Neck
Insurance : Aetna PPO

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: had been doing better after injections. Pain came back over the past few months.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional:** The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent:** No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac:** No history of cardiac illness.
**Pulmonary:** No history of pulmonary illness.
**Digestive:** No bowel or bladder incontinence.
**Urinary:** No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal:** No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological:** No rashes, itching or other skin problems.
**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.

Page 1 / 3

From: Kachatur Arabachian Fax: (212) 297-0700          To:          Fax: (800) 447-2498          Page 41 of 57 11/26/2018 2:09 PM

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone : 516-393-8941          Fax :

Pat Name :Graziano, Michael                          Acc No : 20770                          Gender : MALE

Age : 52 Year(s)                                     DOB     /1965

Address :                                                                                     Phone : (646)496-5176

Visit Date : 11/28/2017 3:16:32 PM                   Physician : Jeffry R Beer, MD

Location : Great Neck

Insurance : Aetna PPO

**Neurological:** No paralysis, stroke, numbness or loss of balance.
**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

### Vitals
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

### Physical Examination
**General Inspection:** The patient has discomfort.
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Febers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.

### Assessment
Facet syndrome (M47.899)
Lumbago (M54.5)

### Plan
As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

**Procedures:** Lumbar Or Sacral Singel Level Facet
**Goals:** No acute medical issues at this time.
**Follow Up:** 2 Week(s) 12/12/2017 - Follow up visit after initial injections: For DX right L2-4 MBB in anticipation of

Page 2 / 3

### LONG ISLAND SPINE REHABILITATION MEDICINE, PC
801 Merrick Ave
East Meadow, NY 11554-4748
Phone : 516-393-8041          Fax :

Pat Name :Graziano, Michael
Age : 52 Year(s)
Address :
Visit Date : 11/28/2017 3:16:32 PM
Location : Great Neck
Insurance : Aetna PPO

Acc No : 20770
DOB : 1965

Physician : Jeffry R Baer, MD

Gender : MALE

Phone : (646)496-6176

lumbar RFA

Page 3 / 3

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC

**801 Merrick Ave**

**East Meadow, NY 11554-4748**

Phone: 516-303-8941          Fax

| | |
|---|---|
| Patient Name: Graziano, Michael | Acc No: 20770 |
| Age: 53 Year(s) | DOB 1965 |
| Address: | |
| Visit Date: 10/4/2018 1:32:38 PM | Physician: Jeffry R Beer, MD |
| Location: Lawrence | |
| Insurance: Aetna | |

Gender: MALE

Phone: (646)496-5176

**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological:** No paralysis, stroke, numbness or loss of balance.
**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

### Vitals
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

### Physical Examination
**General Inspection: The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side. Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yeomans maneuver negative. **Lumbar ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: **An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

### Assessment
Facet syndrome (M47.899)
Lumbago (M54.5)

### Plan
As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

Page 2/3

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC

801 Merrick Ave
East Meadow, NY 11554-4748
Phone: 516-393-8941          Fax:

Patient Name: Graziano, Michael
Age: 53 Year(s)
Address:
Visit Date: 10/4/2018 1:32:38 PM
Location: Lawrence
Insurance: Aetna

Acc No: 20770
DOB: 1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)498-8176

**Procedures:** Lumbar Or Sacral Singel Level Facet
**Goals:** No acute medical issues at this time.
**Follow Up:** 4 Week(s) 11/01/2018 - Follow up: Holding off on additional injections for now.

Page 3 / 3

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone: 516-393-8841　　　　Fax

| | | |
|---|---|---|
| Patient Name: Graziano, Michael | Acc No: 20770 | Gender: MALE |
| Age: 53 Year(s) | DOB: 1965 | |
| Address: | | Phone: (646)498-5176 |
| Visit Date: 10/16/2018 2:23:41 PM | Physician: Jeffry R Beer, MD | |
| Location: Great Neck | | |
| Insurance: Aetna | | |

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED – INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional:** The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes.
**Heent:** No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac:** No history of cardiac illness.
**Pulmonary:** No history of pulmonary illness.
**Digestive:** No bowel or bladder incontinence.
**Urinary:** No urinary frequency, infections, stones or bladder pain.  No prostate problems or night-time urination.
**Musculoskeletal:** No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological:** No rashes, itching or other skin problems.

Page 1 / 3

From: Kachatur Arabachian Fax: (212) 297-0700          To:                 Fax: (800) 447-2498          Page 46 of 57 11/28/2018 2.09 PM

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone: 516-393-8941          Fax:

Patient Name: Graziano, Michael          Acc No: 20770                          Gender: MALE
Age: 53 Year(s)                          DOB:        /1965
Address:                                                                        Phone: (646)496-5176
Visit Date: 10/16/2018 2:23:41 PM          Physician: Jeffry R Beer, MD
Location: Great Neck
Insurance: Aetna

**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological:** No paralysis, stroke, numbness or loss of balance.
**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

### Vitals
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

### Physical Examination
**General Inspection:** **The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. Lumbar **ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: An MRI **of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

### Assessment
Facet syndrome (M47.899)
Lumbago (M54.5)

### Plan
As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

Page 2 / 3

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748

Phone: 516-393-8941          Fax:

Patient Name: Graziano, Michael                    Acc No: 20770                    Gender: MALE
Age: 53 Year(s)                                    DOB:      1965
Address:                                                                           Phone: (646)496-5176
Visit Date: 10/15/2018 2:23:41 PM                  Physician: Jeffry R Beer, MD
Location: Great Neck
Insurance: Aetna

**Procedures:** No plan to proceed with any interventional procedures at this time.
**Goals:** No acute medical issues at this time.
**Follow Up:** As Needed - Follow up: Holding off on additional injections for now.Recommended he remain out of work until further notice.

Page 3 / 3

FUL-CL-LTD-000170

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone: 516-393-8941          Fax:

Patient Name: Graziano, Michael
Age: 53 Year(s)
Address
Visit Date: 11/9/2018 8:29:57 AM
Location: Great Neck
Insurance: Aetna

Acc No: 20770
DOB: 1965

Physician: Jerry R Beer, MD

Gender: MALE

Phone: (646)496-5178

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional**: The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent**: No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac**: No history of cardiac illness.
**Pulmonary**: No history of pulmonary illness.
**Digestive**: No bowel or bladder incontinence.
**Urinary**: No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal**: No joint pains, swelling or tenderness, back pain or arthritis,
**Dermatological**: No rashes, itching or other skin problems.

Page 1 /3

Fax to 7521809 (FISTD800) at 11/26/2018 14:09:58 from (6506556633) Req ID 2018112614443337292E.

Page 49 of 57 (C)

From: Kachatur Arabachian Fax: (212) 297-0700          To:          Fax: (800) 447-2498          Page 49 of 57 11/26/2018 2:09 PM

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave.
### East Meadow, NY 11554-4748
Phone: 516-393-8941          Fax:

Patient Name: Graziano, Michael
Age: 53 Year(s)
Address:
Visit Date: 11/9/2018 8:28:57 AM
Location: Great Neck
Insurance: Aetna

Acc.No: 20770
DOB: [ ]1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)498-5176

**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological:** No paralysis, stroke, numbness or loss of balance.
**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

**Vitals**
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

**Physical Examination**
**General Inspection: The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies: Radiologic Review: An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

**Assessment**
Rule out lumbar discogenic pain
Facet syndrome (M47.899)
Lumbago (M54.5)
Pain (R52)
Body mass index (BMI) exceeds 25 (Z78.9)

**Plan**

Page 2 / 3

### LONG ISLAND SPINE REHABILITATION MEDICINE, PC
### 801 Merrick Ave
### East Meadow, NY 11554-4748
Phone: 516-393-8941    Fax:

Patient Name: Graziano, Michael    Acc No: 20770    Gender: MALE
Age: 53 Year(s)    DOB: /1965
Address:    Phone: (646)496-5176
Visit Date: 11/9/2018 8:29:57 AM    Physician: Jeffry R Beer, MD
Location: Great Neck
Insurance: Aetna

As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

## No opioids prescribed in this case.

**Procedures:** Lumbar Or Sacral TF Inj; Pain assessment documented with a follow up plan ; BMI Documented, above normal and follow up plan documented/initiated, exercise and nutritional counseling provided; Current medications documented; Tobacco Use Screened, Non Smoker; Patient screened and not identified as an unhealthy alcohol user; Lumbar Or Sacral, TF Inj
**Goals:** No acute medical issues at this time.
**Follow Up:** 2 Week(s) 11/23/2018 - Follow up visit after initial injections. For right L3 and L4 injections

Date: 01/18/2017
Patient: Graziano, Michael, ▓/1965)
Physician: Jason S. Lipetz, M.D.          Jeffry R. Beer, M.D.    Joseph K. Lee, MD
Side / Level(s): Right L2-3, L3-4
Procedure: Therapeutic lumbar zygapophyseal joint
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the
paraspinal region overlying the targeted L2-3 z-joint. Utilizing a single needle technique
and an oblique visualization, a 22G 3.5" needle was advanced to the superior articular
process and then advanced to achieve joint entry. Proper needle positioning was
confirmed under AP visualization. Approximately 5 mL of Omnipaque was utilized to
achieve an appropriate spread of contrast under live fluoroscopic visualization. An
arthrogram was achieved with filling of the joint capsule and mid-portion. 0.5ML of
Kenalog (40 mg/mL) and 0.5 mL of 1% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal
region overlying the targeted L3-4 z-joint. Utilizing a single needle technique and an
oblique visualization, a 22G 3.5" needle was advanced to the superior articular process
and then advanced to achieve joint entry. Proper needle positioning was confirmed under
AP visualization. Approximately 5 mL of Omnipaque was utilized to achieve an
appropriate spread of contrast under live fluoroscopic visualization. An arthrogram was
achieved with filling of the joint capsule and mid-portion. 0.5ML of Kenalog (40
mg/mL) and 0.5 mL of 1% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and
hypertensive reactions. The area was topically iced. The patient was discharged without
complication.

Jeffry R. Beer, M.D.

Date: 12/20/2017
Patient: Graziano, Michael
DOB: ████ 1965)
Physician: Jason S. Lipetz, M.D.     Jeffry R. Beer, M.D.   Joseph K. Lee, MD
          Miranda B. Smith, MD
Side / Level(s): Right L2, L3, L4
Procedure: Diagnostic lumbar medial branch block
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the
paraspinal region overlying the targeted L2 dorsal ramus medial branch location upon the
SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a
22g 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque
was infused under fluoroscopic visualization. An absence of vascular uptake was
confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal
region overlying the targeted L3 dorsal ramus medial branch location upon the SAP / TP
junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5"
needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused
under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of
2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal
region overlying the targeted L4 dorsal ramus medial branch location upon the SAP / TP
junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5"
needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused
under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of
2% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and
hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

The patient's response to this diagnostic injection was: negative.

Date: 01/17/2018
Patient: Graziano, Michael
DOB: ▮▮▮965)
Physician: Jason S. Lipetz, M.D.     Jeffry R. Beer, M.D.     Joseph K. Lee, MD
      Miranda B. Smith, MD
Side / Level(s): Right L2, L3, L4
Procedure: Diagnostic lumbar medial branch block
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L2 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22g 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the L3 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L4 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

The patient's response to this diagnostic injection was: positive.

Date:        04/11/2018
Patient:     Graziano, Michael
DOB:         ███1965
Physician:   JEFFRY BEER, MD
Side / Level(s):  L3-5 medial branches
Procedure: Lumbar medial branch radiofrequency (RF) denervation
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L3 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L4 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was positioned prone on the fluoroscopy table and prepped in the usual ste
The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L5 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the

FUL-CL-LTD-000177

intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

Fax to 7521809 (FISTD800) at 1/26/2018 14:09:58 from (6506556633) Req ID 20161126144433372926.

From: Kachatur Arabachian Fax: (212) 297-0700     To:     Fax: (800) 447-2498     Page 56of 57 11/26/2018 2:09 PM
                                                          Fax Server

Graziano, Michael (MR # 77987620)

 **Well Cornell Medicine** ⊣ **NewYork-Presbyterian**

| | |
|---|---|
| Patient: | Michael Graziano |
| MRN: | 77987620 |
| DOB: | 1965 (52 year old) |
| SEX: | Male |

## MRI LUMBAR SPINE WO CONTRAST

Status Final result  Well Cornell Connect Pt Inactive

**MRI LUMBAR SPINE WO CONTRAST**

Ordered: 10/06/2017 03:30 PM
Location: YORK

Atm M.D.:

PATIENT NAME: GRAZIANO, MICHAEL
MRN: 77987620
Age: 52 yrs  Sex: M
DOB: 1965

Exam Date: Accession #:  Exam Code:  Order MD:
10/06/2017  46673936  MRLSPHO  MEHTA, NEEL DEVENDRA MD
Clinical History: Low back pain with history of the facet pain.

Technique: An MRI of the lumbar spine was performed utilizing sagittal
and coronal T1-weighted, sagittal STIR, and sagittal and axial
T2-weighted scans.

Findings: The lumbar vertebral bodies are normal in stature. However,
there is a chronic fracture fragment of the anterior superior corner of
the L3 vertebral body consistent with a limbus vertebra. There is no
marrow edema to suggest acute fracture. Alignment is satisfactory.

There is diffuse degenerative disc disease with disc desiccation and
osteophytes throughout the lumbar spine. There is disc height loss most
notably at L2-L3.

At L1-L2 there is no stenosis.

At L2-L3 there is diffuse disc bulging with large superimposed central
to left disc extrusion. There is moderate canal stenosis. Left lateral
recess encroachment is present with disc material exerting mass effect
upon the traversing left L3 nerve root. There is minor encroachment upon
the left foramen.

At L3-L4 mild asymmetric to left disc bulging is present with small
superimposed left subarticular disc protrusion. There is no significant
canal stenosis. There is minimal encroachment upon the left foramen.

At L4-L5 diffuse disc bulging and facet arthropathy are present with
superimposed central disc protrusion. There is no significant canal
stenosis. There is minor encroachment upon the foramina bilaterally.

At L5-S1 diffuse disc bulging is present with superimposed central disc
protrusion. There is no significant canal stenosis. There is minor
encroachment upon the foramina bilaterally, without nerve root

Printed by [JEB3006] at 10/24/17 11:56 AM                    Page 1 of 2

Fax to 7521809 (FISTD800) at 1/26/2018 14:09:58 from (6506556633) Req ID 2018112614443337292E.

Page 57 of 57 (C)

Graziano, Michael (MR # 77987620)

compression.

Impression: Findings consistent with chronic limbus vertebra at L3. Disc bulging with large superimposed central to left disc extrusion at L2-L3 with mass effect upon the traversing left L3 nerve root. Minor foraminal stenosis at multiple levels secondary to disc bulging as described.

Prepared By: Comunale, Joseph MD

Study interpreted and report approved by: Comunale, Joseph MD
Electronically signed Diagnostic Report Imaging Report

10/06/2017 04:17 PM - 10/07/2017 08:26 AM
Exam Complete - Signed-Off

Resulting Agency          WEILL CORNELL IMAGING AT NYP

**Details**

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| UNKNOWN, PROVIDER | 10/6/2017 | |
| Joseph Comunale, MD | 10/7/2017 | |

Specimen Collected 10/06/17 4:17 PM          Last Resulted 10/07/17 8:26 AM

## PACS Images

Show images for MRI LUMBAR SPINE WO CONTRAST

## Reviewed By

Neel Mehta, MD on 10/9/2017 8:59 AM

Order          Lab Collection Information, Order Information, Order Providers
Information

FUL-CL-LTD-000180

Annotations for 2018112615271245D545

--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:26:31
Last Updated: 02/15/2019 13:26:31
Page: 4
Note: FCE
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:26:31
Last Updated: 02/15/2019 13:26:31
Page: 20
Note: JD
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:26:31
Last Updated: 02/15/2019 13:26:31
Page: 30
Note: FCE
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:27:42
Last Updated: 02/15/2019 13:27:42
Page: 35
Note: APS
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/18/2019 08:00:03
Last Updated: 02/18/2019 08:00:03
Page: 56
Note: 10/6/17 Lumbar MRI
--------------------------------------------------------------------------------

Document Detail
------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2018112615304848DF45

Entry Date: 11/26/2018 14:51:06

Received Date: 11/26/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Medical

Secondary Doc Type: Records

Medical Provider:

Document Notes: MR-108/18 OVN

Work Notes:

# FAX

## FROM

Kachatur Arabachian

## TO

Ms. Alyssa Gurney
UNUM Life Insurance

**Phone**      (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** +18004472498

**DATE** 11/26/2018

**NOTE**

Re: Mr. Michael Graziano
Claim No : 15334313


**RIEMER & ASSOCIATES** LLC
A T T O R N E Y S   A T   L A W

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

November 26, 2018

**<u>Via Fax (800)-447-2498 & Mail</u>**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

> Re:    Michael Graziano
> Claim No.: 15334313
> <u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 14, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Functional Capacity Evaluation Summary Report**, dated October 11 and October 12, 2018;
- **Dr. Beer – Attending Physician Statement**, dated November 23, 2018;
- **Dr. Beer – Medical Certification Statement**, dated October 16, 2018;
- **Dr. Beer – Office Visit Notes**, dated January 3, 2017; November 28, 2017; October 4, 2018; October 16, 2018; and November 9, 2018.
- **Dr. Beer – Lumbar Zygapophyseal Joint Injection**, dated January 18, 2017;
- **Dr. Beer – Lumbar Medical Branch Block**, dated December 20, 2017; and January 17, 2018;
- **Dr. Beer – Lumbar Medial Branch Radiofrequency Denervation**, dated April 11, 2018;
- **MRI of the Lumbar Spine**, dated October 6, 2017; and
- **Dr. Stein – Office Visit Notes and Blood Work**, dated March 3, 2017; August 8, 2017; October 30, 2017; October 8, 2018

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

Graziano, Michael (MR # 7796 7620) DOB: 06/20/1965        Encounter Date: 03/03/2017

 untitled image

# Graziano, Michael

MR N: 77987620

**Office Visit** 3/3/2017        Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

**Progress Notes**        Sidney Kaufman Stein, MD (Attending) • Fri Mar 03, 2017 10:40 AM E. Signed

### PCP
| | |
|---|---|
| Provider name: | SIDNEY STEIN |
| Type: | Attending |
| Address: | 38 East 32nd Street, NEW YORK, NY 10016 |
| Phone: | 212-879-7777 |
| Fax: | 646-952-3357 |

### Chief Complaint
1. Check Up            He notes burning in his legs

### History of Present Illness
He is still having chronic back pain. Epidurals have not helped. He has burning in his legs. His anus has been ok. There are no voiding issues.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
    *right shoulder*

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair

Laterality:
Right

### Social History
Tobacco Use        Never

### Socioeconomic History
Marital Status        OTHER

### ADL History

FUL-CL-LTD-000186

Graziano, Michael (MR # 7796 7620) DOB: 00/26/1903          Encounter Dates: 03/03/2017

### Family History

| | | |
|---|---|---|
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive | |
| Sister | Alive | |

### Medications (Reviewed in this Encounter by: Sidney K Stein, MD)

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take  by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take  by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take  by mouth daily. | (Taking) |
| 5. Quinapril Hcl 40 Mg Tab | Take  by mouth daily. | (Taking) |
| 6. rosuvastatin 20 Mg Tab | Take  by mouth. | (Taking) |
| 7. Choline Fenofibrate 135 Mg Cap Dr | Take  by mouth daily. | Discontd |
| 8. Quinapril Hcl 10 Mg Tab | Take  by mouth. | Discontd |
| 9. rosuvastatin 20 Mg Tab | Take  by mouth daily. | Discontd |

No medication comments found.
### Allergies
No Known Allergies.


There is no problem list on file for this patient.

### Review of Systems
Constitutional: Negative for chills, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea and heartburn.
Genitourinary:
    **Nocturia 0-1**
**Sexual function is still ok**
Musculoskeletal: Positive for back pain.
Neurological: Negative for headaches.

### Vitals

| Date & Time | BP | | | |
|---|---|---|---|---|
| Mar 03, 2017  9:40 AM | 138/90 Site: Right Arm | | | |
| | HT | WT | BMI | BSA |
| | 5' 7.5" (1.715 m) | 273 lb (123.8 kg) | 42.13 kg/m2 | 2.43 m2 |
| **Date & Time** | **BP** | | | |

Fax to 7521809 (FISTD800) at 11/26/2018 14:09:36 from (6506556633) Req ID 2018112614492534292E.

Page 6 of 46 (C)

Graziano, Michael (MR # 7798/620) DOB: 06/26/1963          Encounter Date: 03/03/2017

Mar 03, 2017  9:42 AM          130/88
                              **BMI**          **BSA**
                              42.13 kg/m2    2.43 m2

**Physical Exam**
Constitutional:
**obese**
HENT:
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes:
**Fundi benign**
Neck: No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary: Rectum normal and prostate normal. Rectal exam shows guaiac negative stool.
Guaiac negative stool.
Genitourinary Comments: **There is a pinpoint opening in the lower sacral area.**
Lymphadenopathy:
  He has no cervical adenopathy.


**Assessment/Plan**

Encounter Diagnoses
Name                                                              Primary?
 • Regular check-up                                               Yes




Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COM MET PANEL/PL GLUCOSE
HEMOGLOBIN A1C
LIPID PROFILE
VITAMIN D,25-HYDROXY
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
THYROID PROFILE(ITU,T-4,TSH)
LDL CHOLESTEROL,DIRECT
PSA,TOTAL
EKG:
ELECTROCARDIOGRAM COMPLETE

EKG shows rsr of 61 and axis is 9.
We discussed his weight and diet. He was advised that he is due for follow up colonoscopy.
His varicose veins do not appear to be too bad.
Checking labs for neuropathic issues.

Graziano, Michael (MR # 7798/620) DOB: 00/20/1905    Encounter Date: 03/03/2017

## Progress Notes    Sidney Kaufman Stein, MD (Attending) • Mon Mar 06, 2017 08:12 A.M E. Signed

Spoke, will consider Trulicity

## Additional Documentation

Epic Visit Number:   64588940

## Results

### ELECTROCARDIOGRAM COMPLETE    Status: Final result  Weill Cornell Connect: Pt Inactive

Last Resulted: 03/03/17  9:57 AM

Scans on Order 147388104
ECG on 3/3/2017  9:59 AM by Michelle Langaigne : ECG Report
ECG on 3/3/2017  9:59 AM by Michelle Langaigne : ECG Report

### CBC W/ PLATELETS+ DIFF (COMPLETE)      Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| WBC COUNT | 8.4 | 3.4 - 11.2 x10(3)/uL |
| RED BLOOD CELL COUNT | 4.82 | 4.40 - 5.90 x10(6)/uL |
| HEMOGLOBIN | 13.6 | 13.3 - 17.7 g/dL |
| HEMATOCRIT | 41.0 | 40.0 - 50.0 % |
| MEAN CORPUSCULAR VOL | 85.1 | 81.0 - 100.0 fL |
| (MCH)MEAN CORP HGB | 28.2 | 27.0 - 34.0 pg |
| MEAN CORP HGB CONC | 33.1 | 32.0 - 36.0 g/dL |
| RED CELL DIST WIDTH | 15.1 (H) | 11.5 - 14.5 % |
| PLATELET COUNT | 370 | 150 - 450 x10(3)/uL |
| MEAN PLATELET VOLUME | 8.2 | 7.0 - 11.5 fL |
| Resulting Agency |  | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood

Specimen Collected: 03/03/17  9:51
AM

Last Resulted: 03/03/17  9:26 PM

### COM MET PANEL/PL GLUCOSE      Status: Edited Result - FINAL  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

FUL-CL-LTD-000189

Graziano, Michael (MR # 7798/620) DOB: 06/20/1903                    Encounter Date: 03/03/2017

| | Value | Range |
|---|---|---|
| SODIUM | 140 | 132 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.5 - 5.1 mmol/L |
| CHLORIDE | 102 | 99 - 109 mmol/L |
| CO2 | (33.0 (H)) | 20.0 - 31.0 mmol/L |
| UREA NITROGEN (BUN) | (23 (H)) | 8 - 20 mg/dL |
| CREATININE | 0.87 | 0.64 - 1.27 mg/dL |
| BUN/CREATININE RATIO | 26 | ratio |
| CALCIUM, SERUM | 10.0 | 8.7 - 10.4 mg/dL |
| TOTAL PROTEIN | 7.3 | 5.7 - 8.2 g/dL |
| ALBUMIN | 4.4 | 3.2 - 4.8 g/dL |
| GLOBULIN | 2.9 | 2.0 - 3.7 g/dL |
| BILIRUBIN, TOTAL | 0.6 | 0.3 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 68 | 32 - 91 U/L |
| ASPARTATE AMINOTRANS | 14 | <=34 U/L |
| ALA AMINOTRANSFERASE | 22 | 10 - 49 U/L |
| ANION GAP | 5.0 | 5.0 - 17.0 |
| GLUCOSE, PLASMA | 97 | 74 - 106 mg/dL |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES : [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                                        Specimen Collected: 03/03/17 9:51
                                                           AM

Last Resulted: 03/03/17 11:41 PM

⊞ ⟡ ⤴ Ɣ ⊠ ↻

## HEMOGLOBIN A1C                    Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| GLYCOHGB A1C | (6.8 (H)) | <=5.6 % |

Comments:
Reference Range:                    <5.7% Non-diabetic
                                    5.7-6.4% Increased risk of

diabetes
                                    > OR = 6.5% Consistent with

diabetes

| ESTIMATED AVERAGE GLUCOSE | 148 | mg/dL |
|---|---|---|

Comments:
The eAG (estimated average glucose) is obtained by using the formula: 28.7
x HbA1c - 46.7 = eAG

Resulting Agency                    NEW YORK HOSPITAL LABORATORIES

Narrative

Graziano, Michael (MR # 7798/020) DOB: 00/20/1905          Enrollment Date: 03/03/2017

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                     Specimen Collected: 03/03/17 9:51 AM

Last Resulted: 03/04/17 3:11 PM

## LIPID PROFILE

 Status: **Final result**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | | Range |
|---|---|---|---|
| CHOLESTEROL | 182.0 | | <=200.0 mg/dL |
| Comments: | | | |
| Desirable: | <200 | mg/dL | |
| Borderline High: | 200-239 | mg/dL | |
| High: | >=240 | mg/dL | |
| CHOL/HDL RATIO | 3.6 | | |
| TRIGLYCERIDES | 127 | | <=150 mg/dL |
| Comments: | | | |
| Normal: | < 150 | mg/dL | |
| Borderline High: | 150-199 | mg/dL | |
| High: | 200-499 | mg/dL | |
| Very High: | >=500 | mg/dL | |
| HDL CHOLESTEROL | 50 | | >=40 mg/dL |
| Comments: | | | |
| Low HDL Cholesterol (Major Risk Factor): | | < 40 mg/dL | |
| High HDL Cholesterol (Negative Risk Factor): | | >= 60 mg/dL | |
| LDL CHOLESTEROL/CALC | (107 (H)) | | <=100 mg/dL |
| Comments: | | | |
| Desirable: | < 100 | mg/dL | |
| Above Optimal: | 100-129 mg/dL | | |
| Borderline High Risk: | 130-159 mg/dL | | |
| High Risk: | 160-189 mg/dL | | |
| Very High Risk: | > 190 | mg/dL | |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES | |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                     Specimen Collected: 03/03/17 9:51 AM

Last Resulted: 03/03/17 10:06 PM

Graziano, Michael (MR # 7796/020) DOB: 06/20/1905                          Encounter Date: 03/03/2017

## VITAMIN D,25-HYDROXY

 Status: Final result  Weill Cornell Connect: Pt Inactive

|  | Value | Range |
|---|---|---|
| VITAMIN D,25-HYDROXY | 26.5 (L) | 30.0 - 80.0 ng/mL |

Comments:
Deficient: <20 ng/mL
Insufficient: 20 - 29 ng/mL
Optimum Level: 30 - 80 ng/mL
Possible Toxicity: >150 ng/mL

Resulting Agency                          NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 03/03/17  9:51
                                              AM

Last Resulted: 03/06/17  2:07 PM

▦ 🗊 ⚏ 🔲 🔁 🕤

## URINALYSIS, DIPSTICK WITH
## MICROSCOPIC EXAM

 Status: Edited Result - FINAL  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.  .

|  | Value | Range |
|---|---|---|
| COLOR URINE | Yellow | Straw |
| APPEARANCE URINE | Clear | Clear |
| GLUCOSE URINE | Negative | Negative mg/dL |
| BILIRUBIN URINE | Negative | Negative mg/dL |
| KETONES URINE | Negative | Negative mg/dL |
| SPECIFIC GRAVITY UR | 1.019 | 1.005 - 1.030 |
| BLOOD URINE | Small (A) | Negative mg/dL |
| PH URINE | 6.0 | 5.0 - 8.0 pH units |
| PROTEIN URINE | Negative | Negative mg/dL |
| UROBILINOGEN URINE | <2.0 | <2.0 mg/dL |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative Leu/uL |
| WHITE BLOOD CELLS UR | 0 | 0 - 5 /HPF |
| RED BLOOD CELLS UR | 4 | 0 - 4 /HPF |
| MUCUS | Occasional (A) | Negative /LPF |
| UA COMMENT | See Note |  |

Comments:
The urine has been examined for WBC, RBC, CASTS, CRYSTALS and EPITHELIAL
CELLS, which are only reported if present.

Resulting Agency                          NEW YORK HOSPITAL LABORATORIES

### Narrative

Graziano, Michael (MR # 7796/020) DOB: 00/20/1903          Encounter Date: 03/03/2017

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                    Specimen Collected: 03/03/17  9:51
                                        AM

Last Resulted: 03/03/17  9:32 PM

⊞ 🗐 ⤺ 🖊 ⊠ 🕙

## THYROID PROFILE(ITU,T-4,TSH)          Status: **Edited Result - FINAL**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|                     | Value | Range                  |
|---------------------|-------|------------------------|
| T-UPTAKE            | 32    | 23 - 37 %              |
| THYROXINE (T4)      | 8.3   | 4.5 - 10.9 ug/dL       |
| FREE T4 INDEX       | 2.7   | 1.4 - 3.1              |
| TSH 3RD GENERATION  | 1.347 | 0.550 - 4.780 uIU/mL   |
| Resulting Agency    |       | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 03/03/17  9:51
                                        AM

Last Resulted: 03/03/17 10:28 PM

⊞ 🗐 ⤺ 🖊 ⊠ 🕙

## LDL CHOLESTEROL,DIRECT           Status: **Final result**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|                        | Value        | Range        |
|------------------------|--------------|--------------|
| LDL CHOLESTEROL,DIRECT | (122 (H))    | <=99 mg/dL   |
| Comments:              |              |              |
| Optimal:               | <100 mg/dl   |              |
| Above Optimal:         | 100-129 mg/dl|              |
| Borderline High:       | 130-159 mg/dl|              |
| High:                  | 160-189 mg/dl|              |
| Very High:             | >=190 mg/dl  |              |
| Resulting Agency       |              | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 03/03/17  9:51
                                        AM

Last Resulted: 03/03/17 10:06 PM

Fax to 7521809 (FISTD600) at 11/26/2018 14:09:36 from (6506556633) Req ID 20181126144925342926.

Page 12 of 46 (C)

Graziano, Michael (MR # 7796/020) DOB: 00/20/1903                    Encounter Date: 03/03/2017

⊞ ⌿ ⇖ ⩗ ⊠ ⟳

## PSA, TOTAL

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| PSA | 0.46 | 0.00 - 4.00 ng/mL |

Comments:

As of February 2017, this test is performed on the Siemens Centaur.
Values obtained with different assay methods or kits cannot be used
interchangeably. The results cannot be interpreted as absolute evidence of
the presence or absence of malignant
disease.

Resulting Agency                              NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 03/03/17  9:51
                                              AM

Last Resulted: 03/03/17 10:28 PM

⊞ ⌿ ⇖ ⩗ ⊠ ⟳

## AUTO DIFFERENTIAL

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| NEUTROPHIL%AUTO | 68.4 | 45.0 - 75.0 % |
| LYMPH%AUTO | 23.9 | 20.0 - 50.0 % |
| MONOCYTE%AUTO | 6.3 | 2.0 - 11.0 % |
| EOSINOPHIL%AUTO | 0.7 | 0.0 - 5.0 % |
| BASOPHILE%AUTO | 0.7 | 0.0 - 1.0 % |
| NEUTROPHIL ABSOLUTE# | 5.7 | 1.8 - 7.0 x10(3)/uL |
| LYMPH ABSOLUTE # | 2.0 | 1.0 - 4.8 x10(3)/uL |
| MONOCYTE ABSOLUTE # | 0.5 | 0.2 - 0.9 x10(3)/uL |
| EOSINOPHIL ABS # | 0.10 | 0.00 - 0.45 x10(3)/uL |
| BASOPHIL ABSOLUTE # | 0.10 | 0.00 - 0.10 x10(3)/uL |

Resulting Agency                              NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 03/03/17  9:51
                                              AM

Last Resulted: 03/03/17 9:26 PM

---

Claimant Name: *Michael J. Graziano*        Claim #:   *15828867*

From: Kachatur Arabechian Fax: (212) 297-0700　　　　To.　　　　Fax: (800) 447-2498　　　　Page 13 of 46 11/26/2018 2:09 PM

Graziano, Michael (MR # 7798 7620) DOB: 06/26/1965　　　　Encounter Date: 03/03/2017

🏢 📄 ⚕ 📋 💬 🔄

## ESTIMATED GLOMERULAR FILTRATION RATE

Status: Edited Result - FINAL  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | | Range |
|---|---|---|---|
| EGFR AFRICAN AMERICAN (MDRD) | >60 | | >=60 mL/min/1.73 m2 |

Comments:

This eGFR is calculated using the MDRD equation, and is valid assuming steady state renal function.

| | | | |
|---|---|---|---|
| EGFR NON-AFRICAN AMERICAN (MDRD) | >60 | | >=60 mL/min/1.73 m2 |

Resulting Agency　　　　　　　　　　NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES　:　[CLIA: 33D0653378]　, 525 East 68th Street, New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood　　　　　　　　　　Specimen Collected: 03/03/17 9:51 AM

Last Resulted: 03/03/17 10:06 PM

🏢 📄 ⚕ 📋 💬 🔄

## Orders Placed

Labs
CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 3/3/2017, Abnormal)
COM MET PANEL/PL GLUCOSE (Resulted 3/3/2017, Abnormal)
HEMOGLOBIN A1C (Resulted 3/3/2017, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 3/3/2017, Abnormal)
LIPID PROFILE (Resulted 3/3/2017, Abnormal)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 3/3/2017, Abnormal)
VITAMIN D,25-HYDROXY (Resulted 3/3/2017, Abnormal)
AUTO DIFFERENTIAL (Resulted 3/3/2017)
ESTIMATED GLOMERULAR FILTRATION RATE (Resulted 3/3/2017)
PSA,TOTAL (Resulted 3/3/2017)
THYROID PROFILE(ITU,T-4,TSH) (Resulted 3/3/2017)

Other Orders
ELECTROCARDIOGRAM COMPLETE (Resulted 3/3/2017)

## Medication Renewals and Changes

As of 3/3/2017 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Choline Fenofibrate | | | |
| Discontinued: Choline Fenofibrate 135 MG Cap DR | | | |

Graziano, Michael (MR # 77987620) DOB: 06/20/1965          Encounter Date: 03/03/2017

| | Refills | Start Date | End Date |
|---|---|---|---|
| Unchanged: Choline Fenofibrate (TRILIPIX) 135 MG Cap DR | | | 2/8/2018 |
| Take by mouth. - Oral | | | |
| Quinapril HCl | | | |
| Unchanged: Quinapril HCl 40 MG Tab | 3 | 1/27/2017 | 2/4/2018 |
| Take by mouth daily. - Oral | | | |
| Discontinued: Quinapril HCl 10 MG Tab | | | |
| Rosuvastatin Calcium | | | |
| Discontinued: rosuvastatin 20 MG Tab | | | |
| Unchanged: rosuvastatin 20 MG Tab | | | 2/5/2018 |
| Take by mouth. - Oral | | | |

## Visit Diagnoses

Regular check-up Z00.00
Essential hypertension I10
Hyperlipoproteinemia E78.5

## Level Of Service

PREV VISIT EST AGE 40-64 [99396]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

Graziano, Michael (MR # 77987620) DOB: 06/20/1965                    Encounter Date: 08/08/2017

 untitled image

# Graziano, Michael

MRN: 77987620

**Office Visit** 8/8/2017        Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes        Sidney Kaufman Stein, MD (Attending) • Tue Aug 08, 2017 11:35 A.M E. Signed

### PCP
Provider name:    SIDNEY STEIN
Type:    Attending
Address:    38 East 32nd Street, NEW YORK, NY 10016
Phone:    212-879-7777
Fax:    646-952-3357

### Chief Complaint
1. Follow Up        he is good overall.

### History of Present Illness
There is pain in his lower left abdomen. He can't say if it is associated with his bowels. He gets it with twisting. There is no dysuria.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
     *right shoulder*
6. Anal fistula

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair

Laterality:
Right

### Social History
Tobacco Use    Never
Alcohol Use    Yes; (2)

### Socioeconomic History
Marital Status    OTHER

Graziano, Michael (MR # 7796/620) DOB: 06/20/1963                          Encounter Date: 08/08/2017

## ADL History

### Family History

| | | |
|---|---|---|
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive (crf) | |
| Sister | Alive | |

### Medications (Reviewed in this Encounter by: Sidney K Stein, MD)

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take by mouth daily. | (Taking) |
| 5. Quinapril Hcl 40 Mg Tab | Take by mouth daily. | (Taking) |
| 6. rosuvastatin 20 Mg Tab | Take by mouth. | (Taking) |

No medication comments found.

### Allergies
No Known Allergies.


There is no problem list on file for this patient.

### Review of Systems
Constitutional: Negative for activity change and appetite change.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal pain. Negative for blood in stool and constipation.
Genitourinary: Negative for dysuria and frequency.

### Vitals

| Date & Time | | HT | WT | BMI | BSA |
|---|---|---|---|---|---|
| Aug 08, 2017 11:03 AM | | 5' 8.5" (1.74 m) | 275 lb (124.7 kg) | 41.21 kg/m2 | 2.45 m2 |

| Date & Time | |
|---|---|
| Aug 08, 2017 11:13 AM | BP 120/90 Site: Right Arm |
| | BMI 41.21 kg/m2   BSA 2.45 m2 |

| Date & Time | |
|---|---|
| Aug 08, 2017 11:15 AM | BP 120/82 Site: Right Arm |

Graziano, Michael (MR # 7798/020) DOB: 06/20/1903          Encounter Date: 06/06/2017

BMI          BSA
41.21 kg/m2          2.45 m2

## Physical Exam

Constitutional:
**obese**
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes:
**Fundi benign**
Neck:
**No bruits**
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
**There is no LLQ tenderness.**
Genitourinary:
Genitourinary Comments: **His small pinhole fistula above anus is unchanged.**
Musculoskeletal:
**He has a full rom of his LS spine . There is no pain on straight leg raising or with hip rotation or abduction or adduction.**
Neurological: He is alert.
Skin: Skin is warm and dry.
Vitals reviewed.

### Assessment/Plan

Encounter Diagnoses
Name                                                      Primary?
• High cholesterol                                        Yes
• Abnormal blood findings
• Essential hypertension

Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
LIPID PROFILE
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
MICROALBUMIN, URINE CONCENTRATION
LDL CHOLESTEROL,DIRECT

He says his pain has abated.  He denies any discomfort now. He has agreed to get a colonoscopy.

Graziano, Michael (MR # 7798/020) DOB: 06/20/1905                    Encounter Date: 08/08/2017

Check labs. He is leaving a urine specimen. He still snores but denies day time hyperso mnolence.

**Progress Notes**    Sidney Kaufman Stein, MD (Attending) • Thu Aug 10, 2017 06:38 P M E. Signed
advised metformin. Discussed diet and metformin 500. He declined injectables a nd
bariatric.

## Additional Documentation

Epic Visit Number:   68906491

## Results

### CBC W/ PLATELETS+ DIFF (COMPLETE)     Status: **Final result**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|                          | Value      | Range                     |
| ------------------------ | ---------- | ------------------------- |
| WBC COUNT                | 6.4        | 3.4 - 11.2 x10(3)/uL      |
| RED BLOOD CELL COUNT     | 4.75       | 4.40 - 5.90 x10(6)/uL     |
| HEMOGLOBIN               | 13.5       | 13.3 - 17.7 g/dL          |
| HEMATOCRIT               | 40.4       | 40.0 - 50.0 %             |
| MEAN CORPUSCULAR VOL     | 84.9       | 81.0 - 100.0 fL           |
| (MCH)MEAN CORP HGB       | 28.4       | 27.0 - 34.0 pg            |
| MEAN CORP HGB CONC       | 33.4       | 32.0 - 36.0 g/dL          |
| RED CELL DIST WIDTH      | (15.0 (H)) | 11.5 - 14.5 %             |
| PLATELET COUNT           | 311        | 150 - 450 x10(3)/uL       |
| MEAN PLATELET VOLUME     | 7.5        | 7.0 - 11.5 fL             |
| Resulting Agency         |            | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :   [CLIA: 33D0653378]  , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/09/17  1:19 AM



### COMPLETE METABOLIC PROFILE   Status: **Edited Result - FINAL**  Weill Cornell Connect: Pt Inactive
### W/GLUCOSE, PLASMA

Newer results are available. Click to view them now.

|                    | Value     | Range             |
| ------------------ | --------- | ----------------- |
| SODIUM             | 142       | 132 - 146 mmol/L  |
| POTASSIUM          | 4.1       | 3.5 - 5.1 mmol/L  |
| CHLORIDE           | 99        | 99 - 109 mmol/L   |
| CO2                | (33.0 (H))| 20.0 - 31.0 mmol/L|
| UREA NITROGEN (BUN)| (23 (H))  | 8 - 20 mg/dL      |

Graziano, Michael (MR # 7798/020) DOB: 08/20/1909          Encounter Date: 08/08/2017

| CREATININE | 0.97 | 0.64 - 1.27 mg/dL |
|---|---|---|
| BUN/CREATININE RATIO | 24 | ratio |
| CALCIUM, SERUM | 10.2 | 8.7 - 10.4 mg/dL |
| TOTAL PROTEIN | 7.5 | 5.7 - 8.2 g/dL |
| ALBUMIN | 4.6 | 3.2 - 4.8 g/dL |
| GLOBULIN | 2.9 | 2.0 - 3.7 g/dL |
| BILIRUBIN, TOTAL | 0.5 | 0.3 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 76 | 32 - 91 U/L |
| ASPARTATE AMINOTRANS | 17 | <=34 U/L |
| ALA AMINOTRANSFERASE | 25 | 10 - 49 U/L |
| GLUCOSE, PLASMA | (125 (H)) | 74 - 106 mg/dL |
| ANION GAP | 10.0 | 5.0 - 17.0 |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM



## HEMOGLOBIN A1C

Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| HEMOGLOBIN A1C | (7.1 (H)) | <=5.6 % |
| Comments: | | |
| Reference Range: | | <5.7% Non-diabetic |
| | | 5.7-6.4% Increased risk of |
| diabetes | | |
| | | > OR = 6.5% Consistent with |
| diabetes | | |
| ESTIMATED AVERAGE GLUCOSE | 157 | mg/dL |

Comments:
The eAG (estimated average glucose) is obtained by using the formula: 28.7
x HbA1c - 46.7 = eAG

Resulting Agency                    NEW YORK HOSPITAL LABORATORIES

Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/09/17 2:29 PM

Graziano, Michael (MR # 1176 1820) DOB: 08/20/1969          Encounter Date: 08/08/2017



## LIPID PROFILE

Status: **Edited Result – FINAL**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| **CHOLESTEROL** | **197.0** | <=200.0 mg/dL |
| Comments: | | |
| Desirable: | <200 mg/dL | |
| Borderline High: | 200-239 mg/dL | |
| High: | >=240 mg/dL | |
| **CHOL/HDL RATIO** | **4.7** | |
| **TRIGLYCERIDES** | **(202 (H))** | <=150 mg/dL |
| Comments: | | |
| Normal: | < 150 mg/dL | |
| Borderline High: | 150-199 mg/dL | |
| High: | 200-499 mg/dL | |
| Very High: | >=500 mg/dL | |
| **HDL CHOLESTEROL** | **42** | >=40 mg/dL |
| Comments: | | |
| Low  HDL Cholesterol (Major Risk Factor): | < 40 mg/dL | |
| High HDL Cholesterol (Negative Risk Factor): | >= 60 mg/dL | |
| **LDL CHOLESTEROL/CALC** | **(115 (H))** | <=100 mg/dL |
| Comments: | | |
| Desirable: | < 100 mg/dL | |
| Above Optimal: | 100-129 mg/dL | |
| Borderline High Risk: | 130-159 mg/dL | |
| High Risk: | 160-189 mg/dL | |
| Very High Risk: | > 190 mg/dL | |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM

## URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM

Status: **Edited Result – FINAL**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| | Value | Range |
| **COLOR URINE** | **Yellow** | Straw |
| **APPEARANCE URINE** | **Clear** | Clear |

From: Kachatur Arabechian Fax: (212) 297-0700          To:          Fax: (609) 447-2493          Page 21of 46 11/26/2018 2:09 PM

Graziano, Michael (MR # 7796/620) DOB: 06/20/1965                    Encounter Date: 08/06/2017

| | | |
|---|---|---|
| GLUCOSE URINE | Negative | Negative mg/dL |
| BILIRUBIN URINE | Negative | Negative mg/dL |
| KETONES URINE | Negative | Negative mg/dL |
| SPECIFIC GRAVITY UR | 1.021 | 1.005 - 1.030 |
| BLOOD URINE | Small (A) | Negative mg/dL |
| PH URINE | 6.0 | 5.0 - 8.0 pH units |
| PROTEIN URINE | Negative | Negative mg/dL |
| UROBILINOGEN URINE | <2.0 | <2.0 mg/dL |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative Leu/uL |
| WHITE BLOOD CELLS UR | 0 | 0 - 5 /HPF |
| RED BLOOD CELLS UR | 7 (H) | 0 - 4 /HPF |
| MUCUS | Occasional (A) | Negative /LPF |
| UA COMMENT | See Note | |

Comments:
The urine has been examined for WBC, RBC, CASTS, CRYSTALS and EPITHELIAL
CELLS, which are only reported if present.

Resulting Agency                    NEW YORK HOSPITAL LABORATORIES

## Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 10:55 PM



## MICROALBUMIN, URINE CONCENTRATION

Status: Final result   Weill Cornell Connect: Pt inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| MICROALB,URINE CONC | 32.4 (H) | 0.0 - 3.0 mg/L |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

## Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 10:57 PM



## LDL CHOLESTEROL, DIRECT

Status: Final result   Weill Cornell Connect: Pt inactive

Graziano, Michael (MR # 77987626) DOB: 06/26/1965          Encounter Date: 08/08/2017

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| LDL CHOLESTEROL,DIRECT | (144 (H)) | <=99 mg/dL |
| Comments: | | |
| Optimal: | <100 mg/dl | |
| Above Optimal: | 100-129 mg/dl | |
| Borderline High: | 130-159 mg/dl | |
| High: | 160-189 mg/dl | |
| Very High: | >=190 mg/dl | |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM

⊞ ⅀ ⅄ ∀ ⊑ ↻

## ESTIMATED GLOMERULAR FILTRATION RATE

Status: **Edited Result - FINAL**  Weill Cornell Connect: **Pt Inactive**

| | Value | Range |
|---|---|---|
| EGFR AFRICAN AMERICAN (MDRD) | >60 | >=60 mL/min/1.73 m2 |
| Comments: | | |

This eGFR is calculated using the MDRD equation, and is valid assuming
steady state renal function.

| EGFR NON-AFRICAN AMERICAN (MDRD) | >60 | >=60 mL/min/1.73 m2 |
|---|---|---|
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM

⊞ ⅀ ⅄ ∀ ⊑ ↻

## AUTO DIFFERENTIAL

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| NEUTROPHIL%AUTO | 58.8 | 45.0 - 75.0 % |
| LYMPH%AUTO | 31.0 | 20.0 - 50.0 % |

Graziano, Michael (MR # 7796/020) DOB: 00/20/1903                    Encounter Date: 08/08/2017

| | | | |
|---|---|---|---|
| MONOCYTE%AUTO | 7.0 | | 2.0 - 11.0 % |
| EOSINOPHIL%AUTO | 2.5 | | 0.0   5.0 % |
| BASOPHILE%AUTO | 0.7 | | 0.0 - 1.0 % |
| NEUTROPHIL ABSOLUTE# | 3.7 | | 1.8 - 7.0 x10(3)/uL |
| LYMPH ABSOLUTE # | 2.0 | | 1.0 - 4.8 x10(3)/uL |
| MONOCYTE ABSOLUTE # | 0.4 | | 0.2 - 0.9 x10(3)/uL |
| EOSINOPHIL ABS # | 0.20 | | 0.00 - 0.45 x10(3)/uL |
| BASOPHIL ABSOLUTE # | 0.00 | | 0.00 - 0.10 x10(3)/uL |

Resulting Agency                              NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 08/08/17
                                              11:00 AM

Last Resulted: 08/09/17  1:19 AM

## Orders Placed

CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 8/8/2017, Abnormal)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA (Resulted 8/8/2017, Abnormal)
HEMOGLOBIN A1C (Resulted 8/8/2017, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 8/8/2017, Abnormal)
LIPID PROFILE (Resulted 8/8/2017, Abnormal)
MICROALBUMIN, URINE CONCENTRATION (Resulted 8/8/2017, Abnormal)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 8/8/2017, Abnormal)
AUTO DIFFERENTIAL (Resulted 8/8/2017)
ESTIMATED GLOMERULAR FILTRATION RATE (Resulted 8/8/2017)

## Medication Renewals and Changes

As of 8/8/2017 11:30 AM

None

## Visit Diagnoses

High cholesterol E78.00
Abnormal blood findings R79.9
Essential hypertension I10
Hyperlipidemia, unspecified hyperlipidemia type E78.5
Left lower quadrant pain R10.32
Anal fissure K60.2

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

Graziano, Michael (MR # 77987620) DOB: 06/20/1963          Encounter Date: 10/30/2017

 untitled image

# Graziano, Michael

MRN: 77987620

**Office Visit** 10/30/2017          Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
3B E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes          Sidney Kaufman Stein, MD (Attending) · Mon Oct 30, 2017 02:15 PM E. Signed

### PCP
Provider name:          SIDNEY STEIN
Type:                   Attending
Address:                38 East 32nd Street, NEW YORK, NY 10016
Phone:                  212-879-7777
Fax:                    646-952-3357

### Chief Complaint
1. low back pain          He is seeing pain management.

### History of Present Illness
So far the epidural has not helped. He has had an mri which shows more findings on the left but his pain is on the right.

### Social History
Tobacco Use          Never

### Medications

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take by mouth daily. | (Taking) |
| 5. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth daily (with breakfast) for 90 days. | (Taking) |
| 6. Quinapril Hcl 40 Mg Tab | Take by mouth daily. | (Taking) |
| 7. rosuvastatin 20 Mg Tab | Take by mouth. | (Taking) |

No medication comments found.
### Allergies

Fax to 7521809 (FISTD800) at 11/26/2018 14:09:36 from (6506556633) Req ID 2018112614492534292E.

Page 25 of 46 (C)

Graziano, Michael (MR # 77987620) DOB: 00/20/1903          Encounter Date: 10/30/2017

No Known Allergies.

## Patient Active Problem List
1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy

## Review of Systems
Genitourinary:
   **No cvat.**
Musculoskeletal:
   **There is pain with rotation and lateral flexion to the right**

## Vitals
**Date & Time**
Oct 30, 2017  1:57 PM

| WT | BMI | BSA |
|----|-----|-----|
| 278 lb | 39.89 | 2.5 m2 |
| (126.1 | kg/m2 | |
| kg) | | |

**Date & Time**          **BP**
Oct 30, 2017  2:00 PM    138/90
                         Site: Left Arm
                         **BMI**          **BSA**
                         39.89 kg/m2  2.5 m2

## Assessment/Plan

No diagnosis
found.

No order information available for this visit.

Advised getting an emg. He was given a course of prednisone 40 to taper every other day. Get rib films. He will try a short course of prednisone. He declines the flu shot.

## Additional Documentation

Epic Visit Number:  70946672

## Orders Placed

REFERRAL TO NEUROLOGY

## Medication Renewals and Changes
As of 10/30/2017 2:13 PM

None

Graziano, Michael (MR # 7796/020) DOB: 00/20/1903                    Encounter Date: 10/30/2017

## Visit Diagnoses

Radiculopathy of lumbar region M54.16

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]

Graziano, Michael (MR # 7798/620) DOB: 00/20/1965          Encounter Date: 10/08/2018

 untitled image

# Graziano, Michael

MRN: 77987620

**Office Visit** 10/8/2018        Provider: Sidney Kaufman Stein, MD (Internal Medicine)
Status: Open

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes        Sidney Kaufman Stein, MD (Attending) • Mon Oct 08, 2018 09:50 A.M Unsigned
Unsigned

### PCP
Provider name:    SIDNEY STEIN
Type:             Attending
Address:          38 East 32nd Street, NEW YORK, NY 10016
Phone:            212-879-7777
Fax:              646-952-3357

### Chief Complaint
1. Check Up          His back pain is no better

### History of Present Illness
hIS BACK Is limiting his work.
His anal fissures have been ok.
There is no chest pain.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
      *right shoulder*
6. Anal fistula

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair                    Laterality:
                                           Right

### Social History
Tobacco Use    Never
Alcohol Use    Yes; (2)
Drug Use       No

Graziano, Michael (MR # 7796702U) DOB: 00/20/1903　　　　Encounter Date: 10/08/2018

## Socioeconomic History
Marital Status　　　OTHER

## ADL History

## Family History
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive (crf) | Hypertension |
| Sister | Alive | |

## Medications

| Name | Sig | Status |
|------|-----|--------|
| 1. Cholecalciferol (vitamin D3) 5000 units Tablet | Take  by mouth. | |
| 2. Choline Fenofibrate (fenofibric Acid) 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | (Taking) |
| 3. escitalopram 10 Mg Tablet | | (Taking) |
| 4. Ezetimibe 10 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 5. hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 6. Ketoconazole 2 % Shampoo | | |
| 7. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth daily (with breakfast) for 90 days. | (Taking) |
| 8. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tablet By Mouth Every Day With Breakfast | |
| 9. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 10. rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 11. escitalopram 10 Mg Tablet | Take  by mouth daily. | Discontd |
| 12. Fenofibric Acid 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | Discontd |
| 13. Hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |
| 14. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |
| 15. Rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |

No medication comments found.
## Allergies
No Known Allergies.

## Patient Active Problem List

Graziano, Michael (MR # 7796702U) DOB: 06/26/1903                    Encounter Date: 10/08/2018

1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy

**Review of Systems**
Constitutional: Negative for chills, fever and unexpected weight change.
HENT: Negative for congestion.
Eyes: Negative for visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal:
   **No heart burn, bm regular**
Genitourinary: Negative for dysuria.

**Vitals**

| Date & Time | BP | | | |
|---|---|---|---|---|
| Oct 08, 2018 9:11 AM | 130/90 | | | |
| | Site: Right Arm | | | |
| | HT | WT | BMI | BSA |
| | 5' 7.75" (1.721 m) | 279 lb (126.6 kg) | 42.74 kg/m2 | 2.46 m2 |

| Date & Time | BP | |
|---|---|---|
| Oct 08, 2018 9:13 AM | 140/100 | |
| | Site: Left Arm | |
| | BMI | BSA |
| | 42.74 kg/m2 | 2.46 m2 |

**Physical Exam**
Constitutional: He appears well-developed. No distress.
**truncal**
HENT:
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes:
**Fundi benign**
Neck: No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary: Prostate normal. Rectal exam shows guaiac negative stool. Guaiac negative stool.
Musculoskeletal:
**There is no tenderness on the LS spine. He has focal pain with rotation right and left and right lateral flexion.**
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert.
Skin: Skin is warm.

FUL-CL-LTD-000211

Fax to 7521809 (FISTD900) at 11/26/2018 14:09:36 from (6506556633) Req ID 2018112614492534292E.

Page 30 of 46 (C)

Graziano, Michael (MRN # 7796?020) DOB: 00/20/1903                 Encounter Date: 10/08/2018

## Assessment/Plan

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Encounter for immunization | Yes |
| • Regular check-up | |
| • High cholesterol | |
| • Essential hypertension | |

Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
LIPID PROFILE
PSA,TOTAL
THYROID PROFILE(ITU,T-4,TSH)
VITAMIN B12
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
LDL CHOLESTEROL,DIRECT
Immunization/Injection:
INFLUENZA QUADRIVALENT (AFLURIA) 0.5 ML, PRESERVATIVE FREE (>=5 YRS)
EKG:
ELECTROCARDIOGRAM COMPLETE

His ekg shows rsr of 69 and axis is 25.
Check labs. He was advised to follow up with his pt and neurosurgeon.
We should try for imaging including the lower T spine. He was advised to look into bariatric
surgery. We will change hydrochlorothiazide to chlorthalidone 25 for better bp control.

## Additional Documentation

Epic Visit Number:   82190401

## Results

### ELECTROCARDIOGRAM COMPLETE          Status: Final result   Weill Cornell Connect: Pt Inactive

Last Resulted: 10/08/18  9:29 AM

Scans on Order 163481038
ECG on 10/8/2018  9:30 AM by Michelle Langaigne : ECG Report

### CBC W/ PLATELETS+ DIFF (COMPLETE)     Status: Final result   Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| WBC COUNT-AUTO | 5.9 | 3.8 - 10.8 Thous/mcL |
| RED BLOOD CELL COUNT | 4.62 | 4.20 - 5.80 Mill/mcL |
| HEMOGLOBIN | (13.0 (L)) | 13.2 - 17.1 g/dL |

Graziano, Michael (MRC # 77987020) DOB: 08/20/1965            Encounter Date: 10/08/2018

| HEMATOCRIT | 39.5 | 38.5 - 50.0 % |
|---|---|---|
| MEAN CORPUSCULAR VOL | 85.6 | 80.0 - 100.0 fL |
| (MCH)MEAN CORP HGB | 28.2 | 27.0 - 33.0 pg |
| MEAN CORP HGB CONC | 32.9 | 32.0 - 36.0 g/dL |
| RED CELL DIST WIDTH | (15.4 (H)) | 11.0 - 15.0 % |
| PLATELET COUNT | 367 | 140 - 400 Thous/mcL |
| NEUTROPHIL%AUTO | 58.9 | 38 - 80 % |
| LYMPH%AUTO | 31.6 | 15 - 49 % |
| MONOCYTE%AUTO | 6.0 | 0 - 13 % |
| EOSINOPHIL%AUTO | 3.2 | 0 - 8 % |
| BASOPHILE%AUTO | 0.3 | 0 - 2 % |
| NEUTROPHIL ABSOLUTE# | 3475 | 1500 - 7800 Cells/mcL |
| LYMPH ABSOLUTE # | 1864 | 850 - 3900 Cells/mcL |
| MONOCYTE ABSOLUTE # | 354 | 200 - 950 Cells/mcL |
| EOSINOPHIL ABS # | 189 | 15 - 500 Cells/mcL |
| BASOPHIL ABSOLUTE # | 18 | 0 - 200 Cells/mcL |
| MPV | 7.5 | 7.5 - 12.5 fL |
| DIFFERENTIAL | SEE NOTE | |

Comments:
An instrument differential was performed.

Resulting Agency            QUEST DIAGNOSTICS INCORPORATED

Specimen Type: Blood            Specimen Collected: 10/08/18  7:44 AM

Last Resulted: 10/09/18  6:02 AM

## COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA

Status: Final result   Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| SODIUM | 141 | 135 - 146 mmol/L |
| POTASSIUM | 4.1 | 3.5 - 5.3 mmol/L |
| CHLORIDE | 103 | 98 - 110 mmol/L |
| CO2 | 28 | 20 - 32 mmol/L |
| UREA NITROGEN (BUN) | 22 | 7 - 25 mg/dL |
| CREATININE | 0.77 | 0.70 - 1.33 mg/dL |

Comments:
The upper reference limit for Creatinine is approximately
13% higher for people identified as African-American.

| BUN/CREATININE RATIO | NOTE | 6 - 22 (calc) |
|---|---|---|

Comments:
Bun/Creatinine ratio is not reported when the Bun and
Creatinine values are within normal limits.

| CALCIUM, SERUM | 9.9 | 8.6 - 10.3 mg/dL |
|---|---|---|
| TOTAL PROTEIN | 7.0 | 6.1 - 8.1 g/dL |
| ALBUMIN | 4.5 | 3.6 - 5.1 g/dL |

Graziano, Michael (MR # 7798/020) DOB: 06/26/1903                    Encounter Date: 10/08/2018

| | | |
|---|---|---|
| ALB/GLOBULIN RATIO | 1.8 | 1.0 - 2.5 (calc) |
| BILIRUBIN, TOTAL | 0.6 | 0.2 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 67 | 40 - 115 U/L |
| ASPARTATE AMINOTRANS | 16 | 10 - 35 U/L |
| ALA AMINOTRANSFERASE | 22 | 9 - 46 U/L |
| GLUCOSE,FASTING | CANCELED | 65 - 99 mg/dL |

Comments:

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
1-866 MYQUEST (1-866-697-8378).

Result canceled by the ancillary

| | | |
|---|---|---|
| GLUCOSE | DNR | 65 - 139 mg/dL |
| GLOBULIN,CALCULATED | 2.5 | 1.9 - 3.7 g/dL (calc) |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Type: Blood | | Specimen Collected: 10/08/18 7:44 AM |

Last Resulted: 10/09/18 7:28 AM



## HEMOGLOBIN A1C

Status: **Final result** Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| HEMOGLOBIN A1C | (7.7 (H)) | <5.7 % of total Hgb |

Comments:

For someone without known diabetes, a hemoglobin A1c value
of 6.5% or greater indicates that they may have diabetes
and this should be confirmed with a follow-up test.
For someone with known diabetes, a value <7% indicates
that their diabetes is well controlled and a value greater
than or equal to 7% indicates suboptimal control. A1c
targets should be individualized based on duration of
diabetes, age, co-morbid conditions and other considerations.
Currently, no consensus exists for use of hemoglobin A1c
for diagnosis of diabetes for children.

| | |
|---|---|
| Resulting Agency | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Collected: 10/08/18 7:44 AM | Last Resulted: 10/09/18 7:44 AM |



## LIPID PROFILE

Status: **Final result** Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| CHOLESTEROL | 182 | <200 mg/dL |
| CHOL/HDL RATIO | 4.2 | <5.0 calc |
| TRIGLYCERIDES | 137 | <150 mg/dL |

FUL-CL-LTD-000214

Graziano, Michael (MRX # 7198/020) DOB: 08/20/1969 　　Account Date: 10/08/2018

| HDL CHOLESTEROL | 43 | >40 mg/dL |
|---|---|---|
| LDL CHOLESTEROL/CALC | (114 (H)) | <100 mg/dL |

Comments:

LDL-C is now calculated using the Martin-Hopkins calculation,
which is a validated novel method providing better accuracy
than the Friedewald equation in the estimation of LDL-C.
Martin SS et al. JAMA. 2013; 310(19): 2061-2068
For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ164
(This link is being provided for informational/educational
purposes only.)
Desirable range < 100 mg/dL for primary prevention; <70 mg/dL
for patients with CHD or diabetic patients with > or = 2 CHD
risk factors.

| NON HDL CHOLESTEROL | (139 (H)) | <130 mg/dL (calc) |
|---|---|---|

Comments:

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

Resulting Agency　　　　　　QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 7:44 AM　　Last Resulted: 10/09/18 7:28 AM

⊞ ⯑ ⯑ ⯑ ⯑ ⯑

## PSA,TOTAL

Status: Final result　Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| PSA,TOTAL | 0.6 | <=4.0 ng/mL |

Comments:

The total PSA value from this assay system is standardized
against the WHO standard. The test result will be
approximately 20% lower when compared to the
equimolar-standardized total PSA (Beckman Coulter).
Comparison of serial PSA results should be interpreted with
this fact in mind.
This test was performed using the Siemens (Bayer)
chemiluminescent method. Values obtained from different
assay methods cannot be used interchangeably. PSA levels,
regardless of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

Resulting Agency　　　　　　QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 7:44 AM　　Last Resulted: 10/09/18 7:44 AM

⊞ ⯑ ⯑ ⯑ ⯑ ⯑

## THYROID PROFILE(ITU,T-4,TSH)

Status: Edited Result - FINAL　Weill Cornell Connect: Pt Inactive

| | Value | Range |
|---|---|---|
| THYROXINE (T4) | 9.1 | 4.9 - 10.5 mcg/dL |

FUL-CL-LTD-000215

Graziano, Michael (MR # 7796?026) DOB: 08/28/1963                          Encounter Date: 10/08/2018

| | | |
|---|---|---|
| T-UPTAKE | 29 | 22 - 35 Percent |
| FREE T4 INDEX | 2.6 | 1.4 - 3.8 |
| THYROTROPIN (TSH) | 1.01 | 0.40 - 4.50 mIU/L |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Type: Blood | | Specimen Collected: 10/08/18  7:44 AM |

Last Resulted: 10/09/18  7:44 AM

⊞ ⌸ ⌇ ⋮ ⌗ ⟲

## URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM

Status: Final result   Weill Cornell Connect; Pt Inactive

| | Value | Range |
|---|---|---|
| COLOR URINE | Yellow | Yellow |
| APPEARANCE URINE | Clear | Clear |
| SPECIFIC GRAVITY UR | 1.024 | 1.001 - 1.035 |
| PH | 5.5 | 5.0 - 8.0 |
| GLUCOSE URINE | Negative | Negative |
| REDUCING SUBSTANCES | DNR | Negative % |
| BILIRUBIN URINE | Negative | Negative |
| KETONES URINE | Negative | Negative |
| BLOOD URINE | Negative | Negative |
| PROTEIN URINE | Negative | Negative |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative |
| WHITE BLOOD CELLS UR | None Seen | <or=5 /hpf |
| RED BLOOD CELLS UR | None Seen | <or=2 /hpf |
| SQUAMOUS EPITHELIAL CELLS | None Seen | <or=5 /hpf |
| TRANSITIONAL EPITHELIAL | DNR | <or=5 /hpf |
| RENAL TUBULAR CELLS | DNR | <or=3 /hpf |
| BACTERIA | None Seen | None Seen /hpf |
| U CAL OXAL CRYSTALS | DNR | None or Few /hpf |
| TRIPLE PHOSPHATE CRYSTALS | DNR | None or Few /hpf |
| U URIC ACID CRYSTALS | DNR | None or Few /hpf |
| AMORPHOUS CRYSTALS | DNR | None or Few /hpf |
| STONE COMMENT | DNR | None Seen /hpf |
| HYALINE CAST | None Seen | None Seen /lpf |
| GRANULAR CAST | DNR | None Seen /lpf |
| CASTS | DNR | None Seen /lpf |
| URINE YEAST | DNR | None Seen /hpf |
| UA COMMENT | DNR | |
| NOTE | DNR | |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Type: Urine | | Specimen Collected: 10/08/18  7:44 AM |

Last Resulted: 10/09/18  6:41 AM

Graziano, Michael (MR # 7796/020) DOB: 00/20/1983          Encounter Date: 10/08/2018



## LDL CHOLESTEROL, DIRECT          Status: Final result   Weill Cornell Connect: Pt Inactive

|                          | Value      | Range        |
|--------------------------|------------|--------------|
| LDL CHOLESTEROL,DIRECT   | 126 (H)    | <100 mg/dL   |

**Comments:**
Desirable range < 100 mg/dL for primary prevention; <70 mg/dL
for patients with CHD or diabetic patients with > or = 2 CHD
risk factors.

Resulting Agency          QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18  7:44 AM          Last Resulted: 10/09/18  7:28 AM

## HIV-1/2/P24 AB/AG (4TH GENERATION) W/RFX          Status: Final result   Weill Cornell Connect: Pt Inactive

|                      | Value        | Range          |
|----------------------|--------------|----------------|
| HIV AG/AB, 4TH GEN   | Nonreactive  | Nonreactive    |

**Comments:**
HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected.
There is no laboratory evidence of HIV infection.
PLEASE NOTE: This information has been disclosed to you
from records whose confidentiality may be protected by
state law.  If your state requires such protection, then
the state law prohibits you from making any further
disclosure of the information without the specific
written consent of the person to whom it pertains, or as
otherwise permitted by law.  A general authorization for
the release of medical or other information is NOT
sufficient for this purpose.
The performance of this assay has not been clinically
validated in patients less than 2 years old.
For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ106.  (This
link is being provided for informational/educational
purposes only.)

| HIV 1 ANTIBODY       | DNR  | Negative    |
|----------------------|------|-------------|
| HIV 2 ANTIBODY       | DNR  | No Bands    |
| HIV-1 RNA,QL,TMA     | DNR  |             |

Resulting Agency          QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18  9:48 AM          Last Resulted: 10/09/18  7:44 AM

## MICROALBUMIN, URINE CONCENTRATION          Status: Final result   Weill Cornell Connect: Pt Inactive

|   | Value | Range |
|---|-------|-------|

Graziano, Michael (MR # 7798/620) DOB: 06/26/1965          Encounter Date: 10/08/2018

| MICROALBUMIN,RANDOM URINE | 4.3 | | Not Established mg/dL |
|---|---|---|---|
| RAM | | SEE NOTE | |

Comments:
The ADA defines abnormalities in albumin excretion as
follows:

| Category: | Result (mcg/mg creatinine) |
|---|---|
| Normal | <30 |
| Microalbuminuria | 30-299 |
| Clinical albuminuria | > or = 300 |

The ADA recommends that at least two of three specimens
collected within a 3-6 month period be abnormal before
considering a patient to be within a diagnostic category.

Resulting Agency                                        QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18  9:50 AM          Last Resulted: 10/09/18  8:08 AM

## GLUCOSE



Status: Final result   Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| GLUCOSE,FASTING | DNR | 65 - 99 mg/dL |
| GLUCOSE | 151 (H) | 65 - 139 mg/dL |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Collected: 10/08/18  7:44 AM | | Last Resulted: 10/09/18  8:24 AM |


## Orders Placed

Labs
CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 10/8/2018, Abnormal)
GLUCOSE (Resulted 10/8/2018, Abnormal)
HEMOGLOBIN A1C (Resulted 10/8/2018, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 10/8/2018, Abnormal)
LIPID PROFILE (Resulted 10/8/2018, Abnormal)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA (Resulted 10/8/2018)
HIV-1/2/P24 AB/AG (4TH GENERATION) W/RFX (Resulted 10/8/2018)
MICROALBUMIN, URINE CONCENTRATION (Resulted 10/8/2018)
PSA,TOTAL (Resulted 10/8/2018)
THYROID PROFILE(ITU,T-4,TSH) (Resulted 10/8/2018)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 10/8/2018)
VITAMIN B12

Other Orders
ELECTROCARDIOGRAM COMPLETE (Resulted 10/8/2018)

## Medication Renewals and Changes

Graziano, Michael (MR # 7796/020) DOB: 00/20/1909                        Encounter Date: 10/08/2018

As of 10/8/2018 9:45 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: Chlorthalidone 25 MG Tablet** | 5 | 10/8/2018 | 1/6/20 19 |
| Take 1 Tab by mouth daily for 90 days. - Oral | | | |
| **Choline Fenofibrate** | | | |
| Discontinued: FENOFIBRIC ACID 135 MG Capsule Delayed Release | | | |
| Unchanged: Choline Fenofibrate (FENOFIBRIC | | 8/12/2017 | |
| ACID) 135 MG Capsule Delayed Release | | | |
| TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | |
| **Escitalopram Oxalate** | | | |
| Discontinued: escitalopram 10 MG Tablet | | | |
| Unchanged: escitalopram 10 MG Tablet | | 8/18/2017 | |
| **HydroCHLOROthiazide** | | | |
| Discontinued: HYDROCHLOROTHIAZIDE 25 MG Tablet | | | |
| Unchanged: hydroCHLOROthiazide 25 MG | | 8/12/2017 | |
| Tablet | | | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **Quinapril HCl** | | | |
| Discontinued: QUINAPRIL HCL 40 MG Tablet | | | |
| Unchanged: Quinapril HCl 40 MG Tablet | | 8/12/2017 | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **Rosuvastatin Calcium** | | | |
| Discontinued: ROSUVASTATIN 20 MG Tablet | | | |
| Unchanged: rosuvastatin 20 MG Tablet | | 8/12/2017 | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |

## Visit Diagnoses

Encounter for immunization Z23
Regular check-up Z00.00
High cholesterol E78.00
Essential hypertension I10.

## Immunizations Given

Influenza quadrivalent injectable, preservative free

## Level Of Service

PREV VISIT EST AGE 40-64 [99396]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

Graziano,[Michael] (F1001020) - DOB: 0/20/1900 - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/3/2017 |
|---|---|---|
| SODIUM | 132 - 146 mmol/L | 140 |
| POTASSIUM | 3.5 - 5.1 mmol/L | 4.3 |
| CHLORIDE | 99 - 109 mmol/L | 102 |
| CARBON DIOXIDE | 20.0 - 31.0 mmol/L | 33.0 (H) |
| UREA NITROGEN (BUN) | 8 - 20 mg/dL | 23 (H) |
| CREATININE | 0.64 - 1.27 mg/dL | 0.87 |
| CALCIUM, TOTAL | 8.7 - 10.4 mg/dL | 10.0 |
| ANION GAP | 5.0 - 17.0 | 5.0 |
| BUN/CREATININE RATIO | ratio | 26 |
| PROTEIN, TOTAL | 5.7 - 8.2 g/dL | 7.3 |
| ALBUMIN, SERUM | 3.2 - 4.8 g/dL | 4.4 |
| GLOBULIN | 2.0 - 3.7 g/dL | 2.9 |
| BILIRUBIN, TOTAL | 0.3 - 1.2 mg/dL | 0.6 |
| AST | <=34 U/L | 14 |
| ALT | 10 - 49 U/L | 22 |
| ALKALINE PHOSPHATASE | 32 - 91 U/L | 68 |
| GLUCOSE, PLASMA | 74 - 106 mg/dL | 97 |
| COLOR, URINE | Straw | Yellow |
| APPEARANCE, URINE | Clear | Clear |
| GLUCOSE, URINE | Negative mg/dL | Negative |
| BILIRUBIN, URINE TEST STRIP | Negative mg/dL | Negative |
| KETONES, URINE | Negative mg/dL | Negative |
| SPECIFIC GRAVITY, URINE, STRIP | 1.005 - 1.030 | 1.019 |
| BLOOD, URINE | Negative mg/dL | Small (A) |
| PH, URINE | 5.0 - 8.0 pH units | 6.0 |
| PROTEIN, URINE | Negative mg/dL | Negative |
| UROBILINOGEN URINE (MCNC) | <2.0 mg/dL | <2.0 |
| NITRITE, URINE | Negative | Negative |
| LEUKOCYTE ESTERASE, URINE | Negative Leu/uL | Negative |
| WHITE BLOOD CELLS, URINE | 0 - 5 /HPF | 0 |
| RED BLOOD CELLS, URINE | 0 - 4 /HPF | 4 |
| MUCUS, URINE | Negative /LPF | Occasional (A) |
| UA COMMENT | | See Note |
| WBC COUNT | 3.4 - 11.2 x10(3)/uL | 8.4 |
| RED BLOOD CELL COUNT | 4.40 - 5.90 x10(6)/uL | 4.82 |
| HEMOGLOBIN | 13.3 - 17.7 g/dL | 13.6 |
| HEMATOCRIT | 40.0 - 50.0 % | 41.0 |
| MEAN CORPUSCULAR VOL (MCV) | 81.0 - 100.0 fL | 85.1 |
| MEAN CORP HGB (MCH) | 27.0 - 34.0 pg | 28.2 |
| MEAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | 33.1 |
| RED CELL DIST WIDTH (RDW) | 11.5 - 14.5 % | 15.1 (H) |
| PLATELET COUNT, AUTO | 150 - 450 x10(3)/uL | 370 |
| MEAN PLATELET VOLUME, AUTO | 7.0 - 11.5 fL | 8.2 |
| NEUTROPHILS %, AUTO | 45.0 - 75.0 % | 68.4 |
| LYMPHOCYTES %, AUTO | 20.0 - 50.0 % | 23.9 |
| MONOCYTES %, AUTO | 2.0 - 11.0 % | 6.3 |
| EOSINOPHILS %, AUTO | 0.0 - 5.0 % | 0.7 |
| BASOPHILS %, AUTO | 0.0 - 1.0 % | 0.7 |
| NEUTROPHILS, ABSOLUTE, AUTO | 1.8 - 7.0 x10(3)/uL | 5.7 |
| LYMPHOCYTES, ABSOLUTE, AUTO | 1.0 - 4.8 x10(3)/uL | 2.0 |
| MONOCYTES, ABSOLUTE, AUTO | 0.2 - 0.9 x10(3)/uL | 0.5 |

Fax to 7521609 (FISTD800) at 11/26/2018 14:09:36 from (6506556633) Req ID 201811261449253429252E.

Page 39 of 46 (C)

From: Kachatur Arabachian Fax: (212) 287-0700     To:     Fax: (800) 447-2498     Page 39 of 46 11/26/2018 2:09 PM

| Component | Latest Ref Rng & Units | 3/3/2017 | |
|---|---|---|---|
| EOSINOPHILS, ABSOLUTE, AUTO | 0.00 - 0.45 x10(3)/uL | 0.10 | |
| BASOPHILS ABSOLUTE, AUTO | 0.00 - 0.10 x10(3)/uL | 0.10 | |
| CHOLESTEROL, TOTAL | <=200.0 mg/dL | 182.0 | |
| TRIGLYCERIDES, SERUM | <=150 mg/dL | 127 | |
| HDL CHOLESTEROL | >=40 mg/dL | 50 | |
| LDL CHOLESTEROL/CALC | <=100 mg/dL | 107 (H) | |
| CHOLESTEROL/HDL RATIO | | 3.6 | |
| T3 UPTAKE | 23 - 37 % | 32 | |
| T4, TOTAL | 4.5 - 10.9 ug/dL | 8.3 | |
| THYROXIN, FREE INDEX | 1.4 - 3.1 | 2.7 | |
| THYROTROPIN (TSH), 3RD GENERATION | 0.550 - 4.780 uIU/mL | 1.347 | |
| HEMOGLOBIN A1C | <=5.6 % | 6.8 (H) | |
| ESTIMATED AVERAGE GLUCOSE | mg/dL | 148 | |
| EGFR, AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 | |
| EGFR NON AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 | |
| VITAMIN D, 25-OH | 30.0 - 80.0 ng/mL | 26.5 (L) | |
| LDL-CHOLESTEROL DIRECT, TOTAL | <=99 mg/dL | 122 (H) | |
| PSA, TOTAL | 0.00 - 4.00 ng/mL | 0.46 | |

From: Kachatur Arabachian Fax: (212) 297-0700          To:          Fax: (800) 447-2498          Page  40 of 46 11/26/2018 2:09 PM

GRAZIANO,MICHAEL [7700/0320] · DOB: 6/26/1966 · Review Roadsheets

| Component | Latest Ref Rng & Units | 8/8/2017 |
|---|---|---|
| GLUCOSE, PLASMA | 74 - 106 mg/dL | 125 (H) |
| SODIUM | 132 - 146 mmol/L | 142 |
| POTASSIUM | 3.5 - 5.1 mmol/L | 4.1 |
| CHLORIDE | 99 - 109 mmol/L | 99 |
| CARBON DIOXIDE | 20.0 - 31.0 mmol/L | 33.0 (H) |
| UREA NITROGEN (BUN) | 8 - 20 mg/dL | 23 (H) |
| CREATININE | 0.64 - 1.27 mg/dL | 0.97 |
| CALCIUM, TOTAL | 8.7 - 10.4 mg/dL | 10.2 |
| ANION GAP | 5.0 - 17.0 | 10.0 |
| BUN/CREATININE RATIO | ratio | 24 |
| PROTEIN, TOTAL | 5.7 - 8.2 g/dL | 7.5 |
| ALBUMIN, SERUM | 3.2 - 4.8 g/dL | 4.6 |
| GLOBULIN | 2.0 - 3.7 g/dL | 2.9 |
| BILIRUBIN, TOTAL | 0.3 - 1.2 mg/dL | 0.5 |
| AST | <=34 U/L | 17 |
| ALT | 10 - 49 U/L | 25 |
| ALKALINE PHOSPHATASE | 32 - 91 U/L | 76 |
| COLOR, URINE | Straw | Yellow |
| APPEARANCE, URINE | Clear | Clear |
| GLUCOSE, URINE | Negative mg/dL | Negative |
| BILIRUBIN, URINE TEST STRIP | Negative mg/dL | Negative |
| KETONES, URINE | Negative mg/dL | Negative |
| SPECIFIC GRAVITY, URINE, STRIP | 1.005 - 1.030 | 1.021 |
| BLOOD, URINE | Negative mg/dL | Small (A) |
| PH, URINE | 5.0 - 8.0 pH units | 6.0 |
| PROTEIN, URINE | Negative mg/dL | Negative |
| UROBILINOGEN URINE (MCNC) | <2.0 mg/dL | <2.0 |
| NITRITE, URINE | Negative | Negative |
| LEUKOCYTE ESTERASE, URINE | Negative Leu/uL | Negative |
| WHITE BLOOD CELLS, URINE | 0 - 5 /HPF | 0 |
| RED BLOOD CELLS, URINE | 0 - 4 /HPF | 7 (H) |
| MUCUS, URINE | Negative /LPF | Occasional (A) |
| UA COMMENT | | See Note |
| WBC COUNT | 3.4 - 11.2 x10(3)/uL | 6.4 |
| RED BLOOD CELL COUNT | 4.40 - 5.90 x10(6)/uL | 4.75 |
| HEMOGLOBIN | 13.3 - 17.7 g/dL | 13.5 |
| HEMATOCRIT | 40.0 - 50.0 % | 40.4 |
| MEAN CORPUSCULAR VOL (MCV) | 81.0 - 100.0 fL | 84.9 |
| MEAN CORP HGB (MCH) | 27.0 - 34.0 pg | 28.4 |
| MEAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | 33.4 |
| RED CELL DIST WIDTH (RDW) | 11.5 - 14.5 % | 15.0 (H) |
| PLATELET COUNT, AUTO | 150 - 450 x10(3)/uL | 311 |
| MEAN PLATELET VOLUME, AUTO | 7.0 - 11.5 fL | 7.5 |
| NEUTROPHILS %, AUTO | 45.0 - 75.0 % | 58.8 |
| LYMPHOCYTES %, AUTO | 20.0 - 50.0 % | 31.0 |
| MONOCYTES %, AUTO | 2.0 - 11.0 % | 7.0 |
| EOSINOPHILS %, AUTO | 0.0 - 5.0 % | 2.5 |
| BASOPHILS %, AUTO | 0.0 - 1.0 % | 0.7 |
| NEUTROPHILS, ABSOLUTE, AUTO | 1.8 - 7.0 x10(3)/uL | 3.7 |
| LYMPHOCYTES, ABSOLUTE, AUTO | 1.0 - 4.8 x10(3)/uL | 2.0 |
| MONOCYTES, ABSOLUTE, AUTO | 0.2 - 0.9 x10(3)/uL | 0.4 |

Graziano,Michael (FXM1020) - DOB: 3/23/1953 - Review Flowsheets

| Component | Latest Ref Rng & Units | 8/8/2017 |
|---|---|---|
| EOSINOPHILS, ABSOLUTE, AUTO | 0.00 - 0.45 x10(3)/uL | 0.20 |
| BASOPHILS ABSOLUTE, AUTO | 0.00 - 0.10 x10(3)/uL | 0.00 |
| CHOLESTEROL, TOTAL | <=200.0 mg/dL | 197.0 |
| TRIGLYCERIDES, SERUM | <=150 mg/dL | 202 (H) |
| HDL CHOLESTEROL | >=40 mg/dL | 42 |
| LDL CHOLESTEROL/CALC | <=100 mg/dL | 115 (H) |
| CHOLESTEROL/HDL RATIO | | 4.7 |
| HEMOGLOBIN A1C | <=5.6 % | 7.1 (H) |
| ESTIMATED AVERAGE GLUCOSE | mg/dL | 157 |
| EGFR, AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| EGFR NON AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| MICROALBUMIN URINE | 0.0 - 3.0 mg/L | 32.4 (H) |
| LDL CHOLESTEROL DIRECT, TOTAL | <=99 mg/dL | 144 (H) |

From: Kachatur Arakachian Fax: (212) 297-0700

To:

Fax: (800) 447-2493

Page 42 of 46 11/26/2018 2:08 PM

Fax to 7521909 (HISTO8001) at 11/26/2018 14:09:36 from (6506556633) Req ID 201811261491253429321E.

Page 42 of 46 (C)

| ...mponent | Latest Ref Rng & Units | 10/8/2018 | 10/8/2018 | 1/0 10/8/2018 | 10/8/2018 |
|---|---|---|---|---|---|
| | | 7:44 AM | 7:44 AM | 9:48 AM | 9:50 AM |
| ...LOR, URINE | Yellow | | Yellow | | |
| ...PEARANCE, URINE | Clear | | Clear | | |
| ...ECIFIC GRAVITY, URINE, STRIP | 1.001 - 1.035 | | 1.024 | | |
| ...I, URINE (STRIP) | 5.0 - 8.0 | | 5.5 | | |
| ...UCOSE, URINE | Negative | | Negative | | |
| ...DUCING SUBSTANCES, URINE | Negative % | | DNR | | |
| ...LIRUBIN, URINE TEST STRIP | Negative | | Negative | | |
| ...TONES, URINE | Negative | | Negative | | |
| ...OOD, URINE | Negative | | Negative | | |
| ...ROTEIN, URINE | Negative | | Negative | | |
| ...TRITE, URINE | Negative | | Negative | | |
| ...UKOCYTE ESTERASE, URINE | Negative | | Negative | | |
| ...HITE BLOOD CELLS, URINE | <or=5 /hpf | | None Seen | | |
| ...D BLOOD CELLS, URINE | <or=2 /hpf | | None Seen | | |
| ...UAMOUS EPITH CELLS, URINE | <or=5 /hpf | | None Seen | | |
| ...ANSIT EPITH CELLS, URINE | <or=5 /hpf | | DNR | | |
| ...L RENAL EPITH CELL | <or=3 /hpf | | DNR | | |
| ...CTERIA, URINE, QN | None Seen /hpf | | None Seen | | |
| ...LCIUM OXALATE CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| ...PLE PHOSPHATE CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| ...IC ACID CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| ...YSTALS, AMORPHOUS, URINE | None or Few /hpf | | DNR | | |
| ...YSTALS, URINE | None Seen /hpf | | DNR | | |
| ...ALINE CASTS, URINE | None Seen /hpf | | None Seen | | |
| ...ANULAR CAST, URINE | None Seen /hpf | | DNR | | |
| ...STS, URINE | None Seen /hpf | | DNR | | |
| ...AST, URINE | None Seen /hpf | | DNR | | |
| ... COMMENT | | | DNR | | |
| ...TE (UA) | | | DNR | | |
| ...BC COUNT | 3.8 - 10.8 Thous/mcL | | 5.9 | | |
| ...D BLOOD CELL COUNT | 4.20 - 5.80 Mill/mcL | | 4.62 | | |
| ...MOGLOBIN | 13.2 - 17.1 g/dL | | 13.0 (L) | | |
| ...MATOCRIT | 38.5 - 50.0 % | | 39.5 | | |
| ...EAN CORPUSCULAR VOL (MCV) | 80.0 - 100.0 fL | | 85.6 | | |
| ...EAN CORP HGB (MCH) | 27.0 - 33.0 pg | | 28.2 | | |
| ...EAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | | 32.9 | | |
| ...D CELL DIST WIDTH (RDW) | 11.0 - 15.0 % | | 15.4 (H) | | |

...ted on 10/8/2018 12:44:27 PM

Claimant Name: Michael J. Graziano    Claim #: 15828867

FUL-CL-LTD-000224

Fax To: 752.1809 (PISTD8001) at 11/26/2018 14:09:36 from (850655643x) Req ID 20181126:1449235425292E.

From: Kachelur Arabachlan Fax: (212) 297-0700

To:

Fax: (800) 447-2496

Page 43 of 46 11/26/2018 2:09 PM

Page 43 of 46 (C)

| Component | Latest Ref Rng & Units | 10/8/2018 7:44 AM | 10/8/2018 7:44 AM | 10/8/2018 9:48 AM | 10/8/2018 9:50 AM |
|---|---|---|---|---|---|
| ATELET COUNT, AUTO | 140 - 400 Thous/mcL | | 367 | | |
| JV | 7.5 - 12.5 fL | | 7.5 | | |
| UTROPHILS %, AUTO | 38 - 80 % | | 58.9 | | |
| MPHOCYTES %, AUTO | 15 - 49 % | | 31.6 | | |
| JNOCYTES %, AUTO | 0 - 13 % | | 6.0 | | |
| SINOPHILS %, AUTO | 0 - 8 % | | 3.2 | | |
| SOPHILS %, AUTO | 0 - 2 % | | 0.3 | | |
| UTROPHILS, ABSOLUTE, AUTO | 1500 - 7800 Cells/mcL | | 3475 | | |
| MPHOCYTES, ABSOLUTE, AUTO | 850 - 3900 Cells/mcL | | 1864 | | |
| JNOCYTES, ABSOLUTE, AUTO | 200 - 950 Cells/mcL | | 354 | | |
| SINOPHILS, ABSOLUTE, AUTO | 15 - 500 Cells/mcL | | 189 | | |
| SOPHILS ABSOLUTE, AUTO | 0 - 200 Cells/mcL | | 18 | | |
| FERENTIAL | | | SEE NOTE | | |
| JCOSE TOLERANCE, FASTING | 65 - 99 mg/dL | DNR | CANCELED | | |
| JCOSE | 65 - 139 mg/dL | 151 (H) | DNR | | |
| DIUM | 135 - 145 mmol/L | | 141 | | |
| TASSIUM | 3.5 - 5.3 mmol/L | | 4.1 | | |
| LORIDE | 98 - 110 mmol/L | | 103 | | |
| RBON DIOXIDE | 20 - 32 mmol/L | | 28 | | |
| EA NITROGEN (BUN) | 7 - 25 mg/dL | | 22 | | |
| EATININE | 0.70 - 1.33 mg/dL | | 0.77 | | |
| N/CREATININE RATIO | 6 - 22 (calc) | | NOTE | | |
| LCIUM, TOTAL | 8.6 - 10.3 mg/dL | | 9.9 | | |
| OTEIN, TOTAL | 6.1 - 8.1 g/dL | | 7.0 | | |
| BUMIN, SERUM | 3.6 - 5.1 g/dL | | 4.5 | | |
| OBULIN, CALCULATED | 1.9 - 3.7 g/dL (calc) | | 2.5 | | |
| BUMIN/GLOBULIN RATIO | 1.0 - 2.5 (calc) | | 1.8 | | |
| IRUBIN, TOTAL | 0.2 - 1.2 mg/dL | | 0.6 | | |
| KALINE PHOSPHATASE | 40 - 115 U/L | | 67 | | |
| T | 10 - 35 U/L | | 16 | | |
| C | 9 - 46 U/L | | 22 | | |
| OLESTEROL, TOTAL | <200 mg/dL | | 182 | | |
| L CHOLESTEROL | >40 mg/dL | | 43 | | |
| OLESTEROL/HDL RATIO | <5.0 calc | | 4.2 | | |
| CHOLESTEROL/CALC | <100 mg/dL | | 114 (H) | | |
| GLYCERIDES, SERUM | <150 mg/dL | | 137 | | |
| N-HDL (LDL + VLDL) CHOLESTEROL | <130 mg/dL (calc) | | 139 (H) | | |

Claimant Name: Michael J. Graziano    Claim #:  15828867

FUL-CL-LTD-000225

| mponent | Latest Ref Rng & Units | 10/8/2018 | 10/8/2018 | 10/8/2018 | 10/8/2018 |
|---|---|---|---|---|---|
| | | 7:44 AM | 7:44 AM | 9:48 AM | 9:50 AM |
| TOTAL | 4.9 - 10.5 mcg/dL | | 9.1 | | |
| UPTAKE | 22 - 35 Percent | | 29 | | |
| YROXIN, FREE INDEX | 1.4 - 3.8 | | 2.6 | | |
| YROTROPIN (TSH), 3RD GENERATION | 0.40 - 4.50 mIU/L | | 1.01 | | |
| V 1/2 AB & HIV1 P24 AG | Nonreactive | | | Nonreactive | |
| V-1 AB, EIA | Negative | | | DNR | |
| V-2 AB | No Bands | | | DNR | |
| V-1 RNA, QL | | | | DNR | |
| CROALBUMIN URINE | Not Established mg/dL | | | | 4.3 |
| M (MICROALBUMIN) | | | | | SEE NOTE |
| MOGLOBIN A1C | <5.7 % of total Hgb | | 7.7 (H) | | |
| SA, TOTAL | <=4.0 ng/mL | | 0.6 | | |
| L-CHOLESTEROL, DIRECT, TOTAL | <100 mg/dL | | 126 (H) | | |

ted on 10/9/2018 12:44:77 PM

Page3

| | | | | |
|---|---|---|---|---|
| Name: Graziano Michael | Weill Cornell Medical College | | Rate: 62 | BPM | Interpretation: |
| ID: 7798763-0 | Req. Physician: | | PR: 136 | msec | Sinus Rhythm |
| Sex: Male | Technician: MICHELLE | | QT: 406 | msec | Low voltage in precordial leads. |
| DP: | History: | | QTcH: 409 | msec | |
| Weight: lbs | Medication: | | QRSD: 90 | msec | ABNORMAL |
| Height: inches | Date of Report: 03/03/17  09:58:53 | | P-QRS-T: 25/9/30 | degree | |
| DOB: /1965 (51 Years) | Reviewed By: STEIN SIDNEY | | | | |
| Comments: | Review Date: 03/03/17  09:59:10 | | | | |



Speed 25 mm/sec  Gain: 10 mm/mv  MYO:ON AC:ON DRIFT:ON    Midmark Diagnostics Group    Page 1 of 1    Version 8.6.1    ECG Analysis Ver. 8.6.0    Print Date 12/09/18  12:45:03

| Name: | Graziano Michael | Weill Cornell Medical College | Rate: | 61 | BPM | Interpretation: |
|---|---|---|---|---|---|---|
| | | Req. Physician: | PR: | 130 | msec | Sinus Rhythm |
| ID: | 77983020 | Technician: MICHELLE | QT: | 410 | msec | Low voltage in precordial leads. |
| Sex: | Male | History: | QTcH: | 411 | msec | |
| BP: | | Medication: | QRSD: | 92 | msec | ABNORMAL |
| Weight: | lbs | Date of Report: 03/03/17    09:59:36 | P-QRS-T: | 31/9/29 | degree | |
| Height: | inches | Reviewed By: STEIN SIDNEY | | | | |
| DOB: | /1965 (51 Years) | Review Date: 03/03/17    09:59:53 | | | | |
| Comments: | | | | | | |



Speed:25 mm/sec Gain:10 mm/mv MUXOGN ACON DRIFT:ON          Midmark Diagnostics Group          Page 1 of 1          Version 8.6.1          ECG Analysis Ver. 8.6.0          Print Date 10/09/18   12:45:09

**Annotations for 2018112615304848DF45**

---

Created by: UP\AGH09 on 02/18/2019 08:00:59
Last Updated: 02/18/2019 08:00:59
Page: 4
Note: 3/3/17

---

Created by: UP\AGH09 on 02/18/2019 08:00:59
Last Updated: 02/18/2019 08:00:59
Page: 15
Note: 8/8/17

---

Created by: UP\AGH09 on 02/18/2019 08:01:10
Last Updated: 02/18/2019 08:01:10
Page: 24
Note: 10/30/2017

---

Created by: UP\AGH09 on 02/15/2019 13:29:25
Last Updated: 02/15/2019 13:29:25
Page: 26
Note: Labs

---

Created by: UP\AGH09 on 02/18/2019 08:01:26
Last Updated: 02/18/2019 08:01:26
Page: 27
Note: 10/8/18

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018112907220981D485

**Entry Date:** 11/29/2018 04:56:19

**Received Date:** 11/29/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Medical

**Secondary Doc Type:** Records

**Medical Provider:** Beer MD, Jeffry

**Document Notes:** -11/23/18  2017LUmbar MRI, duplicate

**Work Notes:**

 **RIEMER**
**& ASSOCIATES** LLC
A T T O R N E Y S   A T   L A W

275 Madison Avenue | 26th Floor
New York, New York 10016
**T** 212.297.0700 | **F** 212.297.0730

November 26, 2018

<u>**Via Fax (800)-447-2498 & Mail**</u>
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

**RECEIVED**

**NOV 2 9** 2018

**5**

Re: Michael Graziano
Claim No.: 15334313
<u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to your letter, dated November 14, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Functional Capacity Evaluation Summary Report**, dated October 11 and October 12, 2018;
- **Dr. Beer – Attending Physician Statement**, dated November 23, 2018;
- **Dr. Beer – Medical Certification Statement**, dated October 16, 2018;
- **Dr. Beer – Office Visit Notes**, dated January 3, 2017; November 28, 2017; October 4, 2018; October 16, 2018; and November 9, 2018.
- **Dr. Beer – Lumbar Zygapophyseal Joint Injection**, dated January 18, 2017;
- **Dr. Beer – Lumbar Medical Branch Block**, dated December 20, 2017; and January 17, 2018;
- **Dr. Beer – Lumber Medial Branch Radiofrequency Denervation**, dated April 11, 2018;
- **MRI of the Lumbar Spine**, dated October 6, 2017; and
- **Dr. Stein – Office Visit Notes and Blood Work**, dated March 3, 2017; August 8, 2017; October 30, 2017; October 8, 2018

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

# BEST Physical Therapy Associates

116 W. 23rd Street
Fifth Floor
New York, New York 10011

*Injury Management and Prevention Services*
629 Fifth Avenue
Pelham, New York 10803
(914) 708-6548
FAX (914) 738-1772

## FUNCTIONAL CAPACITY EVALUATION:
## SUMMARY REPORT

Following is a summary of the **BEST Associates Functional Capacity Evaluation**, which includes a history, physical and comprehensive functional tests.

| | |
|---|---|
| **Name:** | Michael Graziano |
| **Date of FCE Testing:** | October 11 & 12, 2018 |
| **Date of Birth** | ████ 1965 |
| **Dates of Injury:** | • Mr. Graziano began to experience low back pain approximately eight years ago. He tried many different procedures, but nothing has helped.<br>• 2012: Right biceps tendon repair<br>• 2012: Bilateral rotator cuff tendonitis |
| **Gender:** | Male |
| **Address:** | 198 Oak Neck Rd. |
| **City/State/Zip:** | W. Islip, NY 11795 |
| **Diagnoses:** | • Low back pain (right side)<br>• Diffuse degenerative disc disease with disc desiccation and osteophytes throughout the lumbar spine |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

|  | • Disc bulging (multiple levels) |
|---|---|
|  | • Facet arthropathy |
|  | • Left disc extrusion at L2-3 with mass effect on L-3 nerve root |
| **Areas of Complaint/Injury; Medical Problems:** | • Moderate to severe low back pain (right more than left). |
|  | • Pain is constant and ranges from dull to aching to sharp. |
|  | • Pain increases with sitting, walking, and being on the move. |
|  | • Pain is worse in the morning, with sneezing, coughing, and deep breathing. |
|  | • Overall pain was 6/10 at the time of the evaluation; worst pain is 10/10 |
|  | • Muscle spasms: middle to lower back |
|  | • Bowel dysfunction |
|  | • Dizziness and lightheadedness |
|  | • Increased pain at night |
| **Occupation at time of illness:** | Senior Underwriter for Swiss Re |
| **Dept. of Labor Category of Work (Previous Job):** | Light (with medium components) |
| **Mechanism/Type of Injury:** | Orthopedic/Degenerative Disc Disease |
| **Previous Treatment:** | • Physical therapy |
|  | • Chiropractic |
|  | • Spinal injections (pain management) |
|  | • Massage therapy |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

|  |  |
|---|---|
|  | • Pain medication/Pain management<br>• Trigger point injections |
| **Pertinent Surgery/Other Clinical Tests:** | • MRI<br>• CT scan<br>• EMG<br>• X-rays |
| **Past Medical History:** | • Right shoulder biceps tendon tear/repair<br>• Severe pain and weakness at times |
| **Current Medications:** | • Quinapril<br>• Hydrocholrothiazide<br>• Metformin<br>• Rosuvastatin<br>• Fenofibric acid<br>• Ezetimibe<br>• Escitalopram |
| **Functional Status/Activity Level:** | • Light housekeeping (tidying, dishes): Independent but for short periods of time.<br><br>• Heavy house cleaning (mopping, vacuuming, bathroom cleaning, etc.): Can perform with help. Mr. Graziano cannot lift heavy loads.<br><br>• Laundry: Completely dependent on others.<br><br>• Dressing: Can perform with help. Mr. Graziano requires assistance with his belt, shoes, socks, etc. He cannot bend or twist.<br><br>• Food Shopping: Can perform with help. Mr. Graziano cannot carry heavy bags. |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

| | |
|---|---|
| | • Community errands: Can perform with help. Mr. Graziano is able to drive short distances but he is unable to lift heavy loads. |
| | • Computer: Can perform with help. Mr. Graziano must get up each hour to stretch. |
| | • Sleep: Mr. Graziano's sleep is disturbed because he experiences discomfort in all positions. |
| **Chief Complaints/Symptoms:** | • Moderate to severe low back (lumbar) pain |
| **Return to Work Information:** | Mr. Graziano is still working. |
| **Goals:** | Mr. Graziano wants to feel better. |

**REASON FOR TESTING:** 1) Determine restrictions and limitations based on all documented illnesses and injuries; 2) Determine ability to work an 8-hour day, 5 days per week; and 3) Verify validity.

**DESCRIPTION OF TESTS DONE:** Mr. Graziano participated in a standardized 2-day Functional Capacity Evaluation. The results of this FCE have been quantified through an 11-point consistency checklist.

    __X__ Mr. Graziano gave maximum, consistent effort

    _____ Mr. Graziano did not give maximum, consistent effort in all tests.

*Performed by Susan Greenberg, MS, PT, at BEST's Pelham office*

---

**Introduction:**

Mr. Graziano arrived promptly for his FCE appointment on both days of testing. He was neatly dressed in casual attire.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

**Effort and Cooperation:**

Mr. Graziano demonstrated cooperative behavior in that he was willing to work to his maximum abilities for all test items throughout the FCE procedure. The FCE test duration was difficult for him due to his severe low back pain, overall weakness and deconditioning, however, he was motivated and cooperative throughout.

**Consistency of Performance:**

Mr. Graziano demonstrated a consistent performance throughout all of the testing procedure as evidenced by predictable patterns of movement, including increased accessory muscle recruitment, counterbalancing, and use of momentum, as well as physiological responses such as an increased heart rate in response to even moderate efforts. Performance was consistent among FCE items in that similar items had similar performance: e.g., decreased ability to squat fully was consistent with decreased ability to lift from the floor (he required a 21" surface to lift from on both days of testing). Borderline below average to significantly below average pinch grip strength and below average to significantly below average bilateral gross/fine motor and dexterity skills during the FCE and physical assessment also affected tasks requiring strong pinch grip and/or hand coordination skills. Similarly, decreased ability to lift loads from floor to waist and to crown level, push/pull tasks, and right/left side carries scored lower on the second day of testing secondary to increased lumbar muscle spasms, trunk weakness, and decreased core stability.

Functional limitations noted are consistent with physical impairments and diagnoses: decreased AROM of the spine/core and weakness of the bilateral shoulders and bilateral lower extremities with diminished spinal (scapula and core) stabilization, and/or increased muscle spasms with tasks requiring moderate or prolonged static efforts (e.g., lifting, carrying, pushing/pulling, static sitting/standing, elevated work, sitting/standing with rotation, sitting/standing with forward bending, etc.).

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

The tasks listed above were also physically limited by cervical, thoracic, and low back paraspinal muscle stiffness/ tightness (more impaired on the second day of testing), decreased range of motion and strength of the trunk and shoulders/hips, as well as below average pinch grip strength and hand coordination (bilateral gross/fine motor and dexterity skills).

There are 11 Consistency Checkpoints built into the BEST FCE. The following are explanations of these, which are utilized during the test to verify consistencies. The presence of three or more inconsistencies may indicate lack of consistent effort, which would be confronted during testing and would appear in the report.

1. There should be a link between the physical problems identified in the preliminary musculoskeletal assessment and actual functional performance.
   *Decreased strength into flexion, abduction, and internal and external rotation of the bilateral shoulder joints during the physical assessment was also a limitation during the FCE subtests requiring waist to crown level lifting and/or elevated work (both modified to eye level). Decreased strength of the trunk, hips, knee joints, and ankles, as well as tight hamstrings and increased low back pain with straight leg raising, were also limitations for full squatting during the repetitive squat and modified surfaces of floor to waist lifting task tests (21" from the floor).*

2. Heart rate reflects levels of stress or the amount of effort the person is using. Heart rate goes up with an increase in level of effort. Increase in manual material handling weight will increase heart rate. Painful positions can also increase heart rate.
   *Mr. Graziano's heart rate rose whenever he exerted moderate to maximum effort.*

3. Floor to waist lift correlates with repetitive squat test.
   *Mr. Graziano was able to lift sedentary loads weighing up to 16 pounds (but not from the floor) on the second day of testing. The surface had to be modified (to 21" above the floor on both days of testing). The need to raise the lifting surface was consistent with his ability to only partially squat with decreased weight bearing on the right lower extremity, which was even more evident on the second day of testing.*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

4. Overhead lifting correlates with elevated work test.

   *The overhead lifting task had to be modified to waist to eye level instead. Mr. Graziano was able to lift 21 pounds at maximum on the first day of testing and 16 pounds on the second day. Weak upper back extensors and decreased strength of the scapula stabilizers and glenohumeral joints were limiting factors on both days, as well as generalized weakness, fatigue, and significant lower back pain. Similar findings were observed for elevated work, where decreased cervical, upper back, and bilateral shoulder strength were also limiting factors, resulting in only being able to achieve lifting to eye level (versus waist to crown level).*

5. Side carry correlated with hand grip measurement (hand grip should be higher).

   *The side carrying task scored 19 pounds for the bilateral upper extremities on the first day of testing. He was unable to achieve the same score on the second day of testing secondary to severely increased shoulder and lower back pain. Hand grip strength maximum was 47 pounds on the right and 42 pounds on the left on the second day of testing.*

6. Pull force should be greater than push force.

   *Mr. Graziano was able to pull with 39 pounds of force and push with 50 pounds of force on the second day of testing. First day scores were slightly higher.*

7. Power leg for pushing is back leg.

   *This was not applicable as Mr. Graziano's bilateral lower extremities scored about the same in the strength tests.*

8. Low-level activities of kneeling and full squatting should be consistent with limitations in lower extremity strength, range of motion, and trunk flexion limitations.
   Low-level activities of kneeling and full squatting were limited as Mr. Graziano could not sustain the kneeling position for more than occasionally and could only partially squat for 10 repetitions with decreased weight bearing on the right lower extremity. Decreased ability to squat was consistent with limitations in lower extremity strength, range of motion, and trunk flexion limitations.
   *Kneeling was limited to "occasionally" due to difficulty maintaining the position*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

*secondary to trunk weakness and Mr. Graziano required external support to do so. In
addition, Mr. Graziano was limited in transition to low-level activity due to poor core
stabilization, decreased spinal and quadriceps muscle strength, and increased trunk and
bilateral lower extremity weakness and stiffness as the FCE tasks progressed. This was
noted especially with repetitions of squatting as he had difficulty maintaining his balance
also when ascending from the partially squatted position and needed support of an external
structure to do so.*

9. Sitting tolerance during the history and musculoskeletal assessment should be consistent
   with the sitting tolerance subtest in the FCE.

   *Sitting tolerance was poor and consistent throughout all of the FCE subtests and history/
   musculoskeletal assessments. Mr. Graziano exhibited increased spinal stiffness and
   increased low back pain significantly affecting his sitting tolerance. He was noted to be
   physically agitated in the sitting position and very frequently stood up to change positions.
   This intolerance worsened as the test progressed.*

10. Hand grip subtest scores should reflect a Bell Curve if all five positions are tested.

    *The scores did reflect the expected curve on both days of testing.*

11. Performance on Day 1 should be consistent with Day 2. If there is a change, definable
    physical reasons for the change should be documented.

    *On the second day of testing, Mr. Graziano demonstrated increased lower back pain and
    stiffness, as well as decreased AROM of the trunk as compared to the first day. He was also
    visually observed to be more fatigued on the second day of testing and after manual
    material handling tasks. He scored lower on most of the retested tasks. For example, on the
    first day of testing, he lifted 21 pounds from a 21" surface. On the second day, he could not
    lift more than 16 pounds from the same 21" surface. The bilateral side carrying task
    scored 19 pounds on the first day of testing and 14 pounds on the second day of testing due
    to significantly increased lumbar muscle spasms. His heart rate was also observed to be
    higher on the second day of testing as compared to the heart rate on the first day for the
    same tasks tested. On the second day of testing, Mr. Graziano exhibited increased stiffness
    and lower back spasms during and after the lifting tasks were retested. This caused some*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

*unsteadiness and he walked at a decreased pace, leaning to the left, as compared to the first day of testing, with decreased weight bearing on the right lower extremity.*

Mr. Graziano reported the following physical reactions between the first and second day of the FCE:

- The evening of the first day of the FCE, Mr. Graziano reported that he had a flare up of lower back and shoulder pain. It started with low back pain and got worse as the evening went on. He went to sleep then woke up several hours later secondary to pain in the lower back and shoulders. He took pain medication to get back to sleep. He woke up intermittently with pain several times, tossing and turning for the rest of the night.

  Mr. Graziano reported increased overall soreness and severe stiffness, more than usual the morning after the first day of testing, particularly lower back pain and bilateral shoulder symptoms.

- He also reported an increase in lower back and bilateral shoulder pain. He had increased difficulty walking with exacerbated intrascapula and mid-scapula pain as compared to the first day of testing. He exhibited a below average walking pace for his age and gender secondary to increased lower back pain and "pressure building up in his back" as he kept walking.

  In terms of posture, his increased lordotic position and decreased weight bearing on the right lower extremity were much worse on the second day of testing. His pain level increased to 8/10 the evening of the first day then to 7/10 on the second day of testing for the lower back area (it was 6/10 at the onset of the test for these areas on the first day of testing).

- Increased fatigue was reported (Mr. Graziano reports that he wasn't able to sleep well as he could not get comfortable due to increased pain). He was unable to fall asleep until he took pain medication.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

The following chart reports the results of various tasks conducted on both days of testing:

| Task Tested | Day I 10/11/18 Standard Score | Day II 10/12/17 Standard Score | % Changed | Standard Score* |
|---|---|---|---|---|
| **Round Blocks (Gross Motor Skills)** | | | | |
| Right | 70 | 45 | decreased 39% | Day I: Borderline average Day II: Below average |
| Left | 55 | 45 | Decreased 18% | Day I & Day II: Below average |
| **Nuts and Bolts (Fine Motor Skills)** | | | | |
| Right | 75 | 35 | decreased 56% | Day I: Low average Day II: Below average |
| Left | 55 | 30 | decreased 45% | Day I: Below average Day II: Significantly below average |
| **Peg Board (Dexterity)** | | | | |
| Right | 85 | 55 | decreased 38% | Day I: Average Day II: Below average |
| Left | 70 | 60 | decreased 14% | Day I: Borderline average Day II: Below average |
| *Key for Standard Scores: 0-69 = below average; 70-100 = average; 100+ = above average | | | | |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

| Task Tested | Day I 10/11/18 Score: Pounds | Day II 10/12/18 Score: Pounds | % Decreased | Average for Age and Gender |
|---|---|---|---|---|
| Tip pinch grip (right) | 18.5 | 9.5 | decreased 50% | 11 to 24 pounds; mean = 18.3<br><br>Day I: Average<br>Day II: Below average |
| Tip pinch grip (left) | 22.0 | 13.0 | decreased 41% | 12 to 26 pounds; mean = 17.8<br><br>Day I: Average<br>Day II: Borderline average |
| Palmar pinch grip (right) | 21.0 | 12.5 | decreased 40% | 15 to 36 pounds; mean = 23.8<br><br>Day I: Average<br>Day II: Below average |
| Palmar pinch grip (left) | 15.7 | 9.7 | decreased 38% | 16 to 36 pounds; mean = 24<br><br>Day I: Borderline below average<br>Day II: Below average |
| Key pinch grip (right) | 23.0 | 9.3 | decreased 60% | 20 to 34 pounds; mean = 26.7<br><br>Day I: Average<br>Day II: Significantly below average |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

| Task Tested | Day I 10/11/18 Score: Pounds | Day II 10/12/18 Score: Pounds | % Decreased | Average for Age and Gender |
|---|---|---|---|---|
| Key pinch grip (left) | 26.0 | 11.3 | decreased 57% | 20 to 34 pounds; mean = 26.1 <br><br> Day I: Average <br> Day II: Below average |
| Jamar grip test (right): Position 2 | 69.7 | 47.0 | decreased 33% | 79 to 151 pounds; mean = 113.1 <br><br> Day I & Day II: Below average |
| Jamar grip test (left): Position 2 | 60.7 | 40.7 | decreased 33% | 70 to 143 pounds; mean = 101.9 <br><br> Day I & Day II: Below average |
| Jamar grip test (right): Position 3 | 61.3 | 39.0 | decreased 36% | 79 to 131 pounds; mean = 113.6 <br><br> Day I & Day II: Below average |
| Jamar grip test (left): Position 3 | 63.0 | 42.0 | decreased 33% | 70 to 143 pounds; mean = 101.9 <br><br> Day I & Day II: Below average |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

| Task Tested | Day I 10/11/18 Amount (Pounds) | Day II 10/12/18 Amount (Pounds) | % Changed |
|---|---|---|---|
| Floor to waist lift (modified to 21" surface to waist lift; 21" = 10" surface + 11" distance from crate handles to floor) | 21 pounds | 16 pounds | decreased 24% |
| Lifting: waist to overhead lift (modified to waist to eye level lift) | 21 pounds | 16 pounds | decreased 24% |
| Front carry | 26 pounds | 21 pounds | decreased 19% |
| Right side carry | 19 pounds | 14 pounds | decreased 26% |
| Left side carry | 19 pounds | 14 pounds | decreased 26% |
| Pushing | 63 pounds | 50 pounds | decreased 21% |
| Pulling | 58.7 pounds | 39 pounds | decreased 34% |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Claimant Name: Michael J. Graziano     Claim #: 15828867

**Pain Behavior:**

1. Mr. Graziano demonstrated an appropriate response to effort and discomfort during the testing procedure. He attempted to work through his symptoms with maximum effort. During the test, he also frequently reported increased symptoms, specifically in the areas of the right side of his lower back. He also exhibited increased pain and stiffness in the shoulders, trunk, and bilateral lower extremities as the FCE progressed. Positional tolerance tasks, especially sitting and standing, as well as sitting and standing with forward bending or trunk rotation were limited by pain in the lower back caused by muscle tightness, trunk weakness, and poor core and scapula stabilization. Shoulder pain increased with manual material handling and overhead and reaching activities.

2. Increasing tightness/stiffness (as the test duration increased) in the trunk and lower back, as well as bilateral shoulders, right lower back, and lower extremity weakness were observed, which was part of the reason for limitations with transitional or low-level postures/positions (specifically, rising up from the floor) and forward bending. Mr. Graziano also reported feeling that his right shoulder was unstable, and he states that he felt unsteady. He also needed an external support to lean on when he ascended from the floor and had to hold onto an external support (heavily relying on his hands) to maintain the kneeling position or to perform repetitions of partial squatting.

3. Mr. Graziano's pain complaints in the lower back (right more than left), and objective signs of discomfort are consistent with the diagnoses.

4. Mr. Graziano reports extreme and constant pain in the spine. Pain was initially rated at 6/10 on the first day of testing and increased to 8/10 after the FCE then to 7/10 on the second day of testing.

5. Mr. Graziano was given three pain/functional questionnaires. The Back Index scored 66% (with 100% being the most impaired score). The DASH (Disabilities of the Arm, Shoulder, and Hand) scored 53.3% (with 100% being the most impaired). The Lower Extremity Functional Scale (LEFS) scored 19/80 (with 0/80 being the most impaired score). These tests indicate significant functional impairments in the back, upper and lower extremity areas.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

**Safety:**

Mr. Graziano demonstrated an attempt at an overall safe performance including proper body mechanics, however pacing was hesitant and cautious. His awareness of safe techniques was generally good; however, Mr. Graziano exhibited poor core and scapula stabilization and postural deficits due to his trunk, shoulders, and lower extremity weakness, which results in a type of dysfunctional gait pattern with decreased weight bearing on the right lower extremity. He exhibited a lordotic posture and a slow pace (worse on the second day of testing). Rigidity of the lower back was also noted. His ambulation pace fell into the below average range for his age and gender based on a 6-minute timed walking test.

**Quality of Movement:**

1. Due to his multiple orthopedic limitations, Mr. Graziano exhibits many compensatory postures that are potentially unsafe. However, overall, he did demonstrate some appropriate changes in body mechanics, including the use of accessory muscles, counterbalancing and momentum, as activity level increased. These changes are expected and are consistent with maximal effort.

2. Quality of movement deteriorated as Mr. Graziano began to fatigue, which occurred very quickly.

3. Mr. Graziano needed to change positions very frequently, especially from sitting to standing due to intolerance of the sitting position, increased lower back pain and fatigue, which became increasingly more intense and difficult to tolerate as the test progressed.

4. The second day FCE tasks that were performed were carried out more slowly due to increased pain in the shoulders and lower back, as well as with notably increased fatigue.

**Significant Deficits:**

The following limited Mr. Graziano's functional capabilities:

1. Decreased ability to squat more than partially on an occasional basis (6% to 33% of day); holding on for support.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

2. Decreased ability to tolerate walking. He was able to ambulate for 6 minutes but at a below average pace for his age based on a 6-minute timed test.

3. Lifting sedentary-light loads from a 21" surface to waist and from waist to eye level.

4. Mr. Graziano is limited to 21 pounds in front carrying (on the second day of testing) due to postural back muscle weakness, especially the upper and lower back extensors, scapula and core stabilizers, as well as significant lower back pain. He was able to side carry up to 14 pounds on the second day of testing but was limited by trunk and back weakness, as well as significant lower back spasms.

5. Below average hand grip strength on both days of testing. Borderline to below average bilateral pinch grip strength on the second day of testing. Both hand and pinch grip strength scored worse on the second day of testing.

6. Weakness/stiffness of the trunk, postural muscles, scapula and core stabilizers, bilateral lower extremities, and shoulders caused a compensatory movement pattern. Decreased AROM and strength of the trunk and bilateral hips caused a dysfunctional and below average paced gait pattern.

7. Increased lower extremity stiffness and trunk weakness, as well as increased lower back pain noted with activities requiring transitioning from modified low-level positions to erect postures (partial squatting, etc.). Mr. Graziano requires external support when rising up from moderately low-level positions and to maintain the static position of kneeling.

8. Mr. Graziano is unable to tolerate forward bending in standing for more than occasional periods. He frequently shifted out of position while standing bending forward as a way of alleviating the tightness. He exhibits weakness of the trunk musculature, scapula, and core stabilizers.

9. Repetitive partial squatting is limited to occasionally (6% to 33% of day) due to decreased trunk and hip strength/flexibility and increasing paraspinal and hip muscle tightness, especially with repetition or static positions.

10. Mr. Graziano fatigues easily, especially when sitting or standing statically, and must change positions frequently (every 25 minutes for sitting at the onset of the test then every

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

20 minutes or less once the test progressed and on the second day of testing). Standing is limited to approximately 25 minutes or less.

11. Mr. Graziano demonstrated increased lower back and shoulder pain, as well as decreased core and scapula stabilization while performing the repetitive tasks of hand coordination testing and hand grip/pinch grip testing. This resulted in rapid fatigue, as well as significantly below average right key pinch grip, below average right tip pinch and bilateral palmar grip, borderline average left tip pinch scores, and below average to significantly below average hand coordination tests.

12. Decreased ability to perform the kneeling position due to difficulty descending to a low-level surface and difficulty ascending from it. It should be noted that attempting to perform these activities also increased his lower back pain, as well as bilateral hip symptoms.

13. Muscle and joint pain was aggravated by dysfunctional compensatory postures.

14. Mr. Graziano was unable to perform the task of stair climbing with one leg over the other secondary to right lower extremity and trunk weakness.

**Significant Abilities:**

Mr. Graziano demonstrates:

Ability to tolerate static sitting and sitting with forward bending or rotation on an occasional basis and must change positions frequently.

**Job Description Explored:**

Mr. Graziano was employed as Senior Property Underwriter. The critical demands of this job are described below based upon a job description provided by Mr. Graziano:

The Senior Property Underwriter is responsible for selling insurance products or services. The Senior Property Underwriter will reach his or her business targets through effective management of designated territories and physical visits to broker and client sites. This individual will also develop ongoing, profitable relationships with client and continually maintain a professional image of the company. Travels locally and nationally to visit clients and brokers.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Swiss Re Corporate Solutions provides risk transfer solutions to large and mid-sized corporations around the world. Its innovative, highly customized products and standard insurance covers help to make businesses more resilient, while its industry-leading claims service provides additional peace of mind. Swiss Re Corporate Solutions serves clients from over 50 offices worldwide and is backed by the financial strength of the Swiss Re Group.

**Job Duties:**

- Discusses and negotiates individual deals with clients and brokers.
- Analyzes and assesses technical insurability regarding exposures and coverage on new offer and renewal submissions.
- Prepares quotations, structures programs, and offers proposals in accordance with guidelines.
- Uses SR tools and systems for the development of terms and conditions.
- Enters and maintains risk information into the various information systems and administers the accounts.
- Establishes and maintains specific industry sector know-how.
- Coaching of less experienced staff.
- Represents Swiss Re in meetings with clients, brokers, and other Swiss Re Group entities.
- Regular contact with brokers and clients which require competent technical know-how, negotiation, and language skills, initiative and service orientation.
- Works effectively within client teams.

**Working Conditions:**

- Frequent travel is required, often up to several hours of driving or use of mass transit at least twice weekly (usually approximately 100 visits/year). Must bring marketing material and files, carrying files, computer, etc.
- Ability to travel to, attend, and conduct presentations.
- Manual dexterity required to use desktop computer and peripherals.
- Occasional lifting of items up to 20 lbs.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

- Overtime as required.
- Exposure to variable weather conditions is likely.

The following compares FCE abilities to critical work demands:

| WORK CRITICAL DEMANDS | FCE ABILITIES | JOB MATCH |
|---|---|---|
| 1. Sitting frequently to perform job duties. | 1. Mr. Graziano was able to sit on an occasional basis only due to intolerance to this position secondary to decreased core stabilization and trunk weakness (25 to 30-minute intervals). | No. |
| 2. Moving loads weighing up to 20 pounds frequently. | 2. Mr. Graziano was able to lift 16 pounds from a 21" surface to waist and from waist to eye level. | No. |
| 3. Carrying various loads ranging from light to medium. | 3. Mr. Graziano was able to front carry up to 21 pounds and right/left side carry up to 14 pounds. | No. |
| 4. Reaching overhead and at desk level to perform various job tasks. | 4. Mr. Graziano can reach to eye level and tolerate elevated work on an occasional basis. | No, for reaching overhead. He can reach to eye level on an occasional basis. |
| 5. Transitional postures (kneeling, squatting, and bending) to perform various job tasks). | 5. Mr. Graziano can perform all transitional postures on an occasional (kneeling) basis and forward bending on an occasional basis. | Yes, for occasional kneeling and squatting. Yes, for bending forward in both sitting and standing. |
| 6. Ambulation frequently from client to client. | 6. Mr. Graziano can only ambulate on an occasional basis. | No, for frequently. |
| 7. Average hand grip strength and gross/fine motor coordination for general job duties. | 7. Mr. Graziano demonstrates below average hand grip strength and gross/fine motor and dexterity skills bilaterally. | No, for grip or gross/fine motor and dexterity skills frequently. |
| 8. Standing frequently for presentations and other related job tasks. | 8. Mr. Graziano is only able to stand on an occasional basis. | No, for frequently. |

## Conclusion:

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976
United States Copyright ACT without permission of the copyright owner is unlawful.

Mr. Graziano is unable to perform his former occupation of Senior Underwriter for Swiss Re due to the large discrepancy between his current functional abilities and the critical/essential job demands of his previous job. He is still suffering from the symptoms of chronic lower back pain and bilateral hip and lower extremity weakness, as well as pain in the bilateral shoulders. In addition, there is muscular weakness in the bilateral shoulders and lower extremities. This results in multiple areas of dysfunction. He experiences stiffness of the spine and bilateral shoulders, lower back, and lower extremities (as well as the aforementioned shoulder and lower extremity weakness) and a slow and dysfunctional gait pattern with decreased weight bearing on the right lower extremity and with aggravation of these symptoms in a variety of positions and tasks, especially with static sitting/standing, lifting/carrying, and walking for more than occasional periods. At times he moves with an antalgic gait pattern with decreased weight bearing on the right lower extremity and a lordotic low back posture. He ambulates with caution so as not to provoke his symptoms. He cannot sit more than occasionally due to lower back, trunk, and paraspinal muscle weakness and severe pain. He also experiences difficulty with hand and pinch gripping and gross/fine motor coordination and dexterity skills, resulting in borderline to below average to significantly below average scores, exacerbated on the second day of testing.

Mr. Graziano is also unable to function at this job even at the sedentary physical demand level due to the high level of dysfunction caused by the above described symptoms in multiple muscle groups and joints. He is not able to tolerate an 8-hour work day due to positional intolerances in sitting and standing (must change positions every 20 to 25 minutes and every 25 minutes, respectively), increased fatigue, deterioration of movements as tasks progress, and poor musculoskeletal endurance. He remains totally disabled from his occupation at this time.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

# FUNCTIONAL CAPACITIES EVALUATION
## PHYSICAL ASSESSMENT

Name: Michael Graziano

Blood pressure: 140/90          Weight: 275 lbs.

Pulse: 72 bpm          Height: 5' 9 1/2"

Gait:

1. Decreased pace for his age and gender.

Posture:
1. Increased lumbar lordosis.
2. Decreased cervical lordosis.
3. Right side anatomical landmarks higher than left.

Coordination:
____X__ Normal
_____ Other

Movement Characteristics (speed, smoothness, posturing):
_____ Normal
___X___ Other (Slow)

| YES | NO | QUESTION |
|-----|----|---------|
|  | X | 1. Has your doctor ever said that you have a heart condition and that you should only do physical activity recommended by a doctor? |
|  | X | 2. Do you feel pain in your chest when you do physical activity? |
|  | X | 3. In the past month, have you had chest pain when you weren't doing physical activity? |
|  | X | 4. Do you lose your balance because of dizziness or do you ever lose consciousness? |
| X* |  | 5. Do you have a bone or joint problem (for example, back, knee or hip) that could be made worse by a change in your physical activity? (BACK, KNEE, HIP) |
| X* |  | 6. Is your doctor currently prescribing drugs (for example, water pills) for your blood pressure or heart condition? |
|  | X | 7. Do you know of any other reason why you should not do physical activity? |

*Yes answers explored with client and there were no contraindications to testing.*

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

| NECK: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 45 | WNL | | 4+/5 | |
| Extension | 45 | 15 | | 4+/5 | |
| Lateral Flexion | 45 | 15 | 15 | 4+/5 | 4+/5 |
| Rotation | 90 | 60 | 70 | 4+/5 | 4+/5 |
| WNL = Within normal limits | | | | | |

| TRUNK: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 80 | 40 | | 3-/5 (upper abd.) | |
| Extension | 30 | 15 | | 3+/5 (upper trunk) 3-/5(lower trunk) | |
| Lateral flexion | 35 | 15 | 15 | N/T | N/T |
| Rotation | 45 | WNL | WNL | N/T | N/T |
| WNL = Within normal limits N/T = Not tested | | | | | |

| SHOULDER: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Forward Flexion | 180 | 115 | 140 | 3+/5 | 3+/5 |
| Extension | 60 | WNL | WNL | 3+/5 | 3+/5 |
| Abduction | 180 | 103 | 140 | 3+/5 | 3-/5 |
| Internal rotation | 70 | 20 | 40 | 3-/5 | 3-/5 |
| External rotation | 90 | 30 | 60 | 3-/5 | 3-/5 |
| WNL = Within normal limits | | | | | |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

| ELBOW: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 150 | WNL | WNL | WNL | WNL |
| Extension | 0 | WNL | WNL | WNL | WNL |
| WNL = Within normal limits | | | | | |

| FOREARM: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Pronation | 80 | WNL | WNL | WNL | WNL |
| Supination | 80 | WNL | WNL | WNL | WNL |
| WNL = Within normal limits | | | | | |

| WRIST: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 80 | WNL | WNL | WNL | WNL |
| Extension | 70 | WNL | WNL | WNL | WNL |
| Ulnar deviation | 30 | WNL | WNL | WNL | WNL |
| Radial deviation | 20 | WNL | WNL | WNL | WNL |
| WNL = Within normal limits | | | | | |

| GROSS MOTOR HAND STRENGTH | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Bilateral hands | | WNL | WNL | WNL | WNL |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

| HIP: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion (knee extd) | 90 | 45* | 40** | 4/5 | 3+/5 |
| Flexion(k.flex.) | 120 | 95 | 95 | 4/5 | 3+/5 |
| Abduction | 45 | WNL | 30 | 4/5 | 3+/5 |
| Adduction | 30 | WNL | 15 | 4/5 | 3+/5 |
| Extension | 30 | 15 | 15 | 4/5 | 3+/5 |
| Internal Rotation | 45 | 30 | 15 | 4/5 | 3+/5 |
| External Rotation | 45 | 40 | 20 | 4/5 | 3+/5 |

*Increased low back pain.
**Positive cross over sign.
WNL = Within normal limits

| KNEE: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Flexion | 135 | WNL | WNL | 4/5 | 4/5 |
| Extension | 0 | WNL | WNL | 4/5 | 4/5 |

WNL = Within normal limits

| ANKLE: | NORMAL | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | | RIGHT | LEFT | RIGHT | LEFT |
| Plantar Flexion | 50 | WNL | WNL | 4/5 | 4/5 |
| Dorsiflexion | 20 | WNL | WNL | 4/5 | 4/5 |
| Inversion | 35 | WNL | WNL | 4/5 | 4/5 |
| Eversion | 15 | WNL | WNL | 4/5 | 4/5 |

WNL = Within normal limits

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

Toe rises (10=WNL)　　__10__　Reps Right (Holds on heavily for support)
　　　　　　　　　　　　__10__　Reps Left (Holds on heavily for support)

Knee Squat (20=WNL)　__10___　Reps (Holds on heavily for support)

## ATROPHY/EDEMA

- Within normal limits

## NEUROMUSCULAR SYSTEM

### Sensation/Reflex Testing:

- Sensory Testing: Tingling in bottom of right lower arm.
- Reflex Ankle Jerk: Within normal limits
- Reflex Knee Jerk: Within normal limits
- Reflex Upper Extremities: Within normal limits

## INTEGUMENTARY:

- Within normal limits

## MUSCLE TONE SPASMS:

- Paralumbar muscle tightness

| SCREENING FOR GROSS BALANCE – CTSIB | TIME(S) TRIAL I | TIME(S) TRIAL II |
|---|---|---|
| Quiet standing, eyes open | WNL | WNL |
| Quiet standing, eyes closed | WNL | WNL |
| Quiet standing on foam, eyes open | WNL | WNL |
| Quiet standing on foam, eyes closed | WNL | WNL |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that  permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

## FINDINGS OF PHYSICAL ASSESSMENT:

1. Decreased ambulation pace for age and gender.

2. Increased lumbar lordosis.

3. Decreased cervical lordosis.

4. Right anatomical landmarks hither than left.

5. Decreased cervical AROM and strength.

6. Decreased trunk AROM and strength.

7. Decreased glenohumeral joint AROM and strength.

8. Decreased bilateral hip AROM and strength.

9. Decreased bilateral knee and ankle strength.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that  permitted
by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright
owner is unlawful.

# Functional Capacity Evaluation (FCE)

This client performed a functional capacity evaluation consisting of the items listed below. It was objectively determined from this test that the client can safely perform the listed items (pounds/positions) for the indicated percentages of an eight-hour work day.

Client: Michael Graziano

Date: October 11 & 12, 2018

| Item | 0 | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions |
|---|---|---|---|---|---|---|
| **WEIGHT CAPACITY IN LBS** | | | | | | |
| Floor to waist lift (Modified to 21" surface: 21" = 10" surface + 11" distance from crate handles to floor on the second day of testing) | | 16 | 4 | X | X | Decreased core stabilization; decreased upper extremity grip strength; trunk and quadriceps weakness; decreased standing tolerance |
| Waist to overhead lift (modified to eye level) | | 16 | 4 | X | X | Weak back extensor muscles; diminished bilateral shoulder girdle AROM and strength; decreased bilateral hand grip strength; decreased standing tolerance |
| Push (Static) | | 50 | 15 | X | X | Decreased tolerance to wrist compression; decreased shoulder girdle strength |
| Pull (Static) | | 39 | 10 | X | X | Decreased shoulder strength; decreased low back extensor strength |
| Right carry | | 14 | 4 | X | X | Decreased trunk and right hand grip strength; right shoulder weakness; decreased counterbalancing |
| Left carry | | 14 | 4 | X | X | Decreased left hand grip strength; decreased counterbalancing |
| Front Carry | | 21 | 5 | X | X | Left paraspinal stiffness; below average pace for his age and gender; decreased grip strength; decreased walking tolerance |
| Right hand grip (Static) | | 47 | 36 | 24 | 12 | Below average hand grip strength; average range for this age and gender is 79 to 151 pounds; mean = 113.6 |
| Left hand grip (Static) | | 42 | 33 | 22 | 11 | Below average hand grip strength; average range for this age and gender is 70 to 143 pounds; mean = 101.9 |

The columns are labeled "Percent of 8-hour Day" spanning columns 0, 1-5, 6-33, 34-66, 67-100.

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

| Item | | Percent of 8-hour Day | | | | | Restrictions |
|------|---|---|-----|------|------|--------|-------------|
| | | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| Tip Pinch | Right | | 9.5 | 7.2 | 4.8 | 2.4 | Below average tip pinch strength; average range for this age and gender is 11 to 24 pounds; mean = 18.3 |
| | Left | | 13.0 | 9.9 | 6.6 | 3.3 | Borderline average tip pinch strength; average range for this age and gender is 12 to 26 pounds; mean = 17.8 |
| Palmar pinch | Right | | 12.5 | 9.3 | 6.2 | 3.1 | Below average palmar pinch strength; average range for this age and gender is 15 to 36 pounds; mean = 23.8 |
| | Left | | 9.7 | 7.2 | 4.8 | 2.4 | Below average palmar pinch strength; average range for this age and gender is 16 to 36 pounds; mean = 24 |
| Key pinch | Right | | 9.3 | 6.9 | 4.6 | 2.3 | Significantly below average strength; average range for this age and gender is 20 to 34 pounds; mean = 26.7 |
| | Left | | 11.3 | 8.4 | 5.6 | 2.8 | Below average strength; average range for this age and gender is 20 to 34 pounds; mean = 26.1 |
| FLEXIBILITY/POSITIONAL | | | | | | | |
| Elevated work (modified to eye level) (includes reaching to eye level) | | | | X | | | Decreased shoulder girdle strength; scapula weakness; decreased AROM of the glenohumeral joint when reaching to eye level; increased lumbar lordosis secondary to upper extremity weakness |
| Forward bending / sitting (includes reaching below waist level) | | | | X | | | Trunk weakness |
| Forward bending / standing (includes reaching below waist level) | | | | X | | | Decreased core stabilization; some increase of low back pain observed |
| Rotation sitting (includes reaching across mid-line) | | | | X | | | Increased symptoms of low back and shoulder pain noted, especially when rotating right to left; decreased shoulder AROM and strength for reaching |
| Rotation standing (includes reaching across mid-line) | | | | X | | | Increased symptoms of low back and shoulder pain noted, especially when rotating right to left; decreased shoulder AROM and strength for reaching |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Back to Employment Safety Trained

Claimant Name: Michael J. Graziano    Claim #:  15828867

| Item | Percent of 8-hour Day | | | | | Restrictions |
|------|---|-----|------|-------|--------|-------------|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| Crawl | | | | | | This task omitted by therapist for safety reasons |
| Kneel | | | X | | | Difficulty with ascent from the floor and descent to the floor |
| Crouch-deep static | | | | | | This task omitted by therapist for safety reasons |
| Repetitive squat (partial) | | | X | | | Quadriceps muscle weakness; decreased hip and knee flexibility; must hold on for support |
| **STATIC WORK** | | | | | | |
| Sitting tolerance | | | X | | | Intolerance to this position for more than 25 to 30-minute intervals |
| Standing tolerance | | | X | | | Increased symptoms after more than 25 to 30-minute intervals; decreased standing tolerance |
| **AMBULATION** | | | | | | |
| Walking | | | X | | | Left paraspinal muscle tightness; decreased endurance and pace for his age and gender |
| Stair climbing | | | X | | | Cannot stair climb when fatigued; "marks time" ascending with right leg, descending with left leg; does not stair climb one leg over the other |
| Stepladder climbing | | | | | | This task omitted by therapist for safety reasons |
| Balance (static) | | | X | | | Decreased standing tolerance |
| **COORDINATION** | | | | | | |
| R. upper extremity (includes reaching at desk level) | | | X Gross motor  X* Fine motor | X Dexterity | | Below average gross/fine motor and dexterity scores |
| *Low end of occasionally (6% to 15% of day) | | | | | | |

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

**B**ack to **E**mployment **S**afety **T**rained

| Item | Percent of 8-hour Day | | | | | Restrictions |
|---|---|---|---|---|---|---|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | |
| L. upper extremity<br><br>(includes reaching at desk level) | | X<br>Fine motor | | X<br>Gross motor & dexterity | | Below average gross motor and dexterity scores; significantly below average fine motor score |

Susan Greenberg, MS, PT

Evaluator

October 11 & 12, 2018

Date

Copyright © 1994 BEST Associates
All rights reserved. Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright ACT without permission of the copyright owner is unlawful.

Back to Employment Safety Trained

## unum

**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

02875005985537702

---

### ATTENDING PHYSICIAN STATEMENT (Continued)

Patient Name (Last Name, First Name, MI, Suffix)

G R A Z I A N O | | M I C H A E L | | | | | | | | | | | Date of Birth (mm/dd/yy) 6 5

Other Providers: Are you aware of or have you referred your patient to other treating providers? If yes, please provide complete name, contact information and specialty of any other treating physicians.

| Name | Specialty | Address | Phone # |
|---|---|---|---|
| | | | |
| | | | |

Have you advised the patient to return to work?  ☐ Yes  ☒ No   Expected return to work date (mm/dd/yy): ☐ Full Time  ☐ Part Time

Part-time hours per day

---

### C. Functional Capacity

If your patient does not have physical and/or behavioral health RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do), please initial here _____ and go to **SECTION D.**

Please note: When considering a standard 8 hour workday with breaks (approximately every two hours) please quantify terms that may not be uniformly understood such as "prolonged", "repetitive", "light-duty", "heavy lifting", or "stressful situations". In addition, never means not at all, occasional means more than never but less than 33% of the time; frequent means 34-66% of the time, and constant means 67-100% of the time.

---

### Restrictions and/or Limitations

If your patient has CURRENT RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

① NO LIFTING > 25 lbs.

② NO PROLONGED STANDING / SITTING (>30 MINS)

③ NO STOOPING, BENDING, CLIMBING

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): 10/16/14  To (mm/dd/yy): PRESENT.

---

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Attending Physician portions of the claim form.

---

### D. Signature of Attending Physician

The above statements are true and complete to the best of my knowledge and belief.

Physician Name (Last Name, First Name, MI, Suffix) Please Print

BEER, JEFFERY R

Degree/Specialty

PMR - PAIN

Address

801 MERRICK AVE.

City  EAST MEADOW  State NY  Zip 11554

Telephone Number | Fax Number | Physician Tax ID Number: | Are you related to this patient?  ☐ Yes  ☒ No
If yes, what is the relationship?

Signature of Physician

X

Date

11-23-18

CL-1104 (08/17)  2

---



**SHORT TERM DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158
www.unum.com
Toll-free: 1-800-858-6843  Fax: 1-800-447-2498
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time)

028750069855337701

---

## ATTENDING PHYSICIAN STATEMENT (PLEASE PRINT)

TO BE COMPLETED BY PHYSICIAN OR TREATING PROVIDER

Name of Patient (Last Name, Suffix, First Name, MI)

G R A Z I A N O | | M I C H A E L | | J T .

Social Security Number

Date of Birth (mm/dd/yy) | 0 5 | Patient Telephone Number | 6 4 6 | 4 9 6 | 5 1 7 6

Employer Name

S W I S S | R E

---

**A. Complete this section for pregnancy, then go to Section C**

| Expected Delivery Date (mm/dd/yy): | Actual Delivery Date (mm/dd/yy): | Delivery Type: ☐ Vaginal ☐ C-Section | Date of first visit for this pregnancy (mm/dd/yy): | Date Hospitalized (mm/dd/yy): |
|---|---|---|---|---|
| Diagnosis: | ICD Code: | Did you advise your patient to stop working? ☐ Yes ☐ No | | If yes, on what date (mm/dd/yy)? |

Were there any complications causing your patient to stop working prior to her expected delivery date? ☐ Yes ☐ No
If yes, please explain:

---

**B. Complete this section for all conditions except pregnancy, then go to Section C**

| Date of first visit for this current condition(s) (mm/dd/yy): | Date of last office visit (mm/dd/yy): | Date of next office visit (mm/dd/yy): | Did you advise your patient to stop working? ☒ Yes ☐ No  If yes, on what date (mm/dd/yy)? |
|---|---|---|---|
| 2/2014 | 11-9-2018 | 12-5-18 | 10-16-18 |

Has the patient been treated for the same/similar condition in the past? ☐ Yes ☐ No ☐ Unknown

If yes, please provide treatment dates (mm/dd/yy): From _____ Through _____

Is the patient's condition work related? ☐ Yes ☒ No ☐ Unknown

Patient's Height: **5'9"**

Patient's Weight: **260 lbs**

Primary Diagnosis: **LUMBAR PAIN / RADICULOPATHY**

Primary ICD Code: **724.4**

Secondary Diagnosis: **LUMBAR FACET PAIN**

Secondary ICD Code: **724.3**

Has the patient been hospitalized? ☐ Yes ☒ No  If yes, date hospitalized (mm/dd/yy): _____ through (mm/dd/yy): _____

Was surgery performed? ☐ Yes ☒ No  If yes, what procedure was performed? | CPT Code: | Date Surgery Performed (mm/dd/yy):

What is your treatment plan? Please include all medications.

**P.T. MEDICATIONS, INJECTIONS.**

---

CL-1104 (08/17)



## LONG ISLAND SPINE REHABILITATION MEDICINE

**Jason S. Lipetz, M.D.   Jeffry R. Beer, M.D.**
**Joseph K. Lee, M.D.   Miranda B. Smith, MD**
www.lispinemed.com

| | | | |
|---|---|---|---|
| 801 Merrick Ave. | 560 Northern Blvd. Ste. 204 | 625 Rockaway Turnpike | 1160 E. Jericho Tpk., Ste. 123 |
| East Meadow, NY 11554 | Great Neck, NY 11021 | Lawrence, NY 11559 | Huntington, NY 11743 |
| (516) 393-8941 Phone | (516) 441-5940 Phone | (516) 595-0086 Phone | (631) 449-7311 Phone |
| (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax |

Date:      10/16/2018
Patient:   Graziano, Michael
DOB:       ████/1965

To Whom It May Concern:

This letter is written to indicate that Michael is under my care for a lumbar spine condition. Given the nature of his job, he is unable to physically perform his normal duties as Vice President/Senior Production Underwriter at Swiss Re.

At this time, given his symptoms (lumbar pain and limited lumbar ROM along with an inability to perform prolonged walking, standing and sitting) and the nature of this disorder, I have recommended that Michael be absent from work until further notice.

He will remain under my care for this condition for the foreseeable future.

Please do not hesitate to contact a member of our team if additional questions should arise regarding this patient's course of care.

Sincerely,

Jeffry R. Beer, M.D.

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 10/4/2018 1:32:38 PM

Location: Lawrence

Insurance: Aetna

Acc No: 20770

DOB: ███/1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-5178

## History of Present Illness

Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

## Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
## Past Surgical History
SHOULDER

## Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

## Allergies
No Known Drug Allergies

## Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

## Family History
No Pertinent Family History

## Review of Systems
**Constitutional**: The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent**: No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac**: No history of cardiac illness.
**Pulmonary**: No history of pulmonary illness.
**Digestive**: No bowel or bladder incontinence.
**Urinary**: No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal**: No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological**: No rashes, itching or other skin problems.

Page 1 / 3

Phone : 516-393-8941     Fax :

Pat Name :Graziano, Michael
Age : 51 Year(s)
Address :
Visit Date : 1/3/2017 5:06:10 PM
Location : Great Neck

Acc No : 20770
DOB     1965
Physician : Jeffry R Beer, MD
Insurance : Aetna PPO

Gender : MALE

Phone : (646)496-5176

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: had been doing better after injections. Pain came back over the past few months.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional:** The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent:** No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac:** No history of cardiac illness.
**Pulmonary:** No history of pulmonary illness.
**Digestive:** No bowel or bladder incontinence.
**Urinary:** No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal:** No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological:** No rashes, itching or other skin problems.·
**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological:** No paralysis, stroke, numbness or loss of balance.

Phone : 516-393-8941    Fax :

Pat Name :Graziano, Michael                          Acc No : 20770                          Gender : MALE

Age : 51 Year(s)                                          DOB :        1965

Address :                                                                                                      Phone : (646)496-5176

Visit Date : 1/3/2017 5:06:10 PM                     Physician : Jeffry R Beer, MD

Location : Great Neck                                    Insurance : Aetna PPO

**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

**Vitals**
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

**Physical Examination**
**General Inspection: The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: An MRI of the Lumbar Spine **has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

**Assessment**
Facet syndrome (M47.899)
Lumbago (M54.5)

**Plan**
**Procedures:** Lumbar Or Sacral Singal Level Facet
**Follow Up:** 2 Week(s) 01/17/2017 - Follow up visit after initial injections: For ther right L2-3 and L3-4 injections. As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

**Goals:** No acute medical issues at this time.

Page 2 / 2

Phone: 516-393-8941     Fax:

Pat Name :Graziano, Michael     Acc No : 20770     Gender : MALE

Age : 52 Year(s)     DOB ▮▮/1965

Address :     Phone : (646)496-5176

Visit Date : 11/28/2017 3:16:32 PM     Physician : Jeffry R Beer, MD

Location : Great Neck

Insurance : Aetna PPO

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: had been doing better after injections. Pain came back over the past few months.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional:** The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heant:** No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac:** No history of cardiac illness.
**Pulmonary:** No history of pulmonary illness.
**Digestive:** No bowel or bladder incontinence.
**Urinary:** No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal:** No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological:** No rashes, itching or other skin problems.
**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.

Page 1 / 3

Pat Name :Graziano, Michael                    Acc No : 20770                    Gender : MALE

Age : 52 Year(s)                               DOB : ████ 1965

Address : ████████████████████████████                                          Phone : (646)496-5178

Visit Date : 11/28/2017 3:16:32 PM             Physician : Jeffry R Beer, MD

Location : Great Neck

Insurance : Aetna PPO

**Neurological:** No paralysis, stroke, numbness or loss of balance.
**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

## Vitals

BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

## Physical Examination

**General Inspection: The patient has discomfort.**
**Vascular:** No distal upper or lower limb edema noted.
**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin:** Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic:** There is no palpable or tender lymphadenopathy.
**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies:** Radiologic Review: **An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

## Assessment

Facet syndrome (M47.899)
Lumbago (M54.5)

## Plan

As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

**Procedures:** Lumbar Or Sacral Singel Level Facet
**Goals:** No acute medical issues at this time.
**Follow Up:** 2 Week(s) 12/12/2017 - Follow up visit after initial injections: For DX right L2-4 MBB in anticipation of

Pat Name :Graziano, Michael

Age : 52 Year(s)

Address :

Visit Date : 11/28/2017 3:16:32 PM

Location : Great Neck

Insurance : Aetna PPO

Acc No : 20770

DOB : ███/1965

Physician : Jeffry R Beer, MD

Gender : MALE

Phone : (646)496-5176

lumbar RFA

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 10/4/2018 1:32:38 PM

Location: Lawrence

Insurance: Aetna

Acc No: 20770

DOB: /1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-5176

**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.

**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.

**Neurological:** No paralysis, stroke, numbness or loss of balance.

**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

## Vitals

BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg

Height: 5'9"

Weight: 260 Lb

Body Mass Index: 38.391 Kg/ Sq meter

## Physical Examination

**General Inspection: The patient has discomfort.**

**Vascular:** No distal upper or lower limb edema noted.

**Musculoskeletal:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.

**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.

**Skin:** Skin exam reveals no abnormal rashes or ulcerations.

**Lymphatic:** There is no palpable or tender lymphadenopathy.

**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.

**Imaging/Diagnostic Studies: Radiologic Review: An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

## Assessment

Facet syndrome (M47.899)

Lumbago (M54.5)

## Plan

As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 10/4/2018 1:32:38 PM

Location: Lawrence

Insurance: Aetna

Acc No: 20770

DOB: ▮▮▮/1965

Physician: Jeffry R Bear, MD

Gender: MALE

Phone: (646)498-5176

**Procedures:** Lumbar Or Sacral Singel Level Facet

**Goals:** No acute medical issues at this time.

**Follow Up:** 4 Week(s) 11/01/2018 · Follow up: Holding off on additional injections for now.

Claimant Name: *Michael J. Graziano*        Claim #:  *15828867*

FUL-CL-LTD-000273

## LONG ISLAND SPINE REHABILITATION MEDICINE, PC

### 801 Merrick Ave

### East Meadow, NY 11554-4748

Phone: 516-393-8841 · Fax

| | | |
|---|---|---|
| Patient Name: Graziano, Michael | Acc No: 20770 | Gender: MALE |
| Age: 53 Year(s) | DOB: /1965 | |
| Address: | | Phone: (646)496-5176 |
| Visit Date: 10/18/2018 2:23:41 PM | Physician: Jeffry R Beer, MD | |
| Location: Great Neck | | |
| Insurance: Aetna | | |

### History of Present Illness
Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED – INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional**: The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence., There is no history of cardiac or pulmonary illness or diabetes
**Heent**: No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac**: No history of cardiac illness.
**Pulmonary**: No history of pulmonary illness.
**Digestive**: No bowel or bladder incontinence.
**Urinary**: No urinary frequency, infections, stones or bladder pain.  No prostate problems or night-time urination.
**Musculoskeletal**: No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological**: No rashes, itching or other skin problems.

Page 1 / 3

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 10/16/2018 2:23:41 PM

Location: Great Neck

Insurance: Aetna

Acc No: 20770

DOB:       1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-6176

**Endocrine**: No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.
**Hematologic/Lymphatic**: No bleeding, easy bruising, risk factors for HIV, anemia or cancer.
**Neurological**: No paralysis, stroke, numbness or loss of balance.
**Psychiatric**: No unusual thoughts, nervousness, frequent crying/ sadness or depression.

**Vitals**
BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg
Height: 5'9"
Weight: 260 Lb
Body Mass Index: 38.391 Kg/ Sq meter

**Physical Examination**
**General Inspection: The patient has discomfort.**
**Vascular**: No distal upper or lower limb edema noted.
**Musculoskeletal**: No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.
**Back, including spine**: Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.
**Skin**: Skin exam reveals no abnormal rashes or ulcerations.
**Lymphatic**: There is no palpable or tender lymphadenopathy.
**General Neurological**: Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.
**Imaging/Diagnostic Studies**: Radiologic Review: An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.

**Assessment**
Facet syndrome (M47.899)
Lumbago (M54.5)

**Plan**
As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

Page 2 / 3

**LONG ISLAND SPINE REHABILITATION MEDICINE, PC**

**801 Merrick Ave**

**East Meadow, NY 11554-4748**

Phone: 516-393-8941      Fax:

Patient Name: Graziano, Michael      Acc No: 20770      Gender: MALE

Age: 53 Year(s)      DOB: ████/1965

Address: ████████████      Phone: (646)496-5176

Visit Date: 10/16/2018 2:23:41 PM      Physician: Jeffry R Beer, MD

Location: Great Neck

Insurance: Aetna

**Procedures:** No plan to proceed with any interventional procedures at this time.

**Goals:** No acute medical issues at this time.

**Follow Up:** As Needed - Follow up: Holding off on additional injections for now. Recommended he remain out of work until further notice.

*Claimant Name: Michael J. Graziano*      *Claim #:*    *15828867*

FUL-CL-LTD-000276

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 11/9/2018 8:29:57 AM

Location: Great Neck

Insurance: Aetna

Fax:

Acc No: 20770

DOB: ___/1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-5178

---

### History of Present Illness

Mike is describing right sided lumbar pain that began about five years ago without particular inciting event. He denies any more distal radiating pain symptoms. He originally underwent a facet joint injection that eventually resulted in a year of benefit.

UPDATE: Did not achieve relief from a RFA performed in April 2018. Remains with chronic lumbar pain. Has difficulty getting into the office in Manhattan. Had an exacerbation of lumbar pain in the summer. Doesn't seem like he can perform his regular duties at work.

### Past Medical History
HYPERCHOLESTEREMIA
HYPERTENSION
### Past Surgical History
SHOULDER

### Rx History
Accupril 20 mg tablet 1 TABLET, 01/26/2015
Crestor 20 mg tablet 1 TABLET, 01/26/2015
hydrochlorothiazide 25 mg tablet 1 TABLET, 01/26/2015
Trilipix 45 mg capsule,delayed release 1 CAPSULE, 01/26/2015

### Allergies
No Known Drug Allergies

### Social History
Occupation EMPLOYED - INSURANCE EXEC
Relationships DIVORCED
Relationships WITH CHILDREN
Smoking NEVER SMOKER

### Family History
No Pertinent Family History

### Review of Systems
**Constitutional**: The patient denies any constitutional symptoms. The patient reports no bowel or bladder incontinence.. There is no history of cardiac or pulmonary illness or diabetes
**Heent**: No head deformities, eye problems, hearing problems, allergies, sinus problems and throat difficulties.
**Cardiac**: No history of cardiac illness.
**Pulmonary**: No history of pulmonary illness.
**Digestive**: No bowel or bladder incontinence.
**Urinary**: No urinary frequency, infections, stones or bladder pain. No prostate problems or night-time urination.
**Musculoskeletal**: No joint pains, swelling or tenderness, back pain or arthritis.
**Dermatological**: No rashes, itching or other skin problems.

Page 1 / 3

---

Patient Name: Graziano, Michael

Age: 53 Year(s)

Address:

Visit Date: 11/9/2018 8:29:57 AM

Location: Great Neck

Insurance: Aetna

Acc.No: 20770

DOB: /1965

Physician: Jeffry R Beer, MD

Gender: MALE

Phone: (646)496-5176

**Endocrine:** No thyroid disorders, diabetes, excessive thirst/ hunger/ urination.

**Hematologic/Lymphatic:** No bleeding, easy bruising, risk factors for HIV, anemia or cancer.

**Neurological:** No paralysis, stroke, numbness or loss of balance.

**Psychiatric:** No unusual thoughts, nervousness, frequent crying/ sadness or depression.

**Vitals**

BP: Sitting, Left Arm, Regular Cuff, 120/80 mm/Hg

Height: 5'9"

Weight: 260 Lb

Body Mass Index: 38.391 Kg/ Sq meter

**Physical Examination**

**General Inspection: The patient has discomfort.**

**Vascular:** No pain with pressure applied over the cervical or lumbar spinous processes. PROM of the bilateral hips, shoulders, knees, ankles, elbows and wrists is not pain provoking.

**Back, including spine:** Motor strength is preserved proximally and distally in the upper limbs. Sensation is preserved in the proximal and distal upper extremities to light touch. Upper limb reflexes are preserved at the biceps, triceps, and brachioradialis. Hoffmans response is absent bilaterally. Cervical range of motion is not limited in any movement by pain. Muscle girth is preserved proximally and distally in the upper limb without visible atrophy. Motor strength is preserved proximally and distally in the lower limbs. Sensation is preserved in the proximal and distal lower extremities to light touch. **Bilaterally Achilles reflexes are symmetrically reduced.** Plantar responses are downward going and No ankle clonus is noted. Pelvic rocking is not provocative and Sustained hip flexion maneuver is not provocative. SLR maneuver is not pain provoking on left side, SLR maneuver is not pain provoking on right side, Sitting root testing is not pain provoking on left side and Sitting root testing is not pain provoking on right side. Reverse SLR maneuver is negative bilaterally. Sacral sulcus testing maneuver negative, Fabers maneuver negative, Gaenslens maneuver negative and Yoemans maneuver negative. **Lumbar ROM is moderately pain limited. Lumbar facet load testing is positive bilaterally.** Muscle girth is preserved proximally and distally in the lower limb without visible atrophy. The patient is able to toe, heel and tandem walk without difficulty.

**Skin:** Skin exam reveals no abnormal rashes or ulcerations.

**Lymphatic:** There is no palpable or tender lymphadenopathy.

**General Neurological:** Finger to nose and heel to shin testing are performed without difficulty. Alert and oriented x 3. Mood and affect are considered normal. Cranial nerve testing is intact.

**Imaging/Diagnostic Studies: Radiologic Review: An MRI of the Lumbar Spine has been personally interpreted and is most significant for: a small left sided protrusion at L2-3 that does not cause any significant central canal or nf stenosis.**

**Assessment**

Rule out lumbar discogenic pain

Facet syndrome (M47.899)

Lumbago (M54.5)

Pain (R52)

Body mass index (BMI) exceeds 25 (Z78.9)

**Plan**

Patient Name: Graziano, Michael                Acc No: 20770                    Gender: MALE

Age: 53 Year(s)                                          DOB:      /1965

Address:                                                                                   Phone: (646)498-5178

Visit Date: 11/9/2018 8:28:57 AM                Physician: Jeffry R Beer, MD

Location: Great Neck

Insurance: Aetna

As lasting relief has not been realized through such an approach in the past, we will not reintroduce rehabilitation efforts at this time.

## No opioids prescribed in this case.

**Procedures:** Lumbar Or Sacral,TF Inj; Pain assessment documented with a follow up plan ; BMI Documented, above normal and follow up plan documented/initiated, exercise and nutritional counseling provided; Current medications documented; Tobacco Use Screened, Non Smoker; Patient screened and not identified as an unhealthy alcohol user; Lumbar Or Sacral, TF Inj

**Goals:** No acute medical issues at this time.

**Follow Up:** 2 Week(s) 11/23/2018 - Follow up visit after initial injections: For right L3 and L4 injections

Claimant Name: Michael J. Graziano          Claim #:   15828867

FUL-CL-LTD-000279

Date: 01/18/2017
Patient: Graziano, Michael, ███ 1965)
Physician: Jason S. Lipetz, M.D.      Jeffry R. Beer, M.D.    Joseph K. Lee, MD
Side / Level(s): Right L2-3, L3-4
Procedure: Therapeutic lumbar zygapophyseal joint
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L2-3 z-joint. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the superior articular process and then advanced to achieve joint entry. Proper needle positioning was confirmed under AP visualization. Approximately 5 mL of Omnipaque was utilized to achieve an appropriate spread of contrast under live fluoroscopic visualization. An arthrogram was achieved with filling of the joint capsule and mid-portion. 0.5ML of Kenalog (40 mg/mL) and 0.5 mL of 1% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L3-4 z-joint. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the superior articular process and then advanced to achieve joint entry. Proper needle positioning was confirmed under AP visualization. Approximately 5 mL of Omnipaque was utilized to achieve an appropriate spread of contrast under live fluoroscopic visualization. An arthrogram was achieved with filling of the joint capsule and mid-portion. 0.5ML of Kenalog (40 mg/mL) and 0.5 mL of 1% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The area was topically iced. The patient was discharged without complication.

Jeffry R. Beer, M.D.

Date: 12/20/2017
Patient: Graziano, Michael
DOB: ███ /1965)
Physician: Jason S. Lipetz, M.D.    Jeffry R. Beer, M.D.    Joseph K. Lee, MD
    Miranda B. Smith, MD
Side / Level(s): Right L2, L3, L4
Procedure: Diagnostic lumbar medial branch block
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L2 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22g 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L3 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L4 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

The patient's response to this diagnostic injection was: negative.

Date: 01/17/2018
Patient: Graziano, Michael
DOB: ███/1965)
Physician: Jason S. Lipetz, M.D.    Jeffry R. Beer, M.D.    Joseph K. Lee, MD
        Miranda B. Smith, MD
Side / Level(s): Right L2, L3, L4
Procedure: Diagnostic lumbar medial branch block
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L2 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22g 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L3 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L4 dorsal ramus medial branch location upon the SAP / TP junction. Utilizing a single needle technique and an oblique visualization, a 22G 3.5" needle was advanced to the point of periosteal contact. 0.2 cc of Omnipaque was infused under fluoroscopic visualization. An absence of vascular uptake was confirmed. 0.5 cc of 2% Lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

The patient's response to this diagnostic injection was: positive.

Date:        04/11/2018
Patient:     Graziano, Michael
DOB:         ███/1965
Physician:   JEFFRY BEER, MD
Side / Level(s):  L3-5 medial branches
Procedure: Lumbar medial branch radiofrequency (RF) denervation
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L3 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L4 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was positioned prone on the fluoroscopy table and prepped in the usual ste
The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% xylocaine and added bicarbonate in the paraspinal region overlying the targeted inferior endplate of the L5 dorsal ramus medial branch location. Utilizing a single needle technique and an oblique visualization, an 18G 3.5" needle cannula with a 10 mm active tip was advanced to the point of periosteal contact at the SAP/TP junction. An approximate 10-15 degree caudal to cephalad angle of trajectory was followed to the point of periosteal contact. AP, oblique, and lateral imaging was utilized to confirm the appropriate placement of the cannula posterior to the

intervertebral foramen and within the groove between the SAP and TP. The target area was then anesthetized with 1 mL of 2% xylocaine. At no time during needle placement or heating did the patient complain of pain referral to the limb. The RF heating was performed at 80° Celsius for 90 seconds and tolerated without difficulty.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The patient was discharged without complication.

JEFFRY BEER, MD

Graziano, Michael (MR # 77987620)

 **Weill Cornell Medicine** ᆨ **NewYork-Presbyterian**

| | |
|---|---|
| **Patient:** | **Michael Graziano** |
| **MRN:** | **77987620** |
| **DOB:** | **████/1965 (52 year old)** |
| **SEX:** | **Male** |

## MRI LUMBAR SPINE WO CONTRAST

Status Final result Weill Cornell Connect, Pt Inactive

MRI LUMBAR SPINE WO CONTRAST

Ordered: 10/06/2017 03:30 PM          PATIENT NAME: GRAZIANO, MICHAEL
Location: YORK                                      MRN: 77987620
                                                              Age: 52 yrs  Sex: M
Adm M.D.:                                            DOB: ████/1965

Exam Date:  Accession #:   Exam Code:   Order MD:
10/06/2017    6673936         MRLSPRO       MEHTA, NEEL DEVENDRA MD
Clinical History: Low back pain with history of the facet pain.

Technique: An MRI of the lumbar spine was performed utilizing sagittal
and coronal T1-weighted, sagittal STIR, and sagittal and axial
T2-weighted scans.

Findings: The lumbar vertebral bodies are normal in stature. However,
there is a chronic fracture fragment of the anterior superior corner of
the L3 vertebral body consistent with a limbus vertebra. There is no
marrow edema to suggest acute fracture. Alignment is satisfactory.

There is diffuse degenerative disc disease with disc desiccation and
osteophytes throughout the lumbar spine. There is disc height loss most
notably at L2-L3.

At L1-L2 there is no stenosis.

At L2-L3 there is diffuse disc bulging with large superimposed central
to left disc extrusion. There is moderate canal stenosis. Left lateral
recess encroachment is present with disc material exerting mass effect
upon the traversing left L3 nerve root. There is minor encroachment upon
the left foramen.

At L3-L4 mild asymmetric to left disc bulging is present with small
superimposed left subarticular disc protrusion. There is no significant
canal stenosis. There is minimal encroachment upon the left foramen.

At L4-L5 diffuse disc bulging and facet arthropathy are present with
superimposed central disc protrusion. There is no significant canal
stenosis. There is minor encroachment upon the foramina bilaterally.

At L5-S1 diffuse disc bulging is present with superimposed central disc
protrusion. There is no significant canal stenosis. There is minor
encroachment upon the foramina bilaterally, without nerve root

Claimant Name: Michael J. Graziano          Claim #: 15828867

FUL-CL-LTD-000285

Graziano, Michael (MR # 77987620)

compression.

Impression: Findings consistent with chronic limbus vertebra at L3. Disc
bulging with large superimposed central to left disc extrusion at L2-L3
with mass effect upon the traversing left L3 nerve root. Minor foraminal
stenosis at multiple levels secondary to disc bulging as described.

Prepared By: Comunale, Joseph MD

Study interpreted and report approved by: Comunale, Joseph MD
Electronically signed Diagnostic Report Imaging Report:

10/06/2017 04:17 PM - 10/07/2017 08:26 AM
Exam Complete – Signed-Off

Resulting Agency    WEILL CORNELL IMAGING AT NYP

Details:

| Reading Physician | Reading Date | Result Priority |
|---|---|---|
| UNKNOWN, PROVIDER | 10/6/2017 | |
| Joseph Comunale, MD | 10/7/2017 | |

Specimen Collected 10/06/17 4:17 PM        Last Resulted 10/07/17 8:26 AM

## PACS Images
Show images for MRI LUMBAR SPINE WO CONTRAST

## Reviewed By
Neel Mehta, MD on 10/9/2017 8:59 AM

Order
Information        Lab Collection Information: Order Information, Order Providers

Claimant Name: Michael J. Graziano        Claim #:    15828867

FUL-CL-LTD-000286

 untitled image

# Graziano, Michael

MR IN: 77987620

**Office Visit** 3/3/2017          Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes          Sidney Kaufman Stein, MD (Attending) • Fri Mar 03, 2017 10:40 AM E. Signed

### PCP
Provider name:     SIDNEY STEIN
Type:              Attending
Address:           38 East 32nd Street, NEW YORK, NY 10016
Phone:             212-879-7777
Fax:               646-952-3357

### Chief Complaint
1. Check Up              He notes burning in his legs

### History of Present Illness
He is still having chronic back pain. Epidurals have not helped. He has burning in his legs. His anus has been ok. There are no voiding issues.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
        *right shoulder*

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair                          Laterality:
                                                 Right

### Social History
Tobacco Use     Never

### Socioeconomic History
Marital Status     OTHER

### ADL History

**Family History**

| | | |
|---|---|---|
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive | |
| Sister | Alive | |

**Medications (Reviewed in this Encounter by: Sidney K Stein, MD)**

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take by mouth daily. | (Taking) |
| 5. Quinapril Hcl 40 Mg Tab | Take by mouth daily. | (Taking) |
| 6. rosuvastatin 20 Mg Tab | Take by mouth. | (Taking) |
| 7. Choline Fenofibrate 135 Mg Cap Dr | Take by mouth daily. | Discontd |
| 8. Quinapril Hcl 10 Mg Tab | Take by mouth. | Discontd |
| 9. rosuvastatin 20 Mg Tab | Take by mouth daily. | Discontd |

No medication comments found.
**Allergies**
No Known Allergies.

There is no problem list on file for this patient.

**Review of Systems**
Constitutional: Negative for chills, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for blood in stool, constipation, diarrhea and heartburn.
Genitourinary:
    **Nocturia 0-1**
**Sexual function is still ok**
Musculoskeletal: Positive for back pain.
Neurological: Negative for headaches.

**Vitals**

| Date & Time | BP | | | |
|---|---|---|---|---|
| Mar 03, 2017  9:40 AM | 138/90 Site: Right Arm | | | |
| | HT | WT | BMI | BSA |
| | 5' 7.5" (1.715 m) | 273 lb (123.8 kg) | 42.13 kg/m2 | 2.43 m2 |
| **Date & Time** | **BP** | | | |

Mar 03, 2017  9:42 AM     130/88
                          **BMI**           **BSA**
                          42.13 kg/m2    2.43 m2


**Physical Exam**
Constitutional:
**obese**
HENT:
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes:
**Fundi benign**
Neck: No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary: Rectum normal and prostate normal. Rectal exam shows guaiac negative stool.
Guaiac negative stool.
Genitourinary Comments: **There is a pinpoint opening in the lower sacral area.**
Lymphadenopathy:
  He has no cervical adenopathy.


**Assessment/Plan**

**Encounter Diagnoses**
Name                                                                        Primary?
 • Regular check-up                                                         Yes


Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COM MET PANEL/PL GLUCOSE
HEMOGLOBIN A1C
LIPID PROFILE
VITAMIN D,25-HYDROXY
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
THYROID PROFILE(ITU,T-4,TSH)
LDL CHOLESTEROL,DIRECT
PSA,TOTAL
EKG:
ELECTROCARDIOGRAM COMPLETE

EKG shows rsr of 61 and axis is 9.
We discussed his weight and diet. He was advised that he is due for follow up colonoscopy.
His varicose veins do not appear to be too bad.
Checking labs for neuropathic issues.

## Progress Notes

Sidney Kaufman Stein, MD (Attending) • Mon Mar 06, 2017 08:12 A.M E. Signed

Spoke, will consider Trulicity

## Additional Documentation

Epic Visit Number: 64588940

## Results

### ELECTROCARDIOGRAM COMPLETE

Status: **Final result**   Weill Cornell Connect: **Pt Inactive**

Last Resulted: 03/03/17 9:57 AM

🔂 ↻ ⩗ ⧉ ⟲

**Scans on Order 147388104**

ECG on 3/3/2017 9:59 AM by Michelle Langaigne : ECG Report
ECG on 3/3/2017 9:59 AM by Michelle Langaigne : ECG Report

### CBC W/ PLATELETS+ DIFF (COMPLETE)

 Status: **Final result**   Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

|  | Value | Range |
| --- | --- | --- |
| WBC COUNT | 8.4 | 3.4 - 11.2 x10(3)/uL |
| RED BLOOD CELL COUNT | 4.82 | 4.40 - 5.90 x10(6)/uL |
| HEMOGLOBIN | 13.6 | 13.3 - 17.7 g/dL |
| HEMATOCRIT | 41.0 | 40.0 - 50.0 % |
| MEAN CORPUSCULAR VOL | 85.1 | 81.0 - 100.0 fL |
| (MCH)MEAN CORP HGB | 28.2 | 27.0 - 34.0 pg |
| MEAN CORP HGB CONC | 33.1 | 32.0 - 36.0 g/dL |
| RED CELL DIST WIDTH | (15.1 (H)) | 11.5 - 14.5 % |
| PLATELET COUNT | 370 | 150 - 450 x10(3)/uL |
| MEAN PLATELET VOLUME | 8.2 | 7.0 - 11.5 fL |
| Resulting Agency |  | NEW YORK HOSPITAL LABORATORIES |

### Narrative

```
Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand
```

Specimen Type: Blood

Specimen Collected: 03/03/17 9:51 AM

Last Resulted: 03/03/17 9:26 PM

🗐 🔂 ↻ ⩗ ⧉ ⟲

### COM MET PANEL/PL GLUCOSE

 Status: **Edited Result - FINAL**   Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| SODIUM | 140 | 132 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.5 - 5.1 mmol/L |
| CHLORIDE | 102 | 99 - 109 mmol/L |
| CO2 | 33.0 (H) | 20.0 - 31.0 mmol/L |
| UREA NITROGEN (BUN) | 23 (H) | 8 - 20 mg/dL |
| CREATININE | 0.87 | 0.64 - 1.27 mg/dL |
| BUN/CREATININE RATIO | 26 | ratio |
| CALCIUM, SERUM | 10.0 | 8.7 - 10.4 mg/dL |
| TOTAL PROTEIN | 7.3 | 5.7 - 8.2 g/dL |
| ALBUMIN | 4.4 | 3.2 - 4.8 g/dL |
| GLOBULIN | 2.9 | 2.0 - 3.7 g/dL |
| BILIRUBIN, TOTAL | 0.6 | 0.3 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 68 | 32 - 91 U/L |
| ASPARTATE AMINOTRANS | 14 | <=34 U/L |
| ALA AMINOTRANSFERASE | 22 | 10 - 49 U/L |
| ANION GAP | 5.0 | 5.0 - 17.0 |
| GLUCOSE, PLASMA | 97 | 74 - 106 mg/dL |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                                      Specimen Collected: 03/03/17 9:51
                                                          AM

Last Resulted: 03/03/17 11:41 PM

## HEMOGLOBIN A1C

 Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| GLYCOHGB A1C | 6.8 (H) | <=5.6 % |

Comments:
Reference Range:                    <5.7% Non-diabetic

                                    5.7-6.4% Increased risk of
diabetes

                                    > OR = 6.5% Consistent with
diabetes

| ESTIMATED AVERAGE GLUCOSE | 148 | | mg/dL |
|---|---|---|---|

Comments:
The eAG (estimated average glucose) is obtained by using the formula: 28.7
x HbA1c - 46.7 = eAG

Resulting Agency                    NEW YORK HOSPITAL LABORATORIES

### Narrative

*Performing Organization Information:*
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                              Specimen Collected: 03/03/17 9:51
                                                 AM

Last Resulted: 03/04/17 3:11 PM

▦ 🔲 ⚕ ⚕ 🔲 🔄

## LIPID PROFILE

 Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|  | Value |  | Range |
|---|---|---|---|
| **CHOLESTEROL** | **182.0** |  | <=200.0 mg/dL |
| **Comments:** |  |  |  |
| Desirable: | <200 | mg/dL |  |
| Borderline High: | 200-239 | mg/dL |  |
| High: | >=240 | mg/dL |  |
| **CHOL/HDL RATIO** | **3.6** |  |  |
| **TRIGLYCERIDES** | **127** |  | <=150 mg/dL |
| **Comments:** |  |  |  |
| Normal: | < 150 | mg/dL |  |
| Borderline High: | 150-199 | mg/dL |  |
| High: | 200-499 | mg/dL |  |
| Very High: | >=500 | mg/dL |  |
| **HDL CHOLESTEROL** | **50** |  | >=40 mg/dL |
| **Comments:** |  |  |  |
| Low  HDL Cholesterol (Major Risk Factor): | < 40 mg/dL |  |  |
| High HDL Cholesterol (Negative Risk Factor): >= 60 mg/dL |  |  |  |
| **LDL CHOLESTEROL/CALC** | **(107 (H))** |  | <=100 mg/dL |
| **Comments:** |  |  |  |
| Desirable: | < 100 | mg/dL |  |
| Above Optimal: | 100-129 | mg/dL |  |
| Borderline High Risk: | 130-159 mg/dL |  |  |
| High Risk: | 160-189 | mg/dL |  |
| Very High Risk: | > 190 | mg/dL |  |

Resulting Agency                                 NEW YORK HOSPITAL LABORATORIES

### Narrative

*Performing Organization Information:*
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                              Specimen Collected: 03/03/17 9:51
                                                 AM

Last Resulted: 03/03/17 10:06 PM

▦ 🔲 ⚕ ⚕ 🔲 🔄

## VITAMIN D,25-HYDROXY

 Status: **Final result**  Weill Cornell Connect: Pt Inactive

|  | Value | Range |
|---|---|---|
| VITAMIN D,25-HYDROXY | 26.5 (L) | 30.0 - 80.0 ng/mL |

Comments:
Deficient: <20 ng/mL
Insufficient: 20 - 29 ng/mL
Optimum Level: 30 - 80 ng/mL
Possible Toxicity: >150 ng/mL

Resulting Agency                        NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 03/03/17 9:51
                                        AM

Last Resulted: 03/06/17 2:07 PM

## URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM

 Status: **Edited Result - FINAL**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| COLOR URINE | Yellow | Straw |
| APPEARANCE URINE | Clear | Clear |
| GLUCOSE URINE | Negative | Negative mg/dL |
| BILIRUBIN URINE | Negative | Negative mg/dL |
| KETONES URINE | Negative | Negative mg/dL |
| SPECIFIC GRAVITY UR | 1.019 | 1.005 - 1.030 |
| BLOOD URINE | Small (A) | Negative mg/dL |
| PH URINE | 6.0 | 5.0 - 8.0 pH units |
| PROTEIN URINE | Negative | Negative mg/dL |
| UROBILINOGEN URINE | <2.0 | <2.0 mg/dL |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative Leu/uL |
| WHITE BLOOD CELLS UR | 0 | 0 - 5 /HPF |
| RED BLOOD CELLS UR | 4 | 0 - 4 /HPF |
| MUCUS | Occasional (A) | Negative /LPF |
| UA COMMENT | See Note |  |

Comments:
The urine has been examined for WBC, RBC, CASTS, CRYSTALS and EPITHELIAL
CELLS, which are only reported if present.

Resulting Agency                        NEW YORK HOSPITAL LABORATORIES

### Narrative

---

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                          Specimen Collected: 03/03/17 9:51
                                              AM

Last Resulted: 03/03/17 9:32 PM

### THYROID PROFILE(ITU,T-4,TSH)    Status: Edited Result - FINAL  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|                    | Value | Range              |
|--------------------|-------|--------------------|
| **T-UPTAKE**       | 32    | 23 - 37 %          |
| **THYROXINE (T4)** | 8.3   | 4.5 - 10.9 ug/dL   |
| **FREE T4 INDEX**  | 2.7   | 1.4 - 3.1          |
| **TSH 3RD GENERATION** | 1.347 | 0.550 - 4.780 uIU/mL |
| Resulting Agency   |       | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 03/03/17 9:51
                                              AM

Last Resulted: 03/03/17 10:28 PM

### LDL CHOLESTEROL,DIRECT     Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|                        | Value       | Range        |
|------------------------|-------------|--------------|
| **LDL CHOLESTEROL,DIRECT** | (122 (H))  | <=99 mg/dL   |
| Comments:              |             |              |
| Optimal:               | <100 mg/dl  |              |
| Above Optimal:         | 100-129 mg/dl |            |
| Borderline High:       | 130-159 mg/dl |            |
| High:                  | 160-189 mg/dl |            |
| Very High:             | >=190 mg/dl |              |
| Resulting Agency       |             | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 03/03/17 9:51
                                              AM

Last Resulted: 03/03/17 10:06 PM

---

Claimant Name: Michael J. Graziano          Claim #:  15828867

⊞ ⅃ ↻ ⅄ ⊑ ⚙

## PSA,TOTAL
Status: Final result   Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| PSA | 0.46 | 0.00 - 4.00 ng/mL |

Comments:

As of February 2017, this test is performed on the Siemens Centaur .
Values obtained with different assay methods or kits cannot be used
interchangeably. The results cannot be interpreted as absolute evidence of
the presence or absence of malignant
disease.

Resulting Agency                          NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                      Specimen Collected: 03/03/17  9:51
                                          AM

Last Resulted: 03/03/17 10:28 PM

⊞ ⅃ ↻ ⅄ ⊑ ⚙

## AUTO DIFFERENTIAL
Status: Final result   Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| NEUTROPHIL%AUTO | 68.4 | 45.0 - 75.0 % |
| LYMPH%AUTO | 23.9 | 20.0 - 50.0 % |
| MONOCYTE%AUTO | 6.3 | 2.0 - 11.0 % |
| EOSINOPHIL%AUTO | 0.7 | 0.0 - 5.0 % |
| BASOPHILE%AUTO | 0.7 | 0.0 - 1.0 % |
| NEUTROPHIL ABSOLUTE# | 5.7 | 1.8 - 7.0 x10(3)/uL |
| LYMPH ABSOLUTE # | 2.0 | 1.0 - 4.8 x10(3)/uL |
| MONOCYTE ABSOLUTE # | 0.5 | 0.2 - 0.9 x10(3)/uL |
| EOSINOPHIL ABS # | 0.10 | 0.00 - 0.45 x10(3)/uL |
| BASOPHIL ABSOLUTE # | 0.10 | 0.00 - 0.10 x10(3)/uL |
| Resulting Agency |  | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                      Specimen Collected: 03/03/17  9:51
                                          AM

Last Resulted: 03/03/17 9:26 PM

▦ ♫ ↻ ᵠ ⊠ ↺

## ESTIMATED GLOMERULAR FILTRATION RATE

Status: **Edited Result - FINAL**   Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| EGFR AFRICAN AMERICAN (MDRD) | >60 | >=60 mL/min/1.73 m2 |

Comments:
This eGFR is calculated using the MDRD equation, and is valid assuming steady state renal function.

| | | |
|---|---|---|
| EGFR NON-AFRICAN AMERICAN (MDRD) | >60 | >=60 mL/min/1.73 m2 |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  (CLIA: 33D0653378) , 525 East 68th Street, New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                              Specimen Collected: 03/03/17 9:51 AM

Last Resulted: 03/03/17 10:06 PM

▦ ♫ ↻ ᵠ ⊠ ↺

## Orders Placed

Labs
CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 3/3/2017, Abnormal)
COM MET PANEL/PL GLUCOSE (Resulted 3/3/2017, Abnormal)
HEMOGLOBIN A1C (Resulted 3/3/2017, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 3/3/2017, Abnormal)
LIPID PROFILE (Resulted 3/3/2017, Abnormal)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 3/3/2017, Abnormal)
VITAMIN D,25-HYDROXY (Resulted 3/3/2017, Abnormal)
AUTO DIFFERENTIAL (Resulted 3/3/2017)
ESTIMATED GLOMERULAR FILTRATION RATE (Resulted 3/3/2017)
PSA,TOTAL (Resulted 3/3/2017)
THYROID PROFILE(ITU,T-4,TSH) (Resulted 3/3/2017)

Other Orders
ELECTROCARDIOGRAM COMPLETE (Resulted 3/3/2017)

## Medication Renewals and Changes

As of 3/3/2017 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Choline Fenofibrate | | | |
| Discontinued: Choline Fenofibrate 135 MG Cap DR | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Unchanged: Choline Fenofibrate (TRILIPIX) 135 MG Cap DR | | | 2/8/2018 |
| Take by mouth. - Oral | | | |
| **Quinapril HCl** | | | |
| Unchanged: Quinapril HCl 40 MG Tab | 3 | 1/27/2017 | 2/4/2018 |
| Take by mouth daily. - Oral | | | |
| Discontinued: Quinapril HCl 10 MG Tab | | | |
| **Rosuvastatin Calcium** | | | |
| Discontinued: rosuvastatin 20 MG Tab | | | |
| Unchanged: rosuvastatin 20 MG Tab | | | 2/5/2018 |
| Take by mouth. - Oral | | | |

## Visit Diagnoses

Regular check-up Z00.00
Essential hypertension I10
Hyperlipoproteinemia E78.5

## Level Of Service

PREV VISIT EST AGE 40-64 [99396]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

 untitled Image

# Graziano, Michael

**Office Visit** 8/8/2017          Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes          Sidney Kaufman Stein, MD (Attending) • Tue Aug 08, 2017 11:35 AM E. Signed

### PCP
Provider name:     SIDNEY STEIN
Type:              Attending
Address:           38 East 32nd Street, NEW YORK, NY 10016
Phone:             212-879-7777
Fax:               646-952-3357

### Chief Complaint
1. Follow Up          he is good overall.

### History of Present Illness
There is pain in his lower left abdomen. He can't say if it is associated with his bowels. He gets it with twisting. There is no dysuria.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
      *right shoulder*
6. Anal fistula

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair                              Laterality:
                                                     Right

### Social History
Tobacco Use     Never
Alcohol Use     Yes; (2)

### Socioeconomic History
Marital Status     OTHER

## ADL History

### Family History

| | | |
|---|---|---|
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive (crf) | |
| Sister | Alive | |

### Medications (Reviewed in this Encounter by: Sidney K Stein, MD)

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take by mouth daily. | (Taking) |
| 5. Quinapril Hcl 40 Mg Tab | Take by mouth daily. | (Taking) |
| 6. rosuvastatin 20 Mg Tab | Take by mouth. | (Taking) |

No medication comments found.

### Allergies
No Known Allergies.

There is no problem list on file for this patient.

### Review of Systems
Constitutional: Negative for activity change and appetite change.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal pain. Negative for blood in stool and constipation.
Genitourinary: Negative for dysuria and frequency.

### Vitals

| Date & Time | | | HT | WT | BMI | BSA |
|---|---|---|---|---|---|---|
| Aug 08, 2017 11:03 AM | | | 5' 8.5" (1.74 m) | 275 lb (124.7 kg) | 41.21 kg/m2 | 2.45 m2 |

| Date & Time | BP | |
|---|---|---|
| Aug 08, 2017 11:13 AM | 120/90 Site: Right Arm | |
| | BMI 41.21 kg/m2 | BSA 2.45 m2 |

| Date & Time | BP |
|---|---|
| Aug 08, 2017 11:15 AM | 120/82 Site: Right Arm |

**BMI**   .   **BSA**
41.21 kg/m2   2.45 m2

**Physical Exam**
Constitutional:
**obese**
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes:
**Fundi benign**
Neck:
**No bruits**
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
**There is no LLQ tenderness.**
Genitourinary:
Genitourinary Comments: **His small pinhole fistula above anus is unchanged.**
Musculoskeletal:
**He has a full rom of his LS spine . There is no pain on straight leg raising or with hip**
**rotation or abduction or adduction.**
Neurological: He is alert.
Skin: Skin is warm and dry.
Vitals reviewed.

**Assessment/Plan**

**Encounter Diagnoses**
Name                                                                      Primary?
  • High cholesterol                                                          Yes
  • Abnormal blood findings
  • Essential hypertension

Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
LIPID PROFILE
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
MICROALBUMIN, URINE CONCENTRATION
LDL CHOLESTEROL,DIRECT

He says his pain has abated.  He denies any discomfort now. He has agreed to get a
colonoscopy.

Check labs. He is leaving a urine specimen. He still snores but denies day time hyperso mnolence.

## Progress Notes    Sidney Kaufman Stein, MD (Attending) • Thu Aug 10, 2017 06:38 P M E. Signed

advised metformin. Discussed diet and metformin 500. He declined injectables a nd bariatric.

## Additional Documentation

Epic Visit Number:   68906491

## Results

### CBC W/ PLATELETS+ DIFF (COMPLETE)     Status: **Final result**  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| WBC COUNT | 6.4 | 3.4 - 11.2 x10(3)/uL |
| RED BLOOD CELL COUNT | 4.75 | 4.40 - 5.90 x10(6)/uL |
| HEMOGLOBIN | 13.5 | 13.3 - 17.7 g/dL |
| HEMATOCRIT | 40.4 | 40.0 - 50.0 % |
| MEAN CORPUSCULAR VOL | 84.9 | 81.0 - 100.0 fL |
| (MCH)MEAN CORP HGB | 28.4 | 27.0 - 34.0 pg |
| MEAN CORP HGB CONC | 33.4 | 32.0 - 36.0 g/dL |
| RED CELL DIST WIDTH | (15.0 (H)) | 11.5 - 14.5 % |
| PLATELET COUNT | 311 | 150 - 450 x10(3)/uL |
| MEAN PLATELET VOLUME | 7.5 | 7.0 - 11.5 fL |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

```
Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand
```

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/09/17  1:19 AM



### COMPLETE METABOLIC PROFILE   Status: **Edited Result - FINAL**  Weill Cornell Connect: Pt Inactive
### W/GLUCOSE, PLASMA

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| SODIUM | 142 | 132 - 146 mmol/L |
| POTASSIUM | 4.1 | 3.5 - 5.1 mmol/L |
| CHLORIDE | 99 | 99 - 109 mmol/L |
| CO2 | (33.0 (H)) | 20.0 - 31.0 mmol/L |
| UREA NITROGEN (BUN) | (23 (H)) | 8 - 20 mg/dL |

Claimant Name: Michael J. Graziano     Claim #:  15828867

FUL-CL-LTD-000301

| CREATININE | 0.97 | 0.64 - 1.27 mg/dL |
| BUN/CREATININE RATIO | 24 | ratio |
| CALCIUM, SERUM | 10.2 | 8.7 - 10.4 mg/dL |
| TOTAL PROTEIN | 7.5 | 5.7 - 8.2 g/dL |
| ALBUMIN | 4.6 | 3.2 - 4.8 g/dL |
| GLOBULIN | 2.9 | 2.0 - 3.7 g/dL |
| BILIRUBIN, TOTAL | 0.5 | 0.3 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 76 | 32 - 91 U/L |
| ASPARTATE AMINOTRANS | 17 | <=34 U/L |
| ALA AMINOTRANSFERASE | 25 | 10 - 49 U/L |
| GLUCOSE, PLASMA | (125 (H)) | 74 - 106 mg/dL |
| ANION GAP | 10.0 | 5.0 - 17.0 |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 08/08/17
                                              11:00 AM

Last Resulted: 08/08/17 11:12 PM

## HEMOGLOBIN A1C

 Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| **HEMOGLOBIN A1C** | (7.1 (H)) | <=5.6 % |
| Comments: | | |
| Reference Range: | <5.7% Non-diabetic | |
| | | 5.7-6.4% Increased risk of |
| diabetes | | |
| | | > OR = 6.5% Consistent with |
| diabetes | | |
| **ESTIMATED AVERAGE GLUCOSE** 157 | | mg/dL |
| Comments: | | |

The eAG (estimated average glucose) is obtained by using the formula: 28.7
x HbA1c - 46.7 = eAG

Resulting Agency                          NEW YORK HOSPITAL LABORATORIES

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 08/08/17
                                              11:00 AM

Last Resulted: 08/09/17 2:29 PM



## LIPID PROFILE

Status: **Edited Result - FINAL**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| **CHOLESTEROL** | **197.0** | <=200.0 mg/dL |
| Comments: | | |
| Desirable: | <200    mg/dL | |
| Borderline High: | 200-239  mg/dL | |
| High: | >=240   mg/dL | |
| **CHOL/HDL RATIO** | **4.7** | |
| **TRIGLYCERIDES** | **(202 (H))** | <=150 mg/dL |
| Comments: | | |
| Normal: | < 150    mg/dL | |
| Borderline High: | 150-199  mg/dL | |
| High: | 200-499  mg/dL | |
| Very High: | >=500   mg/dL | |
| **HDL CHOLESTEROL** | **42** | >=40 mg/dL |
| Comments: | | |
| Low  HDL Cholesterol (Major Risk Factor): | < 40 mg/dL | |
| High HDL Cholesterol (Negative Risk Factor): >= 60 mg/dL | | |
| **LDL CHOLESTEROL/CALC** | **(115 (H))** | <=100 mg/dL |
| Comments: | | |
| Desirable: | < 100   mg/dL | |
| Above Optimal: | 100-129 mg/dL | |
| Borderline High Risk: | 130-159 mg/dL | |
| High Risk: | 160-189 mg/dL | |
| Very High Risk: | > 190   mg/dL | |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                          Specimen Collected: 08/08/17
                                              11:00 AM

Last Resulted: 08/08/17 11:12 PM



## URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM

Status: **Edited Result - FINAL**  Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

|  | Value | Range |
|---|---|---|
| **COLOR URINE** | **Yellow** | Straw |
| **APPEARANCE URINE** | **Clear** | Clear |

| GLUCOSE URINE | Negative | Negative mg/dL |
|---|---|---|
| BILIRUBIN URINE | Negative | Negative mg/dL |
| KETONES URINE | Negative | Negative mg/dL |
| SPECIFIC GRAVITY UR | 1.021 | 1.005 - 1.030 |
| BLOOD URINE | Small (A) | Negative mg/dL |
| PH URINE | 6.0 | 5.0 - 8.0 pH units |
| PROTEIN URINE | Negative | Negative mg/dL |
| UROBILINOGEN URINE | <2.0 | <2.0 mg/dL |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative Leu/uL |
| WHITE BLOOD CELLS UR | 0 | 0 - 5 /HPF |
| RED BLOOD CELLS UR | 7 (H) | 0 - 4 /HPF |
| MUCUS | Occasional (A) | Negative /LPF |
| UA COMMENT | See Note | |

Comments:
The urine has been examined for WBC, RBC, CASTS, CRYSTALS and EPITHELIAL
CELLS, which are only reported if present.

Resulting Agency                                        NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                         Specimen Collected: 08/08/17
                                             11:00 AM

Last Resulted: 08/08/17 10:55 PM



## MICROALBUMIN, URINE CONCENTRATION

Status: Final result  Weill Cornell Connect: Pt Inactive

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| MICROALB,URINE CONC | 32.4 (H) | 0.0 - 3.0 mg/L |

Resulting Agency                                        NEW YORK HOSPITAL LABORATORIES

### Narrative

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Urine                         Specimen Collected: 08/08/17
                                             11:00 AM

Last Resulted: 08/08/17 10:57 PM



## LDL CHOLESTEROL,DIRECT

Status: Final result  Weill Cornell Connect: Pt Inactive

**Newer results are available. Click to view them now.**

| | Value | Range |
|---|---|---|
| **LDL CHOLESTEROL,DIRECT** | (144 (H)) | <=99 mg/dL |
| **Comments:** | | |
| Optimal: | <100 mg/dl | |
| Above Optimal: | 100-129 mg/dl | |
| Borderline High: | 130-159 mg/dl | |
| High: | 160-189 mg/dl | |
| Very High: | >=190 mg/dl | |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES : [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM

▦ 🔊 ᐯ Ⅴ 🖵 🕥

## ESTIMATED GLOMERULAR FILTRATION RATE

Status: **Edited Result - FINAL**  Weill Cornell Connect: **Pt inactive**

| | Value | Range |
|---|---|---|
| **EGFR AFRICAN AMERICAN (MDRD)** | **>60** | >=60 mL/min/1.73 m2 |
| Comments: | | |

This eGFR is calculated using the MDRD equation, and is valid assuming
steady state renal function.

| | | |
|---|---|---|
| **EGFR NON-AFRICAN AMERICAN (MDRD)** | **>60** | >=60 mL/min/1.73 m2 |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

**Narrative**

Performing Organization Information:
NEW YORK HOSPITAL LABORATORIES : [CLIA: 33D0653378] , 525 East 68th Street,
New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood                    Specimen Collected: 08/08/17
                                        11:00 AM

Last Resulted: 08/08/17 11:12 PM

▦ 🔊 ᐯ Ⅴ 🖵 🕥

## AUTO DIFFERENTIAL

Status: **Final result**  Weill Cornell Connect: **Pt inactive**

**Newer results are available. Click to view them now.**

| | Value | Range |
|---|---|---|
| **NEUTROPHIL%AUTO** | **58.8** | 45.0 - 75.0 % |
| **LYMPH%AUTO** | **31.0** | 20.0 - 50.0 % |

| MONOCYTE%AUTO | 7.0 | 2.0 - 11.0 % |
|---|---|---|
| EOSINOPHIL%AUTO | 2.5 | 0.0 - 5.0 % |
| BASOPHILE%AUTO | 0.7 | 0.0 - 1.0 % |
| NEUTROPHIL ABSOLUTE# | 3.7 | 1.8 - 7.0 x10(3)/uL |
| LYMPH ABSOLUTE # | 2.0 | 1.0 - 4.8 x10(3)/uL |
| MONOCYTE ABSOLUTE # | 0.4 | 0.2 - 0.9 x10(3)/uL |
| EOSINOPHIL ABS # | 0.20 | 0.00 - 0.45 x10(3)/uL |
| BASOPHIL ABSOLUTE # | 0.00 | 0.00 - 0.10 x10(3)/uL |
| Resulting Agency | | NEW YORK HOSPITAL LABORATORIES |

### Narrative

Performing Organization Information:

NEW YORK HOSPITAL LABORATORIES  :  [CLIA: 33D0653378] , 525 East 68th Street, New York, NY 10065 Director: Jacob Rand

Specimen Type: Blood

Specimen Collected: 08/08/17 11:00 AM

Last Resulted: 08/09/17  1:19 AM

## Orders Placed

CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 8/8/2017, Abnormal)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA (Resulted 8/8/2017, Abnormal)
HEMOGLOBIN A1C (Resulted 8/8/2017, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 8/8/2017, Abnormal)
LIPID PROFILE (Resulted 8/8/2017, Abnormal)
MICROALBUMIN, URINE CONCENTRATION (Resulted 8/8/2017, Abnormal)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 8/8/2017, Abnormal)
AUTO DIFFERENTIAL (Resulted 8/8/2017)
ESTIMATED GLOMERULAR FILTRATION RATE (Resulted 8/8/2017)

## Medication Renewals and Changes

As of 8/8/2017 11:30 AM

None

## Visit Diagnoses

High cholesterol E78.00
Abnormal blood findings R79.9
Essential hypertension I10
Hyperlipidemia, unspecified hyperlipidemia type E78.5
Left lower quadrant pain R10.32
Anal fissure K60.2

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

 untitled image

# Graziano, Michael

MRN: 77987620

**Office Visit** 10/30/2017          Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

## Progress Notes          Sidney Kaufman Stein, MD (Attending) • Mon Oct 30, 2017 02:15 PM E. Signed

### PCP
| | |
|---|---|
| Provider name: | SIDNEY STEIN |
| Type: | Attending |
| Address: | 38 East 32nd Street, NEW YORK, NY 10016 |
| Phone: | 212-879-7777 |
| Fax: | 646-952-3357 |

### Chief Complaint
1. low back pain          He is seeing pain management.

### History of Present Illness
So far the epidural has not helped. He has had an mri which shows more findings on the left but his pain is on the right.

### Social History
Tobacco Use          Never

### Medications

| Name | Sig | Status |
|---|---|---|
| 1. Choline Fenofibrate (trilipix) 135 Mg Cap Dr | Take by mouth. | (Taking) |
| 2. escitalopram 10 Mg Tab | Take by mouth daily. | (Taking) |
| 3. ezetimibe 10 Mg Tab | Take 1 Tab by mouth daily. | (Taking) |
| 4. Hydrochlorothiazide 25 Mg Tab | Take by mouth daily. | (Taking) |
| 5. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth daily (with breakfast) for 90 days. | (Taking) |
| 6. Quinapril Hcl 40 Mg Tab | Take by mouth daily. | (Taking) |
| 7. rosuvastatin 20 Mg Tab | Take by mouth. | (Taking) |

No medication comments found.
### Allergies

No Known Allergies.

**Patient Active Problem List**
1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy

**Review of Systems**
Genitourinary:
  **No cvat.**
Musculoskeletal:
  **There is pain with rotation and lateral flexion to the right**

**Vitals**

| Date & Time | WT | BMI | BSA |
|---|---|---|---|
| Oct 30, 2017  1:57 PM | 278 lb (126.1 kg) | 39.89 kg/m2 | 2.5 m2 |

| Date & Time | BP |
|---|---|
| Oct 30, 2017  2:00 PM | 138/90 |
| | Site: Left Arm |

| BMI | BSA |
|---|---|
| 39.89 kg/m2 | 2.5 m2 |

**Assessment/Plan**

No diagnosis
found.


No order information available for this visit.

Advised getting an emg. He was given a course of prednisone 40 to taper every other day. Get rib films. He will try a short course of prednisone. He declines the flu shot.

## Additional Documentation

Epic Visit Number:  70946672


## Orders Placed

REFERRAL TO NEUROLOGY

## Medication Renewals and Changes
As of 10/30/2017  2:13 PM

None

## Visit Diagnoses

Radiculopathy of lumbar region M54.16

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]

 untitled image

# Graziano, Michael

**Office Visit** 10/8/2018          Provider: Sidney Kaufman Stein, MD (Internal Medicine)
Status: Open

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

**Progress Notes**          Sidney Kaufman Stein, MD (Attending) • Mon Oct 08, 2018 09:50 A.M. Unsigned
Unsigned

### PCP
| | |
|---|---|
| Provider name: | SIDNEY STEIN |
| Type: | Attending |
| Address: | 38 East 32nd Street, NEW YORK, NY 10016 |
| Phone: | 212-879-7777 |
| Fax: | 646-952-3357 |

### Chief Complaint
1. Check Up          His back pain is no better

### History of Present Illness
hIS BACK Is limiting his work.
His anal fissures have been ok.
There is no chest pain.

### Past Medical History
1. Hyperlipidemia
2. Type 2 diabetes mellitus
3. HTN (hypertension)
4. Back pain
5. Frozen shoulder
    *right shoulder*
6. Anal fistula

### Past Surgical History
1. Anal fistula repair
2. Biceps tendon repair                    Laterality:
                                           Right

### Social History
| | |
|---|---|
| Tobacco Use | Never |
| Alcohol Use | Yes; (2) |
| Drug Use | No |

**Socioeconomic History**
Marital Status     OTHER

**ADL History**

**Family History**

| | | |
|---|---|---|
| Father | Alive (kidney transplant - kidney failure) | Hypertension |
| Mother | Alive (crf) | Hypertension |
| Sister | Alive | |

**Medications**

| Name | Sig | Status |
|---|---|---|
| 1. Cholecalciferol (vitamin D3) 5000 units Tablet | Take by mouth. | |
| 2. Choline Fenofibrate (fenofibric Acid) 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | (Taking) |
| 3. escitalopram 10 Mg Tablet | | (Taking) |
| 4. Ezetimibe 10 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 5. hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 6. Ketoconazole 2 % Shampoo | | |
| 7. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth daily (with breakfast) for 90 days. | (Taking) |
| 8. metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tablet By Mouth Every Day With Breakfast | |
| 9. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 10. rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | (Taking) |
| 11. escitalopram 10 Mg Tablet | Take by mouth daily. | Discontd |
| 12. Fenofibric Acid 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | Discontd |
| 13. Hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |
| 14. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |
| 15. Rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | Discontd |

No medication comments found.
**Allergies**
No Known Allergies.

**Patient Active Problem List**

1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy

### Review of Systems

Constitutional: Negative for chills, fever and unexpected weight change.
HENT: Negative for congestion.
Eyes: Negative for visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal:
  **No heart burn, bm regular**
Genitourinary: Negative for dysuria.

### Vitals

| Date & Time | BP | | | |
|---|---|---|---|---|
| Oct 08, 2018  9:11 AM | 130/90 | | | |
| | Site: Right Arm | | | |
| | HT | WT | BMI | BSA |
| | 5' 7.75" (1.721 m) | 279 lb (126.6 kg) | 42.74 kg/m2 | 2.46 m2 |

| Date & Time | BP | |
|---|---|---|
| Oct 08, 2018  9:13 AM | 140/100 | |
| | Site: Left Arm | |
| | BMI | BSA |
| | 42.74 kg/m2 | 2.46 m2 |

### Physical Exam

Constitutional: He appears well-developed. No distress.
**truncal**
HENT:
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes:
**Fundi benign**
Neck: No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Genitourinary: Prostate normal. Rectal exam shows guaiac negative stool. Guaiac negative stool.
Musculoskeletal:
**There is no tenderness on the LS spine. He has focal pain with rotation right and left and right lateral flexion.**
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert.
Skin: Skin is warm.

**Assessment/Plan**

**Encounter Diagnoses**
Name                                                                              Primary?
- Encounter for immunization                                                      Yes
- Regular check-up
- High cholesterol
- Essential hypertension

Lab:
CBC W/ PLATELETS+ DIFF (COMPLETE)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
LIPID PROFILE
PSA,TOTAL
THYROID PROFILE(ITU,T-4,TSH)
VITAMIN B12
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM
LDL CHOLESTEROL,DIRECT
Immunization/Injection:
INFLUENZA QUADRIVALENT (AFLURIA) 0.5 ML, PRESERVATIVE FREE (>=5 YRS)
EKG:
ELECTROCARDIOGRAM COMPLETE

His ekg shows rsr of 69 and axis is 25.
Check labs. He was advised to follow up with his pt and neurosurgeon.
We should try for imaging including the lower T spine. He was advised to look into bariatric
surgery. We will change hydrochlorothiazide to chlorthalidone 25 for better bp control.

## Additional Documentation

Epic Visit Number:   82190401

## Results

### ELECTROCARDIOGRAM COMPLETE          Status: **Final result**   Weill Cornell Connect: **Pt Inactive**

Last Resulted: 10/08/18  9:29 AM

Scans on Order 163481038
ECG on 10/8/2018  9:30 AM by Michelle Langaigne : ECG Report

### CBC W/ PLATELETS+ DIFF (COMPLETE)    Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

|                       | Value      | Range                 |
|-----------------------|------------|-----------------------|
| **WBC COUNT-AUTO**    | **5.9**    | 3.8 - 10.8 Thous/mcL  |
| **RED BLOOD CELL COUNT** | 4.62    | 4.20 - 5.80 Mill/mcL  |
| **HEMOGLOBIN**        | 13.0 (L)   | 13.2 - 17.1 g/dL      |

| | | |
|---|---|---|
| HEMATOCRIT | 39.5 | 38.5 - 50.0 % |
| MEAN CORPUSCULAR VOL | 85.6 | 80.0 - 100.0 fL |
| (MCH)MEAN CORP HGB | 28.2 | 27.0 - 33.0 pg |
| MEAN CORP HGB CONC | 32.9 | 32.0 - 36.0 g/dL |
| RED CELL DIST WIDTH | (15.4 (H)) | 11.0 - 15.0 % |
| PLATELET COUNT | 367 | 140 - 400 Thous/mcL |
| NEUTROPHIL%AUTO | 58.9 | 38 - 80 % |
| LYMPH%AUTO | 31.6 | 15 - 49 % |
| MONOCYTE%AUTO | 6.0 | 0 - 13 % |
| EOSINOPHIL%AUTO | 3.2 | 0 - 8 % |
| BASOPHILE%AUTO | 0.3 | 0 - 2 % |
| NEUTROPHIL ABSOLUTE# | 3475 | 1500 - 7800 Cells/mcL |
| LYMPH ABSOLUTE # | 1864 | 850 - 3900 Cells/mcL |
| MONOCYTE ABSOLUTE # | 354 | 200 - 950 Cells/mcL |
| EOSINOPHIL ABS # | 189 | 15 - 500 Cells/mcL |
| BASOPHIL ABSOLUTE # | 18 | 0 - 200 Cells/mcL |
| MPV | 7.5 | 7.5 - 12.5 fL |
| DIFFERENTIAL | SEE NOTE | |

Comments:

An instrument differential was performed.

Resulting Agency                                    QUEST DIAGNOSTICS INCORPORATED

Specimen Type: Blood                                Specimen Collected: 10/08/18 7:44
                                                    AM

Last Resulted: 10/09/18 6:02 AM

## COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA

Status: **Final result**  Weill Cornell Connect; Pt Inactive

| | Value | Range |
|---|---|---|
| SODIUM | 141 | 135 - 146 mmol/L |
| POTASSIUM | 4.1 | 3.5 - 5.3 mmol/L |
| CHLORIDE | 103 | 98 - 110 mmol/L |
| CO2 | 28 | 20 - 32 mmol/L |
| UREA NITROGEN (BUN) | 22 | 7 - 25 mg/dL |
| CREATININE | 0.77 | 0.70 - 1.33 mg/dL |

Comments:

The upper reference limit for Creatinine is approximately
13% higher for people identified as African-American.

| | | |
|---|---|---|
| BUN/CREATININE RATIO | NOTE | 6 - 22 (calc) |

Comments:

Bun/Creatinine ratio is not reported when the Bun and
Creatinine values are within normal limits.

| | | |
|---|---|---|
| CALCIUM, SERUM | 9.9 | 8.6 - 10.3 mg/dL |
| TOTAL PROTEIN | 7.0 | 6.1 - 8.1 g/dL |
| ALBUMIN | 4.5 | 3.6 - 5.1 g/dL |

| ALB/GLOBULIN RATIO | 1.8 | 1.0 - 2.5 (calc) |
|---|---|---|
| BILIRUBIN, TOTAL | 0.6 | 0.2 - 1.2 mg/dL |
| ALKALINE PHOSPHATASE | 67 | 40 - 115 U/L |
| ASPARTATE AMINOTRANS | 16 | 10 - 35 U/L |
| ALA AMINOTRANSFERASE | 22 | 9 - 46 U/L |
| GLUCOSE,FASTING | CANCELED | 65 - 99 mg/dL |

Comments:

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
1-866 MYQUEST (1-866-697-8378).

Result canceled by the ancillary

| GLUCOSE | DNR | 65 - 139 mg/dL |
|---|---|---|
| GLOBULIN,CALCULATED | 2.5 | 1.9 - 3.7 g/dL (calc) |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |
| Specimen Type: Blood | | Specimen Collected: 10/08/18 7:44 AM |

Last Resulted: 10/09/18 7:28 AM

## HEMOGLOBIN A1C

 Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

| | Value | Range |
|---|---|---|
| HEMOGLOBIN A1C | 7.7 (H) | <5.7 % of total Hgb |

Comments:

For someone without known diabetes, a hemoglobin A1c value
of 6.5% or greater indicates that they may have diabetes
and this should be confirmed with a follow-up test.
For someone with known diabetes, a value <7% indicates
that their diabetes is well controlled and a value greater
than or equal to 7% indicates suboptimal control. A1c
targets should be individualized based on duration of
diabetes, age, co-morbid conditions and other considerations.
Currently, no consensus exists for use of hemoglobin A1c
for diagnosis of diabetes for children.

| Resulting Agency | QUEST DIAGNOSTICS INCORPORATED |
|---|---|
| Specimen Collected: 10/08/18 7:44 AM | Last Resulted: 10/09/18 7:44 AM |

## LIPID PROFILE

 Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

| | Value | Range |
|---|---|---|
| CHOLESTEROL | 182 | <200 mg/dL |
| CHOL/HDL RATIO | 4.2 | <5.0 calc |
| TRIGLYCERIDES | 137 | <150 mg/dL |

| HDL CHOLESTEROL | 43 | >40 mg/dL |
| --- | --- | --- |
| LDL CHOLESTEROL/CALC | (114 (H)) | <100 mg/dL |

Comments:

LDL-C is now calculated using the Martin-Hopkins calculation,
which is a validated novel method providing better accuracy
than the Friedewald equation in the estimation of LDL-C.
Martin SS et al. JAMA. 2013; 310(19): 2061-2068
For additional information, please refer to
http://education.QuestDiagnostics.com/faq/FAQ164
(This link is being provided for informational/educational
purposes only.)
Desirable range < 100 mg/dL for primary prevention; <70 mg/dL
for patients with CHD or diabetic patients with > or = 2 CHD
risk factors.

| NON HDL CHOLESTEROL | (139 (H)) | <130 mg/dL (calc) |
| --- | --- | --- |

Comments:

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

Resulting Agency                     QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 7:44 AM          Last Resulted: 10/09/18 7:28 AM

**PSA,TOTAL**                                    Status: Final result  Weill Cornell Connect: Pt Inactive

| | Value | Range |
| --- | --- | --- |
| PSA,TOTAL | 0.6 | <=4.0 ng/mL |

Comments:

The total PSA value from this assay system is standardized
against the WHO standard. The test result will be
approximately 20% lower when compared to the
equimolar-standardized total PSA (Beckman Coulter).
Comparison of serial PSA results should be interpreted with
this fact in mind.
This test was performed using the Siemens (Bayer)
chemiluminescent method. Values obtained from different
assay methods cannot be used interchangeably. PSA levels,
regardless of value, should not be interpreted as absolute
evidence of the presence or absence of disease.

Resulting Agency                     QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 7:44 AM          Last Resulted: 10/09/18 7:44 AM

**THYROID PROFILE(ITU,T-4,TSH)**              Status: Edited Result - FINAL  Weill Cornell Connect: Pt Inactive

| | Value | Range |
| --- | --- | --- |
| THYROXINE (T4) | 9.1 | 4.9 - 10.5 mcg/dL |

| T-UPTAKE | 29 | 22 - 35 Percent |
|---|---|---|
| FREE T4 INDEX | 2.6 | 1.4 - 3.8 |
| THYROTROPIN (TSH) | 1.01 | 0.40 - 4.50 mIU/L |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |

Specimen Type: Blood

Specimen Collected: 10/08/18 7:44 AM

Last Resulted: 10/09/18 7:44 AM

▦ ▣ ◆ ▼ ☁ ↻

## URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM

Status: Final result   Weill Cornell Connect: Pt inactive

| | Value | Range |
|---|---|---|
| COLOR URINE | Yellow | Yellow |
| APPEARANCE URINE | Clear | Clear |
| SPECIFIC GRAVITY UR | 1.024 | 1.001 - 1.035 |
| PH | 5.5 | 5.0 - 8.0 |
| GLUCOSE URINE | Negative | Negative |
| REDUCING SUBSTANCES | DNR | Negative % |
| BILIRUBIN URINE | Negative | Negative |
| KETONES URINE | Negative | Negative |
| BLOOD URINE | Negative | Negative |
| PROTEIN URINE | Negative | Negative |
| NITRITE URINE | Negative | Negative |
| LEUKOCYTE ESTERASE U | Negative | Negative |
| WHITE BLOOD CELLS UR | None Seen | <or=5  /hpf |
| RED BLOOD CELLS UR | None Seen | <or=2  /hpf |
| SQUAMOUS EPITHELIAL CELLS | None Seen | <or=5  /hpf |
| TRANSITIONAL EPITHELIAL | DNR | <or=5  /hpf |
| RENAL TUBULAR CELLS | DNR | <or=3  /hpf |
| BACTERIA | None Seen | None Seen /hpf |
| U CAL OXAL CRYSTALS | DNR | None or Few  /hpf |
| TRIPLE PHOSPHATE CRYSTALS | DNR | None or Few /hpf |
| U URIC ACID CRYSTALS | DNR | None or Few /hpf |
| AMORPHOUS CRYSTALS | DNR | None or Few  /hpf |
| STONE COMMENT | DNR | None Seen  /hpf |
| HYALINE CAST | None Seen | None Seen  /lpf |
| GRANULAR CAST | DNR | None Seen  /lpf |
| CASTS | DNR | None Seen  /lpf |
| URINE YEAST | DNR | None Seen  /hpf |
| UA COMMENT | DNR | |
| NOTE | DNR | |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |

Specimen Type: Urine

Specimen Collected: 10/08/18 7:44 AM

Last Resulted: 10/09/18 6:41 AM



## LDL CHOLESTEROL,DIRECT

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

|  | Value | Range |
|---|---|---|
| LDL CHOLESTEROL,DIRECT | 126 (H) | <100 mg/dL |

Comments:
Desirable range < 100 mg/dL for primary prevention; <70 mg/dL
for patients with CHD or diabetic patients with > or = 2 CHD
risk factors.

Resulting Agency

QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 7:44 AM   Last Resulted: 10/09/18 7:28 AM

## HIV-1/2/P24 AB/AG (4TH GENERATION) W/RFX

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

|  | Value | Range |
|---|---|---|
| HIV AG/AB, 4TH GEN | Nonreactive | Nonreactive |

Comments:
HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected.
There is no laboratory evidence of HIV infection.
PLEASE NOTE: This information has been disclosed to you
from records whose confidentiality may be protected by
state law.  If your state requires such protection, then
the state law prohibits you from making any further
disclosure of the information without the specific
written consent of the person to whom it pertains, or as
otherwise permitted by law.  A general authorization for
the release of medical or other information is NOT
sufficient for this purpose.
The performance of this assay has not been clinically
validated in patients less than 2 years old.
For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ106.  (This
link is being provided for informational/educational
purposes only.)

| HIV 1 ANTIBODY | DNR | Negative |
|---|---|---|
| HIV 2 ANTIBODY | DNR | No Bands |
| HIV-1 RNA,QL,TMA | DNR | |

Resulting Agency

QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 9:48 AM   Last Resulted: 10/09/18 7:44 AM

## MICROALBUMIN, URINE CONCENTRATION

Status: **Final result**  Weill Cornell Connect: **Pt Inactive**

|  | Value | Range |
|---|---|---|

| MICROALBUMIN,RANDOM URINE | 4.3 | Not Established mg/dL |
|---|---|---|
| RAM | SEE NOTE | |

Comments:
The ADA defines abnormalities in albumin excretion as
follows:

| Category: | Result (mcg/mg creatinine) |
|---|---|
| Normal | <30 |
| Microalbuminuria | 30-299 |
| Clinical albuminuria | > or = 300 |

The ADA recommends that at least two of three specimens
collected within a 3-6 month period be abnormal before
considering a patient to be within a diagnostic category.

Resulting Agency                      QUEST DIAGNOSTICS INCORPORATED

Specimen Collected: 10/08/18 9:50 AM          Last Resulted: 10/09/18 8:08 AM

## GLUCOSE

 Status: **Final result**   Weill Cornell Connect: **Pt Inactive**

Newer results are available. Click to view them now.

| | Value | Range |
|---|---|---|
| GLUCOSE,FASTING | DNR | 65 - 99 mg/dL |
| GLUCOSE | (151 (H)) | 65 - 139 mg/dL |
| Resulting Agency | | QUEST DIAGNOSTICS INCORPORATED |

Specimen Collected: 10/08/18 7:44 AM          Last Resulted: 10/09/18 8:24 AM

## Orders Placed

Labs
CBC W/ PLATELETS+ DIFF (COMPLETE) (Resulted 10/8/2018, Abnormal)
GLUCOSE (Resulted 10/8/2018, Abnormal)
HEMOGLOBIN A1C (Resulted 10/8/2018, Abnormal)
LDL CHOLESTEROL,DIRECT (Resulted 10/8/2018, Abnormal)
LIPID PROFILE (Resulted 10/8/2018, Abnormal)
COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA (Resulted 10/8/2018)
HIV-1/2/P24 AB/AG (4TH GENERATION) W/RFX (Resulted 10/8/2018)
MICROALBUMIN, URINE CONCENTRATION (Resulted 10/8/2018)
PSA,TOTAL (Resulted 10/8/2018)
THYROID PROFILE(ITU,T-4,TSH) (Resulted 10/8/2018)
URINALYSIS, DIPSTICK WITH MICROSCOPIC EXAM (Resulted 10/8/2018)
VITAMIN B12

Other Orders
ELECTROCARDIOGRAM COMPLETE (Resulted 10/8/2018)

## Medication Renewals and Changes

As of 10/8/2018 9:45 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: Chlorthalidone 25 MG Tablet** | 5 | 10/8/2018 | 1/6/20 19 |
| Take 1 Tab by mouth daily for 90 days. - Oral | | | |
| **Choline Fenofibrate** | | | |
| Discontinued: FENOFIBRIC ACID 135 MG Capsule Delayed Release | | | |
| **Unchanged: Choline Fenofibrate (FENOFIBRIC** | | 8/12/2017 | |
| **ACID) 135 MG Capsule Delayed Release** | | | |
| TAKE ONE CAPSULE BY MOUTH EVERY DAY | | | |
| **Escitalopram Oxalate** | | | |
| Discontinued: escitalopram 10 MG Tablet | | | |
| **Unchanged: escitalopram 10 MG Tablet** | | 8/18/2017 | |
| **HydroCHLOROthiazide** | | | |
| Discontinued: HYDROCHLOROTHIAZIDE 25 MG Tablet | | | |
| **Unchanged: hydroCHLOROthiazide 25 MG** | | 8/12/2017 | |
| **Tablet** | | | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **Quinapril HCl** | | | |
| Discontinued: QUINAPRIL HCL 40 MG Tablet | | | |
| **Unchanged: Quinapril HCl 40 MG Tablet** | | 8/12/2017 | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |
| **Rosuvastatin Calcium** | | | |
| Discontinued: ROSUVASTATIN 20 MG Tablet | | | |
| **Unchanged: rosuvastatin 20 MG Tablet** | | 8/12/2017 | |
| TAKE 1 TABLET BY MOUTH EVERY DAY | | | |

## Visit Diagnoses

Encounter for immunization Z23
Regular check-up Z00.00
High cholesterol E78.00
Essential hypertension I10.

## Immunizations Given

Influenza quadrivalent injectable, preservative free

## Level Of Service

PREV VISIT EST AGE 40-64 (99396)
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

| Component | Latest Ref Rng & Units | 3/3/2017 |
|---|---|---|
| SODIUM | 132 - 146 mmol/L | 140 |
| POTASSIUM | 3.5 - 5.1 mmol/L | 4.3 |
| CHLORIDE | 99 - 109 mmol/L | 102 |
| CARBON DIOXIDE | 20.0 - 31.0 mmol/L | 33.0 (H) |
| UREA NITROGEN (BUN) | 8 - 20 mg/dL | 23 (H) |
| CREATININE | 0.64 - 1.27 mg/dL | 0.87 |
| CALCIUM, TOTAL | 8.7 - 10.4 mg/dL | 10.0 |
| ANION GAP | 5.0 - 17.0 | 5.0 |
| BUN/CREATININE RATIO | ratio | 26 |
| PROTEIN, TOTAL | 5.7 - 8.2 g/dL | 7.3 |
| ALBUMIN, SERUM | 3.2 - 4.8 g/dL | 4.4 |
| GLOBULIN | 2.0 - 3.7 g/dL | 2.9 |
| BILIRUBIN, TOTAL | 0.3 - 1.2 mg/dL | 0.6 |
| AST | <=34 U/L | 14 |
| ALT | 10 - 49 U/L | 22 |
| ALKALINE PHOSPHATASE | 32 - 91 U/L | 68 |
| GLUCOSE, PLASMA | 74 - 106 mg/dL | 97 |
| COLOR, URINE | Straw | Yellow |
| APPEARANCE, URINE | Clear | Clear |
| GLUCOSE, URINE | Negative mg/dL | Negative |
| BILIRUBIN, URINE TEST STRIP | Negative mg/dL | Negative |
| KETONES, URINE | Negative mg/dL | Negative |
| SPECIFIC GRAVITY, URINE, STRIP | 1.005 - 1.030 | 1.019 |
| BLOOD, URINE | Negative mg/dL | Small (A) |
| PH, URINE | 5.0 - 8.0 pH units | 6.0 |
| PROTEIN, URINE | Negative mg/dL | Negative |
| UROBILINOGEN URINE (MCNC) | <2.0 mg/dL | <2.0 |
| NITRITE, URINE | Negative | Negative |
| LEUKOCYTE ESTERASE, URINE | Negative Leu/uL | Negative |
| WHITE BLOOD CELLS, URINE | 0 - 5 /HPF | 0 |
| RED BLOOD CELLS, URINE | 0 - 4 /HPF | 4 |
| MUCUS, URINE | Negative /LPF | Occasional (A) |
| UA COMMENT | | See Note |
| WBC COUNT | 3.4 - 11.2 x10(3)/uL | 8.4 |
| RED BLOOD CELL COUNT | 4.40 - 5.90 x10(6)/uL | 4.82 |
| HEMOGLOBIN | 13.3 - 17.7 g/dL | 13.6 |
| HEMATOCRIT | 40.0 - 50.0 % | 41.0 |
| MEAN CORPUSCULAR VOL (MCV) | 81.0 - 100.0 fL | 85.1 |
| MEAN CORP HGB (MCH) | 27.0 - 34.0 pg | 28.2 |
| MEAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | 33.1 |
| RED CELL DIST WIDTH (RDW) | 11.5 - 14.5 % | 15.1 (H) |
| PLATELET COUNT, AUTO | 150 - 450 x10(3)/uL | 370 |
| MEAN PLATELET VOLUME, AUTO | 7.0 - 11.5 fL | 8.2 |
| NEUTROPHILS %, AUTO | 45.0 - 75.0 % | 68.4 |
| LYMPHOCYTES %, AUTO | 20.0 - 50.0 % | 23.9 |
| MONOCYTES %, AUTO | 2.0 - 11.0 % | 6.3 |
| EOSINOPHILS %, AUTO | 0.0 - 5.0 % | 0.7 |
| BASOPHILS %, AUTO | 0.0 - 1.0 % | 0.7 |
| NEUTROPHILS, ABSOLUTE, AUTO | 1.8 - 7.0 x10(3)/uL | 5.7 |
| LYMPHOCYTES, ABSOLUTE, AUTO | 1.0 - 4.8 x10(3)/uL | 2.0 |
| MONOCYTES, ABSOLUTE, AUTO | 0.2 - 0.9 x10(3)/uL | 0.5 |

| Component | Latest Ref.Rng & Units | 3/3/2017 |
|---|---|---|
| EOSINOPHILS, ABSOLUTE, AUTO | 0.00 - 0.45 x10(3)/uL | 0.10 |
| BASOPHILS ABSOLUTE, AUTO | 0.00 - 0.10 x10(3)/uL | 0.10 |
| CHOLESTEROL, TOTAL | <=200.0 mg/dL | 182.0 |
| TRIGLYCERIDES, SERUM | <=150 mg/dL | 127 |
| HDL CHOLESTEROL | >=40 mg/dL | 50 |
| LDL CHOLESTEROL/CALC | <=100 mg/dL | 107 (H) |
| CHOLESTEROL/HDL RATIO | | 3.6 |
| T3 UPTAKE | 23 - 37 % | 32 |
| T4, TOTAL | 4.5 - 10.9 ug/dL | 8.3 |
| THYROXIN, FREE INDEX | 1.4 - 3.1 | 2.7 |
| THYROTROPIN (TSH), 3RD GENERATION | 0.550 - 4.780 uIU/mL | 1.347 |
| HEMOGLOBIN A1C | <=5.6 % | 6.8 (H) |
| ESTIMATED AVERAGE GLUCOSE | mg/dL | 148 |
| EGFR, AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| EGFR NON AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| VITAMIN D, 25-OH | 30.0 - 80.0 ng/mL | 26.5 (L) |
| LDL-CHOLESTEROL DIRECT, TOTAL | <=99 mg/dL | 122 (H) |
| PSA, TOTAL | 0.00 - 4.00 ng/mL | 0.46 |

| Component | Latest Ref Rng & Units | 8/8/2017 |
|---|---|---|
| GLUCOSE, PLASMA | 74 - 106 mg/dL | 125 (H) |
| SODIUM | 132 - 146 mmol/L | 142 |
| POTASSIUM | 3.5 - 5.1 mmol/L | 4.1 |
| CHLORIDE | 99 - 109 mmol/L | 99 |
| CARBON DIOXIDE | 20.0 - 31.0 mmol/L | 33.0 (H) |
| UREA NITROGEN (BUN) | 8 - 20 mg/dL | 23 (H) |
| CREATININE | 0.64 - 1.27 mg/dL | 0.97 |
| CALCIUM, TOTAL | 8.7 - 10.4 mg/dL | 10.2 |
| ANION GAP | 5.0 - 17.0 | 10.0 |
| BUN/CREATININE RATIO | ratio | 24 |
| PROTEIN, TOTAL | 5.7 - 8.2 g/dL | 7.5 |
| ALBUMIN, SERUM | 3.2 - 4.8 g/dL | 4.6 |
| GLOBULIN | 2.0 - 3.7 g/dL | 2.9 |
| BILIRUBIN, TOTAL | 0.3 - 1.2 mg/dL | 0.5 |
| AST | <=34 U/L | 17 |
| ALT | 10 - 49 U/L | 25 |
| ALKALINE PHOSPHATASE | 32 - 91 U/L | 76 |
| COLOR, URINE | Straw | Yellow |
| APPEARANCE, URINE | Clear | Clear |
| GLUCOSE, URINE | Negative mg/dL | Negative |
| BILIRUBIN, URINE TEST STRIP | Negative mg/dL | Negative |
| KETONES, URINE | Negative mg/dL | Negative |
| SPECIFIC GRAVITY, URINE, STRIP | 1.005 - 1.030 | 1.021 |
| BLOOD, URINE | Negative mg/dL | Small (A) |
| PH, URINE | 5.0 - 8.0 pH units | 6.0 |
| PROTEIN, URINE | Negative mg/dL | Negative |
| UROBILINOGEN URINE (MCNC) | <2.0 mg/dL | <2.0 |
| NITRITE, URINE | Negative | Negative |
| LEUKOCYTE ESTERASE, URINE | Negative Leu/uL | Negative |
| WHITE BLOOD CELLS, URINE | 0 - 5 /HPF | 0 |
| RED BLOOD CELLS, URINE | 0 - 4 /HPF | 7 (H) |
| MUCUS, URINE | Negative /LPF | Occasional (A) |
| UA COMMENT | | See Note |
| WBC COUNT | 3.4 - 11.2 x10(3)/uL | 6.4 |
| RED BLOOD CELL COUNT | 4.40 - 5.90 x10(6)/uL | 4.75 |
| HEMOGLOBIN | 13.3 - 17.7 g/dL | 13.5 |
| HEMATOCRIT | 40.0 - 50.0 % | 40.4 |
| MEAN CORPUSCULAR VOL (MCV) | 81.0 - 100.0 fL | 84.9 |
| MEAN CORP HGB (MCH) | 27.0 - 34.0 pg | 28.4 |
| MEAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | 33.4 |
| RED CELL DIST WIDTH (RDW) | 11.5 - 14.5 % | 15.0 (H) |
| PLATELET COUNT, AUTO | 150 - 450 x10(3)/uL | 311 |
| MEAN PLATELET VOLUME, AUTO | 7.0 - 11.5 fL | 7.5 |
| NEUTROPHILS %, AUTO | 45.0 - 75.0 % | 58.8 |
| LYMPHOCYTES %, AUTO | 20.0 - 50.0 % | 31.0 |
| MONOCYTES %, AUTO | 2.0 - 11.0 % | 7.0 |
| EOSINOPHILS %, AUTO | 0.0 - 5.0 % | 2.5 |
| BASOPHILS %, AUTO | 0.0 - 1.0 % | 0.7 |
| NEUTROPHILS, ABSOLUTE, AUTO | 1.8 - 7.0 x10(3)/uL | 3.7 |
| LYMPHOCYTES, ABSOLUTE, AUTO | 1.0 - 4.8 x10(3)/uL | 2.0 |
| MONOCYTES, ABSOLUTE, AUTO | 0.2 - 0.9 x10(3)/uL | 0.4 |

Graziano,Michael [........] - DOB: [......] - [..............]

| Component | Latest Ref Rng & Units | 8/8/2017 |
|---|---|---|
| EOSINOPHILS, ABSOLUTE, AUTO | 0.00 - 0.45 x10(3)/uL | 0.20 |
| BASOPHILS ABSOLUTE, AUTO | 0.00 - 0.10 x10(3)/uL | 0.00 |
| CHOLESTEROL, TOTAL | <=200.0 mg/dL | 197.0 |
| TRIGLYCERIDES, SERUM | <=150 mg/dL | 202 (H) |
| HDL CHOLESTEROL | >=40 mg/dL | 42 |
| LDL CHOLESTEROL/CALC | <=100 mg/dL | 115 (H) |
| CHOLESTEROL/HDL RATIO | | 4.7 |
| HEMOGLOBIN A1C | <=5.6 % | 7.1 (H) |
| ESTIMATED AVERAGE GLUCOSE | mg/dL | 157 |
| EGFR, AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| EGFR NON AFRICAN AMERICAN, MDRD | >=60 mL/min/1.73 m2 | >60 |
| MICROALBUMIN URINE | 0.0 - 3.0 mg/L | 32.4 (H) |
| LDL-CHOLESTEROL DIRECT, TOTAL | <=99 mg/dL | 144 (H) |

| mponent | Latest Ref Rng & Units | 10/8/2018 | 10/8/2018 | 1/8 10/8/2018 | 10/8/2018 |
|---|---|---|---|---|---|
| | | 7:44 AM | 7:44 AM | 9:48 AM | 9:50 AM |
| LOR, URINE | Yellow | | Yellow | | |
| PEARANCE, URINE | Clear | | Clear | | |
| ECIFIC GRAVITY, URINE, STRIP | 1.001 - 1.035 | | 1.024 | | |
| , URINE (STRIP) | 5.0 - 8.0 | | 5.5 | | |
| UCOSE, URINE | Negative | | Negative | | |
| DUCING SUBSTANCES, URINE | Negative % | | DNR | | |
| JRUBIN, URINE TEST STRIP | Negative | | Negative | | |
| TONES, URINE | Negative | | Negative | | |
| OOD, URINE | Negative | | Negative | | |
| IOTEIN, URINE | Negative | | Negative | | |
| TRITE, URINE | Negative | | Negative | | |
| UKOCYTE ESTERASE, URINE | Negative | | Negative | | |
| HITE BLOOD CELLS, URINE | <or=5 /hpf | | None Seen | | |
| D BLOOD CELLS, URINE | <or=2 /hpf | | None Seen | | |
| JUAMOUS EPITH CELLS, URINE | <or=5 /hpf | | None Seen | | |
| ANSIT EPITH CELLS, URINE | <or=5 /hpf | | DNR | | |
| RENAL EPITH CELL | <or=3 /hpf | | DNR | | |
| CTERIA, URINE, QN | None Seen /hpf | | None Seen | | |
| LCIUM OXALATE CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| PLE PHOSPHATE CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| IC ACID CRYSTALS, URINE | None or Few /hpf | | DNR | | |
| YSTALS, AMORPHOUS, URINE | None or Few /hpf | | DNR | | |
| YSTALS, URINE | None Seen /hpf | | DNR | | |
| ALINE CASTS, URINE | None Seen /hpf | | None Seen | | |
| JANULAR CAST, URINE | None Seen /hpf | | DNR | | |
| STS, URINE | None Seen /lpf | | DNR | | |
| AST, URINE | None Seen /hpf | | DNR | | |
| COMMENT | | | DNR | | |
| JTE (UA) | | | DNR | | |
| BC COUNT | 3.8 - 10.8 Thous/mcL | | 5.9 | | |
| D BLOOD CELL COUNT | 4.20 - 5.80 Mill/mcL | | 4.62 | | |
| MOGLOBIN | 13.2 - 17.1 g/dL | | 13.0 (L) | | |
| MATOCRIT | 38.5 - 50.0 % | | 39.5 | | |
| EAN CORPUSCULAR VOL (MCV) | 80.0 - 100.0 fL | | 85.6 | | |
| EAN CORP HGB (MCH) | 27.0 - 33.0 pg | | 28.2 | | |
| EAN CORP HGB CONC (MCHC) | 32.0 - 36.0 g/dL | | 32.9 | | |
| D CELL DIST WIDTH (RDW) | 11.0 - 15.0 % | | 15.4 (H) | | |

Claimant Name: Michael J. Graziano     Claim #: 15828867

FUL-CL-LTD-000325

| mponent | Latest Ref Rng & Units | 10/8/2018 | 10/8/2018 | 10/8/2018 | 10/8/2018 |
|---|---|---|---|---|---|
| | | 7:44 AM | 7:44 AM | 9:48 AM | 9:50 AM |
| ATELET COUNT, AUTO | 140 - 400 Thous/mcL | | 367 | | |
| V | 7.5 - 12.5 fL | | 7.5 | | |
| UTROPHILS %, AUTO | 38 - 80 % | | 58.9 | | |
| MPHOCYTES %, AUTO | 15 - 49 % | | 31.6 | | |
| DNOCYTES %, AUTO | 0 - 13 % | | 6.0 | | |
| SINOPHILS %, AUTO | 0 - 8 % | | 3.2 | | |
| SOPHILS %, AUTO | 0 - 2 % | | 0.3 | | |
| UTROPHILS, ABSOLUTE, AUTO | 1500 - 7800 Cells/mcL | | 3475 | | |
| MPHOCYTES, ABSOLUTE, AUTO | 850 - 3900 Cells/mcL | | 1864 | | |
| DNOCYTES, ABSOLUTE, AUTO | 200 - 950 Cells/mcL | | 354 | | |
| SINOPHILS, ABSOLUTE, AUTO | 15 - 500 Cells/mcL | | 189 | | |
| SOPHILS ABSOLUTE, AUTO | 0 - 200 Cells/mcL | | 18 | | |
| FERENTIAL | | | SEE NOTE | | |
| UCOSE TOLERANCE, FASTING | 65 - 99 mg/dL | DNR | CANCELED | | |
| UCOSE | 65 - 139 mg/dL | 151 (H) | DNR | | |
| DIUM | 135 - 146 mmol/L | | 141 | | |
| TASSIUM | 3.5 - 5.3 mmol/L | | 4.1 | | |
| LORIDE | 98 - 110 mmol/L | | 103 | | |
| RBON DIOXIDE | 20 - 32 mmol/L | | 28 | | |
| EA NITROGEN (BUN) | 7 - 25 mg/dL | | 22 | | |
| EATININE | 0.70 - 1.33 mg/dL | | 0.77 | | |
| N/CREATININE RATIO | 6 - 22 (calc) | | NOTE | | |
| LCIUM, TOTAL | 8.6 - 10.3 mg/dL | | 9.9 | | |
| OTEIN, TOTAL | 6.1 - 8.1 g/dL | | 7.0 | | |
| BUMIN, SERUM | 3.6 - 5.1 g/dL | | 4.5 | | |
| OBULIN, CALCULATED | 1.9 - 3.7 g/dL (calc) | | 2.5 | | |
| BUMIN/GLOBULIN RATIO | 1.0 - 2.5 (calc) | | 1.8 | | |
| IRUBIN, TOTAL | 0.2 - 1.2 mg/dL | | 0.6 | | |
| KALINE PHOSPHATASE | 40 - 115 U/L | | 67 | | |
| T | 10 - 35 U/L | | 16 | | |
| T | 9 - 46 U/L | | 22 | | |
| OLESTEROL, TOTAL | <200 mg/dL | | 182 | | |
| L CHOLESTEROL | >40 mg/dL | | 43 | | |
| OLESTEROL/HDL RATIO | <5.0 calc | | 4.2 | | |
| CHOLESTEROL/CALC | <100 mg/dL | | 114 (H) | | |
| GLYCERIDES, SERUM | <150 mg/dL | | 137 | | |
| N-HDL (LDL + VLDL) CHOLESTEROL | <130 mg/dL (calc) | | 139 (H) | | |

| omponent | Latest Ref Rng & Units | 10/8/2018 | 10/8/2018 | 10/8/2018 | 10/8/2018 |
|---|---|---|---|---|---|
| | | 7:44 AM | 7:44 AM | 9:48 AM | 9:50 AM |
| TOTAL | 4.9 - 10.5 mcg/dL | | 9.1 | | |
| UPTAKE | 22 - 35 Percent | | 29 | | |
| YROXIN, FREE INDEX | 1.4 - 3.8 | | 2.6 | | |
| YROTROPIN (TSH), 3RD GENERATION | 0.40 - 4.50 mIU/L | | 1.01 | | |
| V 1/2 AB & HIV1 P24 AG | Nonreactive | | | Nonreactive | |
| V-1 AB, EIA | Negative | | | DNR | |
| V-2 AB | No Bands | | | DNR | |
| V-1 RNA, QL | | | | DNR | |
| CROALBUMIN URINE | Not Established mg/dL | | | | 4.3 |
| lifi (MICROALBUMIN) | | | | | SEE NOTE |
| MOGLOBIN A1C | <5.7 % of total Hgb | | 7.7 (H) | | |
| A, TOTAL | <=4.0 ng/mL | | 0.6 | | |
| N-CHOLESTEROL DIRECT, TOTAL | <100 mg/dL | | 126 (H) | | |

Claimant Name: Michael J. Graziano    Claim #: 15828867

FUL-CL-LTD-000327



| | | | | | |
|---|---|---|---|---|---|
| Name: | Graziano Michael | **Weill Cornell Medical College** | Rate: | 62 | BPM |
| ID: | 77987620 | Req. Physician: | PR: | 136 | msec |
| Sex: | Male | Technician: MICHELLE | QT: | 406 | msec |
| BP: | | History: | QTcF: | 409 | msec |
| Weight: | lbs | Medication: | QRSD: | 90 | msec |
| Height: | inches | Date of Report: 03/03/17  09:58:53 | P-QRS-T: | 25/9/30 | degree |
| DOB: | /1965 (51 Years) | Reviewed By: STEIN SIDNEY | | | |
| Comments: | | Review Date: 03/03/17  09:59:10 | | | |

Interpretation:
Sinus Rhythm
Low voltage in precordial leads.

ABNORMAL

Speed:25 mm/sec  Gain:10 mm/mv  MYO:ON  AC:ON  DRIFT:ON  Midmark Diagnostics Group  Page 1 of 1  Version 8.6.1  ECG Analysis Ver. 8.6.0  Print Date: 10/09/18  12:45:03

| | | Weill Cornell Medical College | | Rate: | 61 | BPM | Interpretation: |
| Name: | Graziano Michael | Req. Physician: | | PR: | 130 | msec | Sinus Rhythm |
| ID: | 77987620 | Technician: | MICHELLE | QT: | 410 | msec | Low voltage in precordial leads. |
| Sex: | Male | History: | | QTcH: | 411 | msec | |
| BP: | | Medication: | | QRSD: | 92 | msec | ABNORMAL |
| Weight: | lbs | Date of Report: | 03/03/17  09:59:36 | P-QRS-T: | 31/9/29 | degree | |
| Height: | inches | Reviewed By: | STEIN SIDNEY | | | | |
| DOB: | ▇/1965 (51 Years) | Review Date: | 03/03/17  09:59:53 | | | | |
| Comments: | | | | | | | |

Speed: 25 mm/sec  Gain: 10 mm/mv  MYO:ON  AC:ON  DRIFT:ON      Midmark Diagnostics Group      Page 1 of 1      Version 8.6.1      ECG Analysis Ver. 8.6.0      Print Date: 10/09/18   12:45:09

Annotations for 2018112907220981D485

--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:33:42
Last Updated: 02/15/2019 13:33:42
Page: 3
Note: FCE
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:33:55
Last Updated: 02/15/2019 13:33:55
Page: 23
Note: FCE
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:34:17
Last Updated: 02/15/2019 13:34:17
Page: 29
Note: 10/2018 FCE
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:34:17
Last Updated: 02/15/2019 13:34:17
Page: 33
Note: STD APS 11/23/18
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:34:42
Last Updated: 02/15/2019 13:34:42
Page: 35
Note: 10/16/18 BEER OOW note
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:35:12
Last Updated: 02/15/2019 13:35:12
Page: 36
Note: 10/4/18 OVN
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:35:12
Last Updated: 02/15/2019 13:35:12
Page: 38
Note: 1/3/17 OVN
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:35:39
Last Updated: 02/15/2019 13:35:39
Page: 42
Note: 10/4/18
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:35:39
Last Updated: 02/15/2019 13:35:39
Page: 44
Note: 10/16/18
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:35:39
Last Updated: 02/15/2019 13:35:39
Page: 47
Note: 11/9/18
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:36:02
Last Updated: 02/15/2019 13:36:02
Page: 50
Note: 1/18/17 joint injection
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:36:15
Last Updated: 02/15/2019 13:36:15
Page: 53
Note: 4/11/18 Medical branch RF
--------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:36:40

Last Updated: 02/15/2019 13:36:40
Page: 55
Note: 10/6/17 MRI lumbar spine
-------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:36:40
Last Updated: 02/15/2019 13:36:40
Page: 57
Note: 3/3/17
-------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:36:52
Last Updated: 02/15/2019 13:36:52
Page: 68
Note: 8/8/17 OVN
-------------------------------------------------------------------------------
Created by: UP\AGH09 on 02/15/2019 13:38:16
Last Updated: 02/15/2019 13:38:16
Page: 71
Note: Labs

Document Detail
--------------------------------------------------------------------------------
Checked/Unchecked Indicator: No

Document ID: 2018121911385430290E

Entry Date: 12/19/2018 11:39:01

Received Date: 12/19/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Medical

Secondary Doc Type: Records

Medical Provider:

Document Notes: WCN 12/18/18 12/05 Procedure

Work Notes:

To:　　　**JEFFRY BEER**
　　　　**(516) 393-8870**

Fax:　　　**(516) 393-8870**

Re:　　　**Michael Graziano**　　**# 15334313**

From:　　　**Alyssa Gurney**

Address:　　**The Benefits Center**
　　　　**PO Box 100158**
　　　　**Columbia, SC 29202-3158**

Fax:　　　1-800-447-2498　　　Phone.　　**1-866-301-8181**

Number of　　**4**　　　Date:　　**December 7, 2018**
Pages:

**NOTICE REGARDING CONFIDENTIAL COMMUNICATION – The information provided in this FAX is intended only for the addressee named above. The contents of this FAX and its attachments may include proprietary or otherwise privileged information and are considered private and confidential. If you are not the intended recipient of the FAX, please promptly deliver the FAX to the intended recipient and do not leave it in a location where it can be seen by others. You are also hereby notified that any other use, dissemination, distribution or reproduction of this information is strictly prohibited. If you received this FAX in error, please immediately notify the sender to determine the best means to resolve the situation.**

Fax Server 04          12/7/2018 10:57:24 AM  PAGE  2/004   Fax Server

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone. 1-866-301-5181
Fax: 1-800-447-2498
www.unum.com

**unum**

December 7, 2018

JEFFRY BEER
(518) 393-8870

RE:   Graziano, Michael J.
      Claim Number:            15334313
      Policy Number:           405257
      Unum Life Insurance Company of America

Dear Dr. Beer:

**PATIENT NAME:** Michael Graziano
**DOB:** ▓▓▓▓, 1965

We are currently reviewing disability benefits for your patient, Michael Graziano. We would
appreciate your help in providing additional information.

- **Please send copies of all office visit notes, test results and consultative reports from
  December 05, 2018 forward.**

Based on your patient's current medical condition, please provide the information requested
below, answering the questions as completely as possible.

- What is your patient's current diagnosis?

  ① MECHANICAL LUMBAR  FACET VS DISCOGENIC PAIN.
       ② LUMBAR RADICULAR PAIN.

- What is the date and specific type of your patient's surgery?  N/A

- Are you continuing to advise your patient to remain out of work beyond December 05, 2018?

  YES

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
1362-03

0287800705204310I

Fax Server 04              12/7/2018 10:57:24 AM  PAGE    3/004    Fax Server

Claimant Name: Graziano, Michael J.                                          December 7, 2018
Claim Number: 15334313                                                          Page 2 of 3

* What are the specific physical and/or cognitive findings on which you are basing your decision?

    SEVERE LUMBAR PAIN Σ MRI FINDINGS

* What are the patient's current restrictions (what the patient should not do) and limitations (what the patient cannot do)? Please be specific and note that a reply of "no work" or "totally incapacitated" is not sufficient.

    NO LIFTING 2×0 HRS ; NO BENDING /STOOPING /CLIMBING
    NO PROLONGED STANDING/SITTING  2 30-60 MINS

* What is the current course of treatment?

    P.T. , MEDICATIONS, INJECTIONS/SPINAL PROCEDURES

* What is the date of your patient's last office visit?

    12 - 5 - 2018

* What is the date of your patient's next office visit?

    6 - 8 WEEKS

* On what date do you expect your patient will be able to return to work?

    Full-time:    7 NOT ABLE TO DETERMINE AT THIS TIME.
    Part-time:

    If you are advising your patient to return to work part-time, please provide a list of specific accommodations needed and the expected duration.

    N/A

Please respond directly on this letter and sign and date in the space provided below



Fax to 7521809 (FISTD800) at 12/19/2018 11:30:06 from (5163938870) Req ID 2018121911374101292E.

Page 4 of 6 (C)

Claimant Name: Graziano, Michael J.
Claim Number: 15334313

December 7, 2018
Page 3 of 3

Signature

12/18/18
Date

Please respond by December 21, 2018 as further consideration of benefits depends on your reply. If possible, fax this information to 1-800-447-2498. Privacy is important to everyone. Please be sure you are faxing this information to 1-800-447-2498 to eliminate potential for any misdirected information.

Thank you for taking the time to complete this questionnaire. If you have any questions about this request, please contact me at 1-866-301-8181, extension 52609.

Sincerely,

*Alyssa Gurney*

Alyssa Gurney
Disability Benefits Specialist



Date: 12/05/2018
Patient: Graziano, Michael ▮▮▮ 1965)
Physician:  Jason S. Lipetz, M.D.      Jeffry R. Beer, M.D.      Joseph K. Lee, MD
            Miranda B. Smith, MD     Thomas P. Lione, DO
Side / Level(s):  Right L3 and L4

**Procedure:** Diagnostic Spinal Epidurography
Documentation of performance, supervision and dedicated interpretation

Reason for procedure: lumbar / lower extremity pain / Confirmation of anatomic flow of contrast
within epidural space

Procedure: Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner.

Utilizing a single needle technique and an oblique visualization, a spinal needle was advanced to
the appropriate position of the L3 and L4 pedicle(s).  Proper needle positioning was confirmed
under AP visualization.

Contrast was then injected under live fluoroscopic inspection with visualization of contrast flow
with both AP and Lateral view visualization.

Following live visualization of contrast flow, images were recorded and saved within the hard
drive and patient record.

Inspection of both live and static images was performed prior to proceeding with the introduction
of therapeutic or diagnostic agents to confirm satisfactory contrast flow and the absence of
perineural flow obstruction arising from a compressive process, anatomic variation, perineural
fibrosis, or recess / foraminal stenosis not detected upon prior advanced spinal imaging.

Epidurogram imaging in this case reveals satisfactory flow of contrast to the targeted pain
generator and tissues surrounding the nerve root(s).  Medication was determined to reach the
targeted pain generator without obstruction from foraminal stenosis, lateral recess stenosis,
epidural scarring, central canal compromise, or otherwise obstructive anatomy.

The regional anatomy in this case also allowed for a localized epidurogram to be achieved
without uncontrolled or excessive flow to adjacent disc levels or contralateral spread. No
concerning flow of contrast to the regional vasculature was observed. These findings render the
patient an appropriate candidate for targeted epidural injection therapy.

Dr. JEFFRY BEER

Date: 12/05/2018
Patient: Graziano, Michael ▮▮▮ /1965)
Physician: Jason S. Lipetz, M.D.    Jeffry R. Beer, M.D.      Joseph K. Lee, MD
           Miranda B. Smith, MD   Thomas P. Lione, DO
Side / Level(s): Right L3 and L4
Procedure: Therapeutic lumbar root injection
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner.  A skin wheal was raised with 1% Lidocaine and added bicarbonate in the
paraspinal region overlying the targeted L3 pedicle.  Utilizing a single needle technique
and an oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of
the pedicle.  Proper needle positioning was confirmed under AP visualization.
Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread
of contrast under live fluoroscopic visualization.  The exiting nerve root was clearly
outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal
nerve. A test dose of 1% lidocaine was then injected with patient monitoring and
questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL)
followed by 0.5 mL of 1% lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal
region overlying the targeted L4 pedicle.  Utilizing a single needle technique and an
oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of the
pedicle.  Proper needle positioning was confirmed under AP visualization.
Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread
of contrast under live fluoroscopic visualization.  The exiting nerve root was clearly
outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal
nerve. A test dose of 1% lidocaine was then injected with patient monitoring and
questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL)
followed by 0.5 mL of 1% lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and
hypertensive reactions. The area was topically iced. The patient was discharged without
complication.

Dr. JEFFRY BEER

5 degrees reverse Fergueson at both levels

Annotations for 2018121911385430290E

------------------------------------------------------------------------

Created by: UP\AGH09 on 02/18/2019 08:04:19
Last Updated: 02/18/2019 08:04:19
Page: 6
Note: 12/5/18

Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2018122010154796247E

**Entry Date:** 12/20/2018 10:15:58

**Received Date:** 12/20/2018

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Medical

**Secondary Doc Type:** Records

**Medical Provider:**

**Document Notes:** WCN & 12/11 OVN

**Work Notes:**

# FAX

**FROM**

Kachatur Arabachian

**TO**

Ms. Alyssa Gurney
UNUM

**Phone**     (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** +18004472498

**DATE** 12/20/2018

**NOTE**

Re: Michael Graziano
Claim No : 15334313



## RIEMER & ASSOCIATES LLC
### ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

December 20, 2018

**<u>Via Fax (800)-447-2498 & Mail</u>**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

> Re:   Michael Graziano
>        Claim No.: 15334313
>        <u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to our phone conversation, dated December 7, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Dr. Beer – Attending Physician Statement**, dated December 18, 2018;
- **Dr. Beer – Medical Certification Statement**, dated December 11, 2018;
- **Dr. Beer – Diagnostic Spinal Epidurography**, dated December 5, 2018; and;
- **Dr. Stein – Office Visit Note**, dated December 11, 2018.

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-866-301-8181
Fax: 1-800-447-2498
www.unum.com



December 7, 2018


JEFFRY BEER
(516) 393-8870



RE:    Graziano, Michael J.
       Claim Number:              15334313
       Policy Number:             405257
       Unum Life Insurance Company of America


Dear Dr. Beer;

**PATIENT NAME:** Michael Graziano
**DOB:** ▓▓▓ 1965

We are currently reviewing disability benefits for your patient, Michael Graziano. We would
appreciate your help in providing additional information.

- **Please send copies of all office visit notes, test results and consultative reports from
  December 05, 2018 forward.**

Based on your patient's current medical condition, please provide the information requested
below, answering the questions as completely as possible.


- What is your patient's current diagnosis?

  (1) MECHANICAL LUMBAR FACET VS DISCOGENIC PAIN.
       (2) LUMBAR RADICULAR PAIN.

- What is the date and specific type of your patient's surgery?  N/A

- Are you continuing to advise your patient to remain out of work beyond December 05, 2018?

                    YES

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
CL42-03

028750070G2043101

FUL-CL-LTD-000343

Claimant Name: Graziano, Michael J.                                     December 7, 2018
Claim Number: 15334313                                                  Page 2 of 3

- What are the specific physical and/or cognitive findings on which you are basing your decision?

  SEVERE LUMBAR PAIN ẽ MRI FINDINGS

- What are the patient's current restrictions (what the patient should not do) and limitations (what the patient cannot do)? Please be specific and note that a reply of "no work" or "totally incapacitated" is not sufficient.

  NO LIFTING >20 lbs ; NO BENDING /STOOPING /CLIMBING
  NO PROLONGED STANDING/SITTING >30-60 MIN

- What is the current course of treatment?

  P.T. , MEDICATIONS, INJECTIONS /SPINAL PROCEDURES

- What is the date of your patient's last office visit?

  12 - 5 - 2018

- What is the date of your patient's next office visit?

  6 - 8 WEEKS

- On what date do you expect your patient will be able to return to work?

  Full-time:  > NOT ABLE TO DETERMINE AT THIS TIME.
  Part-time:

  If you are advising your patient to return to work part-time, please provide a list of specific accommodations needed and the expected duration.

  N/A

Please respond directly on this letter and sign and date in the space provided below.

0287500705204310?

Claimant Name: Graziano, Michael J.
Claim Number: 19934313

December 7, 2018
Page 3 of 3

Signature

12/18/18
Date

Please respond by December 21, 2018 as further consideration of benefits depends on your reply. If possible, fax this information to 1-800-447-2498. Privacy is important to everyone. Please be sure you are faxing this information to 1-800-447-2498 to eliminate potential for any misdirected information.

Thank you for taking the time to complete this questionnaire. If you have any questions about this request, please contact me at 1-866-301-8181, extension 52609.

Sincerely,

*Alyssa Gurney*

Alyssa Gurney
Disability Benefits Specialist



02679007052043102

Fax to 7521809 (FISTD800) at 12/20/2018 10:05:47 from (6506556633) Req ID 20181220101420752 92E.

Page 6 of 12 (C)



# LONG ISLAND S
## REHABILITATION ME

Jason S. Lipetz, MD   Jeffry R. Beer, MD
Joseph K. Lee, MD   Miranda B. Smith, MD
lispinemed.com

| | | | |
|---|---|---|---|
| 801 Merrick Ave. | 560 Northern Blvd. Ste. 204 | 625 Rockaway Turnpike | 1160 E. Jericho Tpk., Ste. 123 |
| East Meadow, NY 11554 | Great Neck, NY 11021 | Lawrence, NY 11559 | Huntington, NY 11743 |
| (516) 393-8941 Phone | (516) 441-5940 Phone | (516) 595-0086 Phone | (631) 449-7311 Phone |
| (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax |

**DATE:** 12/11/2018
**PATIENT NAME:** Michael Graziano
**DOB:** ▮▮▮▮/1965

To Whom It May Concern:

This letter is a follow-up to my previous statement dated October 16, 2018 to indicate that Michael remains under my care for his lumbar spine condition. He continues to experience severe chronic pain in the lumbar region. Treatment with medial branch blocks, epidural steroid injections and lumbar radiofrequency denervation of failed to relieve his pain.

He has noted decreased range of motion and is unable to sit, stand and walk for prolonged periods of time. Given the nature of his condition, and the physical demands of his job, he is unable to perform his normal duties as VP/Senior production underwriter at Swiss Re.

Furthermore, Michael underwent a functional capacity evaluation on October 11 and 12, 2018. Although I was not physically present at the examination, I had the opportunity to review the functional capacity evaluation report from Susan Greenberg, PT at BEST Physical Therapy Associates. The report concludes that Michael is unable to work in any capacity at this time. This conclusion is consistent with my findings and evaluations of Michael. Consequently, I continue to recommend that Michael remain out of work until further notice.

Finally, given the nature of Michael's condition, it does not appear that his symptoms will result in the foreseeable future. He will remain under my care at this time and will continue to remain disabled for the time being.

Please do not hesitate to contact me in writing of additional questions should arise during the course of Michael's treatment with me.

Sincerely,



# LONG ISLAND S
## REHABILITATION ME



Jeffry R. Beer, MD

Date: 12/05/2018
Patient: Graziano, Michael ██████/1965)
Physician: Jason S. Lipetz, M.D.     Jeffry R. Beer, M.D.         Joseph K. Lee, MD
            Miranda B. Smith, MD     Thomas P. Lione, DO
Side / Level(s): Right L3 and L4

**Procedure:** Diagnostic Spinal Epidurography
Documentation of performance, supervision and dedicated interpretation

Reason for procedure: lumbar / lower extremity pain / Confirmation of anatomic flow of contrast
within epidural space

Procedure: Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner.

Utilizing a single needle technique and an oblique visualization, a spinal needle was advanced to
the appropriate position of the L3 and L4 pedicle(s). Proper needle positioning was confirmed
under AP visualization.

Contrast was then injected under live fluoroscopic inspection with visualization of contrast flow
with both AP and Lateral view visualization.

Following live visualization of contrast flow, images were recorded and saved within the hard
drive and patient record.

Inspection of both live and static images was performed prior to proceeding with the introduction
of therapeutic or diagnostic agents to confirm satisfactory contrast flow and the absence of
perineural flow obstruction arising from a compressive process, anatomic variation, perineural
fibrosis, or recess / foraminal stenosis not detected upon prior advanced spinal imaging.

Epidurogram imaging in this case reveals satisfactory flow of contrast to the targeted pain
generator and tissues surrounding the nerve root(s). Medication was determined to reach the
targeted pain generator without obstruction from foraminal stenosis, lateral recess stenosis,
epidural scarring, central canal compromise, or otherwise obstructive anatomy.

The regional anatomy in this case also allowed for a localized epidurogram to be achieved
without uncontrolled or excessive flow to adjacent disc levels or contralateral spread. No
concerning flow of contrast to the regional vasculature was observed. These findings render the
patient an appropriate candidate for targeted epidural injection therapy.

Dr. JEFFRY BEER

FUL-CL-LTD-000348

Date: 12/05/2018
Patient: Graziano, Michael ▮▮▮ /1965)
Physician: Jason S. Lipetz, M.D.    Jeffry R. Beer, M.D.      Joseph K. Lee, MD
        Miranda B. Smith, MD    Thomas P. Lione, DO
Side / Level(s): Right L3 and L4
Procedure: Therapeutic lumbar root injection
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the
paraspinal region overlying the targeted L3 pedicle. Utilizing a single needle technique
and an oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of
the pedicle. Proper needle positioning was confirmed under AP visualization.
Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread
of contrast under live fluoroscopic visualization. The exiting nerve root was clearly
outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal
nerve. A test dose of 1% lidocaine was then injected with patient monitoring and
questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL)
followed by 0.5 mL of 1% lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal
region overlying the targeted L4 pedicle. Utilizing a single needle technique and an
oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of the
pedicle. Proper needle positioning was confirmed under AP visualization.
Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread
of contrast under live fluoroscopic visualization. The exiting nerve root was clearly
outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal
nerve. A test dose of 1% lidocaine was then injected with patient monitoring and
questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL)
followed by 0.5 mL of 1% lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and
hypertensive reactions. The area was topically iced. The patient was discharged without
complication.

Dr. JEFFRY BEER

5 degrees reverse Fergueson at both levels

Graziano, Michael (MR # 77987620) DOB: ▮/1965          Encounter Date: 12/11/2018

 **Weill Cornell Medicine**

# Graziano, Michael

MRN: 77987620

**Office Visit** 12/11/2018          Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

**Progress Notes**          Sidney Kaufman Stein, MD (Attending) · Tue Dec 11, 2018 12:33 PM E. Signed

### PCP
| | |
|---|---|
| Provider name: | SIDNEY STEIN |
| Type: | Attending |
| Address: | 38 East 32nd Street, NEW YORK, NY 10016 |
| Phone: | 212-879-7777 |
| Fax: | 646-952-3357 |

### Chief Complaint
1. Follow Up          HE HAS been on metformin 500 bid

### History of Present Illness
He is out on disability fort his back. His metformin was increased. He has lost some weight. He
had an epidural last week. It has not helped,

### Medications

| Name | Sig | Status |
|---|---|---|
| 1. Chlorthalidone 25 Mg Tablet | Take 1 Tab by mouth daily for 90 days. | |
| 2. Cholecalciferol (vitamin D3) 5000 units Tablet | Take by mouth. | |
| 3. Choline Fenofibrate (fenofibric Acid) 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | |
| 4. escitalopram 10 Mg Tablet | | |
| 5. Ezetimibe 10 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 6. hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 7. Ketoconazole 2 % Shampoo | | |
| 8. Metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tablet By Mouth Every Day With Breakfast | |
| 9. metformin-Xr 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth 2 times daily for 90 days. | |
| 10. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | |

Graziano, Michael (MR # 77987620) DOB: ▮/1965                    Encounter Date: 12/11/2018

| | | |
|---|---|---|
| 11. rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | |

No medication comments found.
**Allergies**
No Known Allergies.

**Patient Active Problem List**
1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy
3. Anal fistula
4. Diabetes
5. Hyperlipidemia
6. Hypertension
7. Sleep apnea

**Review of Systems**
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Musculoskeletal: Positive for back pain.

**Physical Exam**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.  Exam reveals no gallop
and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no
wheezes. He has no rales.
Neurological: He is alert.
Psychiatric: He has a normal mood and affect.

**Assessment/Plan**

No diagnosis
found.

No order information available for this visit.

He is still limited by his back problem . He is unable to exercise other than walking slowly.
Check follow up chemistries and a1c.. He was referred to the spine center for a comprehensive
evaluation.

## Additional Documentation

Epic Visit Number:    83209824
Encounter Reports:    Pt Entered Questionnaires

Graziano, Michael (MR # 77987620) DOB: ___ /1965          Encounter Date: 12/11/2018

## Orders Placed

COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
REFERRAL TO PAIN MEDICINE

## Medication Renewals and Changes

As of 12/11/2018 12:32 PM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **MetFORMIN HCl** |  |  |  |
| Unchanged: metformin-XR 500 MG Tablet Extended Release 24 Hour | 5 | 10/9/2018 | 1/7/2019 |
| Take 1 Tab by mouth 2 times daily for 90 days. - Oral |  |  |  |
| Discontinued: METFORMIN HCL ER OSM 500 MG Tablet Extended Release 24 Hour |  |  |  |
| Discontinued: hydroCHLOROthiazide 25 MG Tablet |  |  |  |

## Visit Diagnoses

Type 2 diabetes mellitus without complication, with long-term current use of insulin E11.9, Z79.4
Chronic right-sided low back pain without sciatica M54.5, G89.29

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

Document Detail
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2018122610320136324A

Entry Date: 12/26/2018 10:32:56

Received Date: 12/26/2018

Date Added to Claim: 02/15/2019

Primary Doc Type: Medical

Secondary Doc Type: Records

Medical Provider:

Document Notes: WCN and Notes 12/11/2018

Work Notes:



**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor

New York, New York 10016

**T** 212.297.0700 | **F** 212.297.0730

December 20, 2018

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

RECEIVED
DEC 2 6 2018
7

REC~
DEC 2
7

Re:     Michael Graziano
        Claim No.: 15334313
        <u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to our phone conversation, dated December 7, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Dr. Beer – Attending Physician Statement**, dated December 18, 2018;
- **Dr. Beer – Medical Certification Statement**, dated December 11, 2018;
- **Dr. Beer – Diagnostic Spinal Epidurography**, dated December 5, 2018; and;
- **Dr. Stein – Office Visit Note**, dated December 11, 2018.

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-888-301-8181
Fax: 1-800-447-2498
www.unum.com



December 7, 2018

JEFFRY BEER
(516) 393-8870

RE:   Graziano, Michael J.
      Claim Number:              15334313
      Policy Number:             405257
      Unum Life Insurance Company of America

Dear Dr. Beer:

**PATIENT NAME:** Michael Graziano
**DOB:** ▓▓▓▓ 1965

We are currently reviewing disability benefits for your patient, Michael Graziano.  We would appreciate your help in providing additional information.

- **Please send copies of all office visit notes, test results and consultative reports from December 05, 2018 forward.**

Based on your patient's current medical condition, please provide the information requested below, answering the questions as completely as possible.

- What is your patient's current diagnosis?

  ① MECHANICAL LUMBAR FACET VS DISCOGENIC PAIN.
  ② LUMBAR RADICULAR PAIN.

- What is the date and specific type of your patient's surgery?  N/A

- Are you continuing to advise your patient to remain out of work beyond December 05, 2018?

  YES

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
12A2-03

0287500705204310t

- What are the specific physical and/or cognitive findings on which you are basing your decision?

    SEVERE LUMBAR PAIN c̄ MRI FINDINGS

- What are the patient's current restrictions (what the patient should not do) and limitations (what the patient cannot do)? Please be specific and note that a reply of "no work" or "totally incapacitated" is not sufficient.

    NO LIFTING >10 lbs ; NO BENDING /STOOPING /CLIMBING
    NO PROLONGED STANDING/SITTING >30-60 MINS

- What is the current course of treatment?

    P.T. , MEDICATIONS, INJECTIONS /SPINAL PROCEDURES

- What is the date of your patient's last office visit?

    12 - 5 -2018

- What is the date of your patient's next office visit?

    6 - 8 WEEKS

- On what date do you expect your patient will be able to return to work?

    Full-time:  > NOT ABLE TO DETERMINE AT THIS TIME.

    Part-time:

    If you are advising your patient to return to work part-time, please provide a list of specific accommodations needed and the expected duration.

    N/A

Please respond directly on this letter and sign and date in the space provided below.

0287500705204 3102

Claimant Name: Michael J. Graziano     Claim #: 15828867

Signature _____     Date  12/18/18

Please respond by December 21, 2018 as further consideration of benefits depends on your
reply. If possible, fax this information to 1-800-447-2498. Privacy is important to everyone.
Please be sure you are faxing this information to 1-800-447-2498 to eliminate potential for any
misdirected information.

Thank you for taking the time to complete this questionnaire. If you have any questions about
this request, please contact me at 1-866-301-8181, extension 52609.

Sincerely,

*Alyssa Gurney*

Alyssa Gurney
Disability Benefits Specialist



028750070620431o2



# LONG ISLAND S
# REHABILITATION ME

**Jason S. Lipetz, MD   Jeffry R. Beer, MD**
**Joseph K. Lee, MD   Miranda B. Smith, MD**
lispinemed.com

| 801 Merrick Ave. | 560 Northern Blvd. Ste. 204 | 625 Rockaway Turnpike | 1160 E. Jericho Tpk., Ste. 123 |
|---|---|---|---|
| East Meadow, NY 11554 | Great Neck, NY 11021 | Lawrence, NY 11559 | Huntington, NY 11743 |
| (516) 393-8941 Phone | (516) 441-5940 Phone | (516) 595-0086 Phone | (631) 449-7311 Phone |
| (516) 393-8870 Fax | (516) 393-8870 Fax , | (516) 393-8870 Fax | (516) 393-8870 Fax |

**DATE:**            12/11/2018
**PATIENT NAME:**  Michael Graziano
**DOB:**            ▉▉▉/1965

To Whom It May Concern:

This letter is a follow-up to my previous statement dated October 16, 2018 to indicate that Michael remains under my care for his lumbar spine condition. He continues to experience severe chronic pain in the lumbar region. Treatment with medial branch blocks, epidural steroid injections and lumbar radiofrequency denervation of failed to relieve his pain.

He has noted decreased range of motion and is unable to sit, stand and walk for prolonged periods of time. Given the nature of his condition, and the physical demands of his job, he is unable to perform his normal duties as VP/Senior production underwriter at Swiss Re.

Furthermore, Michael underwent a functional capacity evaluation on October 11 and 12, 2018. Although I was not physically present at the examination, I had the opportunity to review the functional capacity evaluation report from Susan Greenberg, PT at BEST Physical Therapy Associates. The report concludes that Michael is unable to work in any capacity at this time. This conclusion is consistent with my findings and evaluations of Michael. Consequently, I continue to recommend that Michael remain out of work until further notice.

Finally, given the nature of Michael's condition, it does not appear that his symptoms will result in the foreseeable future. He will remain under my care at this time and will continue to remain disabled for the time being.

Please do not hesitate to contact me in writing of additional questions should arise during the course of Michael's treatment with me.

Sincerely,

---

*Claimant Name:* Michael J. Graziano        Claim #:   15828867



Jeffry R. Beer, MD

Date: 12/05/2018
Patient: Graziano, Michael [    ] /1965)
Physician: Jason S. Lipetz, M.D.   Jeffry R. Beer, M.D.        Joseph K. Lee, MD
            Miranda B. Smith, MD   Thomas P. Lione, DO
Side / Level(s): Right L3 and L4

**Procedure**: Diagnostic Spinal Epidurography
Documentation of performance, supervision and dedicated interpretation

Reason for procedure: lumbar / lower extremity pain / Confirmation of anatomic flow of contrast
within epidural space

Procedure: Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile
manner.

Utilizing a single needle technique and an oblique visualization, a spinal needle was advanced to
the appropriate position of the L3 and L4 pedicle(s). Proper needle positioning was confirmed
under AP visualization.

Contrast was then injected under live fluoroscopic inspection with visualization of contrast flow
with both AP and Lateral view visualization.

Following live visualization of contrast flow, images were recorded and saved within the hard
drive and patient record.

Inspection of both live and static images was performed prior to proceeding with the introduction
of therapeutic or diagnostic agents to confirm satisfactory contrast flow and the absence of
perineural flow obstruction arising from a compressive process, anatomic variation, perineural
fibrosis, or recess / foraminal stenosis not detected upon prior advanced spinal imaging.

Epidurogram imaging in this case reveals satisfactory flow of contrast to the targeted pain
generator and tissues surrounding the nerve root(s). Medication was determined to reach the
targeted pain generator without obstruction from foraminal stenosis, lateral recess stenosis,
epidural scarring, central canal compromise, or otherwise obstructive anatomy.

The regional anatomy in this case also allowed for a localized epidurogram to be achieved
without uncontrolled or excessive flow to adjacent disc levels or contralateral spread. No
concerning flow of contrast to the regional vasculature was observed. These findings render the
patient an appropriate candidate for targeted epidural injection therapy.

Dr. JEFFRY BEER

Date: 12/05/2018
Patient: Graziano, Michael ███ /1965)
Physician: Jason S. Lipetz, M.D.      Jeffry R. Beer, M.D.      Joseph K. Lee, MD
        Miranda B. Smith, MD      Thomas P. Lione, DO
Side / Level(s): Right L3 and L4
Procedure: Therapeutic lumbar root injection
Reason for procedure: lumbar / lower extremity pain

Procedure:
Cycled one minute blood pressure, pulse, and pulse oximetry were monitored.

The patient was positioned prone on the fluoroscopy table and prepped in the usual sterile manner. A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L3 pedicle. Utilizing a single needle technique and an oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of the pedicle. Proper needle positioning was confirmed under AP visualization. Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread of contrast under live fluoroscopic visualization. The exiting nerve root was clearly outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal nerve. A test dose of 1% lidocaine was then injected with patient monitoring and questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL) followed by 0.5 mL of 1% lidocaine was then injected.

A skin wheal was raised with 1% Lidocaine and added bicarbonate in the paraspinal region overlying the targeted L4 pedicle. Utilizing a single needle technique and an oblique visualization, a 22G 5" needle was advanced to the 6 o'clock position of the pedicle. Proper needle positioning was confirmed under AP visualization. Approximately 5 mL of Omnipaque was utilized to achieve a 0.5 mL appropriate spread of contrast under live fluoroscopic visualization. The exiting nerve root was clearly outlined with both cephalad spread beneath the pedicle and flow along the exiting spinal nerve. A test dose of 1% lidocaine was then injected with patient monitoring and questioning for any adverse effect for 120 seconds. 10 mg dexamethasone (10 mg/mL) followed by 0.5 mL of 1% lidocaine was then injected.

The patient was monitored in the recovery area for adverse allergic, paralytic, and hypertensive reactions. The area was topically iced. The patient was discharged without complication.

Dr. JEFFRY BEER

5 degrees reverse Fergueson at both levels




**Weill Cornell Medicine**

# Graziano, Michael

MRN: 77987620

**Office Visit** 12/11/2018      Provider: Sidney Kaufman Stein, MD (Internal Medicine)

Weill Cornell Physician Network
38 E 32nd St, 3rd Floor
New York, New York 10016-5542

**Progress Notes**      Sidney Kaufman Stein, MD (Attending) · Tue Dec 11, 2018 12:33 PM E, Signed

## PCP
Provider name:      SIDNEY STEIN
Type:      Attending
Address:      38 East 32nd Street, NEW YORK, NY 10016
Phone:      212-879-7777
Fax:      646-952-3357

## Chief Complaint
1. Follow Up      HE HAS been on metformin 500 bid

## History of Present Illness
He is out on disability fort his back. His metformin was increased. He has lost some weight. He had an epidural last week. It has not helped.

## Medications

| Name | Sig | Status |
|---|---|---|
| 1. Chlorthalidone 25 Mg Tablet | Take 1 Tab by mouth daily for 90 days. | |
| 2. Cholecalciferol (vitamin D3) 5000 units Tablet | Take by mouth. | |
| 3. Choline Fenofibrate (fenofibric Acid) 135 Mg Capsule Delayed Release | Take One Capsule By Mouth Every Day | |
| 4. escitalopram 10 Mg Tablet | | |
| 5. Ezetimibe 10 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 6. hydrochlorothiazide 25 Mg Tablet | Take 1 Tablet By Mouth Every Day | |
| 7. Ketoconazole 2 % Shampoo | | |
| 8. Metformin Hcl Er Osm 500 Mg Tablet Extended Release 24 Hour | Take 1 Tablet By Mouth Every Day With Breakfast | |
| 9. metformin-Xr 500 Mg Tablet Extended Release 24 Hour | Take 1 Tab by mouth 2 times daily for 90 days. | |
| 10. Quinapril Hcl 40 Mg Tablet | Take 1 Tablet By Mouth Every Day | |

| 11. rosuvastatin 20 Mg Tablet | Take 1 Tablet By Mouth Every Day | |

No medication comments found.
**Allergies**
No Known Allergies.

**Patient Active Problem List**
1. Chronic right-sided low back pain without sciatica
2. Spondylosis of lumbar region without myelopathy or radiculopathy
3. Anal fistula
4. Diabetes
5. Hyperlipidemia
6. Hypertension
7. Sleep apnea

**Review of Systems**
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Musculoskeletal: Positive for back pain.

**Physical Exam**
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Neurological: He is alert.
Psychiatric: He has a normal mood and affect.

**Assessment/Plan**

No diagnosis
found.

No order information available for this visit.

He is still limited by his back problem . He is unable to exercise other than walking slowly.
Check follow up chemistries and a1c.. He was referred to the spine center for a comprehensive evaluation.

## Additional Documentation

Epic Visit Number:   83209824
Encounter Reports:   Pt Entered Questionnaires

## Orders Placed

COMPLETE METABOLIC PROFILE W/GLUCOSE, PLASMA
HEMOGLOBIN A1C
REFERRAL TO PAIN MEDICINE

## Medication Renewals and Changes

As of 12/11/2018 12:32 PM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **MetFORMIN HCl** | | | |
| Unchanged: metformin-XR 500 MG Tablet Extended Release 24 Hour | 5 | 10/9/2018 | 1/7/2019 |
| Take 1 Tab by mouth 2 times daily for 90 days. - Oral | | | |
| Discontinued: METFORMIN HCL ER OSM 500 MG Tablet Extended Release 24 Hour | | | |

Discontinued: hydroCHLOROthiazide 25 MG Tablet.

## Visit Diagnoses

Type 2 diabetes mellitus without complication, with long-term current use of insulin E11.9, Z79.4
Chronic right-sided low back pain without sciatica M54.5, G89.29

## Level Of Service

OFFICE/OUTPT VISIT,EST,LEVL III [99213]
Modifiers
SIGNIFICANT SPRTLY IDABLE EVAL & MGMT ON SAME DAY BY SAME PROV [25]

### Document Detail
--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2019012813371713253E

**Entry Date:** 01/28/2019 13:37:34

**Received Date:** 01/28/2019

**Date Added to Claim:** 02/15/2019

**Primary Doc Type:** Medical

**Secondary Doc Type:** Diagnostic Testing

**Medical Provider:**

**Document Notes:** 12/12 MRI Results shoulders

**Work Notes:**

# FAX

## FROM

Kachatur Arabachian

## TO

Ms. Alyssa Gurney
UNUM

**Phone**      (212) 297-0700 * 106
**Fax Number** (212) 297-0700

**Phone**
**Fax Number** +18004472498

## DATE 01/28/2019

## NOTE

Re: Mr. Michael Graziano
Claim No : 15334313



**RIEMER**
**& ASSOCIATES LLC**
A T T O R N E Y S    A T    L A W

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

January 28, 2019

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

> Re:    Michael Graziano
>          Claim No.: 15334313
>          <u>UNUM Life Insurance Company of America</u>

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to our phone conversation, dated December 22, 2018, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **MRI Right Shoulder**, dated December 12, 2018

Also, please note that Mr. Graziano is scheduled to see Dr. Beer on February 19, 2019 for a follow-up. We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

# Zilkha Radiology
(631)277-1600

369 EAST MAIN STREET, SUITE 18
EAST ISLIP, NY 11730
FAX (631) 277-1638

1161 MONTAUK HIGHWAY
WEST ISLIP, NY 11795
FAX (631) 669-2777

December 12, 2018

James Marzec MD
340 Montauk Highway
West Islip, NY 11795

RE:      MICHAEL GRAZIANO
PHONE:   646/496-5176
DOB:     ████/1965
DOS:     12/12/2018
PT ID#:  246395

Dear James Marzec MD,

PROCEDURE:
3T MRI right shoulder

CLINICAL HISTORY:
Right shoulder pain. Osteoarthritis.

TECHNIQUE:
High resolution MRI of the right shoulder was performed with a dedicated shoulder coil on a 3.0 Tesla ultra high field MRI scanner using thin sections coronal-oblique and sagittal-oblique T1 and fat suppressed T2 weighted images followed by axial fat suppressed proton density weighted images. Due to claustrophobia, the examination was performed under conscious sedation monitored by a board certified anesthesiologist.

FINDINGS:
There is mild diffuse abnormal signal and irregularity of the articular surface fibers of the supraspinatus tendon, with superimposed low grade articular surface tearing of its anterior insertional fibers. There is mild abnormal increased signal and thickening of the anterior fibers of the distal infraspinatus tendon, compatible with tendinopathy. There is no significant fluid present within the subacromial/subdeltoid bursa. There is minimal glenohumeral joint effusion and synovitis. There is variable diffuse heterogeneous abnormal signal and deformity of the glenoid labrum, compatible with degeneration and multi focal tear. The glenohumeral joint capsule is intact. There is moderate to marked chondral thinning over the superomedial humeral head. There is moderate to marked diffuse glenoid chondral thinning with a prominent subchondral cyst in the central glenoid. There is moderate glenohumeral marginal osteophyte formation. There is mild abnormal signal within the proximal long head biceps tendon, compatible with tendinosis, with a small amount of joint fluid extending into its tendon sheath. There is mild to moderate hypertrophic acromioclavicular joint degeneration there is mild cortical irregularity and subcortical cystic change along the bare area of the humeral head. There is no fracture or focal bone marrow signal abnormality. There is marked atrophy of the teres minor muscle, along with mild diffuse atrophy of the deltoid muscle.
IMPRESSION:
Mild tendinopathy/articular surface fraying of the supraspinatus tendon with low grade articular surface tearing of its anterior fibers. Mild anterior infraspinatus tendinopathy. Moderate to marked glenohumeral osteoarthritis with diffuse degeneration and multi focal tearing of the glenoid labrum along with minimal joint effusion and synovitis. Mild proximal bicipital tendinosis. Mild to moderate hypertrophic acromioclavicular joint degeneration. Marked teres minor and mild deltoid muscular atrophy, compatible with quadrilateral space syndrome.

Thank you for referring this patient to us.

Sincerely yours,

Michael Setton, DO

MS/VT
Study performed at our East Islip office.
Electronically Signed - MICHAEL SETTON, DO  12/12/18 16:30

Images and Reports of your patient's study are securely reviewable online via a searchable database in DICOM format with patient authorization.

# Zilkha Radiology
(631)277-1600

369 EAST MAIN STREET, SUITE 18
EAST ISLIP, NY 11730
FAX (631) 277-1638

1161 MONTAUK HIGHWAY
WEST ISLIP, NY 11795
FAX (631) 669-2227

December 12, 2018

James Marzec MD
340 Montauk Highway
West Islip, NY 11795

RE:      MICHAEL GRAZIANO
PHONE:  646/496-5176
DOB:     ▮/1965
DOS:     12/12/2018
PT ID#:  246395

Dear James Marzec MD,

PROCEDURE:
3T MRI left shoulder

CLINICAL HISTORY:
Left shoulder pain. Osteoarthritis.

TECHNIQUE:
High resolution MRI of the left shoulder was performed with a dedicated shoulder coil on a 3.0 Tesla ultra high field MRI scanner using thin sections coronal-oblique and sagittal-oblique T1 and fat suppressed T2 weighted images followed by axial fat suppressed proton density weighted images. Due to claustrophobia, the examination was performed under conscious sedation monitored by a board certified anesthesiologist.

FINDINGS:
There is mild abnormal signal and articular surface irregularity of the posterior supraspinatus tendon, with mild to moderate abnormal signal and thickening of the anterior infraspinatus tendon, compatible with tendinopathy. There is a small superimposed low grade articular surface tear of their conjoined fibers with mild medial interstitial dissection along the anterior infraspinatus myotendinous junction. There is no significant fluid present within the subacromial/subdeltoid bursa or glenohumeral joint. There is minimal glenohumeral joint effusion and synovitis. There is diffuse heterogeneous abnormal signal and deformity of the glenoid labrum, compatible with degeneration and multi focal tearing. There is moderate glenohumeral chondral thinning with mild subchondral cystic change in the central glenoid along with mild to moderate marginal osteophyte formation. The long head of the biceps tendon is normal in position and signal intensity, with minimal joint fluid present within its tendon sheath. There is mild hypertrophic acromioclavicular joint degeneration with a slight lateral downsloping anterior acromion. There is no fracture or focal bone marrow signal abnormality. There is no focal muscular atrophy.

IMPRESSION:
Mild posterior supraspinatus and moderate anterior infraspinatus tendinopathy with superimposed low grade articular surface tear of their conjoined fibers demonstrating minimal interstitial dissection along the anterior infraspinatus myotendinous junction. Moderate glenohumeral osteoarthritis with degeneration and multi focal tearing of the glenoid labrum along with minimal joint fluid and synovitis. Mild hypertrophic acromioclavicular joint degeneration with slight lateral downsloping anterior acromion.

Thank you for referring this patient to us.

Sincerely yours,

Michael Setton, DO

MS/VT
Study performed at our East Islip office.
Electronically Signed - MICHAEL SETTON, DO  12/12/18 16:30

Images and Reports of your patient's study are securely reviewable online via a searchable database in DICOM format with patient authorization.

# Activity

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Claims Assistant - LTD          Name: Administrative
Status: Completed
Original Notify Date: 02/15/2019
Notify Date: 02/15/2019
Due Date:
Subject: STD to LTD
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Rice, Jill
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/15/2019 11:08:18: Please copy checked images from
STD 15334313
 to LTD

Created By: Albanese, Kathleen M
Created Date: 02/15/2019 11:08:18          Create Site: Portland

Response Fields
----------------------------------------------------------------------
Response: Jackson, Stacey A 02/15/2019 13:25:23: Completed


Completed By: Jackson, Stacey A
Completed Date: 02/15/2019 13:25:23          Complete Site: Portland

```
                                    Activity
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Phone Call        Name: Phone Call Details
Status: Completed
Original Notify Date: 02/18/2019
Notify Date: 02/18/2019
Due Date:
Subject: LM for Attonrey for ILTPC
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Albanese, Kathleen M
Action:

Request Fields
-----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/18/2019 13:38:21: LM for Attonrey for ILTPC

Created By: Albanese, Kathleen M
Created Date: 02/18/2019 13:38:21        Create Site: Portland

Response Fields
-----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Claimant (Employee, Insured)
Reason for Call: Initial Contact
Call Outcome: Left Message
Comments: Albanese, Kathleen M 02/18/2019 13:38:21:  LM for Attonrey paralega Kach
at 1:38pm on 2/18



Completed By: Albanese, Kathleen M
Completed Date: 02/18/2019 13:38:21        Complete Site: Portland
```

```
                                    Activity
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Phone Call        Name: Phone Call Details
Status: Completed
Original Notify Date: 02/20/2019
Notify Date: 02/20/2019
Due Date:
Subject: Scheduled ILTPC w/attorney
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Albanese, Kathleen M
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/18/2019 13:36:57:


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - ---------------

Albanese, Kathleen M,02/15/2019 11:00:12 AM:
ILTPC w/atty  -need IFD



Created By: Albanese, Kathleen M
Created Date: 02/18/2019 13:36:57        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Received Call From
Person Contacted: Attorney
Reason for Call: Initial Contact
Call Outcome: Contact Successful
Comments: Albanese, Kathleen M 02/19/2019 09:32:45: Kach at attorney office called
at 9:30am on 2/19 and we agreed to have ILTPC at 11am on Wednesday 2/27



Completed By: Albanese, Kathleen M
Completed Date: 02/19/2019 09:32:45        Complete Site: Portland
```

Document Detail
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

Document ID: 2019022010334924F22E

Entry Date: 02/20/2019 10:33:50

Received Date: 02/20/2019

Date Added to Claim: 02/20/2019

Primary Doc Type: Benefits Research Information

Secondary Doc Type: Data Research

Medical Provider:

Document Notes: Linkedin Page

Work Notes:



CME / CEU / CE Tracking - **Streamline your event management and improve the attendee experience!** A: ···



# Michael Graziano

VP at Swiss Re/IRI

Greater New York City Area

Connect  ···

Swiss Re/IRI

[i]  See contact info

## Experience

**VP**
Swiss Re/IRI

### People Also Viewed

**karen accurso**
Vice President at Brit Insurance

Promoted

 CME / CEU / CE Tracking
Streamline your event
management and improve the
attendee experience!

 Personal Brand Designers
Get a new look of your brand in
2018

 Toll Free Numbers $4.95/mo
Get a New US or CA Toll Free #
or Bring Your Own. Low
4.9cents/min usage

## Linked in

| About | Talent Solutions | Community Guidelines |
|---|---|---|
| Careers | Marketing Solutions | Privacy & Terms ∨ |
| Advertising | Sales Solutions | Send Feedback |
| Mobile | Small Business | Safety Center |

(?) Questions?
Visit our Help Center.

{◌} Manage your account and privacy.
Go to your Settings

Select Language
English (English)

LinkedIn Corporation © 2019

Messaging

Checked/Unchecked Indicator: No
Type: Benefits Research Information          Name: Data Search
Status: Completed
Original Notify Date: 02/18/2019
Notify Date: 02/18/2019
Due Date:
Subject: BRI
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Vincent, Kristin S
Action:

Request Fields
----------------------------------------------------------------------
Director Name: Amanda LaRochelle
Type of Data Search: Detailed Internet Search
Key Activity to Review: No
Key Documents to Review: No
Reason for Request/Other Key Information: Please complete data search for online
activity

Created By: Albanese, Kathleen M
Created Date: 02/18/2019 07:31:10          Create Site: Portland

Response Fields
----------------------------------------------------------------------
Internet/Social Media Completed?: Yes
Internet/Social Media Hit?: Yes
Rate social media value, if any: 0
Comments: Vincent, Kristin S 02/20/2019 10:35:24:
A Linkedin page was found on the insured and imaged into the file.  No other pages
were found.

Please note that Facebook has changed its privacy policies where reverse searches,
such as, phone number and email addresses can no longer be performed.

Internet search was conducted via Google, Facebook, Twitter, Linkedin,
TLO/Accurint.  Please note that all social network profiles are different due to
account settings, internet search options, system limitation and various other
technology factors that can impact an internet search.


https://www.linkedin.com/in/michael-graziano-80a30722/

Recommendations for Claim Owners: Vincent, Kristin S 02/20/2019 10:35:24:



Completed By: Vincent, Kristin S
Completed Date: 02/20/2019 10:35:24          Complete Site: Chattanooga


Linked Document ID: (Primary Doc Type - Secondary Doc Type)
----------------------------------------------------------------------
2019022010334924F22E: Benefits Research Information - Data Research

Checked/Unchecked Indicator: No
Type: Phone Call       Name: Phone Call Details
Status: Completed
Original Notify Date: 02/18/2019
Notify Date: 02/27/2019
Due Date:
Subject: ILTPC Details
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Albanese, Kathleen M
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/15/2019 11:00:12: ILTPC w/atty  -need IFD

Created By: Albanese, Kathleen M
Created Date: 02/15/2019 11:00:12      Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Claimant (Employee, Insured)
Reason for Call: Initial Contact
Call Outcome: Contact Successful
Comments: Albanese, Kathleen M 02/27/2019 12:51:13: Claimant Information:

Claimant Name:    Michael Graziano (with attorney)  : Paul
Date & Time of call:      11am on 2/27
███████████████████

Attorney FAX 212-297-0730 Will CC fax letter

NaviLink #:   15828867
DBS:  Kathleen Albanese

Confirm the phone # at which the claimant was reached:
Confirmation of address, DOB, SS#, Attorney & need for 3rd party authorization:

Marital Status / Dependents:  Spouse (work status & DOB) / youngest dependent (DOB)


Medical UpdatE:

DOD assessment
When was your LDW?     10/16/18 (4 hours)

Who advised you to stop working?      Dr. Peer

Were you missing time prior to LDW?      EE was working FT up until LDW

Were you accommodated prior to LDW?      EE's company is flexible and let him work
from home so he had some flexibility  with being able to work from home, EE

Was the time missed or accommodations related to your disability?

Was AP providing any R&Ls prior to LDW?

Discuss our evaluation of DOD.     10/16/18 STD DOD

All Medical Conditions, History, Symptoms, Treatment
Diagnosis Specific Call Questions (Control+Click to follow link):

 Over the months b/f EE stopped working, EE was going to sales meeting out in the
city, the back pain would be so bad that he couldn't' move and had spasms and had
to stop to get back no his feet. EE had shied away from doing sales calls (carrying
laptop etc) EE was getting a lot of pains. EE go on sales calls 2 visits week a
hundred visits a year to visit clients. EE had to fly, drive trains.

Symptoms started over 5 years ago, there was no specific incident (No MVA) etc. EE
was not sure of any specific incident it was pain in his lower right.

EE was in PM with DR. Beer with cortisone injections, burning nerves (ablation, EE
had in April in 2018), epidurals, EE did PT at home from 2012 forward. EE has been
sent back to PT for back and shoulder and started this up week is going 3 times a
week.

EE had relief when he had injections 5 years ago. BUt in the last year or so it
hasn't helped much.

Back pain about every 1/2 hour EE will have to get up and move. EE had  sit stand
that he could use for about 1/2 hours.

EE's last MRI was 10/2017

Surgery? EE saw a neurosurgeon to get an opinion and saw some slipped and bulging
discs <EE's pain is on middle and right side but did not think it was an option for
him and wanted him to flup in year.


Shoulder Issues )EE has been following up he has never really covered from his 2012
issues, EE had repair and EE had frozen shoulder but new AP said he has
osotorarhtis in socket and EE may need a shoulder replacement in a few months or
years.

Limitations with shoulder? Difficulty to carry laptop bag, EE has bad ROM, EE can't
put in belts on by himself, hands above his head, or put his hands be behind his
back. Can't lift hand above his ear. IT doesn't move around. EE doesn't do much
cleaning, his fiancé does that. EE does light shopping>EE sometimes needs help with
shoes and sock (more LBP than shoulder)

Any other issues? No


Health care providers (names, contact info, FOV/LOV/NOV R&Ls & treated conditions)

Name/ Contact Info     Specialty     FOV/LOV/NOV     Tx Conditions / R&Ls
 Jeffery Beer  516-393-8941
PM
LOV 2/19 ish NOV will be after PT for 3 months

    Jame Marzec    West Islap  631-422-9530
Ortho for shoulder

 Generations Physical Therapy    West Islip 631-661-3700
Physical Therapy

   Dr. Sidney Stein 212-879-7777

PCP

    Alan Mechanic  516-442-2850
Neurosurgeon
10/2017
EE saw for consult and he will reassess after PT is over with Dr. Beer

AP for work restrictions: Dr. Beer

Any other physicians:
EE saw a    neru for consult


Medications (name, dose, frequency & pharmacy)

Medication    Dose/Frequency/Pharmacy    What Condition/Prescribing AP
    Coriprpril
40mg

Hdyrocholhryozide    25mg

Metformin    1500 mg

Rosuvstatin    20mg

Phenyboronic Acid    735mg

Ezetimibe    10mg

 Escitalopram Tab
10mg



  Diabetes, HTN Chol


Height / weight & dominant hand

 5 9 265 RHD


Discuss cause of disability to assess if any exclusions (self inflicted, felony,
etc) / offsets apply:

Did your injury / illness occur or get worse while at work?        Yes x No
If yes:
Did you file a first report of injury with your employer?

If no, why not?

Have you applied for Worker's Compensation?

If no, why not?

What is the status of your WC claim?

Obtain WC carrier name, claim #, phone #, address, adjuster name, payment details.

Obtain attorney contact information, if represented.

(free form field)


Is your injury the result of a motor vehicle accident?       Yes x No
If yes:
Obtain details about the MVA: date / time / location (street / highway / state) /
cause of accident

Obtain details of MV carrier (insurance company) name, claim #, phone #, address,
adjuster name & the responsible party if applicable

Are you receiving loss of wage benefits? Obtain payment details:

Obtain attorney contact information, if represented.


(free form field)


Is a third party responsible for your injury / illness?       Yes x No  (e.g. MVA
with other party at fault, other accidents such as slip and fall, exposure to
chemicals or faulty machinery, dog bite, gunshot wound, malpractice, etc.) ?
If yes:
Ask if any claims / lawsuits have been filed, or if s/he intends to file against a
3rd party?

Obtain attorney contact information if working with an attorney or if claims /
lawsuits have been filed.


(free form field)


Duration Discussion:

Recap of last RT/med review    Discuss Regular & App Care expectations.
Share Unum's understanding of medical recovery/expected duration

DR. Beer and Dr. Stein want him out of work and going to PT and come back for
consultation if PT works or PM works. EE is staying out work per AP orders.

Any improvements since been OOW? EE still has issues with sharp pain back and
hasn't seen a significant improvement yet.



Activities Discussion:

What is a typical day like for you?    Activities/hobbies, inside/outside of the
house (church, volunteer, sports, errands)?
What types of activities are you able to do/unable to do?  Able to drive?
Changes due to impairment / any need for household assistance?  ADLs (Dis+)?

 EE will get up and will feel the lower back pain in lower back. EE will get out
bed and make breakfast. EE will lay in sofa chair to rest back. EE will organize
disability papers, EE will go to store for light shopping. EE will rest on couch in
the afternoons and need to lay down to rest his back. EE will do some light walking
on couch, and do some PT. EE is still able to drive.



Vocational Discussion

Job title VP of Production Property Underwriter : EE is partly doing desk work and partly doing production with large brokers in NYC to get out and market to them. EE also did direct sells to clients and present to them and sell to them and their financial products.


Physical & cognitive duties performed and how much time spent on each (travel, equipment used, & processes responsible for)

Conversations about RTW plans and/or accommodations required for RTW

Are you still employed?        ER is holding position for him

Has your ER told you that you can go back after you've been released to RTW?

Have you spoken to ER about possible accommodations to help you RTW?        EE is expected to work FT and PT days would not be allowed b/c they need to be accessible to clients.

Personal RTW goals including other job considerations (if no plans to RTW OO)

Discuss other skills EE may have (i.e. computers/certification/life experience)

If no RTW plans discuss barriers preventing EE from RTW



VRC assistance if appropriate & reasonable



See Limited English Proficiency (LEP) - Considerations When Assessing when appropriate

Work history, educational / military background, skills (WEEQ information; highest level of education, certifications, trainings, computer knowledge)

  EE has been with ER since 2004.

Education: Some graduate school


If is a public employee, ask if s/he has ever paid into SS for a second job or past job?
If yes, obtain details on last 10-15 years of employment


FINANCIAL DISCUSSION:

Rate of Pay:  Salary: base of 153k, EE got bonuses

Typical Work Schedule:

OT /Shift Differentials?

Bonus / Commissions?        EE got bonuses from 10-50%

Discuss Taxability of benefit - FIT/SIT/FICA      DBs to confirm if taxable

Deduction Information: confirm current income (currently working, any other continuing income):

Additional Offset Information:

Pension
Does your ER have a retirement pension or retirement plan in which you are participating?     Yes     No
If yes:
Obtain details of plan (type, eligibility requirements) & ask if EE is receiving on a monthly basis or through lump sum & obtain payment details.     ER has frozen pension,

Social Security

Spouse (work status & DOB) / youngest dependent (DOB).     Divorced
Kids under 25? youngest   James███████/1998

SSR, if of age, filed?  If not of age, any plans to file early?         na/ due to age
SSDI, if meets SSDI criteria, application status? If not applied, discuss if application recommended.     EE has not applied

If working with a SSDI attorney, obtain contact.

Discuss SS Advocacy Vendor assistance available / referral.     Genex discussed

Have you applied for FSS?

If not eligible for SS, please explain why (e.g., not enough quarters / Railroad Retirement / public employee).

PERS/STRS (if school, government or public university EE)     Yes x No

Obtain details of plan (type, eligibility requirements) & ask if EE has applied?

If already receiving: obtain payment details.

Typically if worked in private sector for 5 out of last 10 years could be eligible for both SSDI & PERS/STRS.  Applying for both?

State Disability (if EE worked / works in CA, HI, NJ, NY, PR, RI)     Yes
No

If receiving, obtain payment details.

NOTE:  If work related and CA EE, EE should apply for both benefits (WC/SD)

STD/Group/IDI

Short Term Disability     NY SD

Other group disability or IDI

Other

Salary Continuation / Accumulated Sick Leave

Unemployment

Severance Pay

Applied for any other types of benefits/income

Earned income (work related or passive)

BOE (IDI) - ER contact information (NA for LTD)


Offsets / Potential Offsets discussed:


Contractual Discussion:

Policy Provisions
Discuss and document specifically what is/may be needed and why (POL). Explain the
need for medical records and to ask EE to contact provider to ensure they submit
the records timely to ensure timely decision.
Definition of disability

EP

Benefit: amount / schedule

Pre-ex

Proof of loss

Exclusions / limitations

Other benefits / riders

Offsets / financial recap

ERISA / status updates


Consider the claimant's state of residence at the time of loss and/or whether the
Extra-Territorial regulations apply. To make this determination, follow the Extra-
Territorial Regulations Workflow.

(free form field)


Discuss the Benefits of iServices:

As a convenience, we offer a secure website at www.unum.com where you can:

Go paperless     View the status of your claim
Direct Deposit/EFT - Direct Deposit Template     Provide updated claim information
(e-signature authorizations/upload medical/documents/forms)
View all correspondence
24/7 access     Smart Phone App (App Store search for Unum)

If not enrolled offer to enroll now (Control+Click to follow link):

Other / Next Steps:

DBS to discuss next steps and questions / comments from claimant.

 Went over need auth and will send EFT form. Attorney would like info CC'd to him.
Discussed E? delay in STD to LTD and will bring in for IFD

Completed By: Albanese, Kathleen M
Completed Date: 02/27/2019 12:51:13      Complete Site: Portland

## Activity
--------------------------------------------------------------------------------
Checked/Unchecked Indicator: No
Type: Phone Call          Name: Phone Call Details
Status: Completed
Original Notify Date: 02/27/2019
Notify Date: 02/27/2019
Due Date:
Subject: Call to Attorney office
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Albanese, Kathleen M
Action:

### Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/27/2019 14:45:43: Call to Attorney office

Created By: Albanese, Kathleen M
Created Date: 02/27/2019 14:45:43        Create Site: Portland

### Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Attorney
Reason for Call: Requested Information
Call Outcome: Contact Successful
Comments: Albanese, Kathleen M 02/27/2019 14:45:43: Placed call to Kach at 2:43pm
on 2/27 and can send all communication to him




Completed By: Albanese, Kathleen M
Completed Date: 02/27/2019 14:45:43        Complete Site: Portland

```
                                Letter Detail
-------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

NaviLink Claim No.: 15828867

Name: Payroll Records-JD-Taxability Request-Enrollment

Status: Final

Date: 2019-02-27

Notes: Payroll Records-JD-Taxability Request-En

Signoff By:

Signoff Status:

------------- Deliveries ---------------
Email Contacts Overridden:

To/CC/MCC: To      Addressee Name: Slink, Stephanie
Relationship: Employer      Document ID: 2019022715001902290E
Delivery Date: 02/27/2019 15:00:19
Delivery Status: Email: Sent; Success

To/CC/MCC: To      Addressee Name: Swiss Re America Holding Corporation
Relationship: Employer      Document ID: 2019022715001901248E
Delivery Date: 02/27/2019 15:00:19
Delivery Status: Email: Sent; Success
```

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-866-301-8181
Fax: 1-800-447-2498
www.unum.com



February 27, 2019

STEPHANIE SLINK

RE: Graziano, Michael J.
Claim Number: 15828867
Policy Number: 405256
First Unum Life Insurance Company

Dear Ms. Slink:

We have received a Long Term Disability claim from Michael Graziano.

We would appreciate your providing us with the following information regarding Michael Graziano's earnings. This information is needed to calculate his monthly benefit amount.

- If the employee is salaried, please provide copies of the two (2) most recent paystubs prior to October 16, 2018 with income broken down by type (base salary, paid time off, overtime, bonuses, etc.), and deductions broken down by type (deferred compensation contributions, premium deductions, taxes etc.).

We would appreciate you providing us with the following information regarding Michael Graziano's occupational duties. This information is needed to accurately determine the requirements of his occupation.

- Please provide a copy of his job description.

- Please confirm the date he was enrolled under the Long Term Disability Policy that went in to effect on January 1 2015:_____

If not January 1, 2015 Please explain:

- Is he receiving any Salary Continuation or Accumulated Sick leave?

_____ No         _____ Yes  If yes: please provide the end date

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
1242-03

0287500720799430 1

Claimant Name: Michael J. Graziano      Claim #:  15828867

- Did he elect to have the cost of employer paid coverage included in his taxable income?

_____ Yes (LTD benefit if not taxable)

_____ No  (LTD benefit is taxable)

Please provide this documentation by March 10, 2019.  This will assist us with making a timely decision on Michael Graziano's Long Term Disability claim.

Thank you for taking the time to respond to our request.

**How To Contact Us**

If you have questions about this request, please call our Contact Center at 1-866-301-8181, 8 a.m. to 8 p.m., Eastern Time Monday through Friday. If you prefer to speak with me personally, I can be reached at the same toll-free number at extension, 50198.

Sincerely,

*Kathleen M Albanese*

Kathleen M Albanese
Lead Disability Benefits Specialist

**Letter Detail**
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No

NaviLink Claim No.: 15828867

Name: Claim Initiation - LTD

Status: Final

Date: 2019-02-27

Notes: Claim Initiation - LTD

Signoff By:

Signoff Status:

------------- Deliveries ---------------
Email Contacts Overridden:

To/CC/MCC: To       Addressee Name: Graziano, Michael J.
Relationship: Claimant       Document ID: 2019022715113352290E
Delivery Date: 02/27/2019 18:45:17
Delivery Status: Mail: Sent from Central Print

To/CC/MCC: CC       Addressee Name: Arabachian, Kach
Relationship: Attorney       Document ID:
Delivery Date: 02/27/2019 15:17:29
Delivery Status: Fax: Sent; Success

---

Unum
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-866-301-8181
Fax: 1-800-447-2498
www.unum.com

**unum**®

February 27, 2019

MICHAEL J. GRAZIANO
26TH FLOOR
275 MADISON AVE
NEW YORK, NY 10016

RE:    Graziano, Michael J.
       Claim Number:      15828867
       Policy Number:     405256
       First Unum Life Insurance Company

Dear Mr. Graziano:

Thank you for taking the time to speak with me on February 27, 2019 about the status of your Long Term Disability claim. This letter confirms the details of our conversation.

As we discussed, I am the Disability Benefits Specialist assigned to your claim. You have my commitment to provide you with responsive service and to be understanding and sensitive to your circumstances during this process.

**Information We Have Requested From Others**

We have requested the following additional information so we may continue our evaluation of your claim:

- Earnings information from your employer including copie of two most recent pay stubs prior to October 16, 2018.
- A copy of your job description from your employer.
- Confirmation of your Long Term Disability Effective date of coverage from your employer
- Confirmation on if you have elected to have the cost of your employer paid coverage included in your taxable income from your employer
- Confirmation of any Salary Continuation or Accumulated Sick Leave from your employer

**Information We Need From You**

To continue our evaluation of your claim, the following information is needed from you:

- Benefit Payment Option Form. The Benefit Payment Option form is a signed agreement. If you apply and receive other income benefits that may reduce your Long Term Disability benefits and there is an overpayment on your claim, then you will reimburse us for the same period we have already paid you for. Because this other income would reduce (or be

*Claimant Name: Michael J. Graziano      Claim #:  15828867*

FUL-CL-LTD-000389

- An Authorization form. This completed form gives permission to your physician and others to release information to us.

**Work Experience and Education Questionnaire**

Please complete and return the enclosed Work Experience and Education Questionnaire by March 31, 2019. This information will be helpful in our evaluation of your skills, education and work history. This will help us to better understand how we can work with you when your recovery is at a point to consider return-to-work efforts.

We do our best to request all the information we need to complete our review of your claim. If we do not receive the information we need to evaluate your claim for benefits, it may be necessary to extend the time period to make a decision on your claim.

Please provide this information by March 31, 2019. If possible, please fax the information to us at 1-800-447-2498.

**Information About Direct Deposit**

We offer direct deposit service for your Long Term Disability benefits. If your claim is approved, this service will automatically deposit your monthly benefit into your checking or savings account. We offer this service through iServices which is available 24 hours a day, seven days a week through the internet. If you are interested in direct deposit, please visit our website at www.unum.com.

**Independent Medical Review**

Our evaluation of your medical restrictions and limitations includes a review of your medical records. As we perform our review of your claim, it is your right, or the right of your attending physician, either directly or through your representative, to request an "independent medical examination" (IME) should opinions differ on the degree of medical impairment. Any such request will be evaluated under our IME protocol and guidelines including consideration of whether our decision is related to your medical condition. We will consider your request in a timely manner and provide you with our response in writing.

We will provide you with an updated status of your claim on March 31, 2019.

If you are awarded Social Security Disability benefits, we will likely afford the Social Security Administration's decision significant weight in our review, depending on the unique facts of your claim. Send in any information you would like for us to consider in this review, such as a copy of your Social Security file and the award letter.

**Policy Provisions**

Your policy through your employer defines disability as follows:

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your sickness or injury; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

You must be under the regular care of a physician in order to be considered disabled.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

Your policy also defines the following provision:

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Proof of your claim, provided at your expense, must show:

- the date your disability began;
- the existence and cause of your sickness or injury;
- that your sickness or injury causes you to have limitations on your functioning and restrictions on your activities preventing you from performing the material and substantial duties of your regular occupation or of any other gainful occupation for which you are reasonably fitted by education, training, or experience;
- that you are under the **regular care of a physician**;
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians; and
- the appropriate documentation of your monthly earnings, any disability earnings, and any deductible sources of income.

In some cases, you will be required to give Unum authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability. We may also require that you send us appropriate financial records, which may include income tax returns, which we believe are necessary to substantiate your income. We may request that you send

periodic proof of your claim. This proof, provided at your expense, must be received within 45 days of a request by us. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to meet with and be interviewed by an authorized Unum Representative. Unum will deny your claim, or stop sending you payments, if you fail to comply with our requests.

### *HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?*

You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is the later of:

- 180 days; or
- the date your **accumulated sick leave, salary continuation** or self-insured Short Term Disability payments end, if applicable.

You are not required to have a 20% or more loss in your indexed monthly earnings due to the same injury or sickness to be considered disabled during the elimination period.

**How To Contact Us Or View Information About Your Claim**

Mr. Graziano, we hope this letter has been clear and helpful to you. If you have any questions or would like to follow the status of your claim, you can do so conveniently through your secure online account at www.unum.com/claimant.

Through your account you can:

- Go paperless and receive all correspondence electronically;
- View your benefit payment information and the current status of your claim including outstanding information;
- Sign up for direct deposit; and
- Upload documentation or provide new information to help us evaluate your claim and return to work efforts.

After reviewing your online account, if you should have additional questions, please call us at 1-866-301-8181. Our experienced representatives are available to assist you from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday. We will identify your claim by your Social Security number or claim number, so please have one of these available when you call. If you prefer to speak with me personally, I can be reached at the same toll-free number at extension, 50198.

Sincerely,

*Kathleen M Albanese*

Kathleen M Albanese
Lead Disability Benefits Specialist


Enclosures:    Group Disability Authorization-NY (CL-1088-NY)
               Benefit Payment Option Form (CL-1157)
               Direct Deposit Form (CS-1164)
               Work Experience and Education Questionnaire (CL-1063)
               Return Envelope - Columbia (18506)
CC:            Kach Arabachian/Riemer & Associates, LLC (without enclosures)

# Activity

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Personal        Name: General
Status: Completed
Original Notify Date: 02/25/2019
Notify Date: 02/27/2019
Due Date:
Subject: DME form for Monday
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Albanese, Kathleen M
Action:

## Request Fields
------------------------------------------------------------------------
Request: Albanese, Kathleen M 02/15/2019 11:02:09: send

Created By: Albanese, Kathleen M
Created Date: 02/15/2019 11:02:09        Create Site: Portland

## Response Fields
------------------------------------------------------------------------
Response: Albanese, Kathleen M 02/28/2019 13:28:54: completed

Completed By: Albanese, Kathleen M
Completed Date: 02/28/2019 13:28:54        Complete Site: Portland

```
                                   Activity
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Phone Call       Name: Phone Call Details
Status: Completed
Original Notify Date: 02/28/2019
Notify Date: 02/28/2019
Due Date:
Subject: Add contact & LOV and NOV Mechanic
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: DiIanni, Gloria
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/28/2019 13:27:51: Please call for

LOV and NOV
Contact info and add to contacts
   Alan Mechanic
516-442-2850

   Neurosurgeon




Created By: Albanese, Kathleen M
Created Date: 02/28/2019 13:27:51        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Medical Provider
Reason for Call: Specific Question
Call Outcome: Left Message
Comments: DiIanni, Gloria 02/28/2019 13:39:28: Call Placed on 2/28/19 01:38 PM
Placed Call To: Dr Mechanic
Number Dialed: (516) 442-2850
Date of Birth: 6/26/1965
Call Outcome: Voicemail - Requested a returned call.  I gave my name and the
dedicated number.
Dedicated Number: (866) 301-8181

Notes: Ring no answer, BCA found alt # via Google, (631) 864-3900, BCA called
reached APO, lm requesting rtc with LOV/NOV and contact info.
Gloria DiIanni - Ext. 59547




Completed By: DiIanni, Gloria
Completed Date: 02/28/2019 13:39:28        Complete Site: Portland
```

Checked/Unchecked Indicator: No
Type: Phone Call       Name: Phone Call Details
Status: Completed
Original Notify Date: 02/28/2019
Notify Date: 02/28/2019
Due Date:
Subject: Add contact & LOV and NOV PT
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Alter, Dawn
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/28/2019 13:28:13: Please call for

LOV and NOV
Contact info and add to contacts

 Generations Physical Therapy

West Islip
631-661-3700

   Physical Therapy

Created By: Albanese, Kathleen M
Created Date: 02/28/2019 13:28:13       Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Medical Provider
Reason for Call: Requested Information
Call Outcome: Contact Successful
Comments: Alter, Dawn 02/28/2019 14:06:00: Call Placed on 2/28/19 02:05 PM
Placed Call To:  Generations Physical Therapy West Islip
Number Dialed: (631) 661-3700
Date of Birth: ▮▮▮▮/1965
Call Outcome: Live Answer
Spoke With: Kathy
Dedicated Number: (866) 301-8181

Notes: LOV and NOV 2/25/19, 3/1/19
Contact info and add to contacts
Generations Physical Therapy
400 Montauk Hwy, ste 103 West Islip, NY 11795
fax 631-661-3749
Dawn Alter - Ext. 42506

Completed By: Alter, Dawn

Completed Date: 02/28/2019 14:06:00     Complete Site: Chattanooga

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Phone Call        Name: Phone Call Details
Status: Completed
Original Notify Date: 02/28/2019
Notify Date: 02/28/2019
Due Date:
Subject: Add contact & LOV and NOV Mazec
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Alter, Dawn
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/28/2019 13:28:23: Please call for

LOV and NOV
Contact info and add to contacts

    Jame Marzec
West Islap
631-422-9530
Ortho




Created By: Albanese, Kathleen M
Created Date: 02/28/2019 13:28:23        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Medical Provider
Reason for Call: Requested Information
Call Outcome: Contact Successful
Comments: Alter, Dawn 02/28/2019 14:11:00: Call Placed on 2/28/19 02:10 PM
Placed Call To:  Jame Marzec   West Islap Ortho
Number Dialed: (631) 422-9530
Date of Birth: ████/1965
Call Outcome: Live Answer
Dedicated Number: (866) 301-8181

Notes: LOV and NOV - 2/18/19, no NOV
Contact info and add to contacts
340 Montauk Hwy, West Islip, NY 11795
fax 631-376-1208
Dawn Alter - Ext. 42506




Completed By: Alter, Dawn
Completed Date: 02/28/2019 14:11:00        Complete Site: Chattanooga

--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Phone Call        Name: Phone Call Details
Status: Completed
Original Notify Date: 02/28/2019
Notify Date: 02/28/2019
Due Date:
Subject: Add contact & LOV and NOV Stein
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Maynard, Sandy
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/28/2019 13:28:02: Please call for

LOV and NOV
Contact info and add to contacts

    Dr. Sidney Stein
212-879-7777

  PCP

Created By: Albanese, Kathleen M
Created Date: 02/28/2019 13:28:02        Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Medical Provider
Reason for Call: Requested Information
Call Outcome: Contact Successful
Comments: Maynard, Sandy 02/28/2019 14:11:40: Call Placed on 2/28/19 02:11 PM
Placed Call To: Dr Stein
Number Dialed: (212) 879-7777
Date of Birth: ████/1965
Call Outcome: Live Answer
Spoke With: Yvette
Dedicated Number: (866) 301-8181

Notes: LOV 12/11/18, NOV-no appt. scheduled.
Fax 646-952-3357 38 E 32nd St 3rd fl NY NY 10016 added
Sandy Maynard - Ext. 55166

Completed By: Maynard, Sandy
Completed Date: 02/28/2019 14:11:40        Complete Site: Portland

Checked/Unchecked Indicator: No
Type: Phone Call       Name: Phone Call Details
Status: Completed
Original Notify Date: 02/28/2019
Notify Date: 02/28/2019
Due Date:
Subject: Add contact & LOV and NOV BEER
Upon Completion Notify: Claim Owner
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Alter, Dawn
Action:

Request Fields
----------------------------------------------------------------------
Request: Albanese, Kathleen M 02/28/2019 13:28:33: Please call for

LOV and NOV
Contact info and add to contacts

 Jeffery Beer
516-393-8941

    PM


Created By: Albanese, Kathleen M
Created Date: 02/28/2019 13:28:33      Create Site: Portland

Response Fields
----------------------------------------------------------------------
Call Type: Placed Call To
Person Contacted: Medical Provider
Reason for Call: Requested Information
Call Outcome: Contact Successful
Comments: Alter, Dawn 02/28/2019 14:16:12: Call Placed on 2/28/19 02:15 PM
Placed Call To: Jeffery Beer, PM
Number Dialed: (516) 393-8941
Date of Birth: ████/1965
Call Outcome: Live Answer
Dedicated Number: (866) 301-8181

Notes: LOV and NOV - 2/19/19, no NOV
Contact info and add to contacts
Jeffry Beer
Long Island Spine
801 Merrick Ave
East Meadow, NY 11554-4748
fax 516-393-8870
Dawn Alter - Ext. 42506



Completed By: Alter, Dawn
Completed Date: 02/28/2019 14:16:12      Complete Site: Chattanooga

```
                              Activity
--------------------------------------------------------------------------------

Checked/Unchecked Indicator: No
Type: Offset Specialist        Name: Referral
Status: Completed
Original Notify Date: 02/27/2019
Notify Date: 02/27/2019
Due Date:
Subject: Pension
Upon Completion Notify: Activity Creator
Upon Completion Notify Linked Claim Owner(s): No
Mark As Priority: No
Activity Owner: Madatovian, Angela
Action:

Request Fields
-----------------------------------------------------------------------
Primary Referral Reason: Pension
Comments: Albanese, Kathleen M 02/27/2019 14:54:38: Please monitor for pension
based on DOH EE would have pension per SH

Created By: Albanese, Kathleen M
Created Date: 02/27/2019 14:54:38        Create Site: Portland

Response Fields
-----------------------------------------------------------------------
Primary Offset Type: Pension
Primary Action Needed: OM - Review Continues
Comments: Madatovian, Angela 03/01/2019 12:51:33: f/u set forOMC

Angela Madatovian OS
3/1/19



Completed By: Madatovian, Angela
Completed Date: 03/01/2019 12:51:33      Complete Site: Portland
```

--------------------------------------------------------------------------------

**Checked/Unchecked Indicator:** No

**Document ID:** 2019030115203128248E

**Entry Date:** 03/01/2019 15:20:46

**Received Date:** 03/01/2019

**Date Added to Claim:** 03/01/2019

**Primary Doc Type:** Medical

**Secondary Doc Type:** Records

**Medical Provider:** Beer MD, Jeffry

**Document Notes:** Beer OOW note &OVN 2/19/19 MRI's

**Work Notes:**

# FAX

**FROM**                                          **TO**

Kachatur Arabachian                               Ms. Alyssa Gurney
Riemer & Associates, LLC                          UNUM
275 Madison Avenue, 26th Floor
New York
10016

**Phone**      (212) 297-0700 * 106              **Phone**
**Fax Number** (212) 297-0700                    **Fax Number** +18004472498

**DATE** 03/01/2019

**NOTE**

Re: Mr. Michael Graziano
Claim No : 15334313



**RIEMER**
**& ASSOCIATES LLC**
ATTORNEYS AT LAW

275 Madison Avenue  |  26th Floor
New York, New York 10016
T 212.297.0700  |  F 212.297.0730

March 1, 2019

**Via Fax (800)-447-2498 & Mail**
UNUM Life Insurance
Ms. Alyssa Gurney
The Benefit Center
PO Box 100158
Columbia, SC 29202-3158

Re:    Michael Graziano
       Claim No.: 15334313
       UNUM Life Insurance Company of America

Dear Ms. Gurney:

We represent Mr. Michael Graziano in his Short Term Disability ("STD"), FMLA, Waiver of Premium, and Long-Term Disability ("LTD") claim, proper authorizations confirming our representation and permitting the release of information to this firm are already on file. Pursuant to our phone conversation, dated February 28, 2019, attached please find the following documentation in support of Mr. Graziano's continued claim for disability benefits:

- **Dr. Beer – Office Visit Note**, dated February 19, 2019;
- **Dr. Steven Rokito – Office Visit Note**, dated January 14, 2019;
- **MRI Right Shoulder**, dated December 12, 2018; and
- **MRI Left Shoulder**, dated December 12, 2018;

We are committed in providing all the necessary documentation in support of Mr. Graziano's continued claim for disability benefits. **Please continue to direct all communications and inquiries with respect to Mr. Graziano directly to this law firm.** If you have any questions or require additional information, please contact me directly by phone at ext. 106 or via email at (karabachian@riemerlawfirm.com). Thank you for your kind attention in this matter.

Sincerely yours,

Kach Arabachian
Paralegal

Enclosure(s)

---



# LONG ISLAND SPINE
# REHABILITATION MEDICINE

**Jason S. Lipetz, MD   Jeffry R. Beer, MD**
**Joseph K. Lee, MD   Miranda B. Smith, MD**
lispinemed.com

| | | | |
|---|---|---|---|
| 801 Merrick Ave. | 560 Northern Blvd. Ste. 204 | 625 Rockaway Turnpike | 1160 E. Jericho Tpk., Ste. 123 |
| East Meadow, NY 11554 | Great Neck, NY 11021 | Lawrence, NY 11559 | Huntington, NY 11743 |
| (516) 393-8941 Phone | (516) 441-5940 Phone | (516) 595-0086 Phone | (631) 449-7311 Phone |
| (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax | (516) 393-8870 Fax |

**DATE:** 02/19/2019
**PATIENT NAME:** Michael Graziano
**DOB:** ▓▓▓/1965

To Whom It May Concern:

This letter is a follow-up to my previous statement dated October 16, 2018 to indicate that Michael remains under my care for his lumbar spine condition. He continues to experience severe chronic pain in the lumbar region. Treatment with medial branch blocks, epidural steroid injections and lumbar radiofrequency denervation of failed to relieve his pain.

He has noted decreased range of motion and is unable to sit, stand and walk for prolonged periods of time. Given the nature of his condition, and the physical demands of his job, he is unable to perform his normal duties as VP/Senior production underwriter at Swiss Re. Consequently, I continue to recommend that Michael remain out of work until further notice.

Finally, given the nature of Michael's condition, it does not appear that his symptoms will resolve in the foreseeable future. He will remain under my care at this time and will continue to remain disabled for the time being.

Please do not hesitate to contact me in writing of additional questions should arise during the course of Michael's treatment with me.

Sincerely,

Jeffry R. Beer, MD

---

## Long Island Spine Rehabilitation Medicine, P.C

Jason S. Lipetz, MD   Jeffry R. Beer, MD   Joseph K. Lee, MD
Miranda B. Smith, MD   Thomas P. Lione, DO

| East Meadow | Great Neck | Lawrence | Huntington | Elmhurst |
|---|---|---|---|---|
| P: 516-393-8941 | 516-441-5940 | 516-336-5227 | 631-547-3404 | 718-696-0171 |
| F:516-393-8870 | 516-441-5944 | 516-393-8870 | 516-393-8870 | 516-393-8870 |

### *Prescription for Physical Therapy*

<u>Date:</u> 02/19/2019

<u>Patient:</u> Graziano, Michael
<u>DOB:</u> ▓▓▓▓/1965

<u>Diagnosis:</u>
Mechanical lumbar Facet / Disc
Lumbar / Sacral Radic
<u>Precautions:</u>
No advanced flexion/extension
<u>Frequency:</u> 1 hour, 2-3x qwk x 4-6 weeks
<u>Therapeutic Program:</u>
McKenzie Evaluation: Goal – Centralize and Abolish
Likely Postural Bias:   Neut
Spine Stabilization
Gentle Manual Traction
Neck School
Postural Rx
Provide Lumbar Roll / Instruct
Review Lift Form / Lordosis Maintenance
Abdominal / Paraspinal Strength
Ergonomics / Seating System / Computer Station
Back School
Spine Safe Aerobic / Resistance Training
Home Exercise Program

Thank you,

Jeffry R. Beer, M.D.

Please provide patient with a <u>written progress note to be brought (not mailed) by patient to next MD follow up visit.</u>  Please contact us at any time if you should need to discuss our patient's progress.