# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

*By ECF*

May 13, 2022

5/17/2022
The proposed extension is adopted. SO ORDERED.

*/s/ Paul A. Crotty*

Hon. Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **Graziano v. First Unum Life Insurance Company**
       **Case No. 1:21-cv-02708-PAC**
       **CONSENT LETTER REQUEST FOR EXTENSION OF TIME**

Dear Judge Crotty:

This firm represents defendant, First Unum Life Insurance Company, and I write, with the consent of counsel for Plaintiff, for an extension of time to complete bench trial briefing, as follows:

| Brief | Current Deadline | Extended Deadline |
|---|---|---|
| Plaintiff's Trial Brief | April 26, 2022 | N.A. |
| Defendant's Trial Brief | May 24, 2022 | June 14, 2022 |
| Plaintiff's Reply Trial Brief | June 21, 2022 | July 19, 2022 |

The trial briefing schedule was fixed by Judge Nathan on March 4, 2022 (Doc. 33). This is the first adjournment that any party has sought to this schedule. This requested extension does not affect any other scheduled date. As noted above, counsel for Plaintiff consents to this request.

Respectfully submitted,

*/s/ Patrick W. Begos*

cc: All Counsel of Record (*via* ECF)