**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MICHAEL J. GRAZIANO,

                Plaintiff,                      21 **CIVIL** 2708 (PAC)

      -against-                             **JUDGMENT**
                                                    For Attorney's Fees and Costs

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2024, the Court GRANTS Granziano's motion for attorneys' fees and litigation costs as modified. The Clerk of Court is directed to close ECF No. 55 and enter judgment awarding Plaintiff $187,080.65 in attorneys' fees and $402 in costs.

**Dated:**  New York, New York

      March 19, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                   **BY:**          _____
                                                             **Deputy Clerk**